SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT D. ROSE, Cal. Bar No. 62559
Email:  rrose@sheppardmullin.com
VINCENT J. BROWN, Cal. Bar No. 226105
Email:  vbrown@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California  92101-3598
Telephone:  619-338-6500
Facsimile:   619-234-3815

Attorneys for Defendant
M. BRINKLEY MORSE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MIDDLESEX RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> QUEST SOFTWARE, INC.; VINCENT C. SMITH; M. BRINKLEY MORSE; MICHAEL J. LAMBERT; DOUGLAS F. GARN; DAVID M. DOYLE; JERRY MURDOCK, JR.; and KEVIN BROOKS, <br><br> Defendants. | Case No. 06-06863 DOC (RNBx) <br><br> **DEFENDANT M. BRINKLEY MORSE'S ANSWER TO SECOND AMENDED COMPLAINT** <br><br> Honorable David O. Carter <br><br><br> **[Jury Trial Demanded]** |

W02-WEST:6VJB1\400947638.3
CV06-6863 DOC (RNB)

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

Defendant M. Brinkley Morse ("Morse" or "Defendant") answers Plaintiff's Second Amended Complaint ("SAC") as follows:

**SECOND AMENDED COMPLAINT**

1.      Answering Paragraph 1, Defendant admits that Plaintiff purports to bring this lawsuit as a class action, admits that Plaintiff purports to include certain persons or entities in the putative Class, admits that Plaintiff alleges a period of time that Plaintiff refers to as the "Class Period," and admits that Plaintiff purports to bring this action under federal securities laws.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

2.      Answering Paragraph 2, Defendant admits that Plaintiff purports to allege that Quest failed to disclose or concealed that Quest did not properly account for issuing stock option grants at prices which were below fair market value on the actual date that the grant was approved.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

3.      Answering Paragraph 3, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain factual allegations requiring a response, Defendant refers the Court to the Accounting Principles Board Statement ("APB") No. 25 for the true and correct contents of that document, which best speaks for itself.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

4.      Answering Paragraph 4, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the

1  extent that this Paragraph purports to contain additional factual allegations requiring

2  a response, Defendant denies each and every allegation in this Paragraph.

3

4      5.    Answering Paragraph 5, Defendant notes that this Paragraph

5  contains legal and/or accounting conclusions, which require no response.  To the

6  extent that this Paragraph purports to contain factual allegations requiring a

7  response, Defendant admits that between January 2001 and August 2002, he

8  received stock options from Quest.  Except as specifically admitted herein,

9  Defendant is without sufficient knowledge or information to form a belief as to the

10  truth of the allegations contained in said paragraph, and on that basis denies each

11  and every allegation contained therein.

12

13      6.    Answering Paragraph 6, Defendant notes that this Paragraph

14  contains legal and/or accounting conclusions, which require no response.  To the

15  extent that this Paragraph purports to contain additional factual allegations requiring

16  a response, Defendant is without sufficient knowledge or information to form a

17  belief as to the truth of the allegations contained in said paragraph, and on that basis

18  denies each and every allegation contained therein.

19

20      7.    Answering Paragraph 7, Defendant notes that this Paragraph

21  contains legal conclusions, which require no response.  To the extent that this

22  Paragraph purports to contain factual allegations requiring a response, Defendant

23  admits that he resigned from Quest.  Defendant admits that he declined to be

24  interviewed by the Special Committee in connection with its investigation into

25  historical option granting practices at Quest.  Except as specifically admitted herein,

26  Defendant is without sufficient knowledge or information to form a belief as to the

27  truth of the allegations contained in said paragraph, and on that basis denies each

28  and every allegation contained therein.

-3-

8.      Answering Paragraph 8, Defendant notes that this Paragraph contains legal conclusions, which require no response.  For the press release cited in this paragraph, Defendant admits its existence and refers the Court to the true and correct copy of the document, which best speaks for itself.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

9.      Answering Paragraph 9, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

10.     Answering Paragraph 10, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

11.     Answering Paragraph 11, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

1          12.     Answering Paragraph 12, Defendant admits that this Court has

2    jurisdiction over this action.

3

4          13.     Answering Paragraph 13, Defendant notes that this Paragraph

5    contains legal conclusions, which require no response.  Defendant admits that venue

6    is proper in this District.  Defendant admits that Quest is a California corporation.

7    To the extent that this Paragraph purports to contain additional factual allegations

8    requiring a response, Defendant is without sufficient knowledge or information to

9    form a belief as to the truth of the allegations contained in said paragraph, and on

10   that basis denies each and every allegation contained therein.

11

12         14.     Answering Paragraph 14, Defendant notes that this Paragraph

13   contains legal conclusions, which require no response.  To the extent that this

14   Paragraph purports to contain additional factual allegations requiring a response,

15   Defendant denies each and every allegation in this Paragraph.

16

17         15.     Answering Paragraph 15, Defendant is without sufficient

18   knowledge or information to form a belief as to the truth of the allegations contained

19   in said paragraph, and on that basis denies each and every allegation contained

20   therein.

21

22         16.     Answering Paragraph 16, Defendant admits that Quest is a

23   California corporation.  To the extent that this Paragraph purports to contain

24   additional factual allegations requiring a response, Defendant is without sufficient

25   knowledge or information to form a belief as to the truth of the allegations contained

26   in said paragraph, and on that basis denies each and every allegation contained

27   therein.

28

W02-WEST:6VJB1\400947638.3
CV06-6863 DOC (RNB)

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

17.     Answering Paragraph 17, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

18.     Answering Paragraph 18, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

19.     Answering Paragraph 19, Defendant admits that Plaintiff purports to bring a claim against Quest Software, Inc. ("Quest") under §10(b) of the Exchange Act, as amended, 15 U.S.C. § 78j(b), and Rule 10b-5, 17 C.F.R. §240.10b-5.

20.     Answering Paragraph 20, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

21.     Answering Paragraph 21, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

-6-

22.     Answering Paragraph 22, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

23.     Answering Paragraph 23, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

24.     Answering Paragraph 24, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

25.     Answering Paragraph 25, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

26.     Answering Paragraph 26, Defendant admits that Plaintiff purports to bring claims against Vincent C. Smith ("Smith") pursuant to §§ 10(b) and 20(A) of the Exchange Act, as amended, 15 U.S.C. §78j(b) and §78t(a), Rule 10b-5, 17 C.F.R. §240.10b-5, and § 20A of the Exchange Act, 15 U.S.C. §78t-1.

27.     Answering Paragraph 27, Defendant admits that he served as Quest's Senior Vice President, Corporate Development from April 2005 until on or about November 24, 2006.  Defendant also admits that he resigned from Quest.

-7-

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

1  Defendant admits that he declined to be interviewed by the Special Committee in

2  connection with its investigation into historical option granting practices at Quest.

3  Defendant admits that he served as Vice President, Finance and Operations of Quest

4  from about January 2001 through about May 2003 and as Chief Financial Officer

5  from about May 2003 through about April 2005.  Except as specifically admitted

6  herein, Defendant denies each and every allegation in this Paragraph.

7

8          28.    Answering Paragraph 28, Defendant admits that he signed each

9  Form 10-K and 10-K405 filed in years 2002 through 2005.

10

11          29.    Answering Paragraph 29, Defendant admits that, for the Form

12  10-Ks and 10-Qs issues from August 12, 2002 through March 15, 2005, he signed

13  the Certification of CFO.  Except as specifically admitted herein, Defendant denies

14  each and every allegation in this Paragraph.

15

16          30.    Answering Paragraph 30, Defendant notes that this Paragraph

17  contains legal and/or accounting conclusions, which require no response.  To the

18  extent that this Paragraph purports to contain factual allegations requiring a

19  response, Defendant admits that he was granted at least 850,000 stock options.

20  Except as specifically admitted herein, Defendant denies each and every allegation

21  in this Paragraph.

22

23          31.    Answering Paragraph 31, Defendant admits that he is a citizen of

24  Texas.

25

26          32.    Answering Paragraph 32, Defendant admits that Plaintiff

27  purports to bring claims against Morse pursuant to §§ 10(b) and 20(a) of the

28  Exchange Act, as amended, 15 U.S.C. §§ 78j(b) and 78t(a), Rule 10b-5, 17 C.F.R. §

-8-

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

240.10b-5, and § 20A of the Exchange Act, 15 U.S.C. § 78t-1.   Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

33.    Answering Paragraph 33, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

34.    Answering Paragraph 34, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

35.    Answering Paragraph 35, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

36.    Answering Paragraph 36, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

37.    Answering Paragraph 37, Defendant admits that Plaintiff purports to bring a claim against Michael J. Lambert ("Lambert") pursuant to § 20(a) of the Exchange Act, as amended, 15 U.S.C. § 78t(a).

38.    Answering Paragraph 38, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

39.    Answering Paragraph 39, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response. To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

40.    Answering Paragraph 40, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

41.    Answering Paragraph 41, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

W02-WEST:6VJB1\400947638.3
CV06-6863 DOC (RNB)

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

42.     Answering Paragraph 42, Defendant admits that Plaintiff purports to bring a claim against Douglas F. Garn ("Garn") pursuant to § 20A of the Exchange Act, as amended, 15 U.S.C. § 78t-1.

43.     Answering Paragraph 43, Defendant admits that David M. Doyle ("Doyle") is purported to be a co-founder of Quest.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

44.     Answering Paragraph 44, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

45.     Answering Paragraph 45, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

46.     Answering Paragraph 46, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

-11-

47.     Answering Paragraph 47, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

48.     Answering Paragraph 48, Defendant admits that Plaintiff purports to bring claims against Doyle pursuant to §§ 10(b) and 20(a) of the Exchange Act, as amended, 15 U.S.C. § 78j(b) and § 78t(a), Rule 10b-5, 17 C.F.R. § 240.10b-5, and § 20A of the Exchange Act, 15 U.S.C. § 78t-1.

49.     Answering Paragraph 49, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

50.     Answering Paragraph 50, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

51.     Answering Paragraph 51, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

-12-

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

52.    Answering Paragraph 52, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

53.    Answering Paragraph 53, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

54.    Answering Paragraph 54, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

55.    Answering Paragraph 55, Defendant admits that Plaintiff purports to bring claims against Jerry Murdock, Jr. ("Murdock") under §§ 10(b) and 20(a) of the Exchange Act, as amended, 15 U.S.C. § 78j(b) and § 78t(a), Rule 10b-5, 17 C.F.R. § 240.10b-5, and § 20A of the Exchange Act, 15 U.S.C. § 78t-1.

56.    Answering Paragraph 56, Defendant notes that this Paragraph contains legal conclusions, which require no response.  Defendant admits that while Morse was employed at Quest, Kevin Brooks was Vice President and Corporate Controller.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

-13-

57.    Answering Paragraph 57, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

58.    Answering Paragraph 58, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

59.    Answering Paragraph 59, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

60.    Answering Paragraph 60, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

61.    Answering Paragraph 61, Defendant admits that Plaintiff purports to sue Kevin Brooks ("Brooks") pursuant to §§ 10(b) and 20(a) of the Exchange Act, as amended, 15 U.S.C. § 78j(b) and § 78t(a), Rule 10b-5, 17 C.F.R. §240.10b-5, and   § 20A of the Exchange Act, 15 U.S.C. §78t-1.

62.     Answering Paragraph 62, Defendant admits that Plaintiff purports to refer to Smith, Morse, Lambert, Garn, Doyle, Murdock, and Brooks collectively as the "Individual Defendants."

63.     Answering Paragraph 63, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant admits that he served as Vice President, Finance and Operations of Quest from about January 2001 through about May 2003 and as Chief Financial Officer from about May 2003 through about April 2005.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

64.     Answering Paragraph 64, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

65.     Answering Paragraph 65, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain factual allegations requiring a response, Defendant admits that some of the Defendants were senior members and/or directors of Quest and admits that Quest was a publicly held company whose common stock was, at all relevant times registered with the SEC pursuant to the Exchange Act, traded on the NASDAQ National Market, and governed by the provisions of the federal securities laws.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

66.     Answering Paragraph 66, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

67.     Answering Paragraph 67, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

68.     Answering Paragraph 68, Defendant admits that Plaintiff purports to bring this suit as a class action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of itself and all other persons who purchased or otherwise acquired Quest common stock from November 9, 2001, through July 3, 2006 ("purported Class Period").   Defendant also admits that Plaintiff purports to exclude from the purported class Quest, its directors and officers, subsidiaries and affiliates, Individual Defendants, members of the immediate families of each of the Individual Defendants and Quest's directors and officers, any entities in which any of the defendants has a controlling interest, and legal representatives, heirs, successors, affiliates, or assigns of any of the foregoing excluded persons and entities.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

69.    Answering Paragraph 69, Defendant notes that this Paragraph sets forth Plaintiff's characterization of this action and contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

70.    Answering Paragraph 70, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

71.    Answering Paragraph 71, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain factual allegations requiring a response, Defendant admits that Quest common stock was listed during the putative class period on the NASDAQ National Market, admits that during the putative class period millions of shares of Quest common stock were traded on the open market, and admits that Quest filed periodic public reports with the SEC and the NASDAQ National Market.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation or is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

72.    Answering Paragraph 72, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this

-17-

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

1   Paragraph purports to contain additional factual allegations requiring a response,

2   Defendant denies each and every allegation in this Paragraph.

3

4            73.     Answering Paragraph 73, Defendant notes that this Paragraph

5   contains legal conclusions, which require no response.  To the extent that this

6   Paragraph purports to contain additional factual allegations requiring a response,

7   Defendant denies each and every allegation in this Paragraph.

8

9            74.     Answering Paragraph 74, Defendant notes that this Paragraph

10  sets forth Plaintiff's characterizations, hypotheticals, and legal conclusions, which

11  require no response.  To the extent that this Paragraph purports to contain factual

12  allegations requiring a response, Defendant denies the allegations in this Paragraph.

13

14           75.     Answering Paragraph 75, Defendant notes that this Paragraph

15  contains legal and/or accounting conclusions, which require no response.  To the

16  extent that this Paragraph purports to contain additional factual allegations requiring

17  a response, Defendant denies each and every allegation in this Paragraph.

18

19           76.     Answering Paragraph 76, Defendant denies that Quest's 1999

20  Stock Incentive Plan provided that the exercise price of an option cannot be less

21  than the market price of the stock on the date on which the board of directors, or a

22  committee thereof, grants the option.  To the extent that this Paragraph purports to

23  contain additional factual allegations requiring a response, Defendant is without

24  sufficient knowledge or information to form a belief as to the truth of the allegations

25  contained in said paragraph, and on that basis denies each and every allegation

26  contained therein.

27

28

77.    Answering Paragraph 77, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

78.    Answering Paragraph 78, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

79.    Answering Paragraph 79, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain factual allegations requiring a response, Defendant denies the allegations in this Paragraph.  To the extent that this Paragraph purports to contain additional factual allegations against other defendants, Morse is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

80.    Answering Paragraph 80, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

81.    Answering Paragraph 81, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained

-19-

in said paragraph, and on that basis denies each and every allegation contained therein.

82.     Answering Paragraph 82, Defendant notes that this Paragraph contains legal conclusions, which require no response. To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

83.     Answering Paragraph 83, Defendant notes that this Paragraph contains legal conclusions, which require no response. To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

84.     Answering Paragraph 84, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

85.     Answering Paragraph 85, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

86.     Answering Paragraph 86, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

87.     Answering Paragraph 87, Defendant admits that the stockholders of Quest adopted the 1999 Stock Incentive Plan.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

88.     Answering Paragraph 88, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that Paragraph 88 purports to contain factual allegations requiring a response, Defendant denies that all of "incentive options" are the proper characterization for the stock options which are the subject of the complaint, and denies that Quest's 1999 Stock Incentive Plan required that all stock options which are the subject of the complaint had to be granted at with an exercise price of not less than one hundred percent (100%) of fair market value per share of Quest common stock on the option grant date.  Defendant also denies that Quest's historical stock option grants violated the terms of the 1999 Stock Incentive Plan.  Defendants deny each and every remaining allegation in Paragraph 88.

89.     Answering Paragraph 89, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a

-21-

1  belief as to the truth of the allegations contained in said paragraph, and on that basis

2  denies each and every allegation contained therein.

3

4          90.    Answering Paragraph 90, Defendant notes that this Paragraph

5  contains legal and/or accounting conclusions, which require no response.  To the

6  extent that this Paragraph purports to contain additional factual allegations requiring

7  a response, Defendant is without sufficient knowledge or information to form a

8  belief as to the truth of the allegations contained in said paragraph, and on that basis

9  denies each and every allegation contained therein.

10

11          91.    Answering Paragraph 91, Defendant notes that this Paragraph

12  contains legal and/or accounting conclusions, which require no response.  To the

13  extent that this Paragraph purports to contain additional factual allegations requiring

14  a response, Defendant is without sufficient knowledge or information to form a

15  belief as to the truth of the allegations contained in said paragraph, and on that basis

16  denies each and every allegation contained therein.

17

18          92.    Answering Paragraph 92, Defendant notes that this Paragraph

19  contains legal and/or accounting conclusions, which require no response.  To the

20  extent that this Paragraph purports to contain additional factual allegations requiring

21  a response, Defendant is without sufficient knowledge or information to form a

22  belief as to the truth of the allegations contained in said paragraph, and on that basis

23  denies each and every allegation contained therein.

24

25          93.    Answering Paragraph 93, Defendant admits that he received

26  250,000 stock option grants based on the March 28, 2001 closing price for Quest

27  stock.  Defendant admits that the price of Quest's common stock traded at the prices

28  reported by the NASDAQ stock exchange on the relevant dates, which speak for

-22-

1  themselves.  Except as specifically admitted herein, Defendant denies each and

2  every allegation in this Paragraph.

3

4          94.     Answering Paragraph 94, Defendant admits that he received

5  100,000 stock options having reported exercise prices based on the April 4, 2001

6  closing market price for Quest stock.  Defendant admits that the price of Quest's

7  common stock traded at the prices reported by the NASDAQ stock exchange on the

8  relevant dates, which speak for themselves.  To the extent that this Paragraph

9  purports to contain additional factual allegations against other defendants, Morse is

10 without sufficient knowledge or information to form a belief as to the truth of the

11 allegations contained in said paragraph, and on that basis denies each and every

12 allegation contained therein.  Except as specifically admitted herein, Defendant

13 denies each and every allegation in this Paragraph.

14

15         95.     Answering Paragraph 95, Defendant admits that he received

16 300,000 stock options having reported exercise prices based on the October 1, 2001

17 closing market price for Quest stock.  Defendant admits that the price of Quest's

18 common stock traded at the prices reported by the NASDAQ stock exchange on the

19 relevant dates, which speak for themselves.  To the extent that this Paragraph

20 purports to contain additional factual allegations against other defendants, Morse is

21 without sufficient knowledge or information to form a belief as to the truth of the

22 allegations contained in said paragraph, and on that basis denies each and every

23 allegation contained therein.  Except as specifically admitted herein, Defendant

24 denies each and every allegation in this Paragraph.

25

26         96.     Answering Paragraph 96, Defendant is without sufficient

27 knowledge or information to form a belief as to the truth of the allegations contained

28

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

1  in said paragraph, and on that basis denies each and every allegation contained

2  therein.

3

4      97.    Answering Paragraph 97, Defendant admits that he received

5  200,000 stock options having reported exercise prices based on the August 7, 2002

6  closing market price for Quest stock.  Defendant admits that the price of Quest's

7  common stock traded at the prices reported by the NASDAQ stock exchange on the

8  relevant dates, which speak for themselves.  To the extent that this Paragraph

9  purports to contain additional factual allegations against other defendants, Morse is

10  without sufficient knowledge or information to form a belief as to the truth of the

11  allegations contained in said paragraph, and on that basis denies each and every

12  allegation contained therein.  Except as specifically admitted herein, Defendant

13  denies each and every allegation in this Paragraph.

14

15      98.    Answering Paragraph 98, Defendant is without sufficient

16  knowledge or information to form a belief as to the truth of the allegations contained

17  in said paragraph, and on that basis denies each and every allegation contained

18  therein.

19

20      99.    Answering Paragraph 99, Defendant notes that this Paragraph

21  contains legal and/or accounting conclusions, which require no response.  Defendant

22  admits that he received at least 850,000 stock options.  Except as specifically

23  admitted herein, Defendant denies each and every allegation in this Paragraph.

24

25      100.    Answering Paragraph 100, Defendant notes that this Paragraph

26  contains legal and/or accounting conclusions, which require no response.  To the

27  extent that this Paragraph purports to contain additional factual allegations requiring

28  a response, Defendant is without sufficient knowledge or information to form a

-24-

1  belief as to the truth of the allegations contained in said paragraph, and on that basis

2  denies each and every allegation contained therein.

3

4      101.   Answering Paragraph 101, Defendant notes that this Paragraph

5  contains legal and/or accounting conclusions, which require no response.  To the

6  extent that this Paragraph purports to contain additional factual allegations requiring

7  a response, Defendant is without sufficient knowledge or information to form a

8  belief as to the truth of the allegations contained in said paragraph, and on that basis

9  denies each and every allegation contained therein.

10

11      102.   Answering Paragraph 102, Defendant notes that this Paragraph

12  contains legal and/or accounting conclusions, which require no response.  To the

13  extent that this Paragraph purports to contain additional factual allegations requiring

14  a response, Defendant is without sufficient knowledge or information to form a

15  belief as to the truth of the allegations contained in said paragraph, and on that basis

16  denies each and every allegation contained therein.

17

18      103.   Answering Paragraph 103, Defendant notes that this Paragraph

19  contains legal and/or accounting conclusions, which require no response.  To the

20  extent that this Paragraph purports to contain additional factual allegations requiring

21  a response, Defendant is without sufficient knowledge or information to form a

22  belief as to the truth of the allegations contained in said paragraph, and on that basis

23  denies each and every allegation contained therein.

24

25      104.   Answering Paragraph 104, Defendant notes that this Paragraph

26  contains legal and/or accounting conclusions, which require no response.  To the

27  extent that this Paragraph purports to contain additional factual allegations requiring

28  a response, Defendant is without sufficient knowledge or information to form a

-25-

1  belief as to the truth of the allegations contained in said paragraph, and on that basis

2  denies each and every allegation contained therein.

3

4         105.  Answering Paragraph 105, Defendant notes that this Paragraph

5  contains legal and/or accounting conclusions, which require no response.  To the

6  extent that this Paragraph purports to contain additional factual allegations requiring

7  a response, Defendant denies each and every allegation in this Paragraph.

8

9         106.  Answering Paragraph 106, Defendant notes that this Paragraph

10  contains legal and/or accounting conclusions, which require no response.  To the

11  extent that this Paragraph purports to contain additional factual allegations requiring

12  a response, Defendant denies each and every allegation in this Paragraph.

13

14         107.  Answering Paragraph 107, Defendant notes that this Paragraph

15  contains legal and/or accounting conclusions, which require no response.  To the

16  extent that this Paragraph purports to contain additional factual allegations requiring

17  a response, Defendant is without sufficient knowledge or information to form a

18  belief as to the truth of the allegations contained in said paragraph, and on that basis

19  denies each and every allegation contained therein.

20

21         108.  Answering Paragraph 108, Defendant notes that this Paragraph

22  contains legal and/or accounting conclusions, which require no response.  To the

23  extent that this Paragraph purports to contain additional factual allegations requiring

24  a response, Defendant is without sufficient knowledge or information to form a

25  belief as to the truth of the allegations contained in said paragraph, and on that basis

26  denies each and every allegation contained therein.

27

28

-26-

109.   Answering Paragraph 109, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

110.   Answering Paragraph 110, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

111.   Answering Paragraph 111, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

112.   Answering Paragraph 112, Defendant admits that Quest filed Form 10-Qs from the third quarter of fiscal 2001 through the end of fiscal 2004 with the SEC.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

113.   Answering Paragraph 113, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

114.   Answering Paragraph 114, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to quote language from Quest's Form 10-Qs filed

-27-

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

for the quarters ended September 30, 2001 through September 20, 2002, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.  Defendant refers the Court to the true and correct copy of the document, which best speaks for itself.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

115.    Answering Paragraph 115, Defendant admits that he signed each Form 10-Q filed by Quest for the third quarter of fiscal year 2001 through the end of fiscal year 2004.  To the extent that this Paragraph purports to contain additional factual allegations against other defendants, Morse is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

116.    Answering Paragraph 116, Defendant admits that he signed each Form 10-Q filed by Quest for the second quarter of fiscal year 2002 through the end of fiscal year 2004.  To the extent that this Paragraph purports to contain additional factual allegations against other defendants, Morse is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

117.    Answering Paragraph 117, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the

-28-

extent that Paragraph 117 purports to contain factual allegations requiring a response, Defendant admits that Quest filed Form 10-Qs, for the first quarter of fiscal 2005 through the first quarter of fiscal 2006 with the SEC.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

118.   Answering Paragraph 118, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

119.   Answering Paragraph 119, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

120.   Answering Paragraph 120, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

121.   Answering Paragraph 121, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain factual allegations requiring a response, Defendant admits that Quest filed its form 10-K405 for the year ended December 31, 2001 on April 1, 2002, and its form 10-Ks for the years ended

-29-

December 31, 2002, December 31, 2003, March 31, 2003, March 15, 2004, respectively, with the SEC.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

122.   Answering Paragraph 122, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain factual allegations requiring a response, Defendant admits that Quest filed its form 10-K for the year ended December 31, 2004 with the SEC on March 16, 2005.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

123.   Answering Paragraph 123, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

124.   Answering Paragraph 124, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to quote language from Quest's Form 10-K filed for the year ended December 31, 2001, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Defendant refers the Court to the true and correct copy of the document, which best speaks for itself.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

-30-

125.   Answering Paragraph 125, Defendant admits that he signed the Form 10-K405 that Quest filed in 2002 and the Form 10-Ks that Quest filed in 2003 and 2004.  To the extent that this Paragraph purports to contain additional factual allegations against other defendants, Morse is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

126.   Answering Paragraph 126, Defendant admits that he signed the Form 10-K that Quest filed in 2005.  To the extent that this Paragraph purports to contain additional factual allegations against other defendants, Morse is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

127.   Answering Paragraph 127, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant admits that he signed certifications for each Form 10-K that Quest filed in years 2003 through 2005.  To the extent that this Paragraph purports to contain additional factual allegations against other defendants, Morse is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

128.    Answering Paragraph 128, Defendant admits that Quest filed a Form 10-K for the year ended December 31, 2005 on March 16, 2006 with the SEC. To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

129.    Answering Paragraph 129, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

130.    Answering Paragraph 130, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

131.    Answering Paragraph 131, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

132.    Answering Paragraph 132, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the

-32-

extent that this Paragraph purports to contain factual allegations requiring a response, Defendant admits that Quest filed a proxy statement with the SEC on April 30, 2002 (the "2002 Proxy Statement"). To the extent that this Paragraph purports to quote language from the 2002 Proxy Statement, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Defendant refers the Court to the true and correct copy of the document, which best speaks for itself.

133. Answering Paragraph 133, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response. To the extent that this Paragraph purports to contain factual allegations requiring a response, Defendant admits Quest filed a proxy statement with the SEC on April 30, 2003 (the "2003 Proxy Statement"). Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph. To the extent that this Paragraph purports to quote language from the 2003 Proxy Statement, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Defendant refers the Court to the true and correct copy of the document, which best speaks for itself.

134. Answering Paragraph 134, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response. To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

135. Answering Paragraph 135, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response. To the

-33-

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

1  extent that this Paragraph purports to contain additional factual allegations requiring

2  a response, Defendant admits that the 2002 Proxy Statement disclosed the stock

3  option grants to Morse in 2001.  To the extent that this Paragraph purports to quote

4  language from the 2002 Proxy Statement and contains additional factual allegations

5  against other defendants, Morse is without sufficient knowledge or information to

6  form a belief as to the truth of the allegations contained in said paragraph, and on

7  that basis denies each and every allegation contained therein.  Defendant refers the

8  Court to the true and correct copy of the document, which best speaks for itself.

9  Except as specifically admitted herein, Defendant denies each and every allegation

10  in this Paragraph.

11

12      136.   Answering Paragraph 136, Defendant notes that this Paragraph

13  contains legal and/or accounting conclusions, which require no response.  To the

14  extent that this Paragraph purports to contain factual allegations requiring a

15  response, Defendant admits that Quest filed a proxy statement with the SEC on May

16  19, 2004 (the "2004 Proxy Statement").  To the extent that this Paragraph purports

17  to contain additional factual allegations requiring a response, Defendant denies each

18  and every allegation in this Paragraph.

19

20      137.   Answering Paragraph 137, Defendant is without sufficient

21  knowledge or information to form a belief as to the truth of the allegations contained

22  in said paragraph, and on that basis denies each and every allegation contained

23  therein.

24

25      138.   Answering Paragraph 138, Defendant is without sufficient

26  knowledge or information to form a belief as to the truth of the allegations contained

27  in said paragraph, and on that basis denies each and every allegation contained

28

-34-

1    therein.  Defendant refers the Court to the true and correct copy of the proxy

2    statements, which best speaks for themselves.

3

4          139.    Answering Paragraph 139, Defendant is without sufficient

5    knowledge or information to form a belief as to the truth of the allegations contained

6    in said paragraph, and on that basis denies each and every allegation contained

7    therein.

8

9          140.    Answering Paragraph 140, Defendant is without sufficient

10   knowledge or information to form a belief as to the truth of the allegations contained

11   in said paragraph, and on that basis denies each and every allegation contained

12   therein.

13

14         141.    Answering Paragraph 141, Defendant is without sufficient

15   knowledge or information to form a belief as to the truth of the allegations contained

16   in said paragraph, and on that basis denies each and every allegation contained

17   therein.

18

19         142.    Answering Paragraph 142, Defendant notes that this Paragraph

20   contains legal conclusions, which require no response.  To the extent that this

21   Paragraph purports to contain factual allegations requiring a response, Defendant

22   admits that Quest filed a proxy statement with the SEC on July 11, 2005 (the "2005

23   Proxy Statement").  To the extent that this Paragraph purports to contain additional

24   factual allegations against other defendants, Morse is without sufficient knowledge

25   or information to form a belief as to the truth of the allegations contained in said

26   paragraph, and on that basis denies each and every allegation contained therein.

27   Defendant refers the Court to the true and correct copy of the document, which best

28

-35-

1  speaks for itself.  Except as specifically admitted herein, Defendant denies each and

2  every allegation in this Paragraph.

3

4      143.    Answering Paragraph 143, Defendant notes that this Paragraph

5  contains legal and/or accounting conclusions, which require no response.  To the

6  extent that this Paragraph purports to contain additional factual allegations requiring

7  a response, Defendant denies each and every allegation in this Paragraph.

8

9      144.    Answering Paragraph 144, Defendant notes that this Paragraph

10 contains legal and/or accounting conclusions, which require no response.  To the

11 extent that this Paragraph purports to contain additional factual allegations requiring

12 a response, Defendant denies each and every allegation in this Paragraph.

13

14     145.    Answering Paragraph 145, Defendant notes that this Paragraph

15 contains legal and/or accounting conclusions, which require no response.  To the

16 extent that this Paragraph purports to contain additional factual allegations requiring

17 a response, Defendant denies each and every allegation in this Paragraph.

18

19     146.    Answering Paragraph 146, Defendant notes that this Paragraph

20 contains legal and/or accounting conclusions, which require no response.  To the

21 extent that this Paragraph purports to contain additional factual allegations requiring

22 a response, Defendant denies each and every allegation in this Paragraph.

23

24     147.    Answering Paragraph 147, Defendant admits that while he was

25 employed at Quest, every proxy statement filed by Quest contained a proposal to

26 elect a slate of directors nominated by Quest's Board and the shareholders of Quest

27 elected the slate of directors proposed in the proxy statements.  To the extent that

28 this Paragraph purports to contain additional factual allegations requiring a

-36-

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

1   response, Defendant is without sufficient knowledge or information to form a belief

2   as to the truth of the allegations contained in said paragraph, and on that basis denies

3   each and every allegation contained therein.

4

5          148.   Answering Paragraph 148, Defendant admits that while he was

6   employed at Quest, every proxy statement filed by Quest contained a proposal to

7   ratify an independent auditor and the shareholders of Quest ratified the independent

8   auditor proposed in the proxy statements.  To the extent that this Paragraph purports

9   to contain additional factual allegations requiring a response, Defendant is without

10  sufficient knowledge or information to form a belief as to the truth of the allegations

11  contained in said paragraph, and on that basis denies each and every allegation

12  contained therein.

13

14         149.   Answering Paragraph 149, Defendant admits that the 2003 Proxy

15  Statement contained a proposal to amend the Stock Incentive Plan to increase the

16  shares for issuance under the Plan by an additional 6,000,000 shares.  Defendant

17  also admits that the Quest Board recommended that the shareholders vote "YES" on

18  the proposal.  Defendant further admits the shareholders approved this amendment

19  to the Plan.

20

21         150.   Answering Paragraph 150, Defendant admits that the 2004 Proxy

22  Statement contained a proposal to amend the Stock Incentive Plan to increase the

23  shares for issuance under the Plan by an additional 5,000,000 shares.  Defendant

24  also admits that the Quest Board recommended that the shareholders vote "YES" on

25  the proposal.  Defendant further admits the shareholders approved this amendment

26  to the Plan.

27

28

W02-WEST:6VJB1\400947638.3

CV06-6863 DOC (RNB)

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

151.    Answering Paragraph 151, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

152.    Answering Paragraph 152, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

153.    Answering Paragraph 153, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

154.    Answering Paragraph 154, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

155.    Answering Paragraph 155, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

-38-

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

1    156.    Answering Paragraph 156, Defendant notes that this Paragraph

2  contains legal conclusions, which require no response.  To the extent that this

3  Paragraph purports to contain additional factual allegations requiring a response,

4  Defendant is without sufficient knowledge or information to form a belief as to the

5  truth of the allegations contained in said paragraph, and on that basis denies each

6  and every allegation contained therein.

7

8    157.    Answering Paragraph 157, Defendant is without sufficient

9  knowledge or information to form a belief as to the truth of the allegations contained

10  in said paragraph, and on that basis denies each and every allegation contained

11  therein.

12

13    158.    Answering Paragraph 158, Defendant is without sufficient

14  knowledge or information to form a belief as to the truth of the allegations contained

15  in said paragraph, and on that basis denies each and every allegation contained

16  therein.

17

18    159.    Answering Paragraph 159, Defendant notes that this Paragraph

19  contains legal and/or accounting conclusions, which require no response.  Defendant

20  admits that Quest issued a press release on July 5, 2006.  Defendant refers the Court

21  to the true and correct copy of the document, which best speaks for itself.  To the

22  extent that this Paragraph purports to contain additional factual allegations requiring

23  a response, Defendant is without sufficient knowledge or information to form a

24  belief as to the truth of the allegations contained in said paragraph, and on that basis

25  denies each and every allegation contained therein.

26

27    160.    Answering Paragraph 160, Defendant refers the Court to the true

28  and correct copy of the document, which best speaks for itself.   To the extent that

-39-

1  this Paragraph purports to contain additional factual allegations requiring a

2  response, Defendant is without sufficient knowledge or information to form a belief

3  as to the truth of the allegations contained in said paragraph, and on that basis denies

4  each and every allegation contained therein.

5

6          161.   Answering Paragraph 161, Defendant refers the Court to the true

7  and correct copy of the document, which best speaks for itself.   To the extent that

8  this Paragraph purports to contain additional factual allegations requiring a

9  response, Defendant is without sufficient knowledge or information to form a belief

10  as to the truth of the allegations contained in said paragraph, and on that basis denies

11  each and every allegation contained therein.

12

13          162.   Answering Paragraph 162, Defendant notes that this Paragraph

14  contains legal conclusions, which require no response.  To the extent that this

15  Paragraph purports to contain additional factual allegations requiring a response,

16  Defendant is without sufficient knowledge or information to form a belief as to the

17  truth of the allegations contained in said paragraph, and on that basis denies each

18  and every allegation contained therein.

19

20          163.   Answering Paragraph 163, Defendant notes that this Paragraph

21  contains legal and/or accounting conclusions, which require no response.  To the

22  extent that this Paragraph purports to contain additional factual allegations requiring

23  a response, Defendant is without sufficient knowledge or information to form a

24  belief as to the truth of the allegations contained in said paragraph, and on that basis

25  denies each and every allegation contained therein.

26

27          164.   Answering Paragraph 164, Defendant notes that this Paragraph

28  contains legal and/or accounting conclusions, which require no response.  To the

-40-

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

1  extent that this Paragraph purports to contain additional factual allegations requiring

2  a response, Defendant is without sufficient knowledge or information to form a

3  belief as to the truth of the allegations contained in said paragraph, and on that basis

4  denies each and every allegation contained therein.

5

6          165.   Answering Paragraph 165, Defendant refers the Court to the true

7  and correct copy of the document, which best speaks for itself.   To the extent that

8  this Paragraph purports to contain additional factual allegations requiring a

9  response, Defendant is without sufficient knowledge or information to form a belief

10 as to the truth of the allegations contained in said paragraph, and on that basis denies

11 each and every allegation contained therein.

12

13         166.   Answering Paragraph 166, Defendant refers the Court to the true

14 and correct copy of the document, which best speaks for itself.   To the extent that

15 this Paragraph purports to contain additional factual allegations requiring a

16 response, Defendant is without sufficient knowledge or information to form a belief

17 as to the truth of the allegations contained in said paragraph, and on that basis denies

18 each and every allegation contained therein.

19

20         167.   Answering Paragraph 167, Defendant refers the Court to the true

21 and correct copy of the document, which best speaks for itself.   To the extent that

22 this Paragraph purports to contain additional factual allegations requiring a

23 response, Defendant is without sufficient knowledge or information to form a belief

24 as to the truth of the allegations contained in said paragraph, and on that basis denies

25 each and every allegation contained therein.

26

27         168.   Answering Paragraph 168, Defendant refers the Court to the true

28 and correct copy of the document, which best speaks for itself.   To the extent that

-41-

1 | this Paragraph purports to contain additional factual allegations requiring a

2 | response, Defendant is without sufficient knowledge or information to form a belief

3 | as to the truth of the allegations contained in said paragraph, and on that basis denies

4 | each and every allegation contained therein.

5 |

6 | 169.   Answering Paragraph 169, Defendant refers the Court to the true

7 | and correct copy of the document, which best speaks for itself.   To the extent that

8 | this Paragraph purports to contain additional factual allegations requiring a

9 | response, Defendant is without sufficient knowledge or information to form a belief

10 | as to the truth of the allegations contained in said paragraph, and on that basis denies

11 | each and every allegation contained therein.

12 |

13 | 170.   Answering Paragraph 170, Defendant is without sufficient

14 | knowledge or information to form a belief as to the truth of the allegations contained

15 | in said paragraph, and on that basis denies each and every allegation contained

16 | therein.

17 |

18 | 171.   Answering Paragraph 171, Defendant is without sufficient

19 | knowledge or information to form a belief as to the truth of the allegations contained

20 | in said paragraph, and on that basis denies each and every allegation contained

21 | therein.

22 |

23 | 172.   Answering Paragraph 172, Defendant is without sufficient

24 | knowledge or information to form a belief as to the truth of the allegations contained

25 | in said paragraph, and on that basis denies each and every allegation contained

26 | therein.

27 |

28 |

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

173.    Answering Paragraph 173, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

174.    Answering Paragraph 174, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

175.    Answering Paragraph 175, Defendant refers the Court to the true and correct copy of the document, which best speaks for itself.   To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

176.    Answering Paragraph 176, Defendant refers the Court to the true and correct copy of the document, which best speaks for itself.   To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

177.    Answering Paragraph 177, Defendant refers the Court to the true and correct copy of the document, which best speaks for itself.   To the extent that

-43-

1  this Paragraph purports to contain additional factual allegations requiring a

2  response, Defendant is without sufficient knowledge or information to form a belief

3  as to the truth of the allegations contained in said paragraph, and on that basis denies

4  each and every allegation contained therein.

5

6      178.   Answering Paragraph 178, Defendant notes that this Paragraph

7  contains legal and/or accounting conclusions, which require no response.  To the

8  extent that this Paragraph purports to contain additional factual allegations requiring

9  a response, Defendant is without sufficient knowledge or information to form a

10  belief as to the truth of the allegations contained in said paragraph, and on that basis

11  denies each and every allegation contained therein.

12

13      179.   Answering Paragraph 179, Defendant notes that this Paragraph

14  contains legal and/or accounting conclusions, which require no response.  To the

15  extent that this Paragraph purports to contain additional factual allegations requiring

16  a response, Defendant is without sufficient knowledge or information to form a

17  belief as to the truth of the allegations contained in said paragraph, and on that basis

18  denies each and every allegation contained therein.

19

20      180.   Answering Paragraph 180, Defendant admits that he resigned

21  from Quest.  Defendant admits that he declined to be interviewed by the Special

22  Committee in connection with its investigation into historical option granting

23  practices at Quest.  Defendant refers the Court to the true and correct copy of the

24  document, which best speaks for itself.   Except as specifically admitted herein,

25  Defendant denies each and every allegation in this Paragraph.  To the extent that this

26  Paragraph purports to contain additional factual allegations requiring a response,

27  Defendant is without sufficient knowledge or information to form a belief as to the

28

-44-

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

1  truth of the allegations contained in said paragraph, and on that basis denies each

2  and every allegation contained therein.

3

4          181.    Answering Paragraph 181, Defendant notes that this Paragraph

5  contains legal conclusions, which require no response.  To the extent that this

6  Paragraph purports to contain factual allegations requiring a response, Defendant

7  admits that he resigned from Quest.  Defendant admits that he declined to be

8  interviewed by the Special Committee in connection with its investigation into

9  historical option granting practices at Quest.  To the extent that this Paragraph

10  purports to contain additional factual allegations against other defendants, Morse is

11  without sufficient knowledge or information to form a belief as to the truth of the

12  allegations contained in said paragraph, and on that basis denies each and every

13  allegation contained therein.  Except as specifically admitted herein, Defendant

14  denies each and every allegation in this Paragraph.

15

16          182.    Answering Paragraph 182, Defendant notes that this Paragraph

17  contains legal and/or accounting conclusions, which require no response.  Defendant

18  refers the Court to the true and correct copy of the document, which best speaks for

19  itself.   To the extent that this Paragraph purports to contain additional factual

20  allegations requiring a response, Defendant is without sufficient knowledge or

21  information to form a belief as to the truth of the allegations contained in said

22  paragraph, and on that basis denies each and every allegation contained therein.

23

24          183.    Answering Paragraph 183, Defendant notes that this Paragraph

25  contains legal and/or accounting conclusions, which require no response.  To the

26  extent that this Paragraph purports to contain additional factual allegations requiring

27  a response, Defendant is without sufficient knowledge or information to form a

28

-45-

1  belief as to the truth of the allegations contained in said paragraph, and on that basis

2  denies each and every allegation contained therein.

3

4       184.   Answering Paragraph 184, Defendant notes that this Paragraph

5  contains legal and/or accounting conclusions, which require no response.  To the

6  extent that this Paragraph purports to contain additional factual allegations requiring

7  a response, Defendant is without sufficient knowledge or information to form a

8  belief as to the truth of the allegations contained in said paragraph, and on that basis

9  denies each and every allegation contained therein.

10

11       185.   Answering Paragraph 185, Defendant notes that this Paragraph

12  contains legal and/or accounting conclusions, which require no response.  To the

13  extent that this Paragraph purports to contain additional factual allegations requiring

14  a response, Defendant is without sufficient knowledge or information to form a

15  belief as to the truth of the allegations contained in said paragraph, and on that basis

16  denies each and every allegation contained therein.

17

18       186.   Answering Paragraph 186, Defendant notes that this Paragraph

19  contains legal conclusions and characterizations, which require no response.  To the

20  extent that this Paragraph purports to contain additional factual allegations requiring

21  a response, Defendant is without sufficient knowledge or information to form a

22  belief as to the truth of the allegations contained in said paragraph, and on that basis

23  denies each and every allegation contained therein.

24

25       187.   Answering Paragraph 187, Defendant notes that this Paragraph

26  contains Plaintiff's characterization of accounting principles, and legal and/or

27  accounting conclusions, which require no response.  To the extent that this

28  Paragraph purports to contain factual allegations requiring a response, Defendant is

without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

188.    Answering Paragraph 188, Defendant admits that while employed at Quest, its financial statements were stated as having been prepared in accordance with GAAP.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

189.    Answering Paragraph 189, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation or is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

190.    Answering Paragraph 190, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation or is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

W02-WEST:6VJB1\400947638.3
CV06-6863 DOC (RNB)

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

191.    Answering Paragraph 191, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

192.    Answering Paragraph 192, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

193.    Answering Paragraph 193, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain factual allegations requiring a response, Defendant refers the Court to the Accounting Principles Board Statement ("APB") No. 25 for the true and correct contents of that document, which best speaks for itself.  Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

194.    Answering Paragraph 194, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  Defendant refers the Court to the cited documents for their true and correct contents.  To the extent that this Paragraph purports to contain factual allegations requiring a response, Defendant denies the allegations in this Paragraph.

195.    Answering Paragraph 195, Defendant notes that this Paragraph contains Plaintiff's characterization and legal and/or accounting conclusions, which

-48-

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

1  require no response.  To the extent that this Paragraph purports to contain factual

2  allegations requiring a response, Defendant denies the allegations in this Paragraph.

3

4          196.   Answering Paragraph 196, Defendant notes that this Paragraph

5  contains Plaintiff's characterization and legal and/or accounting conclusions, which

6  require no response.  To the extent that this Paragraph purports to contain factual

7  allegations requiring a response, Defendant denies the allegations in this Paragraph.

8

9          197.   Answering Paragraph 197, Defendant notes that this Paragraph

10  contains Plaintiff's characterization and legal and/or accounting conclusions, which

11  require no response.  To the extent that this Paragraph purports to contain factual

12  allegations requiring a response, Defendant denies the allegations in this Paragraph.

13

14          198.   Answering Paragraph 198, Defendant notes that this Paragraph

15  contains legal and/or accounting conclusions, which require no response.  To the

16  extent that this Paragraph purports to contain additional factual allegations requiring

17  a response, Defendant denies each and every allegation in this Paragraph.

18

19          199.   Answering Paragraph 199, Defendant notes that this Paragraph

20  contains legal and/or accounting conclusions, which require no response.  To the

21  extent that this Paragraph purports to contain additional factual allegations requiring

22  a response, Defendant is without sufficient knowledge or information to form a

23  belief as to the truth of the allegations contained in said paragraph, and on that basis

24  denies each and every allegation contained therein.

25

26          200.   Answering Paragraph 200, Defendant notes that this Paragraph

27  contains legal conclusions, which require no response.  To the extent that this

28  Paragraph purports to contain additional factual allegations requiring a response,

-49-

1  Defendant is without sufficient knowledge or information to form a belief as to the

2  truth of the allegations contained in said paragraph, and on that basis denies each

3  and every allegation contained therein.

4

5        201.   Answering Paragraph 201, Defendant notes that this Paragraph

6  contains legal conclusions, which require no response.  Defendant admits that he

7  received some stock option grants while employed at Quest that the Special

8  Committee determined had incorrect measurement dates.  To the extent that this

9  Paragraph purports to contain additional factual allegations against other defendants,

10  Morse is without sufficient knowledge or information to form a belief as to the truth

11  of the allegations contained in said paragraph, and on that basis denies each and

12  every allegation contained therein.  Except as specifically admitted herein,

13  Defendant denies each and every allegation in this Paragraph.

14

15        202.   Answering Paragraph 202, Defendant is without sufficient

16  knowledge or information to form a belief as to the truth of the allegations contained

17  in said paragraph, and on that basis denies each and every allegation contained

18  therein.

19

20        203.   Answering Paragraph 203, Defendant is without sufficient

21  knowledge or information to form a belief as to the truth of the allegations contained

22  in said paragraph, and on that basis denies each and every allegation contained

23  therein.

24

25        204.   Answering Paragraph 204, Defendant is without sufficient

26  knowledge or information to form a belief as to the truth of the allegations contained

27  in said paragraph, and on that basis denies each and every allegation contained

28  therein.

-50-

205.    Answering Paragraph 205, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

206.    Answering Paragraph 206, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

207.    Answering Paragraph 207, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

208.    Answering Paragraph 208, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

209.    Answering Paragraph 209, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation or is without sufficient knowledge or information to form a belief as to the truth of the allegations contained

-51-

1    in said paragraph, and on that basis denies each and every allegation contained

2    therein.

3

4         210.   Answering Paragraph 210, Defendant notes that this Paragraph

5    contains legal and/or accounting conclusions, which require no response.  To the

6    extent that this Paragraph purports to contain additional factual allegations requiring

7    a response, Defendant denies each and every allegation in this Paragraph.

8

9         211.   Answering Paragraph 211, Defendant notes that this Paragraph

10   contains Plaintiff's characterizations or legal conclusions, which require no

11   response.  To the extent that this Paragraph purports to contain additional factual

12   allegations requiring a response, Defendant denies each and every allegation or is

13   without sufficient knowledge or information to form a belief as to the truth of the

14   allegations contained in said paragraph, and on that basis denies each and every

15   allegation contained therein.

16

17        212.   Answering Paragraph 212, Defendant notes that this Paragraph

18   contains legal conclusions, which require no response.  To the extent that this

19   Paragraph purports to contain additional factual allegations requiring a response,

20   Defendant denies each and every allegation or is without sufficient knowledge or

21   information to form a belief as to the truth of the allegations contained in said

22   paragraph, and on that basis denies each and every allegation contained therein.

23

24        213.   Answering Paragraph 213, Defendant notes that this Paragraph

25   contains Plaintiff's characterizations or legal conclusions, which require no

26   response.  To the extent that this Paragraph purports to contain additional factual

27   allegations requiring a response, Defendant denies each and every allegation in this

28   Paragraph.

-52-

214.    Answering Paragraph 214, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

215.    Answering Paragraph 215, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation or is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

216.    Answering Paragraph 216, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation or is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

217.    Answering Paragraph 217, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

218.    Answering Paragraph 218, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

-53-

219.    Answering Paragraph 219, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

220.    Answering Paragraph 220, Defendant notes that this Paragraph contains Plaintiff's characterization and legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation or is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

221.    Answering Paragraph 221, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation or is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

222.    Answering Paragraph 222, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

223.    Answering Paragraph 223, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained

-54-

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

in said paragraph, and on that basis denies each and every allegation contained therein.

224.   Answering Paragraph 224, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation or is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

225.   Answering Paragraph 225, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation or is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

226.   Answering Paragraph 226, Defendant incorporates his responses to Paragraphs 1 through 225 as though fully set forth herein.

227.   Answering Paragraph 227, Defendant notes that this Paragraph contains Plaintiff's characterization and legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

228.   Answering Paragraph 228, Defendant denies each and every allegation in this Paragraph.

229.   Answering Paragraph 229, Defendant denies each and every allegation in this Paragraph.

230.   Answering Paragraph 230, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

231.   Answering Paragraph 231, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

232.   Answering Paragraph 232, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

233.   Answering Paragraph 233, Defendant denies each and every allegation in this Paragraph.

234.   Answering Paragraph 234, Defendant notes that this Paragraph contains legal and/or accounting conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

-56-

235.    Answering Paragraph 235,  Defendant incorporates his responses to Paragraphs 1 through 234 as though fully set forth herein.

236.    Answering Paragraph 236, Defendant admits that Plaintiff purports to bring a claim pursuant to §20(a) of the Exchange Act, 15 U.S.C. §78t(a) against him.  To the extent that this Paragraph purports to contain additional factual allegations against other defendants, Morse is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Except as specifically admitted herein, Defendant denies each and every allegation in this Paragraph.

237.    Answering Paragraph 237, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

238.    Answering Paragraph 238, Defendant denies each and every allegation in this Paragraph.

239.    Answering Paragraph 239, Defendant denies each and every allegation in this Paragraph.

240.    Answering Paragraph 240, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain additional factual allegations requiring a response, Defendant denies each and every allegation in this Paragraph.

1      241.   Answering Paragraph 241, Defendant notes that this Paragraph

2 contains legal conclusions, which require no response.  To the extent that this

3 Paragraph purports to contain additional factual allegations requiring a response,

4 Defendant denies each and every allegation in this Paragraph.

5

6      242.   Answering  Paragraph  242, Defendant incorporates his

7 responses to Paragraphs 1 through 241 as though fully set forth herein.

8

9      243.   Answering Paragraph 243, Defendant is without sufficient

10 knowledge or information to form a belief as to the truth of the allegations contained

11 in said paragraph, and on that basis denies each and every allegation contained

12 therein.

13

14      244.   Answering Paragraph 244, Defendant is without sufficient

15 knowledge or information to form a belief as to the truth of the allegations contained

16 in said paragraph, and on that basis denies each and every allegation contained

17 therein.

18

19      245.   Answering Paragraph 245, Defendant is without sufficient

20 knowledge or information to form a belief as to the truth of the allegations contained

21 in said paragraph, and on that basis denies each and every allegation contained

22 therein.

23

24      246.   Answering Paragraph 246, Defendant is without sufficient

25 knowledge or information to form a belief as to the truth of the allegations contained

26 in said paragraph, and on that basis denies each and every allegation contained

27 therein.

28

W02-WEST:6VJB1\400947638.3
CV06-6863 DOC (RNB)

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

247.  Answering Paragraph 247, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

248.  Answering Paragraph 248, Defendant notes that this Paragraph contains legal conclusions, which require no response.  To the extent that this Paragraph purports to contain factual allegations requiring a response, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

Except for those specific allegations that Defendant has admitted or denied knowledge of, as set forth above, Defendant denies each and every allegation in the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The SAC, and each cause of action therein, fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

A portion or all of the alleged damages by Plaintiff and members of the putative plaintiff class are attributable to causes other than the depreciation in value of the stock resulting from any alleged false and misleading statements or omissions made during the putative Class Period.

### THIRD AFFIRMATIVE DEFENSE

-59-

1    The claims alleged in the SAC are barred, in whole or in part, by the

2  applicable  statute of limitations.

3

4  ### FOURTH AFFIRMATIVE DEFENSE

5    Plaintiff's claims are barred in whole or in part by the doctrines of

6  waiver, estoppel, ratification, laches and/or unclean hands.

7

8  ### FIFTH AFFIRMATIVE DEFENSE

9    Plaintiff and the members of the putative plaintiff class are barred from

10 claiming injury or damage, if any, because they failed to make reasonable efforts to

11 mitigate such injury or damage, which would have prevented their injury or

12 damages, if any.

13

14 ### SIXTH AFFIRMATIVE DEFENSE

15   Many of the matters now claimed by the SAC to be the subject of

16 misrepresentations or omissions were publicly disclosed or were in the public

17 domain and, as such, were available to Plaintiff and other members of the putative

18 plaintiff class and were at all times reflected in the price of Quest's stock.

19

20 ### SEVENTH AFFIRMATIVE DEFENSE

21   Plaintiff and members of the putative class were negligent and did not

22 exercise due care to discover the existence of some or all of the facts alleged in the

23 Complaint upon which they assert liability against Defendant.  Thus, the actual and

24 proximate cause of the damage to plaintiff, if any, in whole or in part, is Plaintiff's

25 negligence and their failure to exercise reasonable care.

26

27 ### EIGHT AFFIRMATIVE DEFENSE

28   If any false or misleading statement was made, or any material fact

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

required to be stated or necessary to make any statement made not misleading was omitted, then Plaintiff and some or all of the putative plaintiff class were aware of that misstatement or omission and/or did not rely upon it in purchasing Quest's common stock.

### NINTH AFFIRMATIVE DEFENSE

Any recovery for damages allegedly incurred by Plaintiff and members of the putative plaintiff class, if any, is subject to offset in the amount of any benefits received by Plaintiff or members of the putative plaintiff class through their investments.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Quest acted in good faith and in conformity with all applicable federal statutes, including the Securities Exchange Act of 1934, as amended, the Private Securities Litigation Reform Act of 1995, and all applicable rules and regulations promulgated thereunder.

### ELEVENTH AFFIRMATIVE DEFENSE

With respect to Plaintiff's claims under Section 10(b) of the Exchange Act, any recovery for damages allegedly incurred by plaintiffs, if any, is limited to the percentage of responsibility of the Defendant in proportion to the total fault of all persons, named as parties to this action or not, who caused or contributed to plaintiffs' alleged damages, pursuant to the Proportionate Liability provisions of the Private Securities Litigation Reform Act of 1995, codified as 15 U.S.C. § 78u-4(f)(2)(a).

### TWELFTH AFFIRMATIVE DEFENSE

-61-

1     Plaintiff's claims are barred, in whole or part, by the safe harbor

2  provisions of the Private Securities Litigation Reform Act of 1995, codified as 15

3  U.S.C. § 78u-5(c).

4

5               **THIRTEENTH AFFIRMATIVE DEFENSE**

6     Defendant presently has insufficient knowledge or information upon

7  which to form a belief as to whether it may have additional, as yet unstated,

8  affirmative defenses available.  Defendant reserves the right to assert additional

9  affirmative defenses.

10

11               **FOURTEENTH AFFIRMATIVE DEFENSE**

12     Plaintiff's damages, if any, resulted from the acts or omissions of third

13  parties.  The acts or omissions of these third parties constitute intervening or

14  superseding causes of the harm, if any, suffered by Plaintiff, and said third parties

15  should bear the responsibility of compensating plaintiffs for said damages.

16

17               **FIFTEENTH AFFIRMATIVE DEFENSE**

18     Plaintiff's claims are barred, in whole or part, because none of the

19  allegedly false or misleading statements are material.

20

21               **SIXTEENTH AFFIRMATIVE DEFENSE**

22     Plaintiff's claims are barred, in whole or part, because Defendant in

23  good faith relied upon expert advice in decision making that is alleged to have

24  resulted in false or misleading statements.

25

26               **SEVENTEENTH AFFIRMATIVE DEFENSE**

27     Plaintiff's claims are barred, in whole or part, because the stock option

28  grants were compensation earned by Quest's employees.

DEFENDANT MORSE'S ANSWER TO SECOND
AMENDED COMPLAINT

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant Morse prays as follows:

1.     That Plaintiff takes nothing by reason of Plaintiff's SAC and that the SAC be dismissed with prejudice;

2.     That judgment be rendered in favor of Morse;

3.     That Morse be awarded its costs of suit and attorneys' fees incurred in defense of this action; and

4.     For such other and further relief as this Court deems just and proper.

Defendant demands a jury trial.

Dated:  July 24, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      _____/s/ Vincent J. Brown_____
ROBERT D. ROSE
VINCENT J. BROWN

Attorneys for Defendant
M. BRINKLEY MORSE