SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT D. ROSE, Cal. Bar No. 62559
Email: rrose@sheppardmullin.com
VINCENT J. BROWN, Cal. Bar No. 226105
Email: vbrown@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619-338-6500
Facsimile: 619-234-3815

Attorneys for Defendant
M. BRINKLEY MORSE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MIDDLESEX RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>QUEST SOFTWARE, INC.; VINCENT C. SMITH; M. BRINKLEY MORSE; MICHAEL J. LAMBERT; DOUGLAS F. GARN; DAVID M. DOYLE; JERRY MURDOCK, JR.; and KEVIN BROOKS,<br><br>                Defendants. | Case No. CV06-06863 DOC (RNB)<br><br>**DEFENDANT M. BRINKLEY MORSE'S NOTICE OF MOTION AND MOTION TO STAY ACTION AS TO MORSE PENDING RESOLUTION OF PARALLEL CRIMINAL MATTER**<br><br>DATE:   September 22, 2008<br>TIME:   8:30 a.m.<br>CTRM:  9-D<br><br>Honorable David O. Carter |

1  TO THIS HONORABLE COURT, AND TO ALL PARTIES AND
2  COUNSEL OF RECORD:

4  NOTICE IS HEREBY GIVEN that on September 22, 2007, at 8:30 a.m., or as soon thereafter as counsel may be heard by the Honorable David O. Carter in Courtroom 9-D located at the United States District Court, Central District of California, Southern Division, Santa Ana Courthouse, 411 West Fourth Street, Courtroom 9D, Santa Ana, California 92701-4516, Defendant M. Brinkley Morse ("Morse") will and hereby does respectfully move this Court to stay this action as to Morse pending a resolution of a parallel criminal matter (the "Motion to Stay").

12  Morse seeks a stay based on the authority and arguments set forth in Memorandum of Points and Authorities in Support of Motion to Stay Action as to Morse Pending Resolution of Parallel Criminal Matter, submitted contemporaneously herewith and incorporated herein by reference. Morse respectfully requests a hearing on his Motion.

18  This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 8, 2008 and August 11, 2008. A stipulation between the parties could not be reached and Plaintiff intends to oppose the present Motion to Stay. Counsel for Plaintiff has expressed a willingness to resolve the issues raised by this Motion to Stay in an expedited manner.

---

-1-

W02-WEST:6VJB1\400984964.1

Case No. CV06-06863 DOC (RNB)

DEFENDANT M. BRINKLEY MORSE'S NOTICE OF MOTION TO STAY PENDING RESOLUTION OF PARALLEL CRIMINAL MATTER

-2-

1  Dated: August 11, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Robert D. Rose
ROBERT D. ROSE
VINCENT J. BROWN

Attorneys for Defendant
M. BRINKLEY MORSE