SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT D. ROSE, Cal. Bar No. 62559
Email: rrose@sheppardmullin.com
VINCENT J. BROWN, Cal. Bar No. 226105
Email: vbrown@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619-338-6500
Facsimile: 619-234-3815

Attorneys for Defendant
M. BRINKLEY MORSE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MIDDLESEX RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>QUEST SOFTWARE, INC.; VINCENT C. SMITH; M. BRINKLEY MORSE; MICHAEL J. LAMBERT; DOUGLAS F. GARN; DAVID M. DOYLE; JERRY MURDOCK, JR.; and KEVIN BROOKS,<br><br>    Defendants. | Case No. CV06-06863 DOC (RNBx)<br><br>**DECLARATION OF VINCENT J. BROWN IN SUPPORT OF DEFENDANT M. BRINKLEY MORSE'S MOTION TO STAY ACTION AS TO MORSE PENDING RESOLUTION OF PARALLEL CRIMINAL MATTER**<br><br>DATE:  September 22, 2008<br>TIME:  8:30 a.m.<br>CTRM:  9-D<br><br>Honorable David O. Carter |

1  I, Vincent J. Brown, declare as follows:

2  1. I am an attorney at law duly licensed to practice law before all of the courts of the state of California. I am an associate with the law firm of Sheppard Mullin Richter & Hampton, LLP, counsel to Defendant M. Brinkley Morse in the above-entitled proceeding. If called to testify in this matter, I could and would testify competently to the matters set forth below.

2. Attached as Exhibit A is a true and correct copy of portions of the Form 10-K that Quest Software, Inc. filed with the U.S. Securities and Exchange Commission on December 7, 2007 for the period ending December 31, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of August, 2008 at San Diego, California.

_____
VINCENT J. BROWN

-1-

W02-WEST:6VJB1\400985191.1
Case No. CV06-06863 DOC (RNBx)

BROWN DECLARATION IN SUPPORT OF DEFENDANT M. BRINKLEY MORSE'S MOTION FOR STAY

# EXHIBIT A

10-K 1 d10k.htm FORM 10-K

Table of Contents

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

## FORM 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the Fiscal Year Ended December 31, 2006

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the Transition Period from _____ to _____.

Commission File No. 000-26937

## QUEST SOFTWARE, INC.
(Exact Name of Registrant as Specified in its Charter)

| California | 33-0231678 |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **5 Polaris Way** <br> **Aliso Viejo, California** <br> (Address of Principal Executive Offices) | **92656** <br> (Zip Code) |

Registrant's Telephone Number, Including Area Code: (949) 754-8000

Securities Registered Pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Exchange on Which Registered <br> The Nasdaq Stock Market LLC |
|---|---|
| **Common Stock** | **(Nasdaq Global Select Market)** |

Securities Registered Pursuant to Section 12(g) of the Act: Common Stock

**Title of Each Class**
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15 (d) of the Act.

Table of Contents

### Website

Our website is located at www.quest.com. We make available, free of charge on or through our website, our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and all amendments to those reports as soon as reasonably practicable after such material is electronically filed with or furnished to the Securities and Exchange Commission. Information contained on our website is not part of this annual report on Form 10-K.

### Item 1A. *Risk Factors*

An investment in our shares involves risks and uncertainties. You should carefully consider the factors described below before making an investment decision in our securities. The risks described below are the risks that we currently believe are material risks of the business and the industry in which we compete.

Our business, financial condition and results of operations could be adversely affected by any of the following risks. If we are adversely affected by such risks, then the trading price of our common stock could decline, and you could lose part or all of your investment.

**Matters relating to or arising from our stock option investigation, including regulatory proceedings, litigation matters and potential additional expenses, may adversely affect our business and results of operations**

As described in the Explanatory Note to this Report, Part II, Item 7. "Management's Discussion and Analysis of Financial Condition and Results of Operations" and in Note 2 of our Notes to Consolidated Financial Statements included in this Report, we are restating our consolidated financial statements for periods through March 31, 2006 to reflect the findings of a voluntary, independent investigation of our stock option granting practices and related accounting. This investigation was conducted by A Special Committee of the Board of Directors with the assistance of independent outside legal counsel and outside forensic accounting consultants. To date, we have incurred significant expenses related to legal, accounting, tax and other professional services in connection with the investigation, the related restatements and related regulatory inquiries or proceedings and litigation matters, and may incur significant expenses in the future with respect to such matters. These events, even if resolved favorably, may be time-consuming, expensive and disruptive to normal business operations, and the outcomes of regulatory proceedings or litigation matters are difficult to predict and could have a material adverse effect on our business, results of operations and financial condition.

Although we believe we have made appropriate judgments in determining the financial and tax impacts of our historical stock option granting practices, we cannot provide assurance that the Securities and Exchange Commission ("SEC") or the Internal Revenue Service ("IRS") will agree with the manner in which we have accounted for and reported, or not reported, the financial and tax impacts. For a discussion of the judgments underlying the revised measurement dates, see "Management's Discussion and Analysis of Financial Condition and Results of Operations" in Part II, Item 7 of this Report. If the SEC or the IRS disagrees with our financial or tax adjustments or related disclosures and such disagreement results in material changes to our historical financial statements, we may be required to further restate our prior financial statements, amend prior filings with the SEC or take other action that is not currently contemplated.

In June 2006 we received an informal request for information from the Securities and Exchange Commission regarding our stock option practices. In January 2007 we were informed that the SEC issued a formal order of investigation in the matter. We have also been informally contacted by the U.S. Attorney's Office for the Central District of California and have been asked to voluntarily produce documents relating to our stock option granting practices. We are cooperating with the SEC and the U.S. Attorney's Office in connection with these matters, but can not predict if, when or how they will be resolved or what, if any, actions we may be required to take as part of any resolution of these matters. Any action by the SEC, the U.S. Attorney's Office or other governmental agency could result in civil or criminal sanctions against us and/or certain of our current and former officers, directors and employees.

Additionally, as discussed in Note 13 of Notes to Consolidated Financial Statements, included in Item 15 of this Report, we currently are engaged in civil litigation with parties that have alleged a variety of claims against Quest and certain of our current and former officers and directors relating to our stock option grant practices and related accounting. Although we and the other defendants intend to defend these claims vigorously, there are many uncertainties associated with any litigation, and we cannot assure you that these actions will be resolved without substantial costs and/or settlement charges. We have entered into indemnification agreements with each of our present and former directors and executive officers under which Quest is required to indemnify each such directors or executive officers against expenses, including attorneys' fees, judgments, fines and settlements, paid by such individual in connection with the pending litigation (other than indemnified liabilities arising

from willful misconduct or conduct that is knowingly fraudulent or deliberately dishonest).

13

Case 2:06-cv-06863-DOC-RNB Document 129-2 Filed 08/11/08 Page 6 of 6 Page ID #:2026

EXHIBIT A    PAGE 3