BLAKE MUIR HARPER, SBN: 115756
e-mail:  bmh@hulettharper.com
SARAH P. WEBER, SBN: 239979
e-mail: sweber@hulettharper.com
HULETT HARPER STEWART LLP
525 B Street, Suite 760
San Diego, CA 92101
Telephone:  (619) 338-1133
Facsimile:   (619) 338-1139
e-mail: bmh@hulettharper.com

MARIAN P. ROSNER (admitted *pro hac vice*)
e-mail:  mrosner@wolfpopper.com
PATRICIA I. AVERY (admitted *pro hac vice*)
e-mail:  pavery@wolfpopper.com
CHET B. WALDMAN (admitted *pro hac vice*)
e-mail:  cwaldman@wolfpopper.com
ANTHONY D. GREEN (admitted *pro hac vice*)
e-mail:  agreen@wolfpopper.com
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile:  (212) 486-2093
E-mail:      IRRep@wolfpopper.com

Attorneys for Plaintiff MIDDLESEX RETIREMENT SYSTEM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MIDDLESEX RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>                                        Plaintiff,<br><br>        vs.<br><br>QUEST SOFTWARE, INC., VINCENT C. SMITH, M. BRINKLEY MORSE, MICHAEL J. LAMBERT, DAVID M. DOYLE, JERRY MURDOCK, JR., and KEVIN BROOKS<br><br>                                        Defendants. | Case No. CV 06-6863-DOC(RNBx)<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Hearing<br>Date:      July 6, 2009<br>Time:      8:30 a.m.<br>Judge:    Hon. David O. Carter<br>Ctrm:      9D |

PLEASE TAKE NOTICE that on July 6, 2009, before the Honorable David O. Carter, District Court Judge, United States District Court for the Central District of California, the Motion of Lead Plaintiff Seth Huberman for Class Certification will be heard. Pursuant to Rule 23(c) of the Federal Rules of Civil Procedure, Lead Plaintiff Middlesex Retirement System ("Lead Plaintiff"), hereby moves for an Order as follows:

1.    Determining that this action is a proper class action and may be so maintained pursuant to the provisions of Fed. R. Civ. P. 23(a) and 23(b)(3);

2.    Certifying a class consisting of all persons and entities who purchased Quest Software, Inc. ("Quest") common stock during the period November 9, 2001 through July 3, 2006, inclusive (the "Class Period") and who were damaged thereby (the "Class"), excluding (i) Defendants; (ii) directors and officers of Quest; (iii) subsidiaries and affiliates of Quest; (iv) members of the immediate families of each of the Individual Defendants and Quest's officers and directors;(v) any entity in which any Defendant has a controlling interest; and (vi) the legal representatives, heirs, successors and assigns of any such excluded person; and

3.    Certifying Lead Plaintiff as representative of the Class described above and confirming Lead Counsel Wolf Popper LLP as counsel for the Class and Hulett Harper Stewart as liaison counsel.

This Motion is made on the grounds that this action satisfies each of the four prerequisites for class certification under the Federal Rules of Civil Procedure, Rule 23(a): (1) numerosity; (2) commonality; (3) typicality; and (4) adequacy of representation. This action also satisfies the core requirements for certification under Rule 23(b)(3) - namely, predominance of common questions of law or fact and the superiority of a class action as a method of adjudication.

1         This Motion is also based upon the Second Amended Complaint, the

2    Memorandum of Law and the Declaration of Thomas Gibson in Support of Motion

3    for Class Certification, submitted contemporaneously herewith, and all other

4    pleadings, motions, orders, and proceedings in this Action.

5         This motion is made following the conference of counsel pursuant to L.R. 7-3

6    which took place on, among other dates, May 28, 2009 and again, briefly, on June 4,

7    2009.

8    Dated: June 12, 2009                    Respectfully submitted,

9                                    WOLF POPPER LLP

10

11                                   By  s/ Patricia I. Avery
                                Marian P. Rosner

12                                   Patricia I. Avery
                                Chet B. Waldman

13                                   Anthony D. Green
                                845 Third Avenue

14                                   New York, New York 10022
                                Telephone: (212) 759-4600

15                                   Facsimile:  (212) 486-2093
                                E-mail:      IRRep@wolfpopper.com

16

17                                   *Lead Counsel*

18                                   HULETT HARPER STEWART LLP

19                                   Blake Muir Harper
                                Sarah P. Weber

20                                   525 B Street, Suite 760
                                San Diego, CA 92101

21                                   Telephone:  (619) 338-1133
                                Facsimile:   (619) 338-1139

22                                   e-mail: bmh@hulettharper.com

23                                   *Liaison Counsel*

24

25

26

27

28

**PROOF OF SERVICE**

*Middlesex Retirement System v. Quest Software Inc., et al., Case No. CV 06-06863*

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed with Wolf Popper LLP, whose offices are located in the City and State of New York. My business address is: 845 Third Avenue, New York, NY 10022.

That on June 12, 2009, I served the foregoing document(s) entitled: LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION in this action, in particular on the following counsel for Defendants:

| | | |
|---|---|---|
| COOLEY GODWARD KRONISH LLP<br>Koji F. Fukumura<br>4401 Eastgate Mall<br>San Diego, CA 92121-1909 | DECHERT LLP<br>Richard J. Cutler<br>Frederick G. Herold<br>Robert A. Robertson<br>4675 MacArthur Court<br>Suite 1400<br>Newport Beach, CA 92660-8842<br>*-and-*<br>Andrew J. Levander<br>Michael Z. Goldman<br>30 Rockefeller Plaza<br>New York, NY 10112 | SHEPPARD MULLIN, RICHTER & HAMPTON LLP<br>Robert D. Rose<br>Vincent J. Brown<br>501 West Broadway, 19th Floor<br>San Diego, CA 92101-3598 |
| STROOCK AND STROOCK AND LAVAN LLP<br>Zulaikha Aziz<br>Wrenn E. Chais<br>Cary J. Economou<br>2029 Century Park East<br>Los Angeles, CA 90067 | MUNGER TOLLES AND OLSON<br>Shoshana E. Bannett<br>Brad D. Brian<br>Luis Li<br>355 South Grand Avenue<br>Los Angeles, CA 90071 | LATHAM AND WATKINS LLP<br>Terri Lea Lilley<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560 |

BY ELECTRONIC MEANS: I caused the above-referenced document to be uploaded onto the ECF system for the United States District Court, Central District of California, Southern Division.

1      I declare under penalty of perjury under the laws of the United States and the

2 State of California that the foregoing is true and correct. Executed on June 12, 2009,

3 at New York, New York.

4

5                             Anthony D. Green

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28