BLAKE MUIR HARPER, SBN: 115756
e-mail: bmh@hulettharper.com
SARAH P. WEBER, SBN: 239979
e-mail: sweber@hulettharper.com
HULETT HARPER STEWART LLP
525 B Street, Suite 760
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

MARIAN P. ROSNER (admitted *pro hac vice*)
e-mail: mrosner@wolfpopper.com
PATRICIA I. AVERY (admitted *pro hac vice*)
e-mail: pavery@wolfpopper.com
CHET B. WALDMAN (admitted *pro hac vice*)
e-mail: cwaldman@wolfpopper.com
ANTHONY D. GREEN (admitted *pro hac vice*)
e-mail: agreen@wolfpopper.com
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
Firm E-mail:   IRRep@wolfpopper.com

Attorneys for Lead Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MIDDLESEX RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUEST SOFTWARE, INC., VINCENT C. SMITH, M. BRINKLEY MORSE, MICHAEL J. LAMBERT, DOUGLAS F. GARN, DAVID M. DOYLE, JERRY MURDOCK, JR., and KEVIN BROOKS,<br><br>Defendants. | Case No. 06-06863-DOC(RNBx)<br><br>CLASS ACTION<br><br>**DECLARATION OF THOMAS F. GIBSON IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hearing:<br><br>Date: July 6, 2009<br>Time: 8:30 a.m.<br>Judge: Hon. David O. Carter<br>Ctrm: 9D |

I, Thomas F. Gibson, declare as follows:

1. I am Chairman of the Middlesex Retirement System ("Middlesex"), the Lead Plaintiff appointed by the Court in this action.

2. I submit this Declaration in support of Lead Plaintiff's Motion for Class Certification.

3. I am an attorney, a graduate of Suffolk University Law School, and am admitted to the bar of the State of Massachusetts. I maintain a private law practice in Cambridge, Massachusetts, specializing in public employee retirement law.

4. As mentioned, I am the Chairman of the Middlesex Retirement Board and have been since January 2004. Prior to that time I served as the Board's legal counsel for approximately twenty years.

5. I am a member of the National Association of Public Pension Attorneys, the Massachusetts Association of Public Pension Attorneys (Past President,) the Massachusetts Bar Association, the Massachusetts Bar Foundation (Fellow and Life Member,) the Middlesex County Bar Association, and the Cambridge-Arlington-Belmont Bar Association (Past President).

6. For over thirty years, I have represented the interests of Massachusetts Retirement Boards and the beneficiaries of the Massachusetts public retirement system. I have served as a faculty member of the Massachusetts Bar Association's Professional Education Program, and am a frequent legal panelist for the Massachusetts Association of Contributory Retirement Systems, and at various national retirement conferences.

7. From the inception of this litigation, I have closely monitored the litigation through regular contact with Middlesex's attorneys at Wolf Popper LLP. I have, among other things, reviewed drafts of various pleadings with counsel, as well as reading decisions of the Court. I also traveled to New York for purposes of attending the mediation among the parties.

8.  Attached hereto is a copy of the plaintiff certification form which was annexed to the complaint filed in this action. The form indicates the transaction information with respect to trades in the common stock of Quest Software, Inc. ("Quest") by Middlesex during the Class Period.

9.  Middlesex never received any inside information concerning Quest Software, Inc. ("Quest" or "the Company"), nor did Middlesex make any of its purchases of Quest stock based on inside information. It is my understanding that such purchases were made in reliance on the integrity of the market price.

10.  Middlesex did not sell any Quest common stock based on non-public information.

11.  Middlesex sold a portion of its shares of Quest because of the drop in the stock's value on the market after Quest's backdating of stock options began to be revealed in May 2006.

12.  I believe that this action satisfies the requirements for certification as a class action and that Middlesex has been, and would continue to be, an adequate representative of the Class.

13.  Previously, Middlesex served as the court appointed lead plaintiff in the options backdating litigation titled *In re Monster Worldwide, Inc. Sec. Litig.*, which was litigated in the Southern District of New York. The court in the *Monster* litigation certified Middlesex as the class representative in that action. *See In re Monster Worldwide, Inc. Sec. Litig.*, 251 F.R.D. 132 (S.D.N.Y. 2008). That options backdating case settled in 2008 for $47.5 million. As Chairman of Middlesex, I was the individual who presided over that litigation as well. Thus, I have experience not only serving as the lead plaintiff representative, but as a representative of a class in an options backdating litigation.

1  I hereby declare under penalty of perjury under the laws of the United States
2 that the foregoing is true and correct to the best of my knowledge, information, and
3 belief.

Dated: June 4, 2009

_____
Thomas F. Gibson

DECL. OF THOMAS F. GIBSON IN SUPP. OF PLTF'S MTN FOR CLASS CERTIFICATION
Case No. 06-06863-DOC(RNBx)   -3-

Doc. 161489

# EXHIBIT- PLAINTIFF'S CERTIFICATION

Doc.

## PLAINTIFF CERTIFICATION

I, Thomas Gibson, on behalf of the Middlesex Retirement System ("Middlesex"), hereby state:

1. I have reviewed a complaint against Quest Software, Inc. ("QSFT"), and certain of its senior officers and directors, and have authorized the filing of the complaint and/or a lead plaintiff motion on my behalf by Wolf Popper LLP.

2. Middlesex did not purchase the securities that are the subject of the action at the direction of counsel or in order to participate in this private action.

3. Middlesex is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period alleged in the Complaint, Middlesex made the following transactions in QSFT common stock:

| Transaction (Buy, Sell, etc.) | Trade Date | No. of Shares | Price Per Share |
|---|---|---|---|

See Attached

5. Middlesex has only sought to serve as representative on behalf of a class in two other actions under the federal securities laws filed during the last three years, the BearingPoint Securities Litigation and the SFBC Securities Litigation, but is not representing the class in either action.

6. Middlesex will not accept any payment for serving as a representative party on behalf of a class except to receive its pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of October 2006

_____
SIGNATURE

Doc. 154.855

4

10/27/2006  12:21   6192333350                                              PAGE  35/35

10/20/06  13:18 FAX 978 439 3050        MIDDLESEX RETIREMENT SYS                    ☺011

### Middlesex Trading

#### Quest Software, Inc. (QSFT)

| Transaction | Date     | Quantity | Price   | Amount    |
|-------------|----------|----------|---------|-----------|
| Purchase    | 11/28/05 | 27668    | $15.58  | $430,971  |
| Purchase    | 11/29/05 | 6482     | $15.64  | $101,383  |
| Purchase    | 12/15/05 | 500      | $14.74  | $7,368    |
| Purchase    | 12/16/05 | 1400     | $14.89  | $20,844   |
| Purchase    | 12/16/05 | 500      | $14.48  | $7,242    |
| Purchase    | 12/16/05 | 2000     | $14.91  | $20,821   |
| Purchase    | 12/19/05 | 2500     | $14.99  | $37,474   |
| Purchase    | 12/20/05 | 2239     | $15.06  | $33,726   |
| Purchase    | 12/27/05 | 6852     | $15.15  | $103,812  |
| Purchase    | 01/24/06 | 6777     | $15.94  | $108,032  |
| Purchase    | 01/30/06 | 9000     | $16.60  | $149,382  |
| Purchase    | 05/05/06 | 8363     | $18.04  | $150,868  |
| Sale        | 05/19/06 | 21368    | $14.85  | $317,212  |
| Sale        | 05/22/06 | 6095     | $13.82  | $84,221   |

5

## PROOF OF SERVICE

*Middlesex Retirement Sys. v. Quest Software Inc., Case No.06-06863-DOC(RNBx)*

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed with Wolf Popper LLP, whose offices are located in the City and State of New York. My business address is: 845 Third Avenue, New York, NY 10022.

That on June 12, 2008, I served the foregoing document(s) entitled: **DECLARATION OF THOMAS F. GIBSON IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** in this action, in particular on the following counsel for Defendant:

| | | |
|---|---|---|
| COOLEY GODWARD KRONISH LLP<br>Koji F. Fukumura<br>4401 Eastgate Mall<br>San Diego, CA 92121-1909 | DECHERT LLP<br>Richard J. Cutler<br>Frederick G. Herold<br>Robert A. Robertson<br>4675 MacArthur Court<br>Suite 1400<br>Newport Beach, CA 92660-8842<br>*-and-*<br>Andrew J. Levander<br>Michael Z. Goldman<br>30 Rockefeller Plaza<br>New York, NY 10112 | SHEPPARD MULLIN, RICHTER & HAMPTON LLP<br>Robert D. Rose<br>Vincent J. Brown<br>501 West Broadway, 19th Floor<br>San Diego, CA 92101-3598 |
| STROOCK AND STROOCK AND LAVAN LLP<br>Zulaikha Aziz<br>Wrenn E. Chais<br>Cary J. Economou<br>2029 Century Park East<br>Los Angeles, CA 90067 | MUNGER TOLLES AND OLSON<br>Shoshana E. Bannett<br>Brad D. Brian<br>Luis Li<br>355 South Grand Avenue<br>Los Angeles, CA 90071 | LATHAM AND WATKINS LLP<br>Terri Lea Lilley<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560 |

BY ELECTRONIC MEANS: I caused the above-referenced document to be uploaded onto the ECF system for the United States District Court, Central District of California, Southern Division.

1  I declare under penalty of perjury under the laws of the United States and the
2  State of California that the foregoing is true and correct. Executed on June 12, 2009,
3  at New York, New York.

_____
Anthony D. Green