1  BLAKE MUIR HARPER, SBN: 115756
   e-mail:  bmh@hulettharper.com
2  SARAH P. WEBER, SBN: 239979
   e-mail:  sweber@hulettharper.com
3  HULETT HARPER STEWART LLP
   525 B Street, Suite 760
4  San Diego, CA  92101
   Telephone:  (619) 338-1133
5  Facsimile:    (619) 338-1139

6

7  MARIAN P. ROSNER (admitted *pro hac vice*)
   e-mail:  mrosner@wolfpopper.com
8  PATRICIA I. AVERY (admitted *pro hac vice*)
   e-mail:  pavery@wolfpopper.com
   CHET B. WALDMAN (admitted *pro hac vice*)
9  e-mail: cwaldman@wolfpopper.com
   ANTHONY D. GREEN (admitted *pro hac vice*)
10 e-mail: agreen@wolfpopper.com
   WOLF POPPER LLP
11 845 Third Avenue
   New York, New York 10022
12 Telephone: (212) 759-4600
   Facsimile:  (212) 486-2093
13 Firm E-mail:        IRRep@wolfpopper.com

14 Attorneys for Lead Plaintiff

15              UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
16                 SOUTHERN DIVISION

17 ┌─────────────────────────────┬─────────────────────────────
   │ MIDDLESEX RETIREMENT        │ Case No. 06-06863-DOC(RNBx)
18 │ SYSTEM, on behalf of itself and all │
   │ others similarly situated,  │ CLASS ACTION
19 │                             │
   │                   Plaintiff,│ **DECLARATION OF PATRICIA I.**
20 │                             │ **AVERY IN SUPPORT OF LEAD**
   │         v.                  │ **PLAINTIFF'S MOTION FOR**
21 │                             │ **CLASS CERTIFICATION**
   │ QUEST SOFTWARE, INC.,       │
22 │ VINCENT C. SMITH, M. BRINKLEY│ **VOLUME II OF III**
   │ MORSE, MICHAEL J. LAMBERT,  │   **(EXHIBIT E)**
23 │ DOUGLAS F. GARN, DAVID M.   │
   │ DOYLE, JERRY MURDOCK, JR.,  │
24 │ and KEVIN BROOKS,           │ Hearing:
   │                             │
25 │                   Defendants.│ Date:   July 6, 2009
   │                             │ Time:   8:30 a.m.
26 │                             │ Judge:  Hon. David O. Carter
   │                             │ Ctrm:   9D
27 │                             │
28 └─────────────────────────────┴─────────────────────────────

1    I, Patricia I. Avery, declare as follows:

2        1.    I am a member of the law firm of Wolf Popper LLP, one of Plaintiff's

3    counsel in the above-captioned action, and am admitted pro hac vice in this action.

4    I submit this Declaration in support of Lead Plaintiff's Motion for Class Certification

5    (the "Motion").

6        2.    Plaintiff makes this Motion after having met and conferred with various

7    Defendants' counsel in writing and by telephone, including most recently by

8    telephone on May 28 and briefly on June 4, 2009, where Plaintiff's and Defendants'

9    counsel, after failing to reach a final resolution on the issue of class certification,

10   agreed that Plaintiff would file a motion for class certification.

11                           **VOLUME I OF III** [1]

12       3.    Attached hereto as Exhibit A are a true and correct copy of (a) the Final

13   Judgments entered against Quest Software, Inc. ("Quest"), Vincent Smith, and Kevin

14   Brooks in the action taken against it by the SEC in the U.S. District Court for the

15   Central District of California, Case No. 09-cv-00315-AG-MLG; (b) the Consents of

16   Quest, Vincent Smith, and Kevin Brooks to entry of Final Judgments; and (c) the

17   Complaint filed by the SEC in that proceeding.

18       4.    Attached hereto as Exhibit B are copies of cover pages of various Forms

19   10-K filed by Quest during the Class Period as printed from the Edgar Database of the

20   U.S. Securities and Exchange Commission ("SEC").

21       5.    Attached hereto as Exhibit C is a true and correct copy of a Daily Stock

22   Price schedule which was printed from Yahoo! Finance, which reflects the high, low,

23   and closing prices, and trading volume, for the common stock of Quest Software, Inc.

24   ("Quest") as traded on the NASDAQ National Market System during the period

25   November 9, 2001 through July 5, 2006.

26       6.    Attached hereto as Exhibit D is a true and correct copy of excerpts from

27

28

---

[1]The Declaration lists all the documents, but due to the size of the document it has been divided into three volumes in order to comply with ECF size filing requirements. Volume I consists of Exhibits A-D; Volume II consists of Exhibit E; and Volume III consists of Exhibits F-H.

1  Defendants Quest Software, Inc., Vincent C. Smith, Michael J. Lambert, Douglas F.

2  Garn, David M. Doyle, Jerry Murdock, Jr., M. Brinkley Morse, and Kevin Brooks'

3  General Objections and Response to Plaintiff's First Set of Requests for Admission

4  in which such Defendants admit that the document attached as Exhibit C hereto

5  reflects the high, low, and closing prices, and trading volume, for the common stock

6  of Quest as traded on the NASDAQ during the period November 9, 2001 through July

7  5, 2006.

8                          **VOLUME II OF III**

9         7.    Attached hereto as Exhibit E is a true and correct copy of the Expert

10  Report of Professor Steven P. Feinstein, PH.D., CFA on Market Efficiency.

11                          **VOLUME III OF III**

12        8.    Attached hereto as Exhibit F are true and correct copies of (a) the

13  Opening memorandum of points and authorities of plaintiff in *In re Brocade Sec.*

14  *Litig.*, 05-cv-02042-CRB (N.D. Cal.), filed on June 22, 2007; and (b) the Oct. 12,

15  2007 Minute Opinion in *Brocade* certifying the class.

16        9.    Attached hereto as Exhibit G is a true and correct copy of the firm resume

17  for Wolf Popper LLP.

18        10.   Attached hereto as Exhibit H is a true and correct copy of the firm resume

19  for Hulett Harper Stewart LLP.

20        I hereby declare under penalty of perjury under the laws of the United States

21  and the State of California that the foregoing is true and correct to the best of my

22  knowledge, information, and belief.

23  Dated: June 12, 2009

24

25

26                                    S/ Patricia I. Avery
                                      _____
27                                    Patricia I. Avery

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

Doc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MIDDLESEX RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) Case No.: 06-06863-DOC(RNBx) ) ) ) CLASS ACTION |
| Plaintiff, | ) ) |
| v. | ) ) |
| QUEST SOFTWARE, INC., VINCENT C. SMITH, M. BRINKLEY MORSE, MICHAEL J. LAMBERT, DOUGLAS F. GARN, DAVID M. DOYLE, JERRY MURDOCK, JR., and KEVIN BROOKS, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

EXPERT REPORT OF
PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA
ON MARKET EFFICIENCY

JUNE 12, 2009

## SCOPE OF PROJECT AND REPORT

1. I was asked by Wolf Popper, LLP, lead counsel for the Plaintiff, to determine whether or not the stock of Quest Software, Inc. ("Quest" or the "Company") traded in an efficient market during the Class Period, 9 November 2001 to 3 July 2006.

2. Toward this end, I analyzed the market for Quest stock and the price behavior of Quest stock, focusing on the factors that are generally accepted to be indicative of market efficiency for publicly traded securities. I examined Company press releases, conference call transcripts, equity analyst reports, news articles, SEC filings, the performance of Quest stock, trading volume, the performance of the overall stock market and the stock of the Company's peers, as well as other pertinent data and documents. I also read the Plaintiff's Second Amended Complaint, dated 18 January 2008 ("Complaint") and analyzed the allegations therein. Exhibit-1 lists the documents I reviewed and relied upon in the course of this engagement.

3. This report presents my methodology, findings, and conclusions.

4. I may revise my report as additional information becomes available and as I conduct further analyses.

## CREDENTIALS

5. I, Steven P. Feinstein, am an Associate Professor of Finance and the holder of the Donald P. Babson Endowed Chair in Applied Investments at Babson College. I have served as the Director of the Stephen D. Cutler Investment Management Center at Babson College, a research and education center dedicated to the study and teaching of investments and capital markets.

6. I have a Ph.D. in Economics from Yale University, a Master of Philosophy degree in Economics from Yale University, a Master of Arts in Economics from Yale University, and a Bachelor of Arts degree in Economics from Pomona College. I also hold the Chartered Financial Analyst ("CFA") designation, granted by the CFA Institute.

7. At Babson College I have taught undergraduate and MBA level courses in Valuation, Investments, Equity Analysis, Fixed Income Analysis, Financial Management, Risk

1

Management, and Quantitative Methods. I have also taught executive courses on investments and corporate financial management for numerous corporations. Other courses I have taught are listed in my curriculum vitae, which is attached as Exhibit-2.

8.    Prior to my joining the faculty at Babson College, I taught finance at Boston University. Prior to that I was an Economist at the Federal Reserve Bank of Atlanta where my primary responsibilities were to monitor financial markets, analyze proposed regulation, and advise the Bank President in preparation for his participation in meetings of the Federal Open Market Committee – the government body responsible for monetary policy in the United States.

9.    I have published extensively in the field of finance. My finance articles have appeared in *The Journal of Forensic Economics, Atlanta Federal Reserve Bank Economic Review, Derivatives Quarterly, Derivatives Weekly, The Engineering Economist, The Journal of Risk, The American Bankruptcy Institute Journal, The Journal of Financial Planning, Risk Management,* and *Primus.* I am the author of *Finance and Accounting for Project Management,* published by the American Management Association. I wrote two chapters in the book *The Portable MBA in Finance and Accounting* – one on corporate financial planning and the other on risk management. I have presented research at the annual conventions of the American Finance Association, the Academy of Financial Services, the Multinational Finance Society, the Financial Management Association, and the International Conference on Applied Business Research. Co-authored papers of mine have been presented at the Eastern Finance Association meetings and the Midwestern Finance Association meetings.

10.   I have been selected to review papers for numerous finance journals and conferences, and I have reviewed finance textbook manuscripts for Prentice-Hall and Southwestern Publishing. I have been quoted on matters relating to finance and investments in the *Wall Street Journal, The Washington Post, The New York Times, The Financial Times,* and *The Boston Globe,* and my research relating to financial analysis and valuation has been discussed in the *Wall Street Journal, Bond Buyer,* and *Grant's Municipal Bond Observer.*

11.   I am a member of the American Finance Association, the Financial Management Association, the North American Case Research Association, the CFA Institute, and the Boston Security Analysts Society, where I have served as a member of the education

2

committee and ethics subcommittee. I served on the Fixed Income Specialization Examination Committee of the CFA Institute.

12. The CFA designation is the premier credential for financial analysts, worldwide. In order to receive this credential, applicants must pass a series of three exams covering such topics as equity analysis, financial valuation, business analysis, quantitative methods, investment analysis, portfolio management, risk management, financial accounting, and ethical and professional standards. I have taught in the Boston University CFA Review Program and the Boston Security Analysts Society CFA Review Program – two of the leading review programs that help candidates prepare for the CFA exams. In both of these programs I taught the most advanced level.

13. In addition to my teaching, research, CFA, and academic community responsibilities, I practice extensively as a financial consultant. Past and present clients include the United States Securities and Exchange Commission, the Internal Revenue Service, the Attorney General of the State of Illinois, the National Association of Securities Dealers, Lucent Technologies, Travelers Insurance, and State Street Bank. As a financial consultant, I have conducted analyses and presented opinions relating to damages, loss causation, and/or market efficiency in approximately 50 cases. Exhibit-3 lists my prior testimony appearances over the past four years.

14. In accordance with recognized professional ethics, my professional fees for this service are not contingent upon the opinions expressed herein. My services in this matter are being charged at the rate of $750 per hour. I am the managing principal of the consulting firm Crowninshield Financial Research, LLC, which receives compensation for the work performed by analysts who assist me on this case. I have no present or intended financial interest in the outcome of this matter.

## CONCLUSION

15. Based on an analysis of factors accepted to be indicative of market efficiency, Quest stock traded in an efficient market throughout the Class Period.

3

EXHIBIT E PAGE _|||_

## FACTUAL BACKGROUND

### About the Company

16.  Quest is a United States-based corporation in the business of producing and selling
     enterprise systems management software.

17.  In its form 10-K for the fiscal year ending 31 December 2006, filed on 7 December 2007,
     the Company reported revenue of $561.6 million and net income of $59.0 million.[1]

18.  As of the close of trading on 8 November 2001, the day before the start of the Class Period,
     Quest's market capitalization (the total value of all outstanding shares) was $1.74 billion.[2]
     During the Class Period the market capitalization climbed to a peak of $2.41 billion on 6
     December 2001. By 5 July 2006, the first trading day following the end of the Class
     Period, the Company's market capitalization had fallen to $1.30 billion.

19.  The stock price closed at $19.45 per share on 8 November 2001, the day before the start of
     the Class Period. Quest's closing stock price peaked at $26.95 per share on 6 December
     2001. By 5 July 2006, the first day after the end of the Class Period, the price per share had
     fallen to $12.78.

## EFFICIENCY OF THE MARKET FOR QUEST STOCK

20.  To assess whether or not the market for Quest stock was an efficient market, I analyzed the
     market for Quest stock and the behavior of the Quest stock price, focusing on factors that
     are generally accepted to be indicative of market efficiency for a publicly traded security.

### Efficient Market Defined

21.  The definition of market efficiency set forth by Judge Alfred J. Lechner, Jr. in the 1989
     decision in *Cammer v. Bloom* is often cited as a legal authority on the meaning of market
     efficiency and is consistent with the definition generally accepted by the academic finance
     community:

---

[1] Quest Software, Inc. Form 10-K for the Fiscal Year Ended December 31, 2006, filed December 7, 2007.
[2] Financial data provided by Capital IQ.

4

> "As relevant here, courts have permitted a rebuttable presumption of
> reliance in the case of securities traded in 'efficient markets' (i.e., markets
> which are so active and followed that material information disclosed by a
> company is expected to be reflected in the stock price.)"
> *Cammer v. Bloom*, 711 F. Supp. at 1273 (parentheses as in original).

22. Judge Lechner also cited the definitions offered by commentators Alan R. Bromberg and
    Lewis D. Lowenfels, and by finance professor Eugene Fama:

> "An efficient market is one which rapidly reflects new information in
> price."
> Bromberg and Lowenfels, cited in *Cammer v. Bloom*, 711 F. Supp. at 1276.

> "A market in which prices always 'fully reflect' available information is
> called 'efficient'."
> Fama, Efficient Capital Markets: A Review of Theory and Empirical Work, 25
> *Journal of Finance* 383, 1970, cited in *Cammer v. Bloom*, 711 F. Supp. at 1280.

23. The Supreme Court in the *Basic v. Levinson* decision focused on the same important
    characteristic at the heart of these definitions of market efficiency:

> "The fraud on the market theory is based on the hypothesis that, in an
> open and developed securities market, the price of a company's stock is
> determined by the available material information regarding the company
> and its business..."
> Supreme Court in *Basic* case, 108 S. Ct. at 988-89 (quoted in *Cammer v. Bloom*, 711
> F. Supp. at 1276).

24. An efficient market, as defined by *Cammer*, *Basic*, Bromberg and Lowenfels, and Fama, is
    a market in which available information is incorporated into the trading prices of securities
    such that the trading price reflects all available information. Market efficiency is relevant
    to a securities case as it addresses the question of whether or not false information (whether
    in the form of an alleged misrepresentation or omission) would likely have impacted the
    prices at which investors bought and sold.

25. The *Cammer* opinion lays out five factors that would suggest the market for a security is
    efficient. As described below, economic rationales support each factor as an indicator of
    market efficiency. The five factors are: 1) trading volume, 2) coverage by securities

5

EXHIBIT E PAGE 113

analysts, 3) number of market makers, 4) eligibility for S-3 registration, and 5) empirical evidence that the security price reacts to material information.

26. Empirical research conducted and published by Brad Barber, Paul Griffin, and Baruch Lev has confirmed that volume, number of market makers, and analyst coverage are indicative of market efficiency:

> "Consistent with the efficiency indicators used recently by the courts, the inefficient firms have lower mean trading volume, fewer market makers, lower analyst following, and lower institutional ownership (number and percentage) than efficient firms."
> **"The Fraud-on-the-Market Theory and the Indicators of Common Stock Efficiency," by Brad M. Barber, Paul A. Griffin, and Baruch Lev, Journal of Corporation Law, 1994, p. 302.**

27. Barber, *et al.*, did not test S-3 registration eligibility as an indicator of market efficiency, but it is noteworthy that the S-3 eligibility criteria include a minimum market capitalization requirement, and large firm size is correlated with high institutional ownership, a factor which Barber, *et al.* did find to be indicative of market efficiency. With respect to the empirical factor, Barber, *et al.* used empirical tests as the standard for market efficiency by which to judge the significance of the other variables. Consequently, they acknowledge the importance of the empirical factor.

28. Consistent with financial economic theory and empirical research, the language used by the *Cammer* Court describes the factors not as five *necessary* factors, but rather as indicative of the degree to which the security market is expected to be efficient:

> "There are several different characteristics pertaining to the markets for individual stocks which are probative of the degree to which the purchase price of a stock should reflect material company disclosures."
> *Cammer v. Bloom*, 711 F. Supp. at 1283.

29. In fact, the way the five factors are described in the *Cammer* opinion suggests that these five conditions are more akin to sufficient conditions individually, rather than necessary conditions collectively – again, consistent with economic theory. The *Cammer* opinion describes the nature of the five factors as follows:

EXHIBIT E PAGE 114

"There are several types of facts which, if alleged, might give rise to an inference that Coated Sales traded in an efficient market. It is useful to set forth an explanation of how the existence of such facts would cause the understanding that disclosed company information (or misinformation) would be reflected in the company's stock price, the underpinning of the fraud on the market theory. *Peil, supra, 806 F.2d at 1160*"
*Cammer v. Bloom*, 711 F. Supp. at 1285-86 (footnote omitted).

"First, plaintiffs could have alleged there existed an average weekly trading volume during the class period in excess of a certain number of shares."
*Cammer v. Bloom*, 711 F. Supp. at 1286.

"Second, it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period."
*Cammer v. Bloom*, 711 F. Supp. at 1286.

"Third, it could be alleged the stock had numerous market makers."
*Cammer v. Bloom*, 711 F. Supp. at 1286.

"Fourth, as discussed it would be helpful to allege the Company was entitled to file an S-3 Registration in connection with public offerings..."
*Cammer v. Bloom*, 711 F. Supp. at 1287.

"Finally, it would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."
*Cammer v. Bloom*, 711 F. Supp. at 1287.

"As previously noted, one of the most convincing ways to demonstrate efficiency would be to illustrate over time, a cause and effect relationship between company disclosures and resulting movements in stock price."
*Cammer v. Bloom*, 711 F. Supp. at 1291.

## Trading Volume

30. Throughout the Class Period, Quest stock traded regularly and actively. On average, 987,412 shares changed hands daily.[3] On one day, 19 May 2006, over nine million shares

---

[3] Financial data provided by Capital IQ.

EXHIBIT E PAGE 115

traded.

31.  In addition to average daily trading volume, another volume metric to consider in determining market efficiency is the percentage of outstanding shares that turned over each week. During the Class Period, the average weekly trading volume was 5.3% of shares outstanding.[4] This level of trading activity is well above levels accepted by courts as being indicative of market efficiency for common stocks.[5]

32.  In the case of the common stock of Coated Sales, Inc., the *Cammer* Court cited the conclusion of Alan R. Bromberg and Lewis D. Lowenfels that "weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one."[6] Trading volume for Quest stock during the Class Period was over twice that level.

33.  Both in terms of average daily trading volume and also on the basis of the percentage of outstanding shares traded weekly, the market for Quest stock was very active. Consistent with the *Cammer* opinion and economic theory, the active trading volume in Quest stock is evidence of the efficiency of the market for Quest stock over the course of the Class Period.

**Analyst Coverage and Other Avenues of Information Dissemination**

34.  Securities analysts disseminate and interpret information about the companies they cover. They conduct research and provide valuation opinions, helping market participants acquire relevant information and understand the implications of that information for valuation and investment decisions. Consequently, securities analysts facilitate the flow of information and the digestion of information within the marketplace. These functions promote market efficiency.

35.  Quest was the subject of broad analyst coverage during the Class Period. The Thomson Financial Investext database provides analyst reports on Quest published during the Class Period by 17 different financial firms: RBC Capital Markets; Morgan Stanley; Robertson Stephens; Moors & Cabot; CIBC World Markets; Credit Suisse First Boston; Deutsche Bank; Wachovia; Pacific Growth Equities; Janney Montgomery Scott; Smith Barney

---

[4] Estimated by dividing the average daily volume by the average number of shares outstanding, times 5 (the number of trading days in a typical week).

[5] *Cammer v. Bloom*, 711 F. Supp. at 1286.

[6] *Cammer v. Bloom*, 711 F. Supp. at 1293.

Citigroup; SG Cowen; Fulcrum Global Partners; Kaufman Bros. Equity Research; J.P. Morgan; PriceTarget Research; and Prudential Equity Group. I also obtained an analyst report written about Quest by Goldman Sachs (19 May 2006) and observe in the news articles I reviewed that Goldman Sachs covered Quest.

36. In addition to Goldman Sachs and the 17 firms that issued reports on Quest available through the Thomson Financial Investext database, the transcripts from the Company's conference calls held during the Class Period show that the following additional 14 firms were also covering Quest: Merrill Lynch; First Albany; SoundView Technology Corp.; Pacific Crest Securities; Thomas Weisel Partners; Friedman, Billings and Ramsey; Pacific Coast Equities; Columbia Management Group; Susquehanna Financial Group; Banc of America Securities; Piper Jaffray; SAC Capital; R.S. Investments; and Lazard Capital.

37. Consequently, at least 32 firms covered Quest during the Class Period. In addition, there may have been others whose reports are not provided by the Thomson Financial Investext database and other analysts that did not attend or speak during the Company's conference calls.

38. Thomson Financial provides data on institutional ownership of Quest stock. The data is compiled from the 13-F filings that major investment institutions are required to submit to the SEC. Major institutions are defined as firms or individuals that exercise investment discretion over the assets of others in excess of $100 million. Large investment firms generally employ financial analysts who conduct their own research on the stocks they buy. According to the Thomson Financial data, at least 377 major institutions owned Quest stock at some point during the Class Period.[7]

39. Consistent with the *Cammer* opinion and financial economic principles, the extensive analyst coverage of Quest is evidence of the efficiency of the market for Quest stock during the Class Period.

40. The news media also facilitate the flow of material information to the marketplace thereby promoting market efficiency. In the case of Quest, coverage by the news media was

---

[7] At least 377 major investment institutions held the stock at some time during the Class Period as evidenced by filings that indicated holdings as of 30 June 2004, 30 September 2004, 31 December 2004, 31 March 2005, 30 June 2005, 30 September 2005, 31 December 2005, 31 March 2006, and 30 June 2006. Additional institutions may have held Quest stock during the Class Period, though not on one of the quarterly reporting dates within the Class Period for which data were available from Thomson Financial.

9

extensive. A search of the Factiva database established that during the Class Period there were more than 1,100 articles published about Quest.[8]

41.   The articles obtained from Factiva include published news articles and press releases. Information also emerged and was disseminated throughout the Class Period in the form of SEC filings, conference calls, and presentations. During the Class Period, therefore, information about Quest was readily available to market participants as there was a consistent flow of news provided by news media, analysts, and various other sources.

42.   Quest was not an obscure company, escaping the notice of the news media, analysts, and investors. Rather, Quest was large, well known, widely covered, and widely held. These facts strongly support a finding that the market for Quest stock was an efficient market during the Class Period.

**Market Makers**

43.   The number of market makers is one of the factors the *Cammer* Court determined indicates market efficiency. The company that was the subject of the lawsuit in the *Cammer* case was Coated Sales, Inc., which was listed on the NASDAQ stock exchange. The NASDAQ is an electronic exchange that makes use of multiple competing market makers. Market makers are financial intermediaries who trade in a particular security, standing ready to buy and sell with investors and institutions. Consequently, for a NASDAQ-listed stock, a large number of market makers indicates that there are many market participants trading that particular stock. A large number of market makers also indicates that there is a high degree of liquidity. With a large number of market makers it is generally easy for investors to execute trades in a timely fashion with reasonable transaction costs.

44.   Quest stock is listed on the NASDAQ exchange and was listed on the NASDAQ exchange over the course of the Class Period.

45.   As cited by the *Cammer* Court, Bromberg and Lowenfels explicitly acknowledged the importance of a NASDAQ listing and the implications of such a listing on market efficiency:

---

[8] Based on a Factiva search in "All Sources" for articles published during the Class Period where "Quest Software Inc" was the "Company" search field parameter.

EXHIBIT E  PAGE 118

> "We think that, at a minimum, there should be a presumption – probably
> conditional for class determination – that certain markets are developed
> and efficient for virtually all the securities traded there: the New York and
> American Stock Exchanges, the Chicago Board Options Exchange and the
> NASDAQ National Market System."
> **Bromberg and Lowenfels, cited in the *Cammer v. Bloom*, 711 F. Supp. at 1292.**

46. CRSP provided daily data on the number of firms that made a market in Quest stock.
    According to data from CRSP, over the course of the Class Period, the number of firms that
    served as market makers for Quest stock ranged from 27 to 56.

47. According to information from NASDAQ, 46 firms served as market makers for Quest
    stock on the last day of the Class Period. Among these market makers were large, well
    known financial institutions such as Banc of America Securities, Citigroup, Credit Suisse,
    Deutsche Bank, Goldman Sachs, J.P. Morgan, Lehman Brothers, Merrill Lynch, Morgan
    Stanley, TD Waterhouse, UBS, and Wachovia.

48. Moreover, according to the NASDAQ data, at least six Electronic Communication
    Networks (ECNs) facilitated trading of Quest stock. Among these were Bats Trading,
    Direct Edge, Brut and Track.

49. Quest's listing on the NASDAQ exchange, the large number of market makers who traded
    Quest stock, and the ECN participation strongly support a finding that the market for Quest
    stock was an efficient market during the Class Period.


**S-3 Registration Eligibility**

50. The *Cammer* opinion pointed out that eligibility for S-3 registration is indicative of market
    efficiency because a company is entitled to S-3 registration when, among other things, it
    has filed Exchange Act reports for a specified length of time and has outstanding float
    above a certain sizable value. At the time of the *Cammer* opinion, the conditions for S-3
    registration were that a company filed financial reports with the SEC for 36 months, and
    had outstanding float over $150 million held by non-affiliates, or $100 million of such float
    coupled with annual trading volume exceeding 3 million shares. Today's rules require 12
    months of filings and $75 million of float. Satisfying such conditions on filings and float,
    according to the *Cammer* Court, indicates that the subject company would be well known

11

in the marketplace and information about it would be readily available, fostering the efficiency of the market for the company's stock.

51.   Quest was not only eligible to file an S-3 registration, the Company actually did file an S-3 registration on 26 September 2000, prior to the Class Period.

52.   Moreover, Quest remained eligible for S-3 registrations throughout the Class Period.

53.   A company's float is the number or value of shares that can potentially trade freely in the marketplace. It is generally defined as the number or value of outstanding shares, minus insider holdings, shares owned by affiliated corporate entities, and restricted shares. Float ranged between $289.9 million and $1.2 billion during the Class Period.[9] Even at its minimum value, Quest's float value was well above the threshold necessary for S-3 registration under both the current rules and the more stringent original rules applicable at the time of the *Cammer* opinion.

54.   Trading volume, too, was well above the threshold required for S-3 registration. Moreover, the Company had been filing financial reports with the SEC prior to the Class Period and remained current during the Class Period.

55.   Consistent with the *Cammer* opinion, Quest's ability to file an S-3 registration is evidence of the efficiency of the market for Quest stock during the Class Period.

### Empirical Evidence: F-Test and Ansari-Bradley Test

56.   Of the five *Cammer* factors, the empirical factor was cited by the *Cammer* Court as "one of the most convincing ways to demonstrate efficiency":

> "As previously noted, one of the most convincing ways to demonstrate efficiency would be to illustrate over time, a cause and effect relationship between company disclosures and resulting movements in stock price."
> *Cammer v. Bloom,* 711 F. Supp. at 1291.

57.   The special importance the *Cammer* Court placed on the empirical factor is justified by economic theory, as the empirical factor focuses on the essence of market efficiency while the other four factors are indicators that generally signal market efficiency.

---

[9] Float was calculated by multiplying market capitalization by one minus the percentage of outstanding shares held by insiders. Market capitalization data was provided by Capital IQ, and the insider percentages are stated in the Company's proxy statements filed on 30 April 2001, 30 April 2002, 30 April 2003, 19 May 2004 and 11 July 2005, and in the 10-K/A filed on 1 May 2006.

EXHIBIT E PAGE 120

58. In order to determine whether Quest stock reacted to material disclosures, I examined specifically those dates on which the Company reported quarterly or annual financial performance, or changed financial guidance. Because a company's financial results and forecasts are among the most important considerations to investors assessing the value of its stock, such information would generally constitute material information that could cause the stock price to change. I conducted tests to determine whether the price of Quest stock behaved differently on these announcement days than it typically did on all other days during the Class Period. Greater stock price movement on such news days would be indicative of a cause-and-effect relationship between material news and stock price reactions, the essence of market efficiency.

59. The following is the list of the events during the Class Period, selected using the described criteria:

    i. 29 January 2002, after the close of trading – Quest Software reported financial results for Q4 and fiscal 2001 (quarter ending 31 December 2001).

    ii. 30 April 2002, after the close of trading – Quest Software reported financial results for Q1 2002 (quarter ending 31 March 2003).

    iii. 25 July 2002, after the close of trading – Quest Software reported financial results for Q2 2002 (quarter ending 30 June 2002).

    iv. 23 October 2002, after the close of trading – Quest Software reported financial results for Q3 2002 (quarter ending 30 September 2002).

    v. 29 January 2003, after the close of trading – Quest Software reported financial results for Q4 and fiscal 2002 (quarter ending 31 December 2002).

    vi. 23 April 2003, after the close of trading – Quest Software reported financial results for Q1 2003 (quarter ending 31 March 2003).

    vii. 23 July 2003, after the close of trading – Quest Software reported financial results for Q2 2003 (quarter ending 30 June 2003).

    viii. 22 October 2003, after the close of trading – Quest Software reported financial results for Q3 2003 (quarter ending 30 September 2003).

    ix. 28 January 2004, after the close of trading – Quest Software reported financial results for Q4 and fiscal 2003 (quarter ending 31 December 2003).

EXHIBIT E PAGE 121

     x.  27 April 2004, after the close of trading – Quest Software reported financial results for Q1 2004 (quarter ending 31 March 2004),

     xi.  6 July 2004, after the close of trading – Quest Software announces estimated revenue for Q2 2004 (quarter ending 30 June 2004).

     xii.  28 July 2004, after the close of trading – Quest Software reported financial results for Q2 2004 (quarter ending 30 June 2004).

     xiii.  27 October 2004, after the close of trading – Quest Software reported financial results for Q3 2004 (quarter ending 30 September 2004).

     xiv.  2 February 2005, after the close of trading – Quest Software reported financial results for Q4 and fiscal 2004 (fiscal year ending 31 December 2004).

     xv.  4 May 2005, after the close of trading – Quest Software reported financial results for Q1 2005 (quarter ending 31March 2005).

     xvi.  4 August 2005, after the close of trading – Quest Software reported financial results for Q2 2005 (quarter ending 30 June 2005).

     xvii.  7 November 2005, after the close of trading – Quest Software reported financial results for Q3 2005 (quarter ending 30 September 2005).

     xviii.  8 February 2006, after the close of trading – Quest Software reported financial results for Q4 and fiscal 2005 (fiscal year ending 31 December 2005).

     xix.  4 May 2006, after the close of trading – Quest Software reported financial results for Q1 2006 (quarter ending 31March 2006).

60.  Because all of the information releases came after the close of trading on the respective announcement dates, the new information would have impacted the Quest stock price on the respective subsequent trading day. Consequently, for testing purposes, the event dates are 30 January 2002, 1 May 2002, 26 July 2002, 24 October 2002, 30 January 2003, 24 April 2003, 24 July 2003, 23 October 2003, 29 January 2004, 28 April 2004, 7 July 2004, 29 July 2004, 28 October 2004, 3 February 2005, 5 May 2005, 5 August 2005, 8 November 2005, 9 February 2006, 5 May 2006.

61.  There may have been additional information aside from performance results and guidance disseminated on the announcement dates to which the stock price reacted. If so, such stock price reactions to Company information would be further confirmation of market efficiency.

14

F-Test and Ansari-Bradley Test

62. Announcements of financial results and guidance sometimes constitute unexpected good news and other times constitute unexpected bad news. If the stock price rises in value following unexpected good news and falls following unexpected bad news – that is, reacts quickly and appropriately to new material information – then the dispersion of returns in a sample of such events would differ significantly from the dispersion of returns in the sample of all other days.

63. Dispersion is measured by the standard deviation of the distribution of returns.

64. I conducted two tests to determine whether the standard deviation of the distribution of returns on the event dates was significantly different from the standard deviation of the distribution of returns on all other days. I ran both tests on the "residual returns" for Quest stock, that is the computed portion of the stock returns remaining after controlling for the impact of market and peer group factors. The computation of residual returns is described below in the Event Study section of this report. Running the test on residual returns focuses the test more precisely on the effects of Company-specific information on the Company stock price.

65. The sample standard deviation of the event day residual returns was 8.46%. The sample standard deviation of all other days' returns in the Class Period was 2.85%. Clearly the sample standard deviation of the event day returns was greater than the sample standard deviation for all other days – approximately three times greater. An F-test assesses whether the difference between the two sample standard deviations is statistically significant, or alternatively, potentially due to random error. The F-statistic for these two samples is 8.78, which is greater than the 95% confidence level critical F-statistic value of 1.61 (for a one-tail F-test with 18 and 1,149 degrees of freedom), indicating that the difference in sample standard deviations was not due to random error, but rather is attributable to greater dispersion in the statistical distribution underlying the event day returns.[10]

---

[10] The critical F-statistic is a function of the "degrees of freedom" and the nature of the hypothesis being tested. The "degrees of freedom" depend on the number of events being tested and the number of days in the non-event sample. The first degree of freedom figure equals the number of events being tested, less one. The second degree of freedom figure equals the number of non-event dates against which the event group is compared, less one. The test is termed a "one-tailed test," because the question at issue is whether or not event dates have *greater* volatility than non-events.

15

66. The F-test finds that the volatility of event day returns is significantly greater than the volatility of returns for all other days. This result demonstrates that the price of Quest stock moves more on event dates than on other days. This statistical result indicates that there is a cause-and-effect relationship between the release of new information and reactions in the stock price, which therefore establishes that Quest stock traded in an efficient market.

67. The Ansari-Bradley is another test that determines whether or not two data samples are drawn from the same distribution or, alternatively, are drawn from distributions with significantly different dispersions (i.e. standard deviations in the distributions of returns). The Ansari-Bradley test is a well regarded and generally accepted test for this purpose and is presented and described in numerous authoritative textbooks.[11] Unlike the F-test, which is also commonly used to test for differences in standard deviations, the Ansari-Bradley test makes no assumption about the Normality of the return distributions.[12]

68. Applied to the event day returns and the sample of all other returns observed over the Class Period, the Ansari-Bradley test, like the F-test, finds with an extremely high degree of statistical certainty that the volatility of event day returns is significantly greater than the volatility of returns on all other days. The Ansari-Bradley W test statistic for the Quest stock return data is -5.26, the absolute value of which is greater than the critical W threshold of 1.64 for significance at the 95% confidence level. This result is further proof that the price of Quest stock moves more on event dates than on other days.

69. This statistical result indicates that there is a cause-and-effect relationship between the release of new information and reactions in the stock price, which therefore establishes that Quest stock traded in an efficient market.

---

[11] For example: *Practical Nonparametric Statistics*, 2nd edition, by J.W. Conover, John Wiley & Sons, 1980; *Applied Nonparametric Statistics*, by Wayne W. Daniel, Houghton Mifflin, 1978; *Nonparametric Statistical Methods*, by Wolfe Hollander, John Wiley & Sons, 1973; *Beyond ANOVA: Basics of Applied Statistics*, by Rupert, G. Miller, Jr., John Wiley & Sons, 1986; and *Biostatistical Analysis*, 3rd edition, by Jerrold H. Zar, Prentice-Hall, 1996.

[12] In this particular case, however, the F-test gives the same result as the Ansari-Bradley test, which is that the event day return distribution has significantly greater volatility than does the return distribution for all other days -- indicating market efficiency.

EXHIBIT E PAGE 124

**Empirical Evidence: Event Study Analysis**

70.    I also ran an event study to investigate the efficiency of the market for Quest stock. Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers. Renown finance professors John Campbell, Andrew Lo, and Craig MacKinlay [1997] present an excellent description and examples of the methodology and write about how it is generally accepted and widely used in academic research.[13]  Forensic financial analysts David Tabak and Frederick Dunbar [2001] write about how the methodology is generally accepted and widely used in forensic applications.[14]

71.    An event study determines how much of a stock price change cannot be explained by market and peer group factors. The portion of a stock price change that cannot be attributable to market and peer group factors is called the residual stock price movement or "residual return." The event study methodology isolates the residual return and also tests whether or not the residual return can reasonably be explained as merely a random fluctuation.

72.    If the stock return over an event period is statistically significant, it indicates that the stock price movement cannot be attributed to market and peer group factors, or to random volatility. Rather, the price movement was caused by company-specific information.

Event Selection Criterion

73.    Not only did the *Cammer* Court single out the empirical factor as "one of the most convincing ways to demonstrate efficiency," but it also recognized the special importance of the specific information allegedly misrepresented that is the subject of the litigation:

> "The central question under the fraud on the market theory is whether the stock price, *at the time a plaintiff effected a trade*, reflected the 'misinformation' alleged to have been disseminated."
> *Cammer v. Bloom*, 711 F. Supp. (emphasis in original).

---

[13] Chapter 4 of *The Econometrics of Financial Markets*, by John Y. Campbell, Andrew W. Lo, and A. Craig MacKinlay, Princeton University Press, 1997.

[14] "Materiality and Magnitude: Event Studies in the Courtroom," by David Tabak and Frederick Dunbar, in *Litigation Services Handbook*, 3rd edition, John Wiley & Sons, New York, 2001.

It is noteworthy that Tabak and Dunbar, who are employed by the consulting firm NERA, are generally defendants' experts in securities cases.

EXHIBIT E  PAGE 125

74.  Consequently, the empirical behavior of the Quest stock price following partially curative
disclosures is important for determining whether or not the market for Quest stock was
efficient for purposes of the fraud-on-the-market principle.

75.  Tabak and Dunbar concur that disclosure events are reasonable choices for the focus of the
event study:

> "Many texts discuss how to perform an event study. While there are some
> differences in exposition, there is uniform agreement in the literature on
> the necessary steps and general procedures to be followed. First, one must
> identify the event or events to be studied. In securities fraud cases, the
> events of interest usually include all the alleged disclosures of fraud and/or
> the dates when fraudulent statements were made."
> **"Materiality and Magnitude: Event Studies in the Courtroom," by David Tabak
> and Frederick Dunbar, in *Litigation Services Handbook*, 3[rd] edition, John Wiley &
> Sons, New York, 2001, page 7.**

76.  While a comprehensive identification of all curative disclosures is beyond the scope of this
report, and more appropriately addressed in an analysis of damages, the Complaint
identifies certain dates as partially curative disclosure dates, and a review of the news from
those dates indicates that important information was indeed disseminated on those
particular dates.

### 17 May 2006:  Analyst Reports Stir Suspicions of Option Problems at Quest

77.  On 17 May 2006, two analyst reports directed attention toward Quest's option granting
practices.

78.  Deutsche Bank analysts identified Quest as a company whose "grant performance show[s]
similar characteristics to other companies that have announced stock option back dating
investigations."[15]  Of the more than 40 companies examined by Deutsche Bank, Quest was
ranked among the top 3 most suspicious with respect to possible option grant irregularities.

79.  A Prudential Equity Group report issued later in the day referenced "a competitor report"
issued by another firm in the morning, which was most likely the Deutsche Bank report:

> "QSFT is down 5% intra-day (vs. 1% for the NASDAQ) we believe on
> concerns raised by a competitor report this morning citing a correlation

---

[15] "Analyzing Potential for Back Dated Stock Options," Deutsche Bank analyst report on Infrastructure Software
sector, 17 May 2006.

EXHIBIT E  PAGE 126

between Quest's option grant timing and that of companies under
investigation by the SEC for options backdating."
**"QSFT: Fundamental Outlook Strong Although Option Concerns May Create an
Overhang; Reiterate Overweight Rating," Prudential Equity Group analyst report,
17 May 2006.**

80. Prudential Equity Group had just initiated coverage of Quest. While its analysis of the
Company's fundamentals was generally positive overall, the report quoted above and a
second report issued the same day focused attention on Quest's option granting practices.
Prudential reported the Company's denials of any options grant wrongdoing, but the
headlines, highlights, and major content of both reports focused on the options problem:

"HIGHTLIGHTS:
- After speaking with the company, Quest indicated that they believe
  that there was not an options backdating issue.
- Quest conveyed to us that after reviewing (while not in depth) past
  option grant dates, board meetings and conferring with their legal
  counsel today, they felt confident that there is no issue."
**"QSFT: Company Believes There is No Option Backdating Issue; Reiterate
Overweight Rating," Prudential Equity Group analyst report, 17 May 2006.**

81. Other analysts and the press noted the heightened concerns over Quest's option grant
practices and related accounting:

"Susquehanna Financial Group analyst Gregg Moskowitz said
Wednesday's [17 May 2006] decline at Quest was likely caused by broad
fears that a growing incidence of manipulation of stock-option grants at
technology companies could cause accounting problems."
**"Quest Software Rebounds After Downturn,"** *Associated Press,* **18 May 2006.**

19 May 2006:  Goldman Sachs Alerts Investors to Potential Option and Accounting Problems

82. On 19 May 2006, Goldman Sachs published an analyst report specifically identifying Quest
as a company whose option grants were suspicious, and noted that the cash implications of
a required restatement by Quest "would not be insignificant."[16]

---

[16] "Quest Software, Inc. (QSFT): Downgrading to In-Line Given Option Overhang; Fundamentals Still Strong,
Goldman Sachs analyst report, 19 May 2006.

EXHIBIT E PAGE 127

22-23 May 2006: The Company Initiates an Internal Investigation

83. After the close of trading on 22 May 2006, the Company addressed the issue that had concerned investors and rattled the stock price over the past several days, announcing that the Company's board of directors had formed a special committee "to investigate the company's historical stock option grant practices and related accounting."[17]

5 July 2006: Revelation of Option and Accounting Irregularities

84. On 5 July 2006, before the market opened, the Company reported the "preliminary conclusions" from the internal investigation. The special committee found that Quest did engage in option backdating.[18] The Company announced that it would "restate its annual and interim financial statements for the periods from 2000 through 2005 and for the quarter ended March 31, 2006." Those prior financial statements, according to the Company, should no longer be relied upon. Moreover, the Company announced, "Quest Software also expects that expenses arising from the investigation, the restatement and related activities, which will be recorded in the periods incurred, will be significant."

85. These disclosure events are not necessarily an exhaustive list of corrective disclosure events, but rather a sampling of events that by virtue of the amount and nature of the information disclosed are clearly events in which information entered the marketplace that was related to the alleged fraud and which reasonably would have a material impact on the valuation of Quest stock.

Isolating the Impact of Company-Specific Information

86. After identifying events to be tested, the next step in the event study was to determine how much of the Company's stock return following each of the events was driven by Company-specific information as opposed to market and peer group factors.

87. The method, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how Quest stock typically behaved in relation to the overall stock market and its peer group, and then using the regression model to

---

[17] "Quest Software to Investigate Stock Option Practices," *Business Wire*, 22 May 2006 (8:30pm).
[18] "Quest Software Announces Expected Restatement Related to Stock Option Grant Practices," *Business Wire*, 5 July 2006 (8:00 AM).

EXHIBIT E PAGE 128

determine how much of each event day's actual return is explained by the market and peer group factors ("the explained return").

88.   The explained return is then subtracted from the actual return to isolate the residual return, which is the stock's return after controlling for market and peer group effects.

89.   I ran a regression modeling the return of Quest stock as a function of: 1) a constant term, 2) the returns of the overall stock market, and 3) a peer group index return.

90.   For the overall stock market factor I used the Standard and Poor's 500 Total Return Index ("S&P 500 Index"), which is a generally accepted and widely used measure of the overall stock market performance. The S&P 500 Total Return Index appropriately incorporates payment of dividends by the constituent companies.

91.   In the Company's proxy statement filed on 11 July 2005, the Company compared its performance to the performance of the "S&P Systems Software Index." Based on the Company's market capitalization and based on the name of the index presented in the Company's proxy statement, I used the S&P MidCap 400 Systems Software Sub-Industry Index as the peer group index, because it appears that the Company itself deemed this index to be representative of its peer group.

92.   Quest stock prices, trading volume, and returns are shown in Exhibit-4. The returns of the S&P 500 Total Return Index and the S&P MidCap 400 Systems Software Sub-Industry Index are presented in Exhibit-5. The data were obtained from Capital IQ.

93.   I ran the regression on daily data covering the period 17 May 2005 through 16 May 2006, the full year prior to the first disclosure event. This control period is close to the time of the disclosure events but does not overlap with the disclosure events. Being close to the time of the disclosure events, this control period produces a reliable model of how Quest stock returns reacted to the market and peer group factors at the time of the disclosures. Because it does not overlap with the disclosure events, the control period is not contaminated by the added volatility the disclosure events themselves induced.

94.   All returns used in the regression and event study are logarithmic returns – that is, the natural logarithm of the ratio of the current day's closing price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis.

21

EXHIBIT E PAGE 129

Analysts and researchers generally use logarithmic returns instead of percent price changes because of various computational advantages.[19]

95. The regression results are presented in Exhibit-6.

96. I computed the explained portion of the stock return on each event date by adding: 1) the estimated regression intercept term, 2) the respective day's S&P 500 Index return multiplied by the S&P 500 Index coefficient estimated by the regression, and 3) that day's peer group return multiplied by the regression's peer group coefficient.

97. I then computed the residual return for each event date by subtracting the day's explained return from the corresponding actual return.

T-test

98. For each event, a statistical test called a t-test was conducted to determine whether Quest stock's residual return can be explained by random volatility, or alternatively must have been caused by Company-specific information. A t-test compares the residual return on an event date to the typical residual return exhibited over the control period. If the event date residual return is far greater (positively or negatively) than the typical residual return, the t-test indicates that the residual return in question cannot have been caused by random volatility alone – i.e., it is statistically significant.[20]

99. The event study results are presented next and summarized in Exhibit-7.

Event Study Result: 17 May 2006

100. On 17 May 2006, analyst reports by Deutsche Bank and Prudential Equity Group stirred investors' concerns over Quest's option grant practices and accounting. On extremely high volume, the price of Quest stock fell 7.46% (on a logarithmic return basis).

101. That day, the S&P 500 return was -1.67% and the peer group index return was -2.30%. According to the regression results, the explained portion of Quest's stock return on any particular day equals 0.06%, plus a coefficient of 1.14 times the S&P 500 return, plus a coefficient of 0.14 times the peer group index return. Inputting the market and peer group

---

[19] The Appendix presents the mathematical formula for the logarithmic return, and a description and discussion of the measure.

[20] The test is called the t-test because it involves the computation of a t-statistic, which is the event date residual return divided by the standard deviation of residual returns from the control period. If the t-statistic is greater than 1.97 (or less than -1.97), the likelihood that the residual return could have been caused by random volatility alone is less than 5%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected.

EXHIBIT E PAGE 130

returns for May 17th into this model gives an explained return for Quest stock of -2.16% on that day. The difference between the actual and explained returns, -5.30%, is the residual return for Quest stock, the portion of the return that is unexplained by the market and peer group effects. A -5.30% residual logarithmic return translates into a residual dollar return of -$0.86 per share.

102. A residual return of -5.30% is an unusually large negative one-day return for Quest stock. That residual return is associated with a t-statistic value of -3.43, which indicates that it is highly unlikely that the decrease in the Quest stock price on 17 May 2006 was caused only by random volatility, the overall stock market, or a peer group effect. The likelihood of obtaining a residual return of this magnitude and associated t-statistic given that alternative explanation, rather than having been caused by company-specific information, is 0.07%. Because the market and peer group effects were controlled for and therefore ruled out, and because the probability of such an extreme residual return is so low, the Quest stock return that day is deemed statistically significant.

103. The magnitude of the residual return and its statistical significance indicate, with a high degree of statistical certainty, that the new Company information revealed on 17 May 2006 caused the Quest stock price to fall 5.30% (on a logarithmic return basis) and fall in value $0.86 per share that day.

Event Study Result: 19 May 2006

104. On 19 May 2006, Goldman Sachs published an analyst report specifically identifying Quest as a company whose option grants were suspicious, and noting that the cash implications of a required restatement by Quest "would not be insignificant." The analysis by Goldman Sachs turned out to be correct, as verified later.

105. The day of the Goldman Sachs report, the S&P 500 return was 0.41% and the peer group index return was -3.20%. According to the regression results, the explained portion of the Quest stock return was 0.10% that day. However, the actual return on Quest stock was -12.09%. The difference between the actual and explained returns, -12.19%, is the residual return for Quest stock, the portion of the return that is unexplained by the market and peer group effects. A -12.19% residual logarithmic return translates into a residual dollar return of -$1.83 per share.

23

106. A residual return of -12.19% is an unusually large negative one-day return for Quest stock. That residual return is associated with a t-statistic value of -7.89, which indicates that it is highly unlikely that the decrease in the Quest stock price on 19 May 2006 was caused only by random volatility, the overall stock market, or a peer group effect. The likelihood of obtaining a residual return of this magnitude and associated t-statistic given that alternative explanation, rather than having been caused by company-specific information, is virtually nil. Because the market and peer group effects were controlled for and therefore ruled out, and because the probability of such an extreme residual return resulting from random volatility is so low, the Quest stock return that day is deemed statistically significant.

107. The magnitude of the residual return and its statistical significance indicate that to a high degree of statistical certainty, the newly disseminated information about the Company caused the Quest stock price to fall 12.19% (on a logarithmic return basis) and fall in value $1.83 per share that day.

Event Study Result: 23 May 2006

108. After the market close on 22 May 2006, the Company announced that it had commenced an internal investigation into its option grant practices and accounting.

109. The following trading day, 23 May 2006, the S&P 500 return was -0.43% and the peer group index return was -0.03%. Quest stock fell 2.96% (on a logarithmic return basis) that day. Given the market and peer group returns, the Quest residual return that day was -2.52%, or -$0.34 per share. While a 2.52% stock price decline is substantial it is a relatively moderate decline. The t-statistic associated with the 2.52% residual stock price return is -1.63.

110. Given that over the prior 4 days the price of Quest stock had already been battered by news pertaining to option grant and accounting problems, it is not surprising that the negative price impact of the Company announcement on May 23rd was relatively moderate.

Event Study Result: 5 July 2006

111. On 5 July 2006, before the market opened, the Company reported the preliminary findings of its internal investigation. The Company essentially admitted to option backdating, declared its prior financial statements unreliable, announced it would restate its prior financial statements, and stated that the restatements would be significant.

24

EXHIBIT E PAGE 132

112. That day, Quest stock fell 10.40%. The S&P 500 return was -0.72% and the peer group index return was -1.51%. The residual return for Quest stock, the portion of the return that is unexplained by the market and peer group effects, was -9.43%. A -9.43% residual logarithmic return translates into a residual dollar return of -$1.28 per share.

113. A residual return of -9.43% is an unusually large negative one-day return for Quest stock. That residual return is associated with a t-statistic value of -6.11, which indicates that it is highly unlikely that the decrease in the Quest stock price on 5 July 2006 was caused only by random volatility, the overall stock market, or a peer group effect. The likelihood of obtaining a residual return of this magnitude and associated t-statistic given that alternative explanation, rather than having been caused by company-specific information, is virtually nil. Consequently, the Quest stock return that day is deemed statistically significant.

114. This magnitude of residual return and its statistical significance indicate that to a high degree of statistical certainty, the Company news disseminated that day caused the Quest stock price to fall 9.43% (on a logarithmic return basis) and fall in value $1.28 per share.

Event Study Results Summary

115. On 17 May 2006, 19 May 2006, and 5 July 2006, the price of Quest stock fell promptly and significantly in response to important adverse Company news.

116. The stock price fell on 23 May 2006 after the Company announced its own internal investigation. Nonetheless, given that the Quest stock price had already declined significantly over the preceding several days in response to news about potential option grant improprieties, it is not surprising that the decline in response to the Company's announcement of an internal investigation would be moderate.

117. These event study results confirm that the price of Quest stock responded quickly and appropriately to relevant Company news. This result is further confirmation that the market for Quest stock was an efficient market.

## RESULTS AND SUMMARY

118. Over the course of the Class Period, Quest was a large company whose stock was listed and actively traded on the NASDAQ exchange. Numerous market makers provided liquidity

25

EXHIBIT E PAGE 133

and fostered the efficiency of the market for Quest stock. The Company was widely covered by securities analysts and the news media. Quest filed an S-3 registration prior to the Class Period and was eligible to file S-3 registrations during the Class Period. Trading volume was consistently high, both in terms of the absolute number of shares traded daily and in terms of the percent of outstanding shares traded weekly.

119. The statistical results from event study analysis, an F-test, and an Ansari-Bradley test prove that there was a cause-and-effect relationship between material information and movements in the stock price.

120. Quest stock satisfied all of the *Cammer* factors, which consistent with financial economic principles and empirical research indicate market efficiency.

121. Given these facts, I conclude that Quest stock traded in an efficient market over the course of the Class Period.


## LIMITING FACTORS AND OTHER ASSUMPTIONS

122. This report is furnished solely for the purpose of court proceedings in the above named matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to supplement or amend this report, including in the event additional information becomes available.



Steven P. Feinstein, Ph.D., CFA

26

**APPENDIX**

The formula for a logarithmic return is:

$$R_t = \ln\left(\frac{P_t + d_t}{P_{t-1}}\right)$$

where:

$R_t$ is the logarithmic return on day t;
$P_t$ is the stock price at the end of day t;
$P_{t-1}$ is the stock price from the previous day, day t-1;
$d_t$ is the dividend on day t, if any.

The formula for converting a logarithmic return into a dollar return is:

$$DR_t = P_{t-1} \cdot (e^{R_t} - 1)$$

where:

$DR_t$ is the dollar return on day t;
$P_{t-1}$ is the stock price from the previous day, day t-1;
e is natural e (approximately 2.7);
$R_t$ is the logarithmic return on day t.

If a stock falls from $20 to $18, the percent change in price is -10%, equal to the $2 decline divided by the original $20 price. The logarithmic return, however, is -10.54%, equal to log($18/$20). Among its other attractive features, the logarithmic return relates a price change to an average of the original, final, and intervening prices over the course of a price decline. As such, for large price declines, it is possible for a logarithmic price decline to exceed 100%, since the price decline may be greater than the average of the beginning and ending prices.

Logarithmic returns, rather than percent change returns are commonly used in stock return regressions and event study analysis. Another attractive feature of logarithmic returns is that they can be decomposed into contributing factors linearly. That is, the portion of a logarithmic return caused by company-specific information is isolated by subtracting from the total logarithmic return the portion of the total return caused by market and peer group factors

27

## Exhibit 1

### Documents and Other Information Reviewed and Relied Upon

### LEGAL DOCUMENTS

- Consolidated Complaint for Violation of the Securities Exchange Act of 1934, dated 26 March 2007.
- Order Granting in Part and Denying in Part Defendants' Motion to Dismiss First Amended Complaint, dated 22 October 2007.
- Second Amended Complaint, dated 18 January 2008.
- Amended Order (1) Granting in Part and Denying in Part Defendants' Motion to Dismiss Second Amended Complaint; (2) Ordering Discovery, dated 10 July 2008.
- Securities and Exchange Commission, Plaintiff, vs. Quest Software, Inc., Vincent C. Smith, John J. Laskey, and Kevin E. Brooks, Defendants, dated 12 March 2009.

### NEWS ARTICLES/PRESS RELEASES

- "StockHeadquarters.com announces 50 out of 57 alerts increasing $2 or more in October and a 30 day free trial," M2 Presswire, 9 November 2000.
- "Ray Lane Joins Quest Software Board of Directors," PR Newswire, 9 November 2000.
- "Quest Software strengthens affiliation with Oracle by achieving certified solution partner status within the Oracle Partner Program; Quest Software establishes superior product knowledge and technical expertise with Oracle," M2 Presswire, 10 November 2000.
- "Holders Register QUEST SOFTWARE Stock," Federal Filings Newswires, 16 November 2000.
- "Holder Registers QUEST SOFTWARE Stock," Federal Filings Newswires, 17 November 2000.
- "Holder Registers QUEST SOFTWARE Stock," Federal Filings Newswires, 20 November 2000.
- "Holders Register QUEST SOFTWARE Stock," Federal Filings Newswires, 21 November 2000.
- "By invitation only booming business ensures fabulous parties for O.C.'s high-tech powerhouses. No pressed-turkey dinners or canned cranberries for this crowd. Series: PARTY," The Orange County Register, 21 November 2000.
- "Holder Registers QUEST SOFTWARE Stock," Federal Filings Newswires, 22 November 2000.
- "Holders Register QUEST SOFTWARE Stock," Federal Filings Newswires, 24 November 2000.
- "RESEARCH ALERT-Precise started strong buy," Reuters, 05:52 AM, 27 November 2000.

EXHIBIT E PAGE 136

## Exhibit 1, continued

- "Holder Registers QUEST SOFTWARE Stock," Federal Filings Newswires, 28 November 2000.
- "Quest announces new optional module of its popular TOAD software featuring DBA functionality for easier Oracle database management," M2 Presswire, 28 November 2000.
- "Quest Software To Buy Back Up To 2M Common Shares," Dow Jones, 5 December 2000.
- "Quest Software, Inc. Announces Stock Repurchase Program," PR Newswire, 5 December 2000.
- "Quest Software, Inc. Announces Stock Repurchase Program," Reuters, 5 December 2000.
- "Holder Registers QUEST SOFTWARE Stock," Federal Filings Newswires, 6 December 2000.
- "QUEST SOFTWARE INC, Inst. Equity Holders, 3Q 2000 (QSFT)," Federal Filings Newswires, 7 December 2000.
- "Holder Registers QUEST SOFTWARE Stock," Federal Filings Newswires, 8 December 2000.
- "Quest Software Provides Comprehensive Systems Management With Spotlight(TM) On EMC Symmetrix(R)," PR Newswire, 11 December 2000.
- "Quest Software, Inc. Provides Systems Management With Spotlight On EMC Symmetrix," Reuters, 11 December 2000.
- "Insider Sells QUEST SOFTWARE INC. Stock," Federal Filings Newswires, 12 December 2000.
- "Insider Sells QUEST SOFTWARE INC. Stock," Federal Filings Newswires, 13 December 2000.
- "Holder Registers QUEST SOFTWARE Stock," Federal Filings Newswires, 14 December 2000.
- "Insider Sells QUEST SOFTWARE INC. Stock," Federal Filings Newswires, 14 December 2000.
- "Quest Software announces monitoring and configuration management solutions to enrich Microsoft Exchange infrastructures; Quest Software delivers solutions to improve overall quality of messaging services and ease administration of large exchange server deployments," M2 Presswire, 14 December 2000.
- "Quest Software launches new versions of Foglight for Exchange and InLook," Corporate IT Update, 15 December 2000.
- "Holder Registers QUEST SOFTWARE Stock," Federal Filings Newswires, 15 December 2000.
- "Quest Software launches new versions of Foglight for Exchange and InLook," Telecomworldwire, 15 December 2000.
- "Quest Software launches new versions of Foglight for Exchange and InLook," Worldwide Computer Products News, 15 December 2000.

29

**Exhibit 1, continued**

- "Quest Software provides comprehensive systems management with spotlight on EMC Symmetrix," M2 Presswire, 27 December 2000.
- "Super storage.," Retail Systems, 1 January 2001.
- "RESEARCH ALERT-Robertson cuts ratings on data companies.," Reuters, 2 January 2001.
- "EMC, Web storage and security stocks reel with downgrade.," Reuters, 2 January 2001.
- "o.c. stock picks and pans," The Orange County Register, 7 January 2001.
- "Quest Software to Announce its Fourth Quarter and Fiscal 2000 Earnings Results On February 1, 2001 After Market Close," PR Newswire, 8 January 2001.
- "Quest Software's Funnel Web Supports Mac OS X Beta Release Funnel Web Gives Apple Users Web Site Analysis Tool," Business Wire, 10 January 2001.
- "Quest Software Featured On Alexander Haig's World Business Review TV Series; Enterprise Systems Solutions," Business Wire, 16 January 2001.
- "Quest Software Changes the Release Date of its Fourth Quarter And Fiscal 2000 Earnings Results to January 30, 2001," PR Newswire, 17 January 2001.
- "Quest Software Announces Free Offering of Domain Detective(TM) Network Reporting Tool," PR Newswire, 17 January 2001.
- "Verizon Wireless Picks Quest Software's LiveReorg," Dow Jones, 22 January 2001.
- "Verizon Wireless Selects Quest Software's LiveReorg(TM) to Maintain Continuous Uptime of Growing ERP Environment," PR Newswire, 22 January 2001.
- "Verizon Wireless Selects Quest Software, Inc.'s LiveReorg," Reuters, 22 January 2001.
- "StreetFusion to Feature Live and On-Demand Webcasts of Quarterly Earnings Conference Calls for Legato Systems Incorporated, Quest Software, Inc., Republic Services Inc.," PrimeZone Media Network, 29 January 2001.
- "Quest Software Reports Record Fourth Quarter and 2000 Results; Revenues Increase 131% to $56.1 Million for Q4 2000," PR Newswire, 30 January 2001.
- "TABLE - Quest Q4 results.," Reuters, 30 January 2001.
- "Quest Software announces free offering of Domain Detective network reporting tool; Identifies potential security holes and provides policy=based exception reporting," M2 Presswire, 31 January 2001.
- "Quest Software Launches Enterprise Migration Program For Windows 2000 and Exchange 2000," PR Newswire, 31 January 2001.
- "Quest for the Oracle.," Financial Sector Technology, 1 February 2001.
- "Quest Software launches reporting tool for Windows networks," Telecomworldwire, 1 February 2001.
- "Quest announces positive response to Enterprise Migration program for Windows 2000 and Exchange 2000," Canada NewsWire, 12 February 2001.
- "Quest Software launches reporting tool for Windows networks," Worldwide Computer Products News, 14 February 2001.

EXHIBIT E PAGE 138

## Exhibit 1, continued

- "Quest Software Announces SharePlex(R) Version 3.0 To Ensure 24x7 Business Continuity," PR Newswire, 26 February 2001.
- "Quest Software, Inc. Announces SharePlex Version 3.0 To Ensure 24x7 Business Continuity," Reuters, 26 February 2001.
- "Quest Software announces SharePlex version 3.0 to ensure 24x7 business continuity; New release features improved management with spotlight on SharePlex for real-time monitoring and diagnostics," M2 Presswire, 28 February 2001.
- "Quest Software's DM/ActiveRoles(TM) Helps Mitigate Risks During Migration To Microsoft Active Directory," PR Newswire, 28 February 2001.
- "Quest releases latest version of SharePlex software," Corporate IT Update, 1 March 2001.
- "Quest releases latest version of SharePlex software," Telecomworldwire, 1 March 2001.
- "Quest releases latest version of SharePlex software," Worldwide Computer Products News, 1 March 2001.
- "Dain Rauscher cuts BMC Software, Computer Associates ratings,," Reuters, 2 March 2001.
- "QUEST SOFTWARE ANNOUNCES SHAREPLEX VERSION 3.0 TO ENSURE 24X7 BUSINESS CONTINUITY.," EDP Weekly's IT Monitor, 5 March 2001.
- "QUEST SOFTWARE ANNOUNCES SHAREPLEX VERSION 3.0 TO ENSURE 24X7 BUSINESS CONTINUITY.(Product Announcement)," Software Industry Report, 5 March 2001.
- "Respond.com Selects Quest Software, Inc.'s SharePlex," Reuters, 5 March 2001.
- "Orange County, Calif., Real Estate Leader Rearranges His Company's Top Ranks," Knight Ridder Tribune Business News - KRTBN, 8 March 2001.
- "Redeveloping Companies The Irvine Co., O.C.'s biggest builder, re- examines where it's going and who's taking it there.," The Orange County Register, 8 March 2001.
- "RESEARCH ALERT-Morgan Stanley starts software eos.," Reuters, 14 March 2001.
- "PacifiCorp Selects Quest Software, Inc.'s LiveReorg for Maintenance of SAP Systems," Reuters, 15 March 2001.
- "Alliant Energy Selects Quest Software, Inc.'s Vista Plus," Reuters, 19 March 2001.
- "Quest Software Simplifies Administration of Microsoft Active Directory with FastLane ActiveRoles(TM) Upgrade," PR Newswire, 26 March 2001.
- "Quest Software, Inc. Simplifies Administration of Microsoft Active Directory with FastLane ActiveRoles Upgrade," Reuters, 26 March 2001.
- "Locking the doors - security products round-up.," Retail Systems, 31 March 2001.
- "A Soap Opera in Three Acts.(beginnings and management of toiletries manufacturer Primal Elements Inc.)(Company Profile)," Gifts & Decorative Accessories, 1 April 2001.
- "Canadian Pacific Railway Selects Quest Software's SharePlex(R) To Improve Operations and Customer Service," PR Newswire, 2 April 2001.
- "Canadian Pacific Railway Selects Quest Software, Inc.'s SharePlex," Reuters, 2 April 2001.

31

EXHIBIT E PAGE 139

Exhibit 1, continued

- "Quest Software's DM/ActiveRoles helps mitigate risks during migration to Microsoft Active Directory; Aberdeen Group White Paper substantiates DM/ActiveRoels ability to accelerate Active Directory's inherent benefits," M2 Presswire, 5 April 2001.
- "J.D. Edwards Standardizes on Quest Software's Performance Management Solutions," PR Newswire, 9 April 2001.
- "Quest Software Seeks To Hike Min Size Of Bd To 4 Members," Dow Jones Corporate Filings Alert, 9 April 2001.
- "Quest Software to Announce First Quarter Earnings April 25, 2001," PR Newswire, 9 April 2001.
- "J.D. Edwards Standardizes on Quest Software, Inc.'s Performance Management Solutions," Reuters, 9 April 2001.
- "Quest Software Announces Worldwide Seminar Tour," PR Newswire, 10 April 2001.
- "i2 Selects Quest Software's Database Management Solutions To Optimize Performance of Mission-Critical Business Systems," PR Newswire, 12 April 2001.
- " i2 Selects Quest Software, Inc.'s Database Management Solutions," Reuters, 12 April 2001.
- "Media Advisory - Friends of Acadia," Canada NewsWire, 16 April 2001.
- "Quest Software Announces Release of QDesigner(TM) to Round-Out Comprehensive Development Suite of Products," PR Newswire, 16 April 2001.
- "Quest Software, Inc. Announces Release of QDesigner," Reuters, 16 April 2001.
- "Quest Software's fastlane DM/Suite validated by extensive Windows 2000 migration survey; Enterprise Management Associates' survey reveals migration issues, solutions and best practices mirroring Quest's comprehensive offering and experience," M2 Presswire, 18 April 2001.
- "YOUR MARKET," The Orange County Register, 22 April 2001.
- "webplan Names John Laskey CFO; Former Quest Software CFO Joins Leading Collaborative Supply Chain Company," Business Wire, 23 April 2001.
- "Configuresoft Renames its Windows 9x Migrator Product the Windows 9x Migration Planner," Business Wire, 24 April 2001.
- "Credit Suisse First Boston Initiates Coverage of Quest Software with a Strong Buy Rating," PR Newswire, 24 April 2001.
- "RESEARCH ALERT - CSFB starts Quest Software with strong buy.," Reuters, 24 April 2001.
- "StreetFusion to Feature Live and On-Demand Webcasts of Quarterly Earnings Conference Calls for Persistence Software, Inc., Power-One Inc., Quest Software, Inc., The Reynold and Reynolds Company," PrimeZone Media Network, 24 April 2001.
- "LITHUANIAN IT FIRM ANTICIPATES STRONG QUEST SOFTWARE SALES.," Baltic Business Daily, 25 April 2001.
- "Quest Software 1Q Net 6c/Share Excluding Items," Dow Jones, 25 April 2001.

32

EXHIBIT E PAGE 140

## Exhibit 1, continued

- "Quest Software Reports Record First Quarter Results; Revenues Increase 120% and Pro Forma Net Income Increases 211% Over Q1 2000," PR Newswire, 25 April 2001.
- "TABLE - Quest Software Q1 results.," Reuters, 25 April 2001.
- "Quest Software announces release of QDdesigner to round-out comprehensive development suite of products; QDesigner provides efficient database analysis, design and construction," M2 Presswire, 26 April 2001.
- "Irvine's Quest Software posts $14.7 million loss," The Orange County Register, 26 April 2001.
- "How Wall Street rates some stocks," The Orange County Register, 29 April 2001.
- "IT firm anticipates strong Quest Software sales.," BNS Baltic Business News, 30 April 2001.
- "Posetiv and Quest Software partner to enable enterprise level MS Windows 2000 migration; MS Windows 2000 implementation reaches new levels dues to Posetiv and Quest alliance," M2 Presswire, 1 May 2001.
- "Posetiv and Quest Software team to offer MS Windows 2000 migration help," Telecomworldwire, 2 May 2001.
- "Quest Software announces membership in the Microsoft Gold Certified Partner Program; Quest demonstrates proven expertise in Windows 2000 migrations as FastLane DM/Manager qualifies for top designation," M2 Presswire, 8 May 2001.
- "Quest Software Announces Support for IBM DB2 Universal Database; Quest Central for DB2 Compliments DB2 Database Management," PR Newswire, 8 May 2001.
- "Quest Software announces support for IBM DB2 universal database; Quest Central for DB2 compliments db2 database management," M2 Presswire, 9 May 2001.
- "Quest Software Releases Comprehensive IBM DB2 Database Management Software to Support Multiple Platforms From a Single Console," PR Newswire, 14 May 2001.
- "Quest Software, Inc. Releases IBM DB2 Database Management Software," Reuters, 14 May 2001.
- "Quest Software releases comprehensive IBM DB2 database management software to support multiple platforms from a single console; Quest Central for DB2 adds OS/390 support to enhance DBA productivity in multi-platform enviorments,"," M2 Presswire, 15 May 2001.
- "Quest Software unveils new version of IBM DB2 database management system," Telecomworldwire, 16 May 2000.
- "Quest Software unveils new version of IBM DB2 database management system," Worldwide Computer Products News, 16 May 2001.
- "Quest Software Launches Web Mgmt/Analysis Products," Dow Jones, 18 May 2001.
- "Quest Software Announces Next Generation Web Management, Analysis and Performance Solution," PR Newswire, 18 May 2001.
- "Quest Software, Inc. Announces Next Generation Web Management, Analysis and Performance Solution," Reuters, 18 May 2001.

EXHIBIT E PAGE 141

Exhibit 1, continued

- "Quest Software announces next generation Web management, analysis and performance solution; Funnel Web Suite allows users to deliver and maintain customer-focued Web sites," M2 Presswire, 21 May 2001.
- "Quest Software Offers Competitive Upgrade from WebTrends to Funnel Web(R)," PR Newswire, 21 May 2001.
- "Quest Software President Files To Sell 200,000 Cmn Shares," Dow Jones Corporate Filings Alert, 22 May 2001.
- "Quest Software unveils new web site analysis and performance system," Telecomworldwire, 22 May 2001.
- "Quest Software unveils new web site analysis and performance system," Worldwide Computer Products News, 22 May 2001.
- "Quest Software unveils new web site analysis and performance system," Internet Business News, 22 May 2001.
- "Quest Software President Files To Sell 200,000 Shares," Dow Jones, 22 May 2001.
- "Quest's Enterprise Migration Program Helps Cincinnati State Technical And Community College Prepare for Windows 2000 Deployment," PR Newswire, 23 May 2001.
- "Quest Software, Siebel Sys In Devt, Mktg Alliance," Dow Jones, 29 May 2001.
- "Quest Software and Siebel Systems Announce Strategic Alliance; Quest Releases Siebel eBusiness 2000 Validated Management Solution," PR Newswire, 29 May 2001.
- "Insight Closes $740M Software Venture Capital Fund," Dow Jones, 30 May 2001.
- "Your Market Series: text," The Orange County Register, 3 June 2001.
- "QUEST'S GUNG HO QUEST FOR GROWTH," Business Week, 4 June 2001.
- "Quest Software Delivers Netcool Ready Solution; Foglight Integrates with Micromuse's Netcool Suite To Provide Early Detection of Network and Application Performance Issues," Business Wire, 6 June 2001.
- "Quest Software Delivers Micromuse, Inc.'s Netcool Ready Solution," Reuters, 7 June 2001.
- "Check Point Unveils New OPSEC VPN Capacity Planning Initiative; New OPSEC Partnerships and Tools Enable Customers to Effectively Design and Scale Theri VPN eBusiness Infrastruture," Business Wire, 11 June 2001.
- "Check Point unveils new OPSEC VPN capacity planning initiative; New OPSEC partnerships and tools enable customers to effectively design and scale their VPN eBusiness infrastructure," M2 Presswire, 11 June 2001.
- "Quest Software's FastLane ActiveRoles(TM) 3.0 Earns Windows 2000 Certification," PR Newswire, 12 June 2001.
- "DAFS Collaborative Holds First Prototype Demonstrations of New Storage Networking Technology," Business Wire, 18 June 2001.
- "Quest Software Releases Microsoft Spotlight(TM) Suite To Improve Application Uptime," PR Newswire, 18 June 2001.

34

**Exhibit 1, continued**

- "Quest Software's FastLane Consolidator (TM) 3.0 Reduces Total Cost Of Network Ownership Through Server Consolidation," PR Newswire, 18 June 2001.
- "Quest Software, Inc. Announces FastLane Consolidator 3.0," Reuters, 18 June 2001.
- "Quest Software, Inc. Releases Microsoft Spotlight Suite," Reuters, 18 June 2001.
- "Penton's Windows 2000 Magazine Network Names Best of Show Winners At Microsoft Tech Ed 2001," Business Wire, 20 June 2001.
- "Quest Software's FastLane ActiveRoles(TM) 3.0 Wins Windows 2000 Magazine 'Best Of Show' Award at Microsoft Tech Ed 2001," PR Newswire, 21 June 2001.
- "New Quest," Orange County Business Journal, 25 June 2001.
- "Dain Rauscher Wessels Announces Investment Opinion On Quest Software Inc.," Business Wire, 10 July 2001.
- "Quest Software to Announce Second Quarter Earnings July 25, 2001," PR Newswire, 10 July 2001.
- "Zacks.com Releases Four #1 Ranked Stocks," Internet Wire, 19 July 2001.
- "Quest Software Helps Ensure Availability of Microsoft Active Directory With Latest Spotlight(TM) Product," PR Newswire, 23 July 2001.
- "NetPro Announces Integrated Support for Quest Software's New Spotlight(TM) on Active Directory," PR Newswire, 23 July 2001.
- "Quest Software, Inc. Helps Ensure Availability of Microsoft Active Directory With Latest Spotlight Product," Reuters, 23 July 2001.
- "StreetFusion to Feature Live and On-Demand Webcasts of Quarterly Earnings Conference Calls for Quest Software, Inc., The Reynolds And Reynolds Company, Regeneration Technologies, Inc., Auguest Technology Corporation; Webcasts of Calls Available at," PrimeZone Media Network, 24 July 2001.
- "Quest Software's Application Management Solutions Pass Rigorous SAP(R) Integration Assessment," PR Newswire, 24 July 2001.
- "PR Newswire California Summary, Tuesday, July 24, 2001 up to 2:00 p.m. PT," PR Newswire, 24 July 2001.
- "Quest Software 2Q Pro Forma Net 7c/Shr," Dow Jones, 25 July 2001.
- "Quest Software Reports Record Second Quarter Results," PR Newswire, 25 July 2001.
- "Quest Software Launches Active Directory Management And Migration Program," PR Newswire, 30 July 2001.
- "Toshiba America Business Solutions and Quest Software Announce Strategic Alliance," PR Newswire, 31 July 2001.
- "Toshiba America Business Solutions and Quest Software, Inc. Announce Strategic Alliance," Reuters, 31 July 2001.
- "Quest Software, Compaq and Microsoft to Host Windows 2000 And Active Directory Seminar Series," PR Newswire, 13 August 2001.

EXHIBIT E PAGE 143

**Exhibit 1, continued**

- "Debugger Aids Database Administrators -- Embarcadero Technologies releases first off-the-shelf tuning tool for Sybase," InternetWeek, 13 August 2001.
- "Quest Software's Industry Experts to Speak at HP World 2001," PR Newswire, 14 August 2001.
- "Quest Software's FastLane ActiveRoles(TM) 3.0 Supports New Microsoft Mobile Information Server," PR Newswire, 15 August 2001.
- "Quest Software's Performance and Availability Solutions To Be Showcased in CSC's New iForce Ready Center," PR Newswire, 15 August 2001.
- "Quest Software, Inc.'s Performance and Availability Solutions To Be Showcased in CSC's New iForce Ready Center," Reuters, 16 August 2001.
- "Quest Software Gains Substantial Ground in Database Administration Tools Market," PR Newswire, 20 August 2001.
- "TECH NOTES," The Oregonian, 20 August 2001.
- "Quest Software Will Unveil Its Latest PeopleSoft Solutions At PeopleSoft Connect 2001 Americas Conference in Atlanta," PR Newswire, 22 August 2001.
- "Quest Software, Inc. Extends IBM DB2 Performance and DBA Productivity with 'Quest Central' Database Management Suite," Reuters, 22 August 2001.
- "Quest Software, Inc. Delivers Solutions to Improve Overall Quality of Messaging Services and Ease Administration of Large Exchange Server Deployments," Reuters, 22 August 2001.
- "Quest Software, Inc.'s SQLab Vision Delivers Offering Combining Tuning, Non-intrusive Data Collection Technology, Impact Analysis and Expert Tuning Advice," Reuters, 22 August 2001.
- "DuPont Photomasks, Inc. Selects Quest Software, Inc.'s LiveReorg for Virtually Downtime-Free Oracle Database Reorganization," Reuters, 22 August 2001.
- "Quest Software, Inc. Announced Version 4.0 of its DataFactory Software," Reuters, 22 August 2001.
- "DLJdirect Selects Quest Software, Inc.'s Shareplex For Oracle Software to Ensure 24x7 Database Availability," Reuters, 22 August 2001.
- "Whirlpool Corporation Selects Quest's Production Support Software to Help Automate Day-to-Day Oracle Database Administration," Reuters, 22 August 2001.
- "Quest Software, Inc. Announces New Optional Module of its TOAD Software," Reuters, 22 August 2001.
- "Herman Miller, Inc. Selects Quest Software, Inc.'s LiveReorg Software," Reuters, 22 August 2001.
- "CompuCredit Selects Quest Software, Inc.'s Production Support and Development and Deployment Solutions," Reuters, 22 August 2001.
- "DreamWorks Migrates Users From Novell to Microsoft Windows 2000 With Quest Software's FastLane NDS Migrator," PR Newswire, 23 August 2001.

EXHIBIT E PAGE 144

**Exhibit 1, continued**

- "DreamWorks Migrates Users From Novell to Microsoft Windows 2000 With Quest Software, Inc.'s FastLane NDS Migrator," Reuters, 23 August 2001.
- "Quest Software, Inc. Joins EMC Corporation's E-Infostructure Developers Program," Reuters, 23 August 2001.
- "Quest Software, Inc. Selected by Yahoo! As an Internet Report Distribution Solution Provider," Reuters, 23 August 2001.
- "Quest Software, Inc. Selected as Strategic Systems Management Partner for PeopleSoft eCenter Application Service Provider Program," Reuters, 23 August 2001.
- "Datawatch Corporation Signs OEM and Reseller Agreements with Quest Software, Inc.," Reuters, 23 August 2001.
- "Quest Software, Inc. Enters Microsoft SQL Server Marketplace with Schema Xpress Software for Database Changes," Reuters, 23 August 2001.
- "Intuit's QuickenInsurance Selects Quest Software, Inc.'s Shareplex for Oracle Software Solution to Ensure Uptime for Their 24x7 Web site," Reuters, 23 August 2001.
- "Quest Software, Inc. Announces Partnership with PeopleSoft to Enhance Performance and Accessibility of ERP Applications," Reuters, 23 August 2001.
- "Quest Software, Inc. Acquires QMASTER Software Solutions," Reuters, 23 August 2001
- "ConAgra Selects Quest Software Inc.'s Vista Plus For Enterprise-Wide Report Distribution," Reuters, 23 August 2001.
- "Quest Software, Inc. Completes Foglight Acquisition," Reuters, 23 August 2001.
- Robertson Stephens Selects Quest Software, Inc.'s Vista Plus Enterprise Report Management Solution," Reuters, 24 August 2001.
- "Quest Software, Inc. Announces an Alliance with Siebel Systems," Reuters, 24 August 2001.
- "PurchasingCenter.com Selects Quest Software, Inc.'s SharePlex for Oracle Software," Reuters, 24 August 2001.
- "Quest Software, Inc. and FastLane Technologies Inc. Sign a Definitive Acquisition Agreement," Reuters, 24 August 2001.
- "GoTo.com Installs Quest Software, Inc.'s SharePlex for Oracle Software," Reuters, 24 August 2001.
- "Hoover's, Inc. Chooses Quest Software, Inc.'s Production Support Software," Reuters, 24 August 2001.
- "Quest Software, Inc. Releases LiveReorg for Oracle," Reuters, 24 August 2001.
- "Public Broadcasting Service (PBS) Chooses Quest Software, Inc.'s SharePlex," Reuters, 24 August 2001.
- "Quest Software, Inc. Announces a Strategic Partnership with USinternetworking, Inc.," Reuters, 24 August 2001.
- "Quest Software, Inc. Signs a Definitive Agreement to Acquire MessageWise Inc.," Reuters, 24 August 2001.

EXHIBIT E PAGE 145

Exhibit 1, continued

- Quest Software, Inc. Acquires St. Louis-based Client/Server Solutions, Inc.," Reuters, 24 August 2001.
- " Intelligent Medical Objects Sells of its Database Analysis Software to Quest Software, Inc.," Reuters, 24 August 2001.
- "Quest Software, Inc. Releases Foglight 2.7," Reuters, 24 August 2001.
- "Quest Software, Inc. Joins the Kofax Image Products Component Application Partner (CAP) Program," Reuters, 24 August 2001.
- "Quest Software, Inc. Introduces Version 4.3 of its Vista Plus Information Availability Software," Reuters, 24 August 2001.
- "Quest Software, Inc. Announces a Marketing and Development Partnership with TopTier Software," Reuters, 24 August 2001.
- "PeopleSoft Certifies Quest Software's Stat(TM) Integration," PR Newswire, 27 August 2001.
- "Quest Software Announces Support for PeopleSoft 8 with New Version of The Vista Plus(TM) Interface for PeopleSoft To Automate Administration Between Systems," PR Newswire, 28 August 2001.
- "Quest Software Ranks in the Top Five 'Software Elite' According To The Forbes ASAP Dynamic 100," PR Newswire, 29 August 2001.
- "Quest Software Releases Benchmark Factory(R) 3.0 to Simplify Load Testing And Capacity Planning for Critical Systems," PR Newswire, 4 September 2001.
- "Quest Software, Inc. Releases Benchmark Factory 3.0," Reuters, 4 September 2001.
- "RESEARCH ALERT-R.Stephens starts Quest Software.," Reuters, 5 September 2001.
- "Quest SoOftware Acquires RevealNet Inc," Dow Jones, 5 September 2001.
- "Quest Software Acquires RevealNet to Expand Its Suite of Oracle and DB2 Expert Technologies," PR Newswire, 5 September 2001.
- "Quest Acquires RevealNet," Newsbytes News Network, 5 September 2001.
- "Quest Software, Inc. Acquires RevealNet to Expand Its Suite of Oracle and DB2 Technologies," Reuters, 5 September 2001.
- "Quest Software to Showcase Application Management Solutions at Oracle Applications User Group in San Diego," PR Newswire, 03:47 PM, 10 September 2001.
- "Quest Software's FastLane ActiveRoles(TM) Selected A Finalist for MEC Awards 2001," PR Newswire, 19 September 2001.
- "Quest Software to Showcase Siebel eBusiness Application Management Solutions at Siebel User Week in Chicago," PR Newswire, 19 September 2001.
- "Local investors wary but resist the urge to sell Finance A sense of patriotism seems to keep many in the market. Some blame big firms for the sell-off. Series: market.0920," The Orange County Register, 20 September 2001.
- "RESEARCH ALERT-JP Morgan cuts ratings on four software firms.," Reuters, 21 September 2001.

EXHIBIT E PAGE 146

## Exhibit 1, continued

- "/C O R R E C T I O N -- Quest Software, Inc./," PR Newswire, 24 September 2001.
- "Quest Software Launches 'Ten-Spot Program'," PR Newswire, 24 September 2001.
- "Quest Software to Showcase Performance and Availability Solutions At Microsoft Exchange Conference (MEC) 2001 in Orlando," PR Newswire, 25 September 2001.
- "Quest Software's Performance Management Solutions Now Used at the Microsoft Technology Center in Silicon Valley," PR Newswire, 25 September 2001.
- "Quest Software's Performance Management Solutions Selected for Microsoft Technology Center," Reuters, 25 September 2001.
- "Orange County, Calif.-Based Technology Companies' Shares Take A Tumble," KRTBN Knight-Ridder Tribune Business News: The Orange County Register - California, 28 September 2001.
- "Local tech shares miss out on rally // Stocks - Broadcom, Emulex among the victims as Wall Street continues to fret about the outlook for capital spending. Series: lotech.0928," The Orange County Register, 28 September 2001.
- "The Orange County Register, Calif., Wall Street Column," KRTBN Knight-Ridder Tribune Business News: The Orange County Register - California, 29 September 2001.
- "Antidote To The Downturn," Fortune, 1 October 2001.
- "Quest Software DB2 Solutions Are Validated by Siebel Systems," PR Newswire, 1 October 2001.
- "Quest Turns Spotlight on Active Directory.(Brief Article)(Product Announcement)," Enterprise Systems Journal, 1 October 2001.
- "Quest Software Helps Peregrine Systems(R) Ensure Business Continuity," PR Newswire, 2 October 2001.
- "Quest Software Announces Preliminary Third Quarter Results," PR Newswire, 3 October 2001.
- "Quest projects pro forma profit in third quarter.," Reuters, 3 October 2001.
- "Quest Software Puts 3Q Pro Forma Net At 1c-2c/Shr," Dow Jones, 3 October 2001.
- "Quest Software (QSFT) Resumed Trading," Dow Jones, 3 October 2001.
- "After The Bell - High-techs hold ground, Corning slips.," Reuters, 3 October 2001.
- "RESEARCH ALERT-Robertson cuts Quest Software.," Reuters, 4 October 2001.
- "Attacks Prove Costly to Irvine, Calif.-Based Software Company's Earnings," KRTBN Knight-Ridder Tribune Business News: The Orange County Register - California, 4 October 2001.
- "Attacks prove costly to Quest's earnings // Technology: Software firm says lost business with victimized customers will hurt its quarterly results. Series: quest.1004," The Orange County Register, 4 October 2001.
- "Quest Software Announces Preliminary Third Quarter Results," Reuters, 4 October 2001.
- "Quest Software Listed as a Leader in Integrated Document Archive and Retrieval Systems for Second Year in a Row," PR Newswire, 8 October 2001.

39

EXHIBIT E PAGE 147

**Exhibit 1, continued**

- "Quest Software Extends Its Performance Management Suite by Delivering Unique View Into Storage Devices," PR Newswire, 8 October 2001.
- "Market watch," Orange County Business Journal, 8 October 2001.
- "Quest Software, Inc. Releases StorageXpert," Reuters, 8 October 2001.
- "Quest Software Supports Siebel 7 With Foglight," PR Newswire, 9 October 2001.
- "Quest Software to Announce Third Quarter Earnings October 24, 2001," PR Newswire, 11 October 2001.
- "PeopleSoft University to Include Quest Software in Newly Launched Curriculum," PR Newswire, 17 October 2001.
- "PeopleSoft University to Include Quest Software, Inc. in Newly Launched Curriculum," Reuters, 17 October 2001.
- "Quest Software Simplifies and Automates Windows 2000 Active Directory Administration With FastLane ActiveRoles(TM) 4.0," PR Newswire, 22 October 2001.
- "Amerada Hess Selects Quest Software to Manage Windows 2000 Deployment And Ongoing Management of Active Directory," PR Newswire, 22 October 2001.
- "Quest aims to simplify Active Directory," Network World, 22 October 2001.
- "Amerada Hess Selects Quest Software, Inc. to Manage Windows 2000 Deployment And Ongoing Management of Active Directory," Reuters, 22 October 2001.
- "Quest Software, Inc. Simplifies and Automates Windows 2000 Active Directory Administration With FastLane ActiveRoles 4.0," Reuters, 22 October 2001.
- "Quest Software Reports Third Quarter Results," PR Newswire, 24 October 2001.
- "Quest Software 3Q Net 2c/Share," Dow Jones, 24 October 2001.
- "Quest Software and Network Appliance to Co-Sponsor Free Business Continuity Seminar Series," PR Newswire, 25 October 2001.
- "Second Microsoft Technology Center Leverages Quest Software's Performance Management Solutions to Pre-Test Customers' Mission Critical Projects," PR Newswire, 29 October 2001.
- "Class Period(s) Announced By Law Offices Of Charles J. Piven, P.A.," Internet Wire, 29 October 2001.
- "Fastest-growing OC companies," Orange County Business Journal, 29 October 2001.
- "Quest Software & Compaq Work Together to Maximize Return On Customer Investments," PR Newswire, 30 October 2001.
- "PR Newswire California Summary, Tuesday, October 30, 2001 up to 10:00 a.m. PT," PR Newswire, 30 October 2001.
- "PR Newswire Southwest Summary, Tuesday, Oct. 30, to 1:00 p.m. EST," PR Newswire, 30 October 2001.
- "Quest Software, Inc. and Compaq Work Together to Maximize Return On Customer Investments," Reuters, 30 October 2001.

40

EXHIBIT E PAGE 148

Exhibit 1, continued

- "Quest Software's Foglight Certified for Use With HP MC/Serviceguard Software," PR Newswire, 31 October 2001.
- "QUEST'S PERFORMANCE MGMT SOLUTIONS TO BE USED AT COMPAQ.," EDP Weekly's IT Monitor, 5 November 2001.
- "QUEST'S PERFORMANCE MGMT SOLUTIONS TO BE USED AT COMPAQ.," Software Industry Report, 5 November 2001.
- "Quest Software Offers Competitive Upgrade from Computer Associates' Erwin And ManageIT/SQL Station for Advanced Application Design and Development Solutions," PR Newswire, 12 November 2001.
- "Quest Software and F5 Networks Form Alliance and Integrate Solutions For Ultimate High Availability," PR Newswire, 13 November 2001.
- "PR Newswire Pacific Northwest Summary Tuesday, November 13, 2001 Up to 2:00 p.m. PT," PR Newswire, 13 November 2001.
- "BENCHMARK FACTORY AND spotlight.," Electronics Weekly, 13 November 2001.
- "The Orange County Register, Calif., Business Briefs Column," KRTBN Knight-Ridder Tribune Business News: The Orange County Register - California, 14 November 2001.
- "Quest Software, Inc. and F5 Networks, Inc. Form Alliance and Integrate Solutions For Ultimate High Availability," Reuters, 14 November 2001.
- "F5 Networks, Inc. and Quest Software, Inc. Form Alliance and Integrate Solutions For Ultimate High Availability," Reuters, 14 November 2001.
- "Quest Software Reaffirms Its Commitment to Delivering Leading-Edge Application Development Technology With Support for Oracle 9i and Java," PR Newswire, 19 November 2001.
- "Executive summary," Orange County Business Journal, 19 November 2001.
- "Quest Software, Inc. Introduces Latest Release of SQL Navigator," Reuters, 19 November 2001.
- "Stock Rating Reiterations: ABGX CYN UAXS QSFT," Dow Jones, 20 November 2001.
- "PRICE TARGET CHANGES: Dain Rauscher Wessels," Dow Jones, 20 November 2001.
- "Quest in talks to buy Precise -paper.," Reuters, 27 November 2001.
- "ISRAEL PRESS:Quest In $800M Stock Swap Talks With Precise," Dow Jones International News, 27 November 2001.
- "Quest Software Says It's Not In Talks To Acquire Precise," Dow Jones, 27 November 2001.
- "Quest Software, Inc. In Talks to Acquire Precise Software Solutions-DJ," Reuters, 27 November 2001.
- "Quest Software's Spotlight on Windows Supports Microsoft Windows XP," PR Newswire, 28 November 2001.
- "Schiffrin & Barroway, LLP Announces Class Action Suit Against Quest Software, Inc."," PR Newswire, 29 November 2001.

41

EXHIBIT E PAGE 149

**Exhibit 1, continued**

- "Quest Software is First to Deliver Comprehensive Online Expertise and Technical Support for Leading Databases," PR Newswire, 3 December 2001.
- "OpenNetwork, Quest Software Partner to Provide End-to-End Secure Access Management Support for Active Directory," Business Wire, 3 December 2001.
- "FBR Expands Network Monitoring and Performance Sector; Coverage Initiated on Quest Software, Mercury Interactive, and Micromuse," PR Newswire, 3 December 2001.
- "Quest Software, Inc. Releases Knowledge Xpert," Reuters, 3 December 2001.
- "OpenNetwork, Quest Software partner to provide end-to-end secure access management support for active directory," M2 Presswire, 4 December 2001.
- "RESEARCH ALERT - Morgan Stanley cuts Quest Software.," Reuters, 4 December 2001.
- "Quest Software Extends High Availability Solutions To Windows NT/2000 Environments," PR Newswire, 4 December 2001.
- "OpenNetwork, Quest Software Partner to Provide End-to-End Secure Access Management Support for Active Directory," Business Wire, 4 December 2001.
- "OpenNetwork, Quest Software partner to provide end-to-end secure access management support for active directory," M2 Presswire, 4 December 2001.
- "Quest Software Will Provide Full Product Support for Oracle9i Application Server," PR Newswire, 4 December 2001.
- "Some Orange County, Calif.-Area Firms to Hold Off on Holiday Parties," KRTBN Knight-Ridder Tribune Business News: The Orange County Register - California, 5 December 2001.
- "Quest Software and Precision Imaging Solutions Align To Deliver Single Source for Print Management," PR Newswire, 5 December 2001.
- "OpenNetwork and Quest Software provide secure access management support for Active Directory," Telecomworldwire, 5 December 2001.
- "PR Newswire Southwest Summary, Wednesday, Dec. 5, to 6:00 p.m. EST," PR Newswire, 5 December 2001.
- "Some employers turn Scrooge on big office galas // Economy - Lavish celebration is out this year as many companies rethink how -- and whether -- to mark the holidays. Series: parties. 1205," The Orange County Register, 5 December 2001.
- "Holiday parties cut back," Winnipeg Free Press, 8 December 2001.
- "California Software Named 4th Fastest Growing Public Company," PR Newswire, 10 December 2001.
- "QUEST SOFTWARE, INC - OpenNetwork, Quest Software Partner to Provide End-to-End - Secure Access ...," Market News Publishing, 10 December 2001.
- "OuterBay Technologies and Quest Software Announce Alliance to Deliver Real-Time Data Archiving Solution; Customers Gain Real-Time Access to Historical Data for Reporting," Business Wire, 18 December 2001.

EXHIBIT E PAGE 150

**Exhibit 1, continued**

- "Quest Software Recognized As A Leader in the 2001 DM Review 100; Quest Soars to Number 25, Up 13 Spots From 2000 Ranking," PR Newswire, 26 December 2001.
- "The Orange County Register, Calif., Business Briefs Column," KRTBN Knight-Ridder Tribune Business News: The Orange County Register - California, 27 December 2001.
- "QUEST'S SQL NAVIGATOR SUPPORTS ORACLE 9I AND JAVA.," Worldwide Databases, 1 January 2002.
- "Quest Software CEO Vincent Smith Sold 100,000 Shrs In Dec," Dow Jones Corporate Filings Alert, 9 January 2002.
- "RESEARCH ALERT-Merrill restarts Precise.," Reuters, 10 January 2002.
- "Schiffrin & Barroway Reminds Investors of Class Period in Shareholder Class Action Against Quest Software, Inc. -- QSFT," PrimeZone Media Network, 11 January 2002.
- "Quest Software's SharePlex(R) Provides Business Continuity for Australia's National Electricity Market Management Company," PR Newswire, 14 January 2002.
- "Quest Software to Announce Fourth Quarter and 2001 Earnings January 29, 2002," PR Newswire, 14 January 2002.
- "Quest Software, Inc.'s SharePlex Provides Business Continuity for Australia's National Electricity Market Management Company," Reuters, 14 January 2002.
- "QUEST'S SHAREPLEX PROVIDES CONTINUITY FOR AUSTRALIAN COMPANY.," Asia Pulse, 15 January 2002.
- "Quest Software Releases Vista Plus Professional(TM) for Global Enterprise Information Management," PR Newswire, 15 January 2002.
- "NETIQ ADDS DIRECTORY SECURITY TOOLS TO LINEUP," Network World Fusion, 15 January 2002.
- "Quest Software, Inc. Releases Vista Plus Professional for Global Enterprise Information Management," Reuters, 15 January 2002.
- "Quest Software is First to Deliver Complete Oracle Database Management Solution With Single Integrated Product," PR Newswire, 28 January 2002.
- "Quest Software Integrates Technical Reference Tool With Microsoft's Visual Studio Suite," PR Newswire, 28 January 2002.
- "QUEST CONSOLIDATES ORACLE DATABASE TOOLS," Network World Fusion, 28 January 2002.
- "Quest Software, Inc. Integrates Technical Reference Tool With Microsoft's Visual Studio Suite," Reuters, 28 January 2002.
- "Quest Software, Inc. Delivers Complete Oracle Database Management Solution With Single Integrated Product," Reuters, 28 January 2002.
- "Quest Software 4Q Pro Forma Net 3c/Share," Dow Jones, 29 January 2002.
- "Quest Software Reports Fourth Quarter and Year 2001 Results," PR Newswire, 29 January 2002.

EXHIBIT E PAGE 151

## Exhibit 1, continued

- "Insider Trading Spotlight," The Wall Street Journal, 30 January 2002.
- "Stock Rating Reiterations Midday Update: SPW BOBJ GDT VLO," Dow Jones, 30 January 2002.
- "DEVELOPERS USE JAVA AS AN ALTERNATIVE TO PL/SQL.(Quest Software's SQL Navigator)(Product Announcement)," Online Product News, 1 February 2002.
- "INFRASTRUCTURE BRIEFS," Network World, 4 February 2002.
- "ORANGE COUNTY PICKS AND PANS Series: text," The Orange County Register, 17 February 2002.
- "NetPro Announces Shipment of DirectoryAnalyzer 1.5," PR Newswire, 18 February 2002.
- "Italian IT Way, Quest Software Sign Agreement for Distribution Feb 22, 2002.," Italian News Digest, 22 February 2002.
- "Quest Software Announces Foglight 3.0 for Application-Centric Monitoring; Unique Monitoring Approach Provides Valuable Insight to Business Performance," Business Wire, 4 March 2002.
- "Quest Software, Inc. Announces Foglight 3.0 For Application-Centric Monitoring," Reuters, 4 March 2002.
- "Pratt & Whitney Canada Maintains Business Continuity and Accelerates User Response Time With Quest Software," Business Wire, 11 March 2002.
- "Pratt & Whitney Canada Maintains Business Continuity and Accelerates User Response Time With Quest Software, Inc.," Reuters, 11 March 2002.
- "Quest Software Acquires BB4 Technologies," Dow Jones, 13 March 2002.
- "Quest Software Acquires BB4 Technologies, Creators of Big Brother System and Network Monitor; Acquisition Strengthens Quest Software's Monitoring Business," Business Wire, 13 March 2002.
- "Quest Software, Inc. Acquires BB4 Technologies," Reuters, 13 March 2002.
- "Quest Software Purchases BB4," The Wall Street Journal, 14 March 2002.
- "RESEARCH ALERT-Goldman starts Quest market outperformer.," Reuters, 14 March 2002.
- "BARRON'S: Research Reports," Dow Jones International News, 16 March 2002.
- "BARRON'S: Research Reports," Dow Jones Capital Markets Report, 16 March 2002.
- "BARRON'S: Research Reports," Dow Jones Energy Service, 16 March 2002.
- "ORANGE COUNTY PICKS AND PANS Series: text," The Orange County Register, 17 March 2002.
- "Research Reports," Barron's, 18 March 2002.
- "Research Reports," National Post, 18 March 2002.
- "Quest Software Announces TOAD User Groups; Developers and DBAs to Meet and Discuss Intricacies of PL/SQL Development and Management," Business Wire, 20 March 2002.
- "The Orange County Register, Calif., Business Basics Column.," KRTBN Knight-Ridder Tribune Business News: Orange County Register, 20 March 2002.

44

EXHIBIT E PAGE 152

Exhibit 1, continued

- "Motorola Selects Quest Software to Manage Windows 2000 and Active Directory Migration Project," Business Wire, 27 March 2002.
- "EquityOutlook.Com Announces Investment Opinion: WARNING: Rating Change for Clear Channel, Marvell, Quest Software, Southwest Airlines, and Conoco," Business Wire, 27 March 2002.
- "Motorola Selects Quest Software, Inc. to Manage Windows 2000 and Active Directory Migration Project," Reuters, 27 March 2002.
- "Ecometry Selects Quest/Taurus BridgeWare to Enable Applications Designed for Ecometry's n-Tier Architecture," Business Wire, 28 March 2002.
- "Ecometry Selects Quest Software, Inc.," Reuters, 28 March 2002.
- "Quest Software's LiveReorg Recognized in SAP FAQ Members' Choice Top 25," Business Wire, 4 April 2002.
- "Quest Software to Announce First Quarter Earnings April 30, 2002," Business Wire, 4 April 2002.
- "Quest Software's LiveReorg Recognized in SAP FAQ Members' Choice Top 25," Business Wire, 7 April 2002.
- "Quest Software Introduces Foglight for Oracle E-Business Suite to Monitor Application Components and End-User Response Time," Business Wire, 8 April 2002.
- "MOTOROLA SELECTS QUEST SOFTWARE TO MANAGE WINDOWS 2000 AND ACTIVE DIRECTORY MIGRATION PROJECT.," EDP Weekly's IT Monitor, 8 April 2002.
- "MOTOROLA: QUEST SOFTWARE TO MANAGE WINDOWS 2000 AND ACTIVE DIRECTORY MIGRATION.," Software Industry Report, 8 April 2002.
- "Quest Software, Inc. Introduces Foglight for Oracle E-Business Suite to Monitor Application Components and End-User Response Time," Reuters, 8 April 2002.
- "Quest Software and Radware Form Strategic Alliance, Integrating Performance Management With Application Switching," PR Newswire, 9 April 2002.
- "Quest Software and Radware form strategic alliance, integrating performance management with application switching; Quest's Foglight and SharePlex Solutions integrate with Radware's Web Server Director to ensure 24 x 7 business continuity," M2 Presswire, 11 April 2002.
- "Quest and Radware team for joint product offering," Telecomworldwire, 12 April 2002.
- "Available and Scalable Computerworld, 15 April 2002.
- "Techs bring another down quarter for OC stocks; Beckman, home financier, TV broadcaster end up," Orange County Business Journal, 15 April 2002.
- "Microsoft Technology Center in United Kingdom Installs Quest Software's Performance Management Solutions To Pre-Test Customers' Mission Critical Projects," Business Wire, 16 April 2002.

EXHIBIT E PAGE 153

**Exhibit 1, continued**

- "Quest Software Releases SharePlex 4.0 – Database Replication for Disaster Recovery and Business Continuity; SharePlex Ensures Data Availability During Planned and Unplanned Outages," Business Wire, 16 April 2002.
- "Quest Software, Inc. Releases SharePlex 4.0," Reuters, 16 April 2002.
- "Microsoft Technology Center in United Kingdom Installs Quest Software, Inc.'s Performance Management Solutions To Pre-Test Customers' Mission Critical Projects," Reuters, 16 April 2002.
- "Ryanair Lifts Off With Quest's Vista Plus; Enterprisewide Reporting System Delivers Significant Cost and Productivity Savings," Business Wire, 23 April 2002.
- "AST ESM Appoints Sysdba As Reseller. Africa News Service, 23 April 2002.
- "Ryanair Lifts Off With Quest Software, Inc.'s Vista Plus," Reuters, 23 April 2002.
- "Quest Software Launches Spotlight On Active Directory Version 3.0; Spotlight on Active Directory Provides Enhanced Views of Active Directory Topology, Facilitating Issue Resolution," Business Wire, 29 April 2002.
- "Quest Software Announces New Version of FastLane ActiveRoles," Business Wire, 29 April 2002.
- "Quest Software Announces Support for EMC Centera Content Addressed Storage," Business Wire, 29 April 2002.
- "Quest Software, Inc. Announces Support for EMC Centera Content Addressed Storage," Reuters, 29 April 2002.
- "Quest Software, Inc. Introduces New Version of FastLane ActiveRoles," Reuters, 29 April 2002.
- "Quest Software, Inc. Introduces Spotlight On Active Directory Version 3.0," Reuters, 29 April 2002.
- "Macrovision shares soar after earnings.," Reuters, 30 April 2002.
- "Quest Software Reports First Quarter 2002 Results; Announces Revenues of $59.3 Million and Pro Forma EPS of $0.04," Business Wire, 30 April 2002.
- "Quest Software net profit vs loss.," Reuters, 30 April 2002.
- "Quest Software 1Q Pro Forma Net 4c/Shr," Dow Jones, 30 April 2002.
- "UPDATE 2-Quest tops estimates, guidance trails outlook.," Reuters, 30 April 2002.
- "Q1 2002 Quest Software Earnings Conference Call - Final," Financial Disclosure Wire, 30 April 2002.
- "Connected, OTG, and Quest Integrate with EMC Corporation's Centera Content Addressed Storage," Reuters, 30 April 2002.
- "CLARIFICATION of BW0436, CA-QUEST-SOFTWARE," Business Wire, 30 April 2002.
- "Quest's tools for Active Directory," Network World, 6 May 2002.
- "The OC 50...profiles of the county's most influential business people: Vincent C. Smith Jr.," Orange County Business Journal, 6 May 2002.

EXHIBIT E PAGE 154

### Exhibit 1, continued

- "Smith Quest Software Expands Relationship With Microsoft Technology Centers," Business Wire, 8 May 2002.
- "Quest Software, Inc. Expands Relationship With Microsoft Technology Centers," Reuters, 8 May 2002.
- "Stock Rating Reiterations Midday Update: BKS ULTE PIR BBA," Dow Jones, 9 May 2002.
- "Quest Software Delivers Common Tool Suite for Mainframe and Distributed Platforms of IBM's DB2," Business Wire, 15 May 2002.
- "Quest Software, Inc. Delivers Common Tool Suite for Mainframe and Distributed Platforms of IBM's DB2," Reuters, 15 May 2002.
- "Orange County, Calif., High-Tech Workers Not Expected to Play Star Wars Hooky.," KRTBN Knight-Ridder Tribune Business News: Orange County Register, 16 May 2002.
- "Quest DB2 Management Tool Supports Mainframes; Quest Software expands its database management tool for IBM's DB2 Universal Database to mainframe platforms," eWEEK, 16 May 2002.
- "Quest Software Announces Siebel 7 Validation; Quest Successfully Integrates Foglight v3.0 with Siebel 7," Business Wire, 20 May 2002.
- "Market watch," Orange County Business Journal, 20 May 2002.
- "WEEK'S BEST PERFORMERS WEEK'S WORST PERFORMERS INDEX WATCH ROTH CAPITAL PARTNERS BILLION-DOLLAR CLUB BOTH CAPITAL PARTNERS OC 50 52-WEEK PERFORMANCE ROTH CAPITAL PARTNERS OC TECH 52-WEEK PERFORMANCE MySkyWeb Names CEO," Communications Today, 22 May 2002.
- "New Ratings On Radioshack Corp, Quest Software Inc, Gillette Company, Kohl's Corp," Internet Wire, 24 May 2002.
- "Quest Software Selected as an Internal Standard for Siebel Systems' Application Management Solutions," Business Wire, 4 June 2002.
- "Quest Software, Inc. Selected as an Internal Standard for Siebel Systems' Application Management Solutions," Reuters, 4 June 2002.
- "TheSUBWAY.com Announces Investment Opinion: Today's Stock Watch!," Business Wire, 6 June 2002.
- "New Ratings On Mckesson Corp, Intersil Holding Corp, Micrel Inc, Quest Software Inc Internet Wire, 7 June 2002.
- "AppWorx and Quest Software Team to Expand Application Management Solutions," Business Wire, 13 June 2002.
- "Soft sell," Orange County Business Journal, 17 June 2002.
- "BTexact Makes Significant Savings on ISP Architecture With Quest Software; Quest's SharePlex Cuts Hardware Costs While Boosting ISP Scalability and Availability," Business Wire, 18 June 2002.

47

**Exhibit 1, continued**

- "Quest Software Extends Oracle Database Management Solution With Additional Components to Optimize Performance and Availability," Business Wire, 18 June 2002.
- "Quest Software, Inc. Extends Oracle Database Management Solution With Additional Components to Optimize Performance and Availability," Reuters, 18 June 2002.
- "BTexact Makes Significant Savings on ISP Architecture With Quest Software, Inc.," Reuters, 18 June 2002.
- "BTexact makes significant savings on ISP architecture with Quest Software; Quest's SharePlex cuts hardware costs while boosting ISP scalability and availability," M2 Presswire, 20 June 2002.
- "Wells Real Estate Funds Selects Micromuse's Netcool Suite and Quest Software's Foglight for Siebel eBusiness Applications," Business Wire, 24 June 2002.
- "Stock Rating Reiterations Closing Update: SCON ADRX PLCM," Dow Jones, 24 June 2002.
- "Quest to Ship Upgrades of Its SharePlex Tools; Quest Software Inc. this week will roll out new versions of its SharePlex database tools to assist database administrators in replicating Oracle Corp. database clusters," eWEEK, 24 June 2002.
- "Wells Real Estate Funds Selects Micromuse's Netcool Suite and Quest Software, Inc.'s Foglight for Siebel eBusiness Applications," Reuters, 24 June 2002.
- "Quest Software In New SharePlex Pricing Strategy," Dow Jones, 26 June 2002.
- "Quest Software Solidifies Leadership in Database Replication Market With New Pricing Model and Support for Oracle9i RAC," Business Wire, 26 June 2002.
- "Quest Software, Inc. Offers Usage-Based Pricing," Reuters, 26 June 2002.
- "Quest Software to Announce Second Quarter and Earnings On July 25, 2002," Business Wire, 9 July 2002.
- "Computer Associates Files Lawsuit Against Quest Software," Dow Jones, 9 July 2002.
- "Computer Associates Sues Quest," AP Online, 9 July 2002.
- "Computer Associates files suit against Quest Software.," Reuters, 9 July 2002.
- "Computer Associates files lawsuit against Quest Software," Associated Press Newswires, 9 July 2002.
- "C"omputer Associates files lawsuit against Quest Software," Associated Press Newswires, 9 July 2002.
- "Computer Associates International, Inc. (CA) Sues Quest Software, Inc.-DJ," Reuters, 9 July 2002.
- "Business Brief -- Computer Associates International: Lawsuit Against Quest Software Alleges Copyright Infringement," The Wall Street Journal, 10 July 2002.
- "CA sues Quest for source code theft," InfoWorld Daily News, 10 July 2002.
- "CA to sue over alleged code theft.," Silicon.com, 10 July 2002.
- "Quest Software Expert Steven Feuerstein Provides PL/SQL Best Practices Tips in E-Seminar Series Beginning July 17th," Business Wire, 15 July 2002.

48

**Exhibit 1, continued**

- "30 seconds or less," Computer Reseller News, 15 July 2002.
- "IT Confidential," InformationWeek, 15 July 2002.
- "Executive summary," Orange County Business Journal, 15 July 2002.
- "Quest Software, Inc. Sued by Computer Associates International (CA)-DJ," Reuters, 16 July 2002.
- "Quest Software Delivers Valuable Information On Exchange Server Activity for Intelligent Decision Making," Business Wire, 23 July 2002.
- "Quest Software, Inc. Delivers Valuable Information On Exchange Server Activity for Intelligent Decision Making," Reuters, 23 July 2002.
- "TABLE - Quest Software Q2 results.," Reuters, 25 July 2002.
- "Quest Software posts second-quarter profit.," Reuters, 25 July 2002.
- "UPDATE 1-Quest Software posts second-quarter profit.," Reuters, 25 July 2002.
- "Quest Software Reports Second Quarter 2002 Results; Announces Revenues of $63.5 million and Pro Forma EPS of $0.05; Strong Demand Continues for Q2," Business Wire, 25 July 2002.
- "Quest Software 2Q Pro Forma EPS Of $0.05," Dow Jones, 25 July 2002.
- "Quest Software Q2 2002 Earnings Conference Call - Final," Financial Disclosure Wire, 25 July 2002.
- "The Orange County Register, Calif., Technology Earnings Column.," KRTBN Knight-Ridder Tribune Business News: Orange County Register, 26 July 2002.
- "OC's billionaires," Orange County Business Journal, 5 August 2002.
- "$3 billion lighter," Orange County Business Journal, 5 August 2002.
- "Siemens Ultrasound Division Reduces Costs of Managing SAP Environment Using Quest Software's SharePlex," Business Wire, 6 August 2002.
- "Quest Software, Inc. Gets Siemens Order," Reuters, 6 August 2002.
- "Datawatch Corporation Announces OEM Agreement With Quest Software, Inc.," Reuters, 6 August 2002.
- "Transoft Chooses BridgeWare to Reduce Customer Data Migration Risk," PR Newswire, 13 August 2002.
- "ZyXEL Communications Inc. Rewards Workers with Expense-Paid Trip to Hawaii.," KRTBN Knight-Ridder Tribune Business News: Orange County Register, 14 August 2002.
- "An island of generosity amid a sea of scandals // Business: Placentia company ZyXEL bucks the trend and sends 70 workers plus guests to Hawaii. Series: zyxel.0814," The Orange County Register, 14 August 2002.
- "Quest Software Director Lane Buys 105,000 Common Shares," Dow Jones Corporate Filings Alert, 19 August 2002.
- "Quest software appoints target automation as regional distributor for the Middle East.," Middle East Company News, 19 August 2002.

EXHIBIT E PAGE 157

**Exhibit 1, continued**

- "Quest software appoints target automation as Middle East distributor.," Al-Bawaba News, 20 August 2002.
- "AGL Resources Selects Quest Software's Foglight Monitor to Proactively Detect PeopleSoft Application Bottlenecks," Business Wire, 26 August 2002.
- "AGL Resources Selects Quest Software, Inc.'s Foglight Monitor to Proactively Detect PeopleSoft Application Bottlenecks," Reuters, 26 August 2002.
- "Quest Software Kicks Off Its First-Ever Corporate Image Campaign.," KRTBN Knight-Ridder Tribune Business News: Orange County Register, 27 August 2002.
- "Insider Trading Spotlight," The Wall Street Journal, 28 August 2002.
- "FORTUNE Ranks America's Richest Forty Under Forty; 2001 List Contains Fewer Tech Moguls and More Celebrities: Six Entertainers and Athletes, Up From One Last Year," Business Wire, 3 September 2002.
- "Quest Software Experts Demonstrate Techniques for Managing DB2 on the Mainframe in 15-City Seminar Tour," Business Wire, 4 September 2002.
- "QCQ-PERFORMANCE DIAGNOSTICS AND TOAD XPERT EDITION PACK," FedBizOpps, 4 September 2002.
- "Quest Software President Sells 30,000 More Common Shares," Dow Jones Corporate Filings Alert, 10 September 2002.
- "Ecometry Corporation Partners With Quest/Taurus to Include BridgeWare in Company's Migration Strategy," Business Wire, 20 September 2002.
- "Windows & .NET Magazine Names MEC 2002 Best of Show Finalists," Business Wire, 30 September 2002.
- "NetIQ buying PentaSafe in $255 million deal," Houston Chronicle, 2 October 2002.
- "$255 Million Deal Raises California-Based Software Firm's Houston Presence.," KRTBN Knight-Ridder Tribune Business News: Houston Chronicle, 2 October 2002.
- "Quest Software to Announce Third Quarter Earnings Oct. 23, 2002," Business Wire, 4 October 2002.
- "Quest Software Announces the First Completely Integrated Management Solution for Microsoft Windows," Business Wire, 8 October 2002.
- "Quest Software Announces the First Completely Integrated Solution for Managing Microsoft Exchange," Business Wire, 8 October 2002.
- "Quest Software Integrates Its Spotlight Diagnostics Suite With Microsoft Operations Manager 2000," Business Wire, 8 October 2002.
- "Quest Software, Inc. Integrates Its Spotlight Diagnostics Suite With Microsoft Operations Manager 2000; Introduces Quest Central," Reuters, 8 October 2002.
- "Quest Software's TOAD And SQL Navigator Win Reader's Choice for Best Database Development Software," Business Wire, 9 October 2002.
- "DIARY-U.S. Equities Events from Oct. 22.," Reuters, 21 October 2002.

50

EXHIBIT E PAGE 158

Exhibit 1, continued

- "Quest Software is Selected by eBay as Part of Its High Availability Strategy; Quest's SharePlex Provides 24X7 Availability for eBay's...," Business Wire, 22 October 2002.
- "Quest Software to Present at Upcoming Financial Conference," Business Wire, 22 October 2002.
- "Quest Software, Inc., EBay In Pact," Reuters, 22 October 2002.
- "Quest Software To Buy Sitraka," Dow Jones, 23 October 2002.
- "Quest Software to Acquire Sitraka, Leading Developer of Application-Server Performance Management Products," Business Wire, 23 October 2002.
- "Quest Software deal expected to close in early November," Associated Press Newswires, 23 October 2002.
- "Quest Software has profit versus year-earlier loss.," Reuters, 23 October 2002.
- "Quest Software Reports Third Quarter 2002 Results; Announces Revenues of $63.1 million and Pro Forma EPS of $0.05," Business Wire, 23 October 2002.
- "UPDATE 1-Quest Software posts profit, to buy Sitraka.," Reuters, 23 October 2002.
- "TABLE - Quest Software Q3 net vs loss.," Reuters, 23 October 2002.
- "Q3 2002 Quest Software Earnings Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 23 October 2002.
- "Quest Software, Inc. to Acquire Sitraka, Developer of Application-Server Performance Management Products," Reuters, 23 October 2002.
- "Quest buys tech firm Sitraka; $51.7-million: Software maker will also get up to $3M contingency money," National Post, 24 October 2002.
- "Quest Software Announces Support for Universal Application Network At Siebel Worldwide User Week 2002," Business Wire, 24 October 2002.
- "Quest Buys Sitraka for Java Skills.," ComputerWire News, 25 October 2002.
- "Executive summary," Orange County Business Journal, 28 October 2002
- "Quest for sales," Orange County Business Journal, 28 October 2002.
- "Quest to close Sitraka deal in Nov., execs to stay.," Reuters, 30 October 2002.
- "Quest Software to Present At Two Upcoming Financial Conferences," Business Wire, 1 November 2002.
- "PeopleSoft Certifies Quest Software's Stat Integration With AppConnect 8.4," Business Wire, 4 November 2002.
- "Judge to Quest, CA: Show code," Orange County Business Journal, 4 November 2002.
- "RESEARCH ALERT-Deutsche Bank starts Quest at 'hold'.," Reuters, 5 November 2002.
- "J.D. Edwards Selects Quest Software's Foglight Application Monitor for Use in Advanced Technology Services Lab," Business Wire, 5 November 2002.
- "J.D. Edwards Selects Quest Software, Inc.'s Foglight Application Monitor for Use in Advanced Technology Services Lab," Reuters, 5 November 2002.

51

Exhibit 1, continued

- "Quest Software President Doyle Sells 150,000 Common Shrs," Dow Jones Corporate Filings Alert, 6 November 2002.
- "RESEARCH ALERT-Merrill raises Precise price target.," Reuters, 7 November 2002.
- "Quest Software First to Deliver ``Record and Playback'' for Oracle Databases," Business Wire, 11 November 2002.
- "Quest Software's PerformaSure 1.7 Extends Reach To HP-UX and BEA WebLogic Enterprise Platform 7.0," Business Wire, 11 November 2002.
- "Quest Software, Inc. Introduces PerformaSure 1.7," Reuters, 11 November 2002.
- "Quest Software, Inc. First to Deliver "Record and Playback" for Oracle Databases," Reuters, 11 November 2002.
- "Ontario Power Generation Reduces Downtime by 94 Percent During Oracle Migration Using Quest Software's SharePlex," Business Wire, 12 November 2002.
- "Quest Software's JClass ServerViews 3.0 Release Now Web Services-Ready," Business Wire, 13 November 2002.
- "Quest Software's Foglight Integration Completes PeopleSoft's AppConnect Certification Testing," Business Wire, 18 November 2002.
- "New Tools Lighten Database Load; Oracle, expand beyond, DataMirror, Quest debut management products.," eWEEK, 18 November 2002.
- "New Tools Lighten Database Load; Oracle, expand beyond, DataMirror, Quest debut management products.," eWEEK, 18 November 2002.
- "Quest Software to Present At Upcoming Financial Conference," Business Wire, 27 November 2002.
- "Quest Software Announces Siebel 7 Validation; Quest Central for DB2 UDB Empowers Users of Siebel eBusiness Applications with Comprehensive Database Management," Business Wire, 2 December 2002.
- "Quest Software's Next-Generation Vista Plus Suite 5.0 Allows Users to Access Critical Information Via the Web," Business Wire, 3 December 2002.
- "Quest's JProbe Support for IBM WebSphere 5.0 Platform Now Available," Business Wire, 3 December 2002.
- "Quest Software Pres Doyle Sold 62,400 Shares Wed, Tuesday," Dow Jones Corporate Filings Alert, 3 December 2002.
- "Quest Software, Inc. Next-Generation Vista Plus Suite 5.0 Allows Users to Access Critical Information Via the Web," Reuters, 3 December 2002.
- "Quest Software to Present At Upcoming Financial Conference," Business Wire, 6 December 2002.
- "First Albany to Provide Webcast of Tech Directions Conference," PR Newswire, 10 December 2002.

## Exhibit 1, continued

- "Quest's DeployDirector 2.5 Release Brings Full Java Desktop Application Management to the Enterprise," Business Wire, 11 December 2002.
- "Quest Software, Inc. DeployDirector 2.5 Release Brings Full Java Desktop Application Management to the Enterprise," Reuters, 11 December 2002.
- "Quest Software to Announce Fourth Quarter 2002 Earnings Jan. 29, 2003.," Business Wire, 6 January 2003.
- "Quest Software President Files To Sell 250,000 Shares," Dow Jones Corporate Filings Alert, 9 January 2003.
- "RESEARCH ALERT-Pacific Growth begins Quest as "Over Weight".," Reuters, 15 January 2003.
- "Quest's Smith takes surf apparel stake," Orange County Business Journal, 20 January 2003.
- "US regulators won't oppose Veritas-Precise deal.," Reuters, 21 January 2003.
- "Quest Software to Present at Upcoming Financial Conference.," Business Wire, 28 January 2003.
- "Quest Software Exceeds Views For 4Q," Dow Jones, 29 January 2003.
- "Quest Software posts Q4 profit vs. year ago loss.," Reuters, 29 January 2003.
- "Q4 2002 Quest Software Inc. Earnings Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 29 January 2003.
- "O.C. software companies are making money // FileNet more than doubles profit in the fourth quarter; Quest and Epicor rebound. The Orange County Register, 30 January 2003.
- "Orange County, Calif., Software Companies Are Making Money.," KRTBN Knight-Ridder Tribune Business News: Orange County Register, 30 January 2003.
- "ORANGE COUNTY PICKS AND PANS Series: text," The Orange County Register, 2 February 2003.
- "Quest Software's PerformaSure 2.0 Brings Multi-Tier J2EE Performance Diagnostics to Live Production Systems.," Business Wire, 4 February 2003.
- "CEO INTERVIEW: SCOTT DAVIDSON - QUEST SOFTWARE INC (QSFT)," The Wall Street Transcript Digest, 10 February 2003.
- "PeopleSoft Certifies Quest Software's SharePlex Integration With PeopleSoft AppConnect.," Business Wire, 11 February 2003.
- "Quest Software Announces Plans to Expand Heterogeneous Database Management Offering with Quest Central.," Business Wire, 18 February 2003.
- "Quest Software's JProbe Selected to Ensure Superior Performance of Critical Consumer Credit Reporting System.," Business Wire, 18 February 2003.
- "Software's JProbe Selected to Ensure Superior Performance of Critical Consumer Credit Reporting System Business Editors & High-Tech Writers," Associated Press Newswires, 18 February 2003.

53

**Exhibit 1, continued**

- "Quest Software, Inc.'s JProbe Selected to Ensure Superior Performance of Critical Consumer Credit Reporting System," Reuters, 18 February 2003.
- "Quest Software, Inc. to Expand Heterogeneous Database Management Offering with Quest Central," Reuters, 18 February 2003.
- "HP and Microsoft Launch Nationwide Network Storage Solutions Road Show.," Business Wire, 20 February 2003.
- "ORANGE COUNTY'S PICKS AND PANS Series: text," The Orange County Register, 23 February 2003.
- "Embarcadero, Quest Stretch DBA Skills, Platform Support; Two database management software vendors-Embarcadero Technologies Inc. and Quest Software Inc.-are expanding support for additional platforms," eWEEK, 24 February 2003.
- "Tue (02/25); stories sent between Tue 13:01 and Tue 14:00 ET (10:01 and 11:00 PT) ALL TIME-OFFS IN EASTERN TIME," Associated Press Newswires, 25 February 2003.
- "Quest Software to Host Half-Day Seminars on Active Directory and Group Policy Management.," Business Wire, 25 February 2003.
- "Quest Software to Host Full-Day User Groups Titled "I Didn't Know TOAD Could Do That!"," Business Wire, 27 February 2003.
- "Newsmaker," Computerworld, 3 March 2003.
- "Quest Software Provides Staples Heterogeneous Database Management with Quest Central Product Line.," Business Wire, 4 March 2003.
- "Quest Software, Inc. Provides Staples Heterogeneous Database Management with Quest Central Product Line," Reuters, 4 March 2003.
- "TOAD/NAVIGATOR SOFTWARE LICENSES," FedBizOpps, 10 March 2003.
- "Quest Software's JProbe 5.0 Release Now Smarter and Faster.," Business Wire, 11 March 2003.
- "ISRAEL PRESS: Mercury Looking To Raise Cash To Buy Quest," Dow Jones International News, 12 March 2003.
- "Orange County picks and pans Series: text," The Orange County Register, 23 March 2003>
- "BEA Announces Expanded List of Distributors, Partners and Customers Leveraging BEA WebLogic JRockit 8.1.," PR Newswire, 31 March 2003.
- "Quest Software Wins Two Highly Coveted Jolt Productivity Awards.," Business Wire, 31 March 2003.
- "QUEST TO EXPAND HETEROGENEOUS DB MANAGEMENT WITH QUEST CENTRAL.," Worldwide Databases, 1 April 2003.
- "Quest Software to Announce First Quarter 2003 Earnings April 23, 2003.," Business Wire, 4 April 2003.
- "QUEST SOFTWARE INC - StockDiagnostics.com Reiterates Quest Software's OPS Rating of "1".," Market News Publishing, 8 April 2003.

EXHIBIT E PAGE 162

**Exhibit 1, continued**

- "CEO of Irvine, Calif.-Based Software Company Discusses Merger Rumors.," KRTBN Knight-Ridder Tribune Business News: Orange County Register, 19 April 2003.
- "Quest Chooses PlaceWare for More Powerful Remote Sales Calls.," PR Newswire, 23 April 2003.
- "Quest Chooses PlaceWare for More Powerful Remote Sales Calls.," PR Newswire, 23 April 2003.
- "Quest Software 1Q Revenue $72M," Dow Jones, 23 April 2003.
- "Quest Software Announces Results for First Quarter 2003.," Business Wire, 23 April 2003.
- "Quest posts Q1 profit, issues Q2 guidance.," Reuters, 23 April 2003.
- "UPDATE 1-Quest posts Q1 profit, issues Q2 forecast.," Reuters, 23 April 2003.
- "Q1 2003 Quest Software Inc. Earnings Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 23 April 2003.
- "Event Brief of Q1 2003 Quest Software Inc. Earnings Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 23 April 2003.
- "Quest Software, Inc. Issues Q2 and FY 2003 EPS Guidance Below Analysts' Estimates," Reuters, 23 April 2003.
- "Quest Software's FastLane Consolidator First to Deliver Agentless Storage Analysis for Consolidation on ...," Business Wire, 29 April 2003.
- "INTERFACE ALLOWS USER TO MANAGE/CROSSTRAIN DB INFRASTRUCTURE.(Quest Software's Quest Central)," Online Product News, 1 May 2003.
- "Voir Dire. The National Law Journal, 5 May 2003.
- "Quest Software's MessageStats 4.0 Reports E-Mail and Messaging System Data to All Levels of IT Staff.," Business Wire, 7 May 2003.
- "Multimedia Available.," Business Wire, 7 May 2003.
- "Software Releases PerformaSure 2.1 Featuring Integration with Foglight for Accelerated J2EE Performance Management Business Editors/High-Tech Writers," Associated Press Newswires, 13 May 2003.
- "Quest Software Announces Quest Central for J2EE for Application Performance Management.," Business Wire, 13 May 2003.
- "Quest Software Releases PerformaSure 2.1 Featuring Integration with Foglight for Accelerated J2EE for Application Performance Management.," Business Wire, 13 May 2003.
- "Quest Software, Inc. Introduces Quest Central for J2EE for Application Performance Management," Reuters, 13 May 2003.
- "Quest Software, Inc. Releases PerformaSure 2.1," Reuters, 13 May 2003.
- "TALES OF THE TAPE: Mercury Now Has Cash, But What's Next?," Dow Jones, 19 May 2003.

55

**Exhibit 1, continued**

- "Software Establishes New Scalable Pricing Structure to Bring Quest Central for DB2 to Heterogeneous Environments of All Sizes Business Editors/High-Tech Writers," Associated Press Newswires, 20 May 2003.
- "Quest Software Boosts Diagnostic Power for DB2 and Builds on Its Heterogeneous Database Management Strategy.," Business Wire, 20 May 2003.
- "Quest Software Establishes New Scalable Pricing Structure to Bring Quest Central for DB2 to ...," Business Wire, 20 May 2003.
- "Multimedia Available.," Business Wire, 20 May 2003.
- "Wire's Southwest Copy stories sent between Mon 17:01 and Tue 17:00 ET (14:01 and 14:00 PT) ALL TIME-OFFS IN EASTERN TIME," Associated Press Newswires, 20 May 2003.
- "Quest Software and CDB Software Partner to Deliver Cost-Effective Alternative to Traditional Mainframe ...," Business Wire, 21 May 2003.
- "Quest Software, Inc. and CDB Software Announce Partnership," Reuters, 21 May 2003.
- "BMC, Quest Tackle DB2; Tools boost management in heterogeneous environment.," eWEEK, 26 May 2003.
- "Quest Software Releases New Version of SharePlex, Delivering Broadest Oracle Database Support Available.," Business Wire, 27 May 2003.
- "U.S. Army Specifies Quest Software's Database Replication Product for Its Army Knowledge Online.," Business Wire, 28 May 2003.
- "U.S. Army Specifies Quest Software, Inc.'s Database Replication Product for Its Army Knowledge Online Program," Reuters, 28 May 2003.
- "QUEST SOFTWARE INC - DEF 14A - QSFT Vote - Dir - Auditor - Emp Stock Plans.," Market News Publishing, 29 May 2003.
- "RESEARCH ALERT-CSFB cuts Quest Software rating.," Reuters, 30 May 2003.
- "Quest Software Wins Double Gold at WebSphere Advisor Editors' Choice Awards.," Business Wire, 2 June 2003.
- "PeopleSoft Consultants and Internal Performance and Benchmark Team Utilize Quest Software.," Business Wire, 4 June 2003.
- "PeopleSoft Consultants and Internal Performance and Benchmark Team Utilize Quest Software, Inc.," Reuters, 4 June 2003.
- "Sun(TM) One Application Server 7 Achieves Broad Industry Adoption and Accolades.," PR Newswire, 5 June 2003.
- "Sun ONE Application Server 7 achieves broad industry adoption and accolades; ISVs around the world are adopting Java and Sun ONE Application Server 7 software for building and deploying enterprise-class applications for their customers," M2 Presswire, 6 June 2003.
- "Quest Software's JClass-R-ServerViews 4.0 Eases Server-Side Chart Development for Developers and ...," Business Wire, 9 June 2003.

**Exhibit 1, continued**

- "U.S. Army specifies Quest Software's database replication product for its Army Knowledge Online-AKO-program.," EDP Weekly's IT Monitor, 9 June 2003.
- "U.S. Army specifies Quest Software's database replication product for its Army Knowledge Online--AKO--program.(SharePlex)," Federal Computer Market Report, 9 June 2003.
- "Quest Software's JClass-R-ServerViews 4.0 eases server-side chart development for developers and non-developers.," EDP Weekly's IT Monitor, 16 June 2003.
- "Quest Software's JClass-R-ServerViews 4.0 eases server-side chart development for developers and non-developers.," Software Industry Report, 16 June 2003.
- "Quest Software Enhances Built-in Expertise in Latest Release of Quest Central for Oracle.," Business Wire, 18 June 2003.
- "QUEST SOFTWARE INC - SC TO-C - QSFT Announces Option Exchange Offer.," Market News Publishing, 18 June 2003.
- "Quest Software, Inc. Enhances Built-in Expertise in Latest Release of Quest Central for Oracle," Reuters, 18 June 2003.
- "RESEARCH ALERT-Smith Barney starts several software companies.," Reuters, 20 June 2003.
- "Quest Revs Tools for DBAs; Quest Software Inc. is rolling out a version of its database management tools for the Oracle Corp. database.," eWEEK, 23 June 2003.
- "Quest Revs Tools for DBAs; Quest Software Inc. is rolling out a version of its database management tools for the Oracle Corp. database.," eWEEK, 23 June 2003.
- "BMC Buys The Database Guys," InformationWeek, 30 June 2003.
- "Zacks Issues Sell Recommendations on the Following 4 Stocks.," Business Wire, 3 July 2003.
- "Quest Software to Announce Second Quarter 2003 Earnings July 23, 2003.," Business Wire, 8 July 2003.
- "UPDATE: Legato Deal Builds EMC's Software Portfolio," Dow Jones, 8 July 2003.
- "Quest Software Names New Independent Director.," Business Wire, 11 July 2003.
- "QUEST SOFTWARE INC - S-8 - QSFT Registers 6.8M Shares for Stock Plans.," Market News Publishing, 15 July 2003.
- "Big deals fuel quest speculation," Orange County Business Journal, 21 July 2003.
- "QUEST SOFTWARE INC - ERN/CALL - QSFT To Hold Q2 Conf Call @ 17 - 00 ET Today.," Market News Publishing, 23 July 2003.
- Quest Software 2Q Net Income 3c/Shr Vs 3c/Shr," Dow Jones Corporate Filings Alert, 23 July 2003.
- "Quest Software Reports Results for Second Quarter 2003 - Revenue of $70.9 Million for the Quarter.," Business Wire, 23 July 2003.
- "Q2 2003 Quest Software Inc. Earnings Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 23 July 2003.

EXHIBIT E PAGE 165

**Exhibit 1, continued**

- "Event Brief of Q2 2003 Quest Software Inc. Earnings Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 23 July 2003.
- "Quest Software, Inc. Expects to Restate Previous Financials to Correct Computational Error," Reuters, 23 July 2003.
- "Quest Software, Inc. Issues Third Quarter and Full Year 2003 Outlook Below Analysts' Estimates," Reuters, 23 July 2003.
- "FOOTNOTES: Recent US Earnings Restatements," Dow Jones, 24 July 2003.
- "FOOTNOTES: Recent US Earnings Restatements," Dow Jones, 25 July 2003.
- "FOOTNOTES: Recent US Earnings Restatements," Dow Jones, 28 July 2003.
- "Best buys financial software maker Timberline," Orange County Business Journal, 28 July 2003.
- "FOOTNOTES: Recent US Earnings Restatements," Dow Jones, 29 July 2003.
- "Quest Software to Present at Two Upcoming Financial Conferences.," Business Wire, 30 July 2003.
- "Software to Present at Two Upcoming Financial Conferences Business Editors/High-Tech Writers," Associated Press Newswires, 30 July 2003.
- "FOOTNOTES: Recent US Earnings Restatements," Dow Jones, 30 July 2003.
- "Milberg Weiss Files Class Action Suit Against Quest Software, Inc.," Business Wire, 30 July 2003.
- "Recommendations on the Following 4 Stocks: MeadWestvaco, Silicon Image, Quest Software, and UST Business Editors," Associated Press Newswires, 31 July 2003.
- "Zacks Issues Sell Recommendations on the Following 4 Stocks.," Business Wire, 31 July 2003.
- "Law Offices of Brodsky & Smith, LLC Announces Class Action Lawsuit Against Quest Software, Inc. -- QSFT," PrimeZone Media Network, 31 July 2003.
- "Law Offices of Charles J. Piven, P.A. Announces Class Action Lawsuit Against Quest Software, Inc. -- QSFT," PrimeZone Media Network, 31 July 2003.
- "FOOTNOTES: Recent US Earnings Restatements," Dow Jones, 31 July 2003.
- "Shareholder Class Action Filed Against Quest Software, Inc. by the Law Firm of Schiffrin & Barroway, LLP -- QSFT," PrimeZone Media Network, 31 July 2003.
- "Cauley Geller Announces Class Action Lawsuit Against Quest Software, Inc. On Behalf of Investors," PR Newswire, 31 July 2003.
- "Glancy & Binkow LLP Commences Class Action Lawsuit and Seeks to Recover Losses for Investors Who Purchased Quest Software, Inc. -- QSFT," PrimeZone Media Network, 1 August 2003.
- "FOOTNOTES: Recent US Earnings Restatements," Dow Jones, 1 August 2003.
- "The Law Firm of Lasky & Rifkind, Ltd. Announces Class Action Lawsuit Against Quest Software, Inc.," Business Wire, 4 August 2003.

EXHIBIT E PAGE 166

**Exhibit 1, continued**

- "Executive summary," Orange County Business Journal, 4 August 2003.
- "Quest Software Broadens Heterogeneous Database Management Strategy Through Alliance With Sybase.," Business Wire, 5 August 2003.
- "Quest Software, Inc. Broadens Heterogeneous Database Management Strategy Through Alliance With Sybase," Reuters, 5 August 2003.
- "QUEST SOFTWARE INC - CONF - QSFT To Present At CIBC Software Conference @ 14 - 45 ET.," Market News Publishing, 7 August 2003.
- "Kirby, McInerney & Squire LLP Announces Class Action Lawsuit on Behalf of Quest Software Investors -- QSFT," PrimeZone Media Network, 11 August 2003.
- "Quest Software Releases TOAD 7.5 for Integrated Database Development and Administration for Oracle.," Business Wire, 12 August 2003.
- "Software Releases TOAD 7.5 for Integrated Database Development and Administration for Oracle Business Editors/High-Tech Writers," Associated Press Newswires, 12 August 2003.
- "QUEST SOFTWARE INC - CONF - QSFT To Present At Pacific Crest Tech Conference @ 16 - 15 ET.," Market News Publishing, 12 August 2003.
- "Quest Software Releases TOAD 7.5 for Integrated Database Development and Administration for Oracle.," Business Wire Regulatory Disclosure, 12 August 2003.
- "Quest Software, Inc. Releases TOAD 7.5 for Integrated Database Development and Administration for Oracle," Reuters, 12 August 2003.
- "Quest SharePlex 4.5 Available on Multiple Government Contracts Through DLT Solutions.," Business Wire, 13 August 2003.
- "Quest Software, Inc.'s Quest SharePlex 4.5 Available on Multiple Government Contracts Through DLT Solutions," Reuters, 13 August 2003.
- "Quest Software Charged With Securities Fraud, Says The Pomerantz Firm -- QSFT," PrimeZone Media Network, 18 August 2003.
- "Software Manages Mixed Data Centers; Database-management tool vendors are flooding the market with support for heterogeneous database mixes.," eWEEK, 18 August 2003.
- "Software Manages Mixed Data Centers; Database-management tool vendors are flooding the market with support for heterogeneous database mixes.," eWEEK, 18 August 2003.
- "Quest Software Positioned in the Leader Quadrant in Magic Quadrant for Integrated Document Archive and ...," Business Wire, 19 August 2003.
- "Quest Software Partners with BEA Systems - Develops Spotlight for BEA WebLogic Server.," Business Wire, 26 August 2003.
- "BW)(CA-QUEST-SOFTWARE/BEA)(QSFT)(BEAS) Quest Software Partners with BEA Systems; Develops Spotlight for BEA WebLogic Server Business Editors/High-Tech Writers," Associated Press Newswires, 26 August 2003.
- "Law Offices of Marc S. Henzel Announces Class Action Lawsuit Against Quest Software, Inc.," Business Wire, 26 August 2003.

## Exhibit 1, continued

- "Quest Software, Inc. Develops Spotlight for BEA WebLogic Server," Reuters, 26 August 2003.
- "Quest Software to Present at Two Upcoming Financial Conferences.," Business Wire, 27 August 2003.
- "Stull, Stull & Brody Announces Class Action Lawsuit Against Quest Software, Inc.," Business Wire, 27 August 2003.
- "Quest Software's Application Performance Management Product Adds Value to mySAP Business Solutions.," Business Wire, 28 August 2003.
- "Zacks Sell List Highlights - Hospitality Properties Trust, TeleTech Holdings, Quest Software, and Wet Seal.," Business Wire, 29 August 2003.
- "Hospitality Properties Trust, TeleTech Holdings, Quest Software, and Wet Seal Business Editors," Associated Press Newswires, 29 August 2003.
- "Weiss & Yourman Law Office Announces Class Action Lawsuit against Quest Software, Inc.," Business Wire, 29 August 2003.
- "Quest Software Delivers Complete Set of Tools for Enterprise-Wide Microsoft Exchange Management and ...," Business Wire, 2 September 2003.
- "Quest Software Delivers Complete Set of Tools for Enterprise-Wide Microsoft Exchange Management and ...," Business Wire Regulatory Disclosure, 2 September 2003.
- "Quest Shareholders Have Until Monday September 29, 2003 to Seek Appointment as Lead Plaintiff - QSFT," PrimeZone Media Network, 2 September 2003.
- "Captaris RightFax Selected by Quest Software as Fax Server for Quest Vista Plus Suite.," Business Wire, 3 September 2003.
- "QUEST SOFTWARE INC - CONF - QSFT To Present At CSFB Global Software Conference @ 15 - 00 ET.," Market News Publishing, 3 September 2003.
- "Wolf Haldenstein Adler Freeman and Herz LLP Commences Quest Software, Inc. Class Action," PR Newswire, 3 September 2003.
- "Selected by Quest Software as Fax Server for Quest Vista Plus Suite; RightFax Provides Quest Vista Plus Customers Fax Delivery Capabilities Business Editors/High-Tech Writers," Associated Press Newswires, 3 September 2003.
- "Covalent Technologies Appoints Application Management Expert to Executive Team," Associated Press Newswires, 3 September 2003.
- "QUEST SOFTWARE INC - CONF - QSFT To Present At Smith Barney Tech Conference @ 15 - 05 ET.," Market News Publishing, 4 September 2003.
- "Quest Software to Announce Third Quarter 2003 Earnings Oct. 22, 2003.," Business Wire, 5 September 2003.
- "Quest Software Provides Portal Content for Oracle Application Server 10g.," Business Wire, 8 September 2003.
- "Quest Software Brings SharePlex for Oracle to Linux.," Business Wire, 9 September 2003.

EXHIBIT E PAGE 168

**Exhibit 1, continued**

- "Top Analyst Firm Highlights Quest SharePlex in Recent Research.," Business Wire, 9 September 2003.
- "Software Brings SharePlex for Oracle to Linux Business Editors/High-Tech Writers," Associated Press Newswires, 9 September 2003.
- "Analyst Firm Highlights Quest SharePlex in Recent Research Business Editors/High-Tech Writers," Associated Press Newswires, 9 September 2003.
- "Technology Veteran Russell Schumacher Joins 8e6 Technologies as Vice President of Engineering," Associated Press Newswires, 9 September 2003.
- "The Pomerantz Firm Charges Quest Software with Securities Fraud -- QSFT," PrimeZone Media Network, 9 September 2003.
- "Quest Software, Inc. Brings SharePlex for Oracle to Linux," Reuters, 9 September 2003.
- "Quest Software Supports Microsoft Windows Storage Server 2003 with FastLane Consolidator.," Business Wire, 10 September 2003.
- "Quest Software's JProbe Supports Oracle Application Server 10g.," Business Wire, 11 September 2003.
- "Quest Central for DB2 Featured in META Group Report.," Business Wire, 17 September 2003.
- "Pomerautz Haudek Block Grossman & Gross LLP: Quest Shareholders Have 7 More Days to Seek Appointment as Lead Plaintiff -- QSFT," PrimeZone Media Network, 22 September 2003.
- "QUEST SOFTWARE INC - Quest Software Inc. Has Broken Out Of Today's Range.," Market News Publishing, 23 September 2003.
- "Quest Software Announces the Quest Management Suite for Windows to Automate the Management of Active ...," Business Wire, 24 September 2003.
- "QUEST SOFTWARE INC - Quest Software Inc. Has Climbed Above A Trading Range.," Market News Publishing, 24 September 2003.
- "Quest Software Releases Management Suite for Windows. MidnightTrader, 24 September 2003.
- "Quest Software, Inc. Introduces the Quest Management Suite for Windows to Automate the Management of Active Directory," Reuters, 24 September 2003.
- "Quest Software announces the Quest Management Suite for Windows to automate the management of Active Directory; Quest integrates FastLane Reporter and Spotlight on Active Directory," M2 Presswire, 25 September 2003.
- "Quest Management Suite for Windows available now," Telecomworldwire, 26 September 2003.
- "Quest Management Suite for Windows available now," Corporate IT Update, 26 September 2003.

61

EXHIBIT E PAGE 169

**Exhibit 1, continued**

- "Quest Management Suite for Windows available now," Worldwide Computer Products News, 26 September 2003.
- "The Orange County Register, Calif., Picks and Pans Column," The Orange County Register (KRTBN), 28 September 2003.
- "Quest Software's PerformaSure Wins e-Pro Magazine Editors' Choice Award.," Business Wire, 30 September 2003.
- "Quest Software Releases Freeware Version of Its Powerful Microsoft Exchange Diagnostics Tool," Business Wire, 1 October 2003.
- "Quest Software Releases Freeware Version of Its Powerful Microsoft Exchange Diagnostics Tool.," Business Wire, 1 October 2003.
- "Quest Software releases freeware version of its powerful Microsoft Exchange diagnostics tool; Spotlight on Exchange Freeware quickly diagnoses problems and lowers time-to-resolution," M2 Presswire, 1 October 2003.
- "QUEST SOFTWARE INC - PRE 14A - QSFT Vote - Exchange Stock Ops - # of Directors.," Market News Publishing, 1 October 2003.
- "Quest Software, Inc. Releases Freeware Version of Its Microsoft Exchange Diagnostics Tool," Reuters, 1 October 2003.
- "Quest introduces Exchange diagnostics freeware tool," Telecomworldwire, 2 October 2003.
- "Quest introduces Exchange diagnostics freeware tool," Corporate IT Update, 2 October 2003.
- "Quest introduces Exchange diagnostics freeware tool," Worldwide Computer Products News, 2 October 2003.
- "Quest Software, Inc. Third Quarter 2003 Earnings Conference Call," Business Wire, 7 October 2003.
- "Quest Software Unveils Its Application Performance Management Strategy for Every Tier of the Application Environment," Business Wire, 14 October 2003.
- "Quest Software Releases Foglight 4.0 for Complete Visibility into Application Performance and End User Response Times," Business Wire, 14 October 2003.
- "Quest Software, Inc. Unveils Its Application Performance Management Strategy for Every Tier of the Application Environment," Reuters, 14 October 2003.
- "Quest Software Delivers Complete Suite of Migration Tools for Microsoft Exchange and Active Directory," Business Wire, 15 October 2003.
- "Quest Software delivers complete Suite of Migration Tools for Microsoft Exchange and Active Directory(r); Quest Migration Suite for Microsoft establishes Quest Software as a one-stop-shop for Microsoft Infrastructure Migration," M2 Presswire, 15 October 2003.
- "Quest Software ships migration tools for Microsoft Exchange and Active Directory," Telecomworldwire, 17 October 2003.
- "Quest Software unveils its Application Performance Management strategy for every tier of the application environment.," EDP Weekly's IT Monitor, 20 October 2003.

**Exhibit 1, continued**

- "QUEST SOFTWARE INC - ERN/CALL - QSFT To Hold Q3 Conf Call @ 17 - 00 ET Today.," Market News Publishing, 22 October 2003.
- "Event Brief of Q3 2003 Quest Software Inc. Earnings Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 22 October 2003.
- "Quest Software, Inc. Issues Q4 Guidance; Raises FY 2003 Outlook," Reuters, 22 October 2003.
- "QUEST SOFTWARE INC - Quest Software Inc. Has Climbed TO A New High On Q3 News.," Market News Publishing, 23 October 2003.
- "QUEST SOFTWARE INC - Quest Software Inc. Rose To A New High On Q3 News.," Market News Publishing, 23 October 2003.
- "The Orange County Register, Calif., Picks and Pans Column," The Orange County Register (KRTBN), 26 October 2003.
- "ORANGE COUNTY PICKS AND PANS // Piper Jaffray analyst more optimistic about Interpore Series: text," The Orange County Register, 26 October 2003.
- "Quest Software Introduces Storage Optimization Offering Co-Developed with Microsoft; Joint Program Helps Companies Calculate TCO from Consolidating to Windows Storage Server 2003," Business Wire, 27 October 2003.
- "Quest Software Broadens Quest Central for Databases with Support for Microsoft SQL Server," Business Wire, 28 October 2003.
- "Quest Software Delivers the Industry's First Comprehensive Database Management Console for Oracle, DB2 and SQL Server," Business Wire, 28 October 2003.
- "Quest Software, Inc. Delivers Comprehensive Database Management Console for Oracle, DB2 and SQL Server," Reuters, 28 October 2003.
- "Quest Software introduces Storage Optimization Offering co-developed with Microsoft; Joint program helps companies calculate TCO from consolidating to Windows Storage Server 2003," M2 Presswire, 30 October 2003.
- "Quest Software Supports Microsoft Exchange Server 2003 with Complete Set of Exchange Management Products; Quest Joins Microsoft at Exchange Server 2003 Launch Events," Business Wire, 10 November 2003.
- "Quest Software to Present at Goldman Sachs Software Retreat," Business Wire, 12 November 2003.
- "Quest Software to Present at the First Annual Morgan Stanley Smallcap Executive Conference," Business Wire, 13 November 2003.
- "QUEST SOFTWARE INC - CONF - QSFT To Present At GS Software Retreat Conference.," Market News Publishing, 14 November 2003.
- "Quest Integrates Diagnostics Tools; Quest readies the release of an application performance management tool.," eWEEK, 17 November 2003.

63

**Exhibit 1, continued**

- "Quest Software Launches Application Performance Management Suite for Oracle E-Business," Business Wire, 18 November 2003.
- "Murad Maintains Availability of Critical Applications with Quest Application Performance Management Suite for Oracle E-Business," Business Wire, 18 November 2003.
- "Quest Software, Inc. Launches Application Performance Management Suite for Oracle E-Business; Murad Selects Suite," Reuters, 18 November 2003.
- "Quest Software Certified for Windows Server 2003 with FastLane ActiveRoles and FastLane Reporter," Business Wire, 19 November 2003.
- "Quest Software certified for Windows Server 2003 with FastLane ActiveRoles and FastLane Reporter; Key Microsoft infrastructure management products independently tested at VeriTest," M2 Presswire, 19 November 2003.
- "Quest Software to Present at Credit Suisse First Boston's Annual Technology Conference," Business Wire, 20 November 2003.
- "LERACH ON LAWSUITS," Orange County Business Journal, 1 December 2003.
- "Navy-Marine Corps Intranet -- NMCI -- Relies upon Quest Software for Critical Migration and Security Functions," Business Wire, 3 December 2003.
- "App helps automate migration to NMCI," Newsbytes News Network, 3 December 2003.
- "Quest Software Named Leader in Worldwide Non-Mainframe Data Management Facilities Software Market," Business Wire, 4 December 2003.
- "Quest Software Provides Unparalleled Visibility into Siebel eBusiness Applications' End-User Response Time," Business Wire, 9 December 2003.
- "Quest Software, Inc. Provides Unparalleled Visibility into Siebel eBusiness Applications' End User Response Time," Reuters, 9 December 2003.
- "QUEST SOFTWARE INC - PRER 14A - QSFT Vote - Stock Options - Directors.," Market News Publishing, 15 December 2003.
- "Quest Software's Vista Plus Provides Legacy Report Conversion Services and Regulatory Compliance Features," Business Wire, 16 December 2003.
- "JAPAN'S NISSAY IT TO BE QUEST SOFTWARE'S EXCLUSIVE AGENT," Asia Pulse, 17 December 2003.
- "Nissay IT To Be Quest Software's Exclusive Agent," Nikkei Report, 17 December 2003.
- "Quest Software's FastLane ActiveRoles to Support Microsoft Active Directory Application Mode –ADAM--," Business Wire, 17 December 2003.
- "Quest Software's FastLane ActiveRoles to support Microsoft Active Directory Application Mode (ADAM); New release will enable customers to use ADAM as an alternative with Quest's leading active directory manadgement solution," M2 Presswire, 19 December 2003.
- "QUEST SOFTWARE INC - OPS Rating of "1" for Quest Software Reiterated by StockDiagnostics.com.," Market News Publishing, 20 December 2003.

64

**Exhibit 1, continued**

- "Quest Software's FastLane ActiveRoles to support Microsoft's ADAM," Telecomworldwire, 22 December 2003.
- "Quest Software's FastLane ActiveRoles to support Microsoft's ADAM," Worldwide Computer Products News, 22 December 2003.
- "Moors & Cabot Raises QSFT (Quest Software) Price Target to $20 from $15," PR Newswire, 7 January 2004.
- "CIO Poll: Tech Spending Could Get Bubbly This Year," Orange County Business Journal, 12 January 2004.
- "QUEST SOFTWARE INC - PRER 14A - QSFT Vote - Stock Options - Directors.," Market News Publishing, 21 January 2004.
- "Quest Software to Present at Two Upcoming Financial Conferences," Business Wire, 27 January 2004.
- "QUEST SOFTWARE INC - ERN/CALL - QSFT To Hold Q4 Conf Call @ 17 - 00 ET Today.," Market News Publishing, 28 January 2004.
- "Quest Software To Buy Aelita Software," Dow Jones, 28 January 2004.
- "Quest Software to buy Aelita Software for $115 mln.," Reuters, 28 January 2004.
- "UPDATE 1-Quest Software to buy Aelita, profit jumps.," Reuters, 28 January 2004.
- "Event Brief of Q4 2003 Quest Software Inc. Earnings Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 28 January 2004.
- "Quest Software, Inc. to Acquire Aelita Software; Plans to Expand Portfolio in Microsoft Infrastructure Management," Reuters, 28 January 2004.
- "The Orange County Register, Calif., Business Briefs Column The Orange County Register (KRTBN), 29 January 2004.
- "Technology Briefing Software: Quest To Buy Aelita For $115 Million," The New York Times, 29 January 2004.
- "Quest Software to acquire Aelita Software; plans to expand portfolio in Microsoft infrastructure management; Two Microsoft Windows experts combine to deliver comprehensive product set for active directory and exchange enviorments," M2 Presswire, 29 January 2004.
- "QUEST SOFTWARE INC - QSFT - New 52-Wk High @ $17.650 up 5.12%.," Market News Publishing, 29 January 2004.
- "Quest Software reports results for fourth quarter and 2003; Record revenue of $89.0 million for the quarter; $304 million in revenue for the year ended December 31, 2003," M2 Presswire, 29 January 2004.
- "Quest Software Wins Two SearchWin2000.com Products of the Year Awards," Business Wire, 29 January 2004.
- "Quest Software, Inc. Issues Q1 and FY 2004 Guidance," Reuters, 29 January 2004.

**Exhibit 1, continued**

- "Industry's Bottom Line Lately a Plus for California's Quest Software," The Orange County Register (KRTBN), 30 January 2004.
- "Aelita to be acquired by Quest," Telecomworldwire, 30 January 2004.
- "AELITA SOFTWARE ACCEPTS $115 MILLION BUYOUT FROM RIVAL; Deal will create job overlap; layoffs possible," The Columbus Dispatch, 30 January 2004.
- "Software's bottom line lately a plus for Quest // Limited post- development costs can mean big numbers, as in fourth quarter.," The Orange County Register, 30 January 2004.
- "QUEST SOFTWARE INC - QSFT - To Present At Weisel 2004 Tech. Conference @ 11 - 00 ET.," Market News Publishing, 2 February 2004.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 2 February 2004.
- "PCL Construction Group Selects Quest Software for Proactive Microsoft Infrastructure Troubleshooting and Management," Business Wire, 4 February 2004.
- "Zacks Buy List Highlights: Compuware, Symantec, Lexmark International, and Quest Software," Business Wire, 4 February 2004.
- "PCL Construction Group Selects Quest Software, Inc. for Proactive Microsoft Infrastructure Troubleshooting and Management," Reuters, 4 February 2004.
- "QUEST SOFTWARE INC - QSFT - To Present At ML Computer Services Conference @ 17 - 30 ET.," Market News Publishing, 10 February 2004.
- "Quest Software to Present at the Goldman Sachs Technology Investment Symposium," Business Wire, 18 February 2004.
- "Orange County picks and pans Series: text," The Orange County Register, 22 February 2004.
- "QUEST SOFTWARE INC - QSFT - To Present At GS Technology Conference @ 18 - 10 ET.," Market News Publishing, 23 February 2004.
- "Quest Software's Foglight Wins Network Computing Editor's Choice Award for J2EE Performance Management Software," Business Wire, 24 February 2004.
- "Quest Software Delivers Support for Oracle E-Business Suite with Stat Application Change Management --ACM-- 5.0," Business Wire, 25 February 2004.
- "Quest Software, Inc. Delivers Support for Oracle E-Business Suite with Stat Application Change Management," Reuters, 25 February 2004.
- "U.S. Army's European Command Selects Quest Software's Microsoft Infrastructure Management Solutions," Business Wire, 10 March 2004.
- "U.S. Army's European Command Selects Quest Software, Inc.'s Microsoft Infrastructure Management Solutions," Reuters, 10 March 2004.
- "European Command to use Quest software for network migration," Newsbytes News Network, 11 March 2004.
- "QUEST SOFTWARE INC - QSFT - Founder & Director Enter Rule 10b5-1Plan for Shr Sale.," Market News Publishing, 15 March 2004.
- "Quest Software Completes Acquisition of Aelita Software," Business Wire, 18 March 2004.

EXHIBIT E PAGE 174

Exhibit 1, continued

- "QUEST SOFTWARE INC - QSFT - Completes Acquisition of Aelita Software.," Market News Publishing, 18 March 2004.
- "PeopleSoft, TIBCO Focus on App Management at CeBIT; PeopleSoft partners with application management vendors to allow integration with its business applications, while TIBCO unveils software for spotting IT infrastructure snags that could harm business processes," eWEEK, 18 March 2004.
- "Quest Software, Inc. Completes Acquisition of Aelita Software," Reuters, 18 March 2004.
- "QUEST SOFTWARE INC - Quest Software's Cash Flow from Operations Hits Five Year High.," Market News Publishing, 19 March 2004.
- "QUEST SOFTWARE INC - Quest Software's Free Cash Flow Hits Five Year High.," Market News Publishing, 19 March 2004.
- "QUEST SOFTWARE INC - StockDiagnostics.com Reiterates Quest Software's OPS Rating of "1".," Market News Publishing, 19 March 2004.
- "Quest Leaving Spectrum, Moving to Fluor Campus," Orange County Business Journal, 22 March 2004.
- "Quest Software Manages the Entire J2EE Application Lifecycle with New Application Performance Management Suite for the J2EE Platform," Business Wire, 23 March 2004.
- Quest Software Pinpoints Performance Issues in J2EE Applications with Free Health Check," Business Wire, 23 March 2004.
- "QUEST SOFTWARE INC - Quest Software's EBITDA Hits Five Year High.," Market News Publishing, 23 March 2004.
- "PeopleSoft Alliances Target Application Management.," ComputerWire News, 23 March 2004.
- "Quest Software, Inc. Manages the Entire J2EE Application Lifecycle with New Application Performance Management Suite for the J2EE Platform," Reuters, 23 March 2004.
- "BUSINESS NEWS Series: av.busbriefs0325," The Orange County Register, 25 March 2004.
- "Quest Software's JClass ServerViews Wins Highly Coveted Jolt Productivity Award; Quest Software Wins Jolt Award Third Year in a Row," Business Wire, 29 March 2004.
- "Quest Software's JProbe Brings Sophisticated New Memory Analysis Tools to Java Developers," Business Wire, 30 March 2004.
- "Quest Software, Inc. 's JProbe Brings New Memory Analysis Tools to Java Developers," Reuters, 30 March 2004.
- "Army awards contract for upgrade at NETCOM." Newsbytes News Network, 31 March 2004.
- "Army awards contract for upgrade at NETCOM," Newsbytes News Network, 31 March 2004.
- "Quest to update Army Windows," Federal Computer Week, 31 March 2004.
- "U.S. Army Network Enterprise Technology Command Chooses Quest Software, Inc. to Manage Active Directory Forests," Reuters, 31 March 2004.
- "Army awards contract for upgrade at NETCOM," Newsbytes News Network, 31 March 2004.

67

**Exhibit 1, continued**

- "Quest Software to Announce First Quarter 2004 Earnings April 27, 2004," Business Wire, 8 April 2004.
- "U.S. Army Network Enterprise Technology Command chooses Quest Software.," EDP Weekly's IT Monitor, 12 April 2004.
- "U.S. Army Network Enterprise Technology Command chooses Quest Software to manage active directory forests.," Federal Computer Market Report, 12 April 2004.
- "Grid-Savvy MySQL Aims for the Enterprise; Clustering, scaling features give a boost to MySQL DBMS. This week at its users conference in Orlando, the company will launch MySQL Cluster," eWEEK, 12 April 2004.
- "Incoming," Newsbytes News Network, 14 April 2004.
- "The Philadelphia Stock Exchange to begin trading ten new options," M2 Presswire, 19 April 2004.
- "Network support.(Incoming)(Brief Article)," Government Computer News, 19 April 2004.
- "Quest Software Introduces APM," LiquidAfrica Holding Limited, 20 April 2004.
- "Quest Software Announces Complete Distribution List and Group Management Solution for Exchange and Active Directory," Business Wire, 21 April 2004.
- "Quest Software to Present at the Smith Barney Citigroup Conference," Business Wire, 22 April 2004.
- "QUEST SOFTWARE INC - QSFT: Q1 Earnings Call @ 17:00 ET Today," Knobias, 27 April 2004.
- "Quest Software Reports Results For 1Q 2004; Rev Grows 16 % Year-over-Year To $82.5 M For The Qtr," Dow Jones, 27 April 2004.
- "Event Brief of Q1 2004 Quest Software Inc. Earnings Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 27 April 2004.
- "Quest Software, Inc. Issues Q2 2004, FY Guidance Above Analysts' Estimates," Reuters, 27 April 2004.
- "Quest Software Speeds Time to Resolution in Complex J2EE Applications with New Quest PerformaSure 3.0," Business Wire, 28 April 2004.
- "Quest Software, Inc. Speeds Time to Resolution in Complex J2EE Applications with New Quest PerformaSure 3.0," Reuters, 28 April 2004.
- "Zacks.com Features the Following Top Stocks in the Computer Software Industry: Microsoft, Symantec, Check Point Software, and Quest Software," Business Wire, 3 May 2004.
- "Quest Software Automates the Application of Microsoft Patches from the Quest Central for Microsoft Console," Business Wire, 3 May 2004.
- "Quest Software, Inc. Automates the Application of Microsoft Patches from the Quest Central for Microsoft Console," Reuters, 3 May 2004.

EXHIBIT E PAGE 176

**Exhibit 1, continued**

- "Three Quest Software experts recognised as Microsoft Most Valuable Professionals; Quest Software's Kevin Kline also named President of the Professional Association for SQL Server (PASS)," M2 Presswire, 4 May 2004.
- "Quest Software Recovers Message-Level Items from Existing Bulk Backups with New Recovery Manager for Exchange Version 2.0," Business Wire, 5 May 2004.
- "Quest Software's J2EE Application Server Diagnostics Tools Reduce Issue Resolution to a Matter of Minutes," Business Wire, 13 May 2004.
- "Quest Software's New Release of Award-Winning JProbe Profiler Expedites Diagnosis of J2EE Performance Bottlenecks," Business Wire, 13 May 2004.
- "QUEST SOFTWARE INC - Quest Software's Cash Flow from Operations Hits Four Year High," Stock Diagnostics, 13 May 2004.
- "QUEST SOFTWARE INC - Free Cash Flow Increases 4.4% for Quest Software," Stock Diagnostics, 13 May 2004.
- "QUEST SOFTWARE INC - OPS Rating of "1" for Quest Software Reiterated by StockDiagnostics.com," Stock Diagnostics, 13 May 2004.
- "QUEST SOFTWARE INC - EBITDA for Quest Software Reaches Four Year High," Stock Diagnostics, 14 May 2004.
- "Quest Software, Inc. - Key Facts.," Datamonitor Company Profiles, 14 May 2004.
- "Quest Software, Inc. - Company Overview.," Datamonitor Company Profiles, 14 May 2004.
- "Quest Software, Inc. - Business Description.," Datamonitor Company Profiles, 14 May 2004.
- "Quest Software, Inc. - History.," Datamonitor Company Profiles, 14 May 2004.
- "Quest Software, Inc. - Key Employees.," Datamonitor Company Profiles, 14 May 2004.
- "Quest Software, Inc. - Company View.," Datamonitor Company Profiles, 14 May 2004.
- "Quest Software, Inc. - Company Locations.," Datamonitor Company Profiles, 14 May 2004.
- "Quest Software, Inc. - Top Competitors.," Datamonitor Company Profiles, 14 May 2004.
- "Quest Software, Inc. - Major Products & Services.," Datamonitor Company Profiles, 14 May 2004.
- "ORANGE COUNTY PICKS AND PANS // Analyst starts coverage of Edwards at 'neutral' Series: text," The Orange County Register, 16 May 2004.
- "Quest Software Announces Extended Capabilities for Managing Microsoft Exchange; Quest's Set of Products for Exchange Expanded with Acquisition of Aelita Software," Business Wire, 18 May 2004.
- "Quest Software Helps Customers Discover, Recover and Audit Windows Environments; Quest Software Helps IT Professionals Manage Windows To Meet Business Needs," Business Wire, 18 May 2004.
- "Quest Software Now Offers Industry's Broadest Set of Active Directory Solutions; Offers Software for Managing, Migrating Active Directory, With a Range of Customer Options," Business Wire, 18 May 2004.

Exhibit 1, continued

- "Quest Software Discloses Product Integration Roadmap for Windows Management Group," Business Wire, 18 May 2004.
- "Quest Software Announces Completion of BEA Validation Program," Business Wire, 24 May 2004.
- "Quest Software, Inc. Delivers Complete Database Lifecycle Management for SQL Server, from Development Through Administration," Reuters, 25 May 2004.
- "Quest Software's Solutions for Windows Management Win Multiple Industry Awards," Business Wire, 26 May 2004.
- "Money alert: SEIH, LNUX, PRGS, PRSF, QSFT," M2 Presswire, 27 May 2004.
- "Quest Software Wins Best of TechEd 2004 Award for Quest Central for SQL Server," Business Wire, 27 May 2004.
- "Quest Software to Present at the Thomas Weisel Partners Growth Forum Conference," Business Wire, 8 June 2004.
- "QUEST SOFTWARE INC - QSFT: Directors' Election; Stk Incentive Plan; Auditor," Knobias, 9 June 2004.
- "QUEST LOOKS TO WINDOWS MANAGEMENT TO SECURE GROWTH," ComputerWire News, 10 June 2004.
- "Quest Software Increases the Availability of Business-Critical Applications with Release Of SharePlex 5.0," Business Wire, 16 June 2004.
- "Quest Software Simplifies Database Code Optimization with Version 8.0 of Toad for Oracle," Business Wire, 22 June 2004.
- "Quest Software Maintains Continuous Availability of Offline Folders During Exchange Migrations with Version 3.5 of Exchange Migration Wizard," Business Wire, 23 June 2004.
- "Money Alert: SEIH, BMC, MNS, MSFT, QSFT," M2 Presswire, 23 June 2004.
- "Quest Software, Inc. Announced Release of Quest PerformaSure 3.5," Reuters, 30 June 2004.
- "consolidation: Shrinking the package a growing need," Computer Dealer News, 2 July 2004.
- "Quest Software Announces Estimated Second Quarter 2004 Revenue Growth of Approximately 27 Percent and Litigation Development," Business Wire, 6 July 2004.
- "Quest may take special charge for Calif. lawsuit.," Reuters, 6 July 2004.
- "Quest Software Announces Estimated 2Q 2004 Rev Growth Of Approximately 27 % And Litigation Development," Dow Jones, 6 July 2004.
- "Quest: Patent suit could hurt 2Q," Associated Press Newswires, 6 July 2004.
- "QUEST SOFTWARE INC - QSFT: Sees Q2 Pro Forma EPS at 'High End' of 7c - 9c Range," Knobias, 6 July 2004.
- "eLocity Inc. -- Stock Focus Alerts: AMUT, QSFT," PrimeZone Media Network, 7 July 2004.
- "DJ, BEFORE THE BELL: Software Cos Dn Amid Profit Warnings -2," OsterDowJones Commodity Wire, 7 July 2004.

**Exhibit 1, continued**

- "QUEST EARNINGS COULD BE HIT BY CA LEGAL BILL," ComputerWire News, 8 July 2004.
- "Quest Software Offers Free Utility to Recover Deleted Objects in Microsoft Active Directory," Business Wire, 12 July 2004.
- "Quest Software, Inc. Offers Free Utility to Recover Deleted Objects in Microsoft Active Directory," Reuters, 12 July 2004.
- "Quest Software Named Microsoft Global ISV Partner of the Year; Quest Software Also Earns Winning Customers Award at Annual Microsoft Partner Conference," Business Wire, 13 July 2004.
- "Quest Software Licenses GLAXIS Technology for New Point-of-Sale Solution," Business Wire, 13 July 2004.
- "Quest Software named Microsoft Global ISV Partner of the Year; Quest Software also earns winning customers award at annual Microsoft Partner Conference," M2 Presswire, 13 July 2004.
- "Sliding stocks could make some software players targets-Barron's.," Reuters, 18 July 2004.
- "Quest Software's JProbe is First Java Performance Toolkit to Be Validated by BEA," Business Wire, 21 July 2004.
- "Quest Software, Inc. - Major Products & Services," Datamonitor Company Profiles, 24 July 2004.
- "FirstAlert: 5 P.M. Investrend / Bestcalls," FinancialWire, 28 July 2004.
- "QUEST SOFTWARE INC - QSFT: Q2 Earnings Call @ 17:00 ET Today," Knobias, 28 July 2004.
- "QUEST SOFTWARE INC - QSFT: CEO Enters Trading Plan for Sale of Up to 3M Shares," Knobias, 28 July 2004.
- "Quest Software CEO Enters Stock Trading Plan," Dow Jones Corporate Filings Alert, 28 July 2004.
- "Quest Software Reports Results for Second Quarter 2004; Revenue Grows 30 Percent to $92.1 Million for the Quarter," Business Wire, 28 July 2004.
- "Quest Software Sees FY04 EPS 19c-22c; Pro Forma EPS 37c-40c," Dow Jones, 28 July 2004.
- "Event Brief of Q2 2004 Quest Software Inc. Earnings Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 28 July 2004.
- "Quest Software, Inc. Issues Q3, FY 2004 Guidance; EPS Outlook Below Analysts' Estimates," Reuters, 28 July 2004.
- "Q2 2004 Quest Software Inc. Earnings Conference Call - Abstract," Corporate Conference Call Abstracts, 29 July 2004.
- "The Orange County Register, Calif., Picks and Pans column," The Orange County Register (KRTBN), 1 August 2004.
- "Orange County picks and pans Series: text," The Orange County Register, 1 August 2004.

71

**Exhibit 1, continued**

- "Momentum Builds for Quest Software's Open Source Database Development Solution -- New Linux Support Announced," Business Wire, 3 August 2004.
- "Quest Software to Present at the 2004 Pacific Crest Technology Forum," Business Wire, 3 August 2004.
- "Quest Software's JProbe is first Java performance toolkit to be validated by BEA; Quest APM suite for the J2EE platform designed to be a complete BEA-validated WebLogic lifecylcle management solution," M2 Presswire, 5 August 2004.
- "BEA validates Quest Software's JProbe," Telecomworldwire, 6 August 2004.
- "Quest Software's SQL Optimizer Improves Performance and Availability of Critical Applications on DB2 UDB," Business Wire, 11 August 2004.
- "Quest Software, Inc. Releases SQL Optimizer DB2 UDB Version 2.7," Reuters, 11 August 2004.
- "Quest Software Faces Lawsuit Over Currency Translation," Dow Jones Corporate Filings Alert, 12 August 2004.
- "QUEST SOFTWARE INC - Cash Flow from Operations for Quest Software Reaches Four Year High," Stock Diagnostics, 12 August 2004.
- "QUEST SOFTWARE INC - Free Cash Flow for Quest Software Reaches Two Year Low," Stock Diagnostics, 12 August 2004.
- "QUEST SOFTWARE INC - OPS Rating of "1" Reiteration for Quest Software," Stock Diagnostics, 12 August 2004.
- "QUEST SOFTWARE INC - EBITDA for Quest Software Reaches Four Year High," Stock Diagnostics, 13 August 2004.
- "NOTICE OF INTENT TO AWARD ON A SOLE SOURCE BASIS," FedBizOpps, 16 August 2004.
- "NOTICE OF INTENT TO AWARD ON A SOLE SOURCE BASIS," FedBizOpps, 16 August 2004.
- "Quest Software Offers New Sarbanes-Oxley Compliance Report Pack; New Reports Help IT Administrators Support Regulatory Compliance," Business Wire, 16 August 2004.
- "Stock, real estate boosted holdings in Orange County: Irvine's Co.'s Bren top list of area's richest.(Up Front) Los Angeles Business Journal, 16 August 2004.
- "Stock, Real Estate Boosted Holdings in Orange County Irvine Co.'s Bren Tops List of Area's Richest," Los Angeles Business Journal, 16 August 2004.
- "Quest Software's SQL Optimizer improves performance and availability of critical applications on DB2 UDB; Quest SQL Optimizer for DB2 UDB automates code tuning and maximizes application performace," M2 Presswire, 18 August 2004.
- "TAKING OFFICE SPACE," Orange County Business Journal, 23 August 2004.
- "Quest Software Integrates PerformaSure with Sun Java Enterprise System," Business Wire, 24 August 2004.

**Exhibit 1, continued**

- "Quest Software Announces Support for Microsoft Operations Manager 2005," Business Wire, 25 August 2004.
- "U.S. Army Medical Command Chooses Quest Software to Migrate and Manage Active Directory," Business Wire, 26 August 2004.
- "Army Medical Command buys software licenses," Newsbytes News Network, 26 August 2004.
- "Quest wins more Army work," Federal Computer Week, 26 August 2004.
- "U.S. Army Medical Command Chooses Quest Software, Inc. to Migrate and Manage Active Directory," Reuters, 26 August 2004.
- "Army Medical Command buys software licenses," Newsbytes News Network, 26 August 2004.
- "Open Text Acquires Vista Plus Pdt Suite From Quest Software," Dow Jones, 31 August 2004.
- "Open Text Buying Quest's Vista Plus Suite for $24 Mln, OTEX Halted After-Hours," MidnightTrader, 31 August 2004.
- "Open Text to buy back shares, buy Quest assets.," Reuters, 31 August 2004.
- "OPEN TEXT CORP - Open Text Acquires Vista Plus Product Suite from Quest Software," Market News Publishing, 31 August 2004.
- "QUEST SOFTWARE INC - Open Text Acquires Vista Plus Product Suite from Quest Software," Market News Publishing, 31 August 2004.
- "Quest Software Plans to Sell Vista Plus Suite and Related Assets," Business Wire, 31 August 2004.
- "Open Text Corp - Open Text to acquire Vista Plus from Quest Software," Canada Stockwatch, 31 August 2004.
- "In the Money Forecast: Stocks to Watch Wednesday," MidnightTrader, 31 August 2004.
- "Software firm Open Text reports Q4 profit of $9M US, down from $9.4M year ago," The Canadian Press, 31 August 2004.
- "Quest Software, Inc. Plans to Sell Vista Plus Suite and Related Assets," Reuters, 31 August 2004.
- "Open Text Corporation Acquires Vista Plus Product Suite from Quest Software," Reuters, 31 August 2004.
- "Open Text Acquires Vista Plus Product Suite from Quest Software.," CCNMatthews (Canada), 31 August 2004.
- "Open Text sales surge but profit stays flat," The Globe and Mail, 1 September 2004.
- "Industry Advocates Play Key Convention Roles; Republican Party Grants Unusual Access," The Washington Post, 1 September 2004.
- "Open Text buys Quest products: Software maker's results miss analysts' estimates," National Post, 1 September 2004.

73

## Exhibit 1, continued

- "Quest Software Selected to Manage Active Directory for U.S. Army Outside of Continental U.S.," Business Wire, 1 September 2004.
- "Open Text Corp - Post says Open Text to pocket Quest product suite," Canada Stockwatch, 1 September 2004.
- "Open Text profit down slightly in 4th quarter," Kitchener-Waterloo Record, 1 September 2004.
- "QUEST SOFTWARE INC - QSFT: Selected by US Army PM BES to Manage Active Directory," Knobias, 1 September 2004.
- "Quest Software, Inc. Selected To Manage Active Directory For U.S. Army Outside Of Continental U.S.," Reuters, 1 September 2004.
- "Quest Software hosts training seminar series to provide inspiration on writing PL/SQL programs; World leading PL/SQL language expert Steven Feuerstein present "This old program, these old programmers" training seminars in the UK," M2 Presswire, 6 September 2004.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 6 September 2004.
- "Quest Software Inc. at Smith Barney Citigroup Technology Conference - Final," FD (FAIR DISCLOSURE) WIRE, 7 September 2004.
- "Quest Software France Appoints Alliance Manager," French News Digest, 8 September 2004.
- "Siemens AG to Rely on Quest Software Windows Management Group for Global Migration to Exchange 2003," Business Wire, 13 September 2004.
- "Siemens AG To Rely On Quest Software, Inc.'s Windows Management Group For Global Migration To Exchange 2003," Reuters, 13 September 2004.
- "High Performance Stock List for Tuesday! September 14, 2004, Part 2," M2 Presswire, 14 September 2004.
- "Quest Software Wins Windows IT Pro Readers' Choice Award; Quest MessageStats Named Best Capacity Planning/Trend Analysis Software," Business Wire, 15 September 2004.
- "Siemens AG to rely on Quest Software Windows Management Group for global migration to Exchange 2003; Majority of 417,000 users worldwide to be migrated using Quest software product," M2 Presswire, 15 September 2004.
- "Quest InTrust Enhanced to Offer Real-Time Alerts on Business-Critical Security Events," Business Wire, 15 September 2004.
- "Quest Consolidator Version 5.0 Features New Storage Actions Functionality for Ongoing Data Management; Quest Consolidator Also Complements New Microsoft Data Protection Server," Business Wire, 20 September 2004.
- "Quest Software, Inc. Releases Quest Consolidator Version 5.0," Reuters, 20 September 2004.
- "Qnest Software Broadens Its Portfolio of DB2 Management Products with New Performance Diagnostics Solutions," Business Wire, 08:01 AM, 21 September 2004.

Exhibit 1, continued

- "Quest Software, Inc. Broadens Its Portfolio of DB2 Management Products with New Performance Diagnostics Solutions," Reuters, 21 September 2004.
- "Quest Software Helps Tighten Windows and Active Directory Password Enforcement; Quest Password Reset Manager 3.0 Enhanced to Better Enforce Strong Password Policies," Business Wire, 27 September 2004.
- "Quest Software, Inc. Releases Quest Password Reset Manager 3.0," Reuters, 27 September 2004.
- "Quest Software announces support for Microsoft Operations Manager 2004; Quest products work with Microsoft Operations Manager to further improve IT operation efficiency," M2 Presswire, 28 September 2004.
- "Quest Software selected to manage Active Directory for US Army outside of continental US (OCONUS); More than 132,000 seats purchased for overseas Windows migration and management," M2 Presswire, 28 September 2004.
- "News about M&A, search, and content access.(News Break Update)(Mergers and Acquisitions)," Information Today, 1 October 2004.
- "Quest InTrust enhanced to offer real-time alerts on business-critical security events; InTrust 8.0 also provides secure collection, storage and reporting of Windows and Unix event logs," M2 Presswire, 5 October 2004.
- "Quest Software to Announce Third Quarter 2004 Earnings Oct. 27, 2004," Business Wire, 7 October 2004.
- "Truce May Be Near in Chinese Spat Involving Broadcom," Orange County Business Journal, 11 October 2004.
- "Quest MessageStats 5.0 Provides Executive-Level Reporting on E-Mail Usage for Better Business Decisions," Business Wire, 12 October 2004.
- "Quest MessageStats 5.0 provides executive-level reporting on e-mail usage for better business decisions New version of MessageStats adds financial and departmental usage to reporting and analysis on Microsoft Exchange," M2 Presswire, 15 October 2004.
- "MSC.Software names John Laskey as CFO.," Reuters, 18 October 2004.
- "COUNT DOWN," Orange County Business Journal, 18 October 2004.
- "Quest Software Named First PeopleSoft Tools and Technology Partner in the Application Management Space to Help Extend Application Lifecycle Management," Business Wire, 19 October 2004.
- "Quest Software named first PeopleSoft tools and technology partner in the Application Management Space to help extend application lifecycle management; Quest Software's Foglight solution for PeopleSoft enviorments simplifies enterprise application management," M2 Presswire, 22 October 2004.
- "FirstAlert: 5 P.M. Investrend / Bestcalls," FinancialWire, 27 October 2004.

75

Exhibit 1, continued

- "QUEST SOFTWARE INC - QSFT: Q3 Earnings Call @ 17:00 ET Today," Knobias, 27 October 2004.
- "Quest Software Reports 3Q EPS 32c Vs 5c," Dow Jones, 27 October 2004.
- "Real-Time Reporting Solution for PeopleSoft and Oracle e-Business Suite Released," PR Newswire (U.S.), 27 October 2004.
- "Quest Software Reports Record Results for Third Quarter 2004; Revenue Grows 32% to $96.7 Million for the Quarter," Business Wire, 27 October 2004.
- "Event Brief of Q3 2004 Quest Software Inc. Earnings Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 27 October 2004.
- "Quest Software, Inc. Issues Q4, FY Guidance Above Analysts' Estimates," Reuters, 27 October 2004.
- "Q3 2004 Quest Software Inc. Earnings Conference Call - Abstract," Corporate Conference Call Abstracts, 28 October 2004.
- "Two Major Swedish Companies Choose Quest Software; Foreningssparbanken, Axfood, Select Quest's Management Software For Active Directory," Business Wire, 29 October 2004.
- "Quest Software returns to UK Oracle User Group conference; Key Oracle partner to exhibit at UKOUG being held at the International Convention Centre, Birmingham from 1st to 3rd November 2004," M2 Presswire, 29 October 2004.
- "Internosis and Quest Software Enable U.S. Forces Korea's Migration from Microsoft Windows NT," Business Wire, 1 November 2004.
- "Internosis and Quest Software Partner to Deliver World Class Microsoft Services and Solutions; Microsoft Gold Certified Partners Team; Leverage Success with the Public Sector," Business Wire, 1 November 2004.
- "Internosis and Quest Software, Inc. Enable U.S. Forces Korea's Migration from Microsoft Windows NT," Reuters, 1 November 2004.
- "Quest Software reports record results for third quarter 2004; Revenue grows 32% to $96.7 million for the quarter," M2 Presswire, 2 November 2004.
- "Quest Software Unveils New Product for Group Policy Management," Business Wire, 2 November 2004.
- "Cbeyond Communications Chooses Quest Software for Complete Management of Its Critical J2EE Applications," Business Wire, 3 November 2004.
- "Cbeyond Communications Chooses Quest Software, Inc. for Management of J2EE Applications," Reuters, 3 November 2004.
- "Quest Software Highlights Commitment to Exchange Management and Migration on the Anniversary of Exchange Server 2003," Business Wire, 8 November 2004.
- "Army cautious about OS policy deadline," Federal Computer Week, 8 November 2004.
- "Quest Software Extends J2EE Performance Management to Oracle Application Server 10g," Business Wire, 10 November 2004.

76

EXHIBIT E PAGE 184

**Exhibit 1, continued**

- "Quest Software, Inc. Extends J2EE Performance Management To Oracle Application Server 10g J2EE Platform," Reuters, 10 November 2004.
- "SERVICES AND SOFTWARE PARTNERSHIP PUSHES MICROSOFT ComputerWire News, 11 November 2004.
- "Quest Software Offers New Way for Organizations to Leverage Their Investment in Microsoft Operations Manager 2005," Business Wire, 16 November 2004.
- "Microsoft Rolls Out NetWare Migration Package," CMP TechWeb, 16 November 2004.
- "Quest Software, Inc. Announces Avaliability of Quest InTrust Connector," Reuters, 16 November 2004.
- "Quest Spotlight on Exchange 5.0 Offers Graphical View of Message Flows, Automated Diagnostics to Improve Exchange Performance and Availability," Business Wire, 17 November 2004.
- "Quest Spotlight on Active Directory 5.0 Improves Management by Easing Diagnosis and Troubleshooting of Active Directory," Business Wire, 17 November 2004.
- "Quest Software, Inc. Announces Avaliability of Quest Spotlight," Reuters, 17 November 2004.
- "Quest Software to Provide Exchange Reporting for Microsoft Operations Manager Customers," Business Wire, 18 November 2004.
- "Quest Software, Inc. to Provide Exchange Reporting for Microsoft Operations Manager Customers," Reuters, 18 November 2004.
- "Quest Software Ranked No. 1 Vendor in Application Management Software Industry in 2003; Quest Also Named No. 5 in Overall Enterprise Systems Management Software," Business Wire, 22 November 2004.
- "Quest Software Supports Leading-Edge Java Developers with New Support for Java 5," Business Wire, 23 November 2004.
- "Quest Software ranked No. 1 vendor in Application Management Software industry in 2003; Quest also named No. 5 in overall Enterprise Systems Management Software," M2 Presswire, 24 November 2004.
- "Quest Software to Present at the Credit Suisse First Boston Technology Conference," Business Wire, 24 November 2004.
- "QUEST UPDATES JAVA SUPPORT," ComputerWire News, 25 November 2004.
- "Quest Software Names Michael Lambert Sr VP, Finance," Dow Jones, 29 November 2004.
- "Quest Software Announces Hiring of Technology Veteran Michael Lambert as Senior Vice President, Finance," Business Wire, 29 November 2004.
- "Event Brief of Quest Software Inc. Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 29 November 2004.
- "Quest Software Inc. Conference Call - Abstract," Corporate Conference Call Abstracts, 30 November 2004.

EXHIBIT E PAGE 185

## Exhibit 1, continued

- "Quest Software Delivers Role-Based Personalized Views for PeopleSoft and Oracle E-Business Application Change Management," Business Wire, 1 December 2004.
- "Quest Software Reduces Cost of Exchange Storage Management; New Archive Manager for Exchange Provides Cost-Effective, Consolidated Archives," Business Wire, 3 December 2004.
- "Quest Software, Inc. Reduces Cost of Exchange Storage Management; New Archive Manager for Exchange Provides Cost-Effective, Consolidated Archives," Reuters, 3 December 2004.
- "Quest Software delivers role-based personalised views for PeopleSoft and Oracle e-business application change management; Stat ACM's unique customisable user interface simplifies application change management processes for IT professionals," M2 Presswire, 6 December 2004.
- "Quest Software Helps Customers Get More Performance and Productivity from Their Applications, Databases and Infrastructure," Business Wire, 8 December 2004.
- "Quest Software Maximizes Microsoft SQL Server Performance With Quest Central for SQL Server 5.0," Business Wire, 8 December 2004.
- "Quest Software Maximizes the Performance and Availability of Oracle E-Business Suite Applications," Business Wire, 8 December 2004.
- "Quest Software Boosts Database Performance and User Productivity with Quest Central for Oracle 5.0," Business Wire, 8 December 2004.
- "Quest Software, Inc. Releases Quest Central For SQL Server 5.0," Reuters, 8 December 2004.
- "Quest Software To Buy Fluor Enterprises Bldg For $18.6M," Dow Jones Corporate Filings Alert, 15 December 2004.
- "Mixed Bag for Chipmakers, PCs, Software," Orange County Business Journal, 20 December 2004.
- "Saunders Ups Size of Real Estate Deals With $42M Buy," Orange County Business Journal, 3 January 2005.
- "Quest Software Named No. 1 among Windows Management Software Providers; New Report Identifies Today's Windows Server Platform Management Leaders, Future Market Direction," Business Wire, 5 January 2005.
- "Quest Software named No. 1 among Windows management software providers; New report identifies today's Windows Server platform management leaders future market direction," M2 Presswire, 5 January 2005.
- "Quest Software to Announce Fourth Quarter and Fiscal 2004 Earnings February 2, 2005," Business Wire, 6 January 2005.
- "Quest Software Wins SearchWin2000.com Award," Business Wire, 18 January 2005.
- "FirstAlert: 5 P.M. Investrend / Bestcalls," FinancialWire, 2 February 2005.
- "Quest Software Reports Record Revenue and Earnings for Fourth Quarter and Fiscal Year 2004; Fourth Quarter Revenue Grows 33% Year-over-Year," Business Wire, 2 February 2005.

EXHIBIT E PAGE 186

## Exhibit 1, continued

- "Quest Software Names New Independent Director; Former VERITAS Software Sales Executive, Paul Sallaberry, Joins Quest Software Board," Business Wire, 2 February 2005.
- "Quest Software, Inc. Issues Q1, FY 2005 Guidance; FY Revenue Above Analysts' Estimates," Reuters, 2 February 2005.
- "Event Brief of Q4 2004 Quest Software Inc. Earnings Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 2 February 2005.
- "Q4 2004 Quest Software Inc. Earnings Conference Call - Abstract," Corporate Conference Call Abstracts, 3 February 2005.
- "Quest Software to Present at Two Upcoming Financial Conferences," Business Wire, 3 February 2005.
- "Applied Angles for a Takeout," Mergers & Acquisitions Report, 7 February 2005.
- "Quest Software's Collaboration Services for Exchange Version 2.0 Eases Management of GAL and Free/Busy Synchronization," Business Wire, 15 February 2005.
- "Quest Software to Present at Goldman Sachs Technology Investment Symposium," Business Wire, 16 February 2005.
- "INFORMATION TECHNOLOGY SERVICES," FedBizOpps, 23 February 2005.
- "Quest Software Promotes Douglas F. Garn to President; Vinny Smith to Continue to Serve as Chairman and Chief Executive Officer," Business Wire, 23 February 2005.
- "Quest Software Names Garn Pres; Smith Still Chmn, CEO," Dow Jones, 23 February 2005.
- "Quest Software Names Garn Pres, Smith Still Chmn, CEO -2-," Dow Jones, 23 February ` 2005.
- "QUEST SOFTWARE MAINTENANCE RENEWAL AGREEMENT," FedBizOpps, 24 February 2005.
- "RESEARCH ALERT-JP Morgan starts Quest Software with "neutral".," Reuters, 24 February 2005.
- "Quest Software, Inc. Promotes Douglas F. Garn to President-Form 8-K," Reuters, 24 February 2005.
- "WINGRA TECH SOLD - AGAIN; BECOMES PART OF QUEST," The Capital Times & Wisconsin State Journal, 24 February 2005.
- "California software firm buys Madison, Wis., technology company," The Wisconsin State Journal (KRTBN), 25 February 2005.
- "QUEST SOFTWARE BUYS WINGRA TECHNOLOGIES; /FBC/P5/9>EDDY," The Capital Times & Wisconsin State Journal, 25 February 2005.
- "RESEARCH ALERT-First Albany starts Quest Software, NetIQ.," Reuters, 28 February 2005.
- "Subtle Shift for Quest With New President," Orange County Business Journal, 28 February 2005.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 28 February 2005.

EXHIBIT E PAGE 187

**Exhibit 1, continued**

- "Priceline.com Delivers Greater Customer Choice and Unprecedented Response Times with Quest Software Database Management," Business Wire, 2 March 2005.
- "Quest Software Supports Microsoft ADAM in New Version of Recovery Manager for Active Directory; Online, Granular Recovery Now Available for Active Directory Application Mode," Business Wire, 3 March 2005.
- "ManTech Boosts Application Performance and Availability with Quest Software's Foglight; Quest Application Management Solution Will Greatly Reduce Load on System and CPU Usage," Business Wire, 9 March 2005.
- "Quest Software Brings Production-Level Monitoring and Diagnostics to JBoss," Business Wire, 15 March 2005.
- "Quest Software, Inc. Brings Production-Level Monitoring and Diagnostics to JBoss," Reuters, 15 March 2005.
- "Microsoft and Quest Software Streamline Migration to Windows Platform for More Than 1.5 Million Novell NetWare Users Microsoft Extends Exchange 2003 Migration Support to Novel GroupWise 6.5 Users," PR Newswire, 17 March 2005.
- "MICROSOFT AND QUEST TARGET GROUPWISE CUSTOMERS," ComputerWire News, 18 March 2005.
- "A BrainShare That Matters; Novell's BrainShare had declined with NetWare's shrinking market, but Linux's promise has brought it new life. Now the question is, Can Linux's arrival keep Novell going?," eWEEK, 20 March 2005.
- "Quest Software's Paul Garver Named One of Federal Computer Week's 2005 'Federal 100 Award' Winners," Business Wire, 21 March 2005.
- "QUEST ACQUIRES WINGRA TO BOOST EXCHANGE MIGRATIONS," ComputerWire News, 21 March 2005.
- "Quest Software's Toad for Oracle and JProbe Win Highly Coveted Jolt Productivity Awards; Quest Software Wins Jolt Award Four Years in a Row," Business Wire, 22 March 2005.
- "Global Independent Software Vendor Partnership with Microsoft Drives Revenue Growth for Quest Software; Quest Benefits Worldwide from Its Choice to Work with Microsoft," Business Wire, 23 March 2005.
- "Computer Associates and Quest Software Settle Intellectual Property Claims; Quest to Resume Licensing and Full Support for Quest Central for DB2," Business Wire, 24 March 2005.
- "Computer Assoc. and Quest Software settle suit.," Reuters, 24 March 2005.
- "Computer Associates, Quest settle suit," Associated Press Newswires, 24 March 2005.
- "UPDATE 2-Computer Associates, Quest Software settle suit.," Reuters, 24 March 2005.
- "Computer Associates and Quest Software settle intellectual property claims; Quest to resume licensing and full support for Quest Central for DB2," M2 Presswire, 24 March 2005.

**Exhibit 1, continued**

- "Computer Associates International, Inc. (CA) And Quest Software Inc. Settle Intellectual Property Claims," Reuters, 24 March 2005.
- "Quest Software, Inc. And Computer Associates International, Inc. Settle Intellectual Property Claims," Reuters, 24 March 2005.
- "Quest and CA settle lawsuit;Stop Press;Briefing," The Times, 25 March 2005.
- "CA AND QUEST SETTLE COPYRIGHT SPAT," ComputerWire News, 25 March 2005.
- "News Briefs," Computerworld, 28 March 2005.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 28 March 2005.
- "Quest Software Reaffirms Its Commitment to IBM DB2 with a Complete Database Performance Management Solution Set," Business Wire, 29 March 2005.
- "Quest Software Offers New Product to Drive Compliance in Active Directory Environments," Business Wire, 30 March 2005.
- "Quest Software, Inc. Adds New Product To Active Directory Solution Set," Reuters, 30 March 2005.
- "POPULARITY, NOT POLITICS, DRIVES QUEST TO OPEN SOURCE," ComputerWire News, 30 March 2005.
- "Quest Software Selected to Support Transportation Security Administration's Enterprise Resource Management Planning Systems," Business Wire, 4 April 2005.
- "Quest Software, Inc. Selected to Support TSAs Enterprise Resource Management Planning Systems," Reuters, 4 April 2005.
- "Quest Software Wins MSExchange.org Readers' Choice Award; Quest Exchange Migration Wizard Selected Winner Among Migration Solutions for Exchange," Business Wire, 7 April 2005.
- "Quest Software to Announce First Quarter 2005 Earnings May 4, 2005," Business Wire, 8 April 2005.
- "Quest Software Positioned in the Leaders Quadrant in Magic Quadrant for J2EE Application Server Management, 2005," Business Wire, 13 April 2005.
- "Quest MessageStats is Now Integrated with Microsoft Operations Manager 2005; MessageStats 5.5 is Generally Available from Quest Software," Business Wire, 19 April 2005.
- "Quest Exchange Reporting Now Available for Microsoft Operations Manager 2005; New Reporting Management Pack based on Award-Winning MessageStats Technology Abailable at no Charge for MOM 2005 Customers with Exchange Management Pack," Business Wire, 19 April 2005.
- "Quest Software, Inc. Launches Quest Exchange Reporting Management Pack," Reuters, 19 April 2005.
- "Quest Software Named MySQL Partner of the Year; Quest Becomes a Charter Member of the MySQL Network Certified Partner Program; Five Quest Prodcuts to be Certified for MySQL Network Database," Business Wire, 20 April 2005.

81

### Exhibit 1, continued

- "Quest Software to Acquire Imceda Software Inc.; Quest Extends SQL Server Database Management Product Portfolio; Enters Database Backup/Recovery and Security Auditing Markets," Business Wire, 26 April 2005.
- "Quest Software, Inc. To Acquire Imceda Software Inc.," Reuters, 26 April 2005.
- "Quest Software Inc. Merger & Acquisition Announcement - Final," FD (FAIR DISCLOSURE) WIRE, 26 April 2005.
- "Event Brief of Quest Software Inc. Merger & Acquisition Announcement - Final," FD (FAIR DISCLOSURE) WIRE, 26 April 2005.
- "Quest Software Inc. Merger & Acquisition Announcement - Abstract," Corporate Conference Call Abstracts, 27 April 2005.
- "MARKET PULSE: Quest Software to buy Imceda Software for $61M >QSFT," Dow Jones Chinese Financial Wire, 26 April 2005.
- "United States: Quest makes acquisition," Ottawa Citizen, 27 April 2005.
- "Quest Software Names Company Exec As Financial Chief," Dow Jones Corporate Filings Alert, 28 April 2005.
- "Quest Software, Inc. Appoints New Chief Financial Officer-Form 8-K," Reuters, 29 April 2005.
- "Mergers and Acquisitions Record (April 21 - April 27)," Corporate Financing Week, 29 April 2005.
- "QUEST BOOSTS SQL SERVER MANAGEMENT WITH IMCEDA BUY," ComputerWire News, 29 April 2005.
- "FirstAlert: 5 P.M. Investrend / Bestcalls," FinancialWire, 4 May 2005.
- "Quest Software Reports Earnings for First Quarter 2005; Revenue Grows 25% Year-over-Year to $103.3 Million for the Quarter," Business Wire, 4 May 2005.
- "Quest Software 1Q profit rises," Associated Press Newswires, 4 May 2005.
- "Quest Software, Inc. Issues Q2 and FY 2005 Outlook," Reuters, 4 May 2005.
- "Business growth in Orange Country," The Kiplinger California Letter, 4 May 2005.
- "Event Brief of Q1 2005 Quest Software Inc. Earnings Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 4 May 2005.
- "Q1 2005 Quest Software Inc. Earnings Conference Call - Abstract," Corporate Conference Call Abstracts, 5 May 2005.
- "Quest Software to Present at Piper Jaffray Technology Conference," Business Wire, 5 May 2005.
- "Fluor Upside: Selling Into Hot Office Market," Orange County Business Journal, 16 May 2005.
- "Quest Software Completes Acquisition of Imceda Software Inc.; Quest's Product Portfolio Expands to Include Backup and Recovery and Security Auditing Solutions," Business Wire, 23 May 2005.

EXHIBIT E PAGE 190

**Exhibit 1, continued**

- "Quest Software, Inc. Completes Acquisition Of Imceda Software Inc.," Reuters, 23 May 2005.
- "Quest Software's SharePlex Enables Magellan Health Services to Upgrade to Oracle 9i Quickly; Quest SharePlex Allows Magellan's DBA Team to Maintain Control of Critical Data, Dramatically Reducing Planned Downtime," Business Wire, 24 May 2005.
- "Quest Software, Inc.'s SharePlex Selected by Magellan Health Services Inc.," Reuters, 24 May 2005.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 30 May 2005.
- "Quest Software to Acquire Vintela Inc.; Quest Extends Windows Management Solution Set to Enable Heterogeneous Identity Management Through Microsoft Active Directory," Business Wire, 31 May 2005.
- "Quest Software To Buy Vintela Inc.; Quest Extends Windows Management Solution Set To Enable Heterogeneous Identity Management Through Microsoft Active Directory," Dow Jones, 31 May 2005.
- "Quest Software to buy Vintela Inc.," Associated Press Newswires, 31 May 2005.
- "UPDATE 1-Quest Software to buy Vintela for $56.5 mln," Reuters, 31 May 2005.
- "Quest Software, Inc. To Acquire Vintela Inc," Reuters, 31 May 2005.
- "Quest Software Inc. Merger & Acquisition Announcement - Final," FD (FAIR DISCLOSURE) WIRE, 31 May 2005.
- "Event Brief of Quest Software Inc. Merger & Acquisition Announcement - Final," FD (FAIR DISCLOSURE) WIRE, 31 May 2005.
- "Quest Software Inc. Merger & Acquisition Announcement - Abstract," Corporate Conference Call Abstracts, 1 June 2005.
- "Quest Software to acquire Vintela for USD56.5m," M2 EquityBites, 1 June 2005.
- "California Inventor Develops Monitoring System," US Fed News, 1 June 2005.
- "Quest Software Experts to Be Highly Visible at Microsoft TechEd 2005; MVPs and Other Experts to Present in Breakout Sessions, Cabana Talks, Exhibit Hall Theater and Women in Technoogy Luncheon," Business Wire, 2 June 2005.
- "Quest Software to acquire Vintela," Deseret Morning News, 2 June 2005.
- "Mergers and Acquisitions Record May 26 - June 2," Corporate Financing Week, 3 June 2005.
- "News Briefs," Computerworld, 6 June 2005.
- "Quest Group Policy Manager 2.0 Enhanced to Offer Templates and GPO Test Framework; At the Same Time, Quest Introduces Group Policy Extensions for Desktop," Business Wire, 6 June 2005.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 6 June 2005.
- "Lindon software company sold to California firm for $56 million," Enterprise, 6 June 2005.

**Exhibit 1, continued**

- "Quest Software to Release Extensions to Microsoft Visual Studio 2005; Quest Introduces Beta Version of SQL Optimizer Extension for Visual Studio, Adding Depth to Visual Studio Functionality," Business Wire, 7 June 2005.
- "Quest Software's NDS Migrator Enhanced to Maintain Business Continuity While Moving from Novell to Windows; Quest NDS Migrator 4.0 Offers Automated Resource Updating, Also Incorporates New Windows SP1 Capabilities," Business Wire, 7 June 2005.
- "Software Makers Post Sales Increase on Buys, Launches," Orange County Business Journal, 13 June 2005.
- "Quest Software Releases First Application Performance Monitoring Solution Powered by MySQL; Quest Foglight's Embedded MySQL Database Boosts Flexibility, Scalability and Robustness," Business Wire, 14 June 2005.
- "Quest Software, Inc. Releases Application Performance Monitoring Solution Powered by MySQL," Reuters, 14 June 2005.
- "Quest Software Offers Competitive Upgrade to Quest Foglight; Quest Foglight Provides a Proactive Approach to Application Performance Management For a Lower Price," Business Wire, 20 June 2005.
- "Quest Software offers competitive upgrade to Quest Foglight.," Software Industry Report, 20 June 2005.
- "Quest Software Migrates and Manages Active Directory for U.S. Army Accessions Command; Quest Software Products Ensure Continuity of Microsoft Infrastructure for Army Training and Recruiting," Business Wire, 21 June 2005.
- "Quest Software Wins Multiple Industry Awards at Microsoft TechED; Industry Expert Judges and Customers Confirm Value of Quest Products," Business Wire, 22 June 2005.
- "Quest Software and JBoss Join Forces to Deliver J2EE Management Solutions for Open Source; Quest Becomes First Management Vendor to be Named a Premier JBoss Certified Solution Provider," Business Wire, 27 June 2005.
- "Quest Software Revamps Quest JProbe Suite with Major Enhancements for Professional Java-Based Development; Version 6.0 of Quest JProbe Features Improved Automation and Reporting, Updated User Interface and New Diagnostic Capabilities," Business Wire, 28 June 2005.
- "XRT PDS SERVER MAINTENANCE RENEWAL," FedBizOpps, 4 July 2005.
- "Quest Software Completes Acquisition of Vintela, Inc.; Quest Expands Beyond Windows Infrastructure Management to Enable the Integration of Heterogeneous Enterprise," Business Wire, 12 July 2005.
- "Quest Software to Announce Second Quarter 2005 Earnings Aug. 4, 2005," Business Wire, 12 July 2005.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 18 July 2005.
- "Quest Software Boosts Developer and Administrator Productivity with Launch of Toad for

84

**Exhibit 1, continued**

MySQL; Quest Toad(R) for MySQL Allows Faster Database Development and More Efficient Administration," Business Wire, 19 July 2005.
- "Quest InTrust for Windows Enhanced to Support Heterogeneous Environments; Former Quest InTrust is Renamed, Now Part of Quest Compliance Suite for Windows," Business Wire, 20 July 2005.
- "Quest InTrust for Active Directory Offers Activity Tracking and Change Auditing in a Single Product," Business Wire, 20 July 2005.
- "Quest Software Introduces Integrated End User Performance Management Solution to Optimize the Application User Experience," Business Wire, 27 July 2005.
- "Quest Software, Inc. Introduces Integrated End User Performance Management Solution," Reuters, 27 July 2005.
- "Quest Software Extends Integration between Exchange Migration and Management Products; Latest Version of Spotlight on Exchange Features Integration with Quest Migration Products," Business Wire, 28 July 2005.
- "Quest Software Wins Industry Awards at Microsoft Tech-Ed 2005 Europe; Quest MessageStats and Quest Central for SQL Server Named Best of Tech-Ed 2005 Europe by Windows IT Pro and SQL Server Magazine," Business Wire, 1 August 2005.
- "Forget Last Summer-Software Makers Sizzle," Orange County Business Journal, 1 August 2005.
- "Quest Recovery Manager for Exchange Rapidly and Efficiently Discovers and Recovers Business-Critical Exchange Data; New Version of e-Discovery Solution Aids Electronic Investigation," Business Wire, 2 August 2005.
- "Quest Software to Present at 2005 Pacific Crest Technology Forum," Business Wire, 2 August 2005.
- "QUEST SOFTWARE INC - QSFT: Q2 Earnings Call @ 17:00 ET Today," Knobias, 4 August 2005.
- "Quest Software Reports Results for Second Quarter 2005; Revenue Grows 16% Year-over-Year to $107.1 Million for the Quarter," Business Wire, 4 August 2005.
- "Quest Software, Inc. Issues Q3, FY 2005 Guidance; EPS Outlook Below Analysts' Estimates," Reuters, 4 August 2005.
- "Event Brief of Q2 2005 Quest Software Inc. Earnings Conference Call - Final," FD (FAIR DISCLOSURE) WIRE, 4 August 2005.
- "Q2 2005 Quest Software Inc. Earnings Conference Call - Abstract," Corporate Conference Call Abstracts, 5 August 2005.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 8 August 2005.
- "Colonial Bank Addresses Key Regulatory Requirements, Implements Best Practices with Products from Quest Software; Quest InTrust for Active Directory, InTrust for Windows and Reporter Exceed Expectations," Business Wire, 10 August 2005.

85

**Exhibit 1, continued**

- "California Inventors Develop Method for Measurement, Optimization of Content Delivery," US Fed News, 12 August 2005.
- "Quest Software Unveils Its Strategy for Unix, Linux, Windows Cross-Platform Infrastructure Management," Business Wire, 16 August 2005.
- "Quest Software Extends Policy-Based Management to Unix and Linux Systems by Leveraging Active Directory Group Policy," Business Wire, 16 August 2005.
- "Quest Software Enhances Archive Manager for Exchange; New Version Enables Organizations to Securely Retain E-Mail for Policy Compliance and Long-Term Storage," Business Wire, 17 August 2005.
- "Department of Defense Awards Quest Software Blanket Purchase Agreement for Enterprise Management; Quest's Active Directory Products Recognized as Best Value," Business Wire, 23 August 2005.
- "Department of Defense Awards Quest Software, Inc. Blanket Purchase Agreement for Enterprise Management," Reuters, 23 August 2005.
- "Quest Software Awarded Army Blanket Purchase Agreement," InDEFENSE, 23 August 2005.
- "Quest Software Wins Record 11 Readers' Choice Awards from SQL Server Magazine; Readers Strongly Endorse the Value of SQL Server Management Products from Quest," Business Wire, 30 August 2005.
- "Quest Software to Present at the Smith Barney Citigroup 12th Annual Global Technology Conference," Business Wire, 1 September 2005.
- "CSFB ups software sector, Novell, Quest, Rightnow, Tibco," AFX Asia, 6 September 2005.
- "Quest Software CEO Enters Plan To Sell Up To 3M Shrs," Dow Jones Corporate Filings Alert, 9 September 2005.
- "Quest Software Introduces Toad for DB2 to Boost Developer Productivity; the De-Facto Standard for Oracle Developers is Now Available for DB2 UDB," Business Wire, 12 September 2005.
- "Quest Integrates Its Award-Winning Products into New Suite for Exchange Storage Management; Quest Storage Suite for Exchange is the Latest Additional to Quest's Well-Established Exchange Migration and Management Portfolio," Business Wire, 13 September 2005. "Quest Software, Inc. Announces General Availability Of Quest Storage Suite For Exchange," Reuters, 13 September 2005.
- "Pennsylvania Inventors Develop Graceful Degradation System," US Fed News, 15 September 2005.
- "Y&amp;R Adds Vongher as Group Account Director," ADWEEK, 15 September 2005.
- "Paying Tribute," Orange County Business Journal, 19 September 2005.
- "Curtiss-Wright Streamlines Application Change Management Processes with Quest Software; Quest Announces New Release of Stat ACM - Provides Greater Scalability and Usability to

EXHIBIT E PAGE 194

**Exhibit 1, continued**

Administrators Managing Application Changes and Applying Patches," Business Wire, 20 September 2005.

- "Curtiss-Wright Streamlines Application Change Management Processes With Quest Software, Inc.," Reuters, 20 September 2005.
- "Oracle Again Spurs Quest Buyout Talk, Futile or Not," Orange County Business Journal, 26 September 2005.
- "QUEST SOFTWARE MAINTENANCE RENEWAL," FedBizOpps, 27 September 2005.
- "RBC Starts Quest Software At Outperform," Dow Jones, 27 September 2005.
- "RBC Starts Quest Software At Outperform >QSFT," Dow Jones Commodities Service, 27 September 2005
- "Quest Software Joins BEA Global Management Alliance Program; Quest JProbe Integrates with BEA WebLogic Server 9.0 to Accelerate Application Development and Improve Systems Performance and Availability," Business Wire, 27 September 2005.
- "Quest Software Improves Quality of Java and Portal Deployments with New Application Assurance Suite; Quest's Application Assurance Suite for Java and Portals Allows Users to Rapidly Measure, Analyze and Optimize Applications During Development," Business Wire, 28 September 2005.
- "Quest Software, Inc. Introduces New Application Assurance Suite," Reuters, 28 September 2005.
- "Quest Software Introduces Toad for SQL Server; Broadens Set of Solutions to Improve the Performance and Productivity of SQL Server Databases; Quest Extends Its Popular Toad Database Development Environment to Now Support SQL Server Databases," Business Wire, 29 September 2005.
- "Quest Upgrades Java Performance Management Software; The software company's upgraded J2EE app, launched at BEA World, automatically maps interdependencies and gives developers new tools.," eWEEK, 29 September 2005.
- "In Brief: Quest releases Application Assurance Suite for Java and Portals; Also in Brief: China boasts nearly 373 million mobile phone users; Macromedia ColdFusion MX 7 supports Mac OS X 'Tiger'; Samsung breaks ground for \$33 billion expansion plan; Baracoda unveils RoadRunner family of wireless scanners; Flashline debuts product for managing SOA, Web services; Systinet provides SOA registry for Oracle Fusion Middleware," InfoWorld Daily News, 30 September 2005.
- "SMS-Alliance Kicks Off 6-City SMS Executive Briefing Tour in October," Wireless News, 30 September 2005.
- ""Are these leads any good?" is probably the number-one question that event...," Successful Meetings, 1 October 2005.
- "Quest suite manages Exchange.(NEW PRODUCTS)(Brief Article)," InfoStor, 1 October 2005.

87

**Exhibit 1, continued**

- "Quest Software's JClass ServerChart Certified for Eclipse-Based IBM Rational Java Development Solutions; Latest Release Accelerates Development of Professional-Quality Servlet, JSP and JSF Web Applications," Business Wire, 3 October 2005.
- "In Brief: IBM addresses computing needs of maturing workers; Also in Brief: Quest releases Application Assurance Suite for Java and Portals; China boasts nearly 373 million mobile phone users; Macromedia ColdFusion MX 7 supports Mac OS X 'Tiger'; Samsung breaks ground for $33billion expansion plan; Baracoda unveils RoadRunner family of wireless scanners; Flashline debuts product for managing SOA, Web services," InfoWorld Daily News, 3 October 2005.
- "Quest Software Automates the Management of Java Applications and Portals within Heterogeneous Application Environments," Business Wire, 4 October 2005.
- "Quest Software, Inc. Introduces Performance Management Suite," Reuters, 4 October 2005
- "Quest Software Helps IT Professionals Learn About and Leverage Windows Group Policy," Business Wire, 5 October 2005
- "In Brief: CTO leaves Borland; Also in Brief: IBM addresses computing needs of maturing workers; Quest releases Application Assurance Suite...," InfoWorld Daily News, 6 October 2005
- "Quest Software Named No. 1 Worldwide Data Management Facilities Software Vendor on the Distributed Platform by IDC; Quest Leads the Fastest-Growing Segment of the Dta Management Facilities Market," Business Wire, 10 October 2005.
- "In Brief: Fujitsu-Software AG offering manages SOA assets; Also in Brief: CTO leaves Borland; IBM addresses computing needs of maturing...," InfoWorld Daily News, 10 October 2005.
- "Product Previews; Plumtree Launches G6 Portal, Borland Bolsters Delphi, iLumin Targets File Server Storage," InfoWorld, 10 October 2005.
- "Acronis Appoints Walter Scott as President and CEO," PR Newswire (U.S.), 13 October 2005.
- "Irvine Co. Preps Spectrum Land for Office Towers," Orange County Business Journal, 17 October 2005.
- "U.S. Micromuse Entrusts Press Communication to French Parme Communication," French News Digest, 20 October 2005.
- "Trying To Ease Linux Server Management In A Microsoft Environment," CMP TechWeb, 26 October 2005
- "Quest Software Offers New Product to Ensure Continuous Availability of Exchange, Even During System Outages; New Availability Manager for...," Business Wire, 31 October 2005.
- "Quest Software, Inc. Offers New Product To Ensure Continuous Availability Of Exchange," Reuters, 31 October 2005.
- "Quest Software to Present at the Goldman Sachs Software & IT Services Retreat," Business

88

**Exhibit 1, continued**

Wire, 31 October 2005.

- "Quest Software to Announce Third Quarter 2005 Earnings Nov. 7, 2005," Business Wire, 31 October 2005.
- "Quest Spotlight on Active Directory Enhanced to Improve Active Directory Service Availability; New Version Provides DNS Diagnostics and Web...," Business Wire, 2 November 2005.
- "Unicode Forms Advisory Council for Internationalization & Unicode Conference," Wireless News, 2 November 2005
- "Greek iTeam To Install U.S. Quest Software Solutions in Delta Holdings," Greek News Digest, 4 November 2005.
- "Quest Software Database Management Solutions Support Microsoft SQL Server 2005; Quest Products for SQL Server 2005 Maximize Database...," Business Wire, 7 November 2005.
- "Quest Software Becomes a Premier Member of the Microsoft Visual Studio Industry Partner Program; Quest Extends Its Core Performance...," Business Wire, 7 November 2005.
- "QUEST SOFTWARE INC - QSFT: Q3 Earnings Call @ 17:00 ET Today," Knobias, 7 November 2005.
- "Qnest Software Reports Record Results for Third Quarter 2005; Revenue Grows 25% to $121.3 Million for the Quarter," Business Wire, 7 November 2005.
- "Quest Software Reports Record Results For 3Q 2005; Rev Grows 25% To $121.3 M For The Qtr," Dow Jones, 7 November 2005.
- "Quest Software Beats on Q3, Guides Q4 Below Street, Full Year Higher - Trading at 13.77 on Heavy Evening Volume," MidnightTrader, 7 November 2005.
- "UPDATE 1-TABLE-Quest Software Q3 net income falls," Reuters, 7 November 2005.
- "Quest Software 3Q Net Income Falls 81%;Op Margins Up," Dow Jones, 7 November 2005.
- "Quest Software 3Q profit falls," Associated Press Newswires, 7 November 2005.
- "COMING UP," Times Union, 7 November 2005.
- "MidnightTrader's After-Hours Trading Range Analysis: QSFT," MidnightTrader, 7 November 2005
- "Quest Software, Inc. Issues Mixed Q4 and FY 2005 Guidance," Reuters, 7 November 2005.
- "Q3 2005 Quest Software Inc. Earnings Conference Call - Final Voxant," FD (FAIR DISCLOSURE) WIRE, 7 November 2005.
- "Event Brief of Q3 2005 Quest Software Inc. Earnings Conference Call - Final Voxant," FD (FAIR DISCLOSURE) WIRE, 7 November 2005.
- "NetIQ best at moving Microsoft group policy along," Network World, 7 November 2005.
- "Quest Software Touching Highs Ahead of Opening Bell," MidnightTrader, 8 November 2005.
- "Bellwether Report is Doing Due-Diligence on Quest Software Inc.," M2 Presswire, 8 November 2005
- "DJ Small Stocks Fall With Home Builders Doing Badly -2-," Dow Jones Commodities

**Exhibit 1, continued**

Service, 8 November 2005.
- "DJ Small Stocks Fall With Home Builders Doing Badly -3-," Dow Jones Chinese Financial Wire, 8 November 2005.
- "United States: Acquisitions drive increase," Ottawa Citizen, 8 November 2005.
- "Quest Software Shares Rise on 3Q Results," Associated Press Newswires, 8 November 2005.
- "Quest Software Speeds Microsoft SQL Server 2005 Backup and Recovery with Version 4.5 of LiteSpeed for SQL Server; LiteSpeed Backs up 3.75...," Business Wire, 8 November 2005.
- "Quest Q3 profit slides 81%," Business News Americas, 9 November 2005.
- "Quest Q3 profit slides 81%," Business News Americas, 9 November 2005.
- "SM&R Equity Income Fund - Class A - Part 2," Mutual Fund Prospectus Express, 9 November 2005.
- "Quest Chief Eyeing Oracle, Microsoft," Orange County Business Journal, 14 November 2005.
- "Quest Software Extends the Power of Microsoft Operations Manager 2005 to Heterogeneous Enterprises; With Version 1.0 of Vintela Systems...," Business Wire, 15 November 2005.
- "AMUST Software Announces the Release Of AMUST Registry Cleaner Version 2.0," Business Wire, 22 November 2005.
- "Quest Software's CEO to Present at the Credit Suisse First Boston Annual Tech Conference," Business Wire, 23 November 2005.
- "Quest extends Windows-Linux integration," Network World, 28 November 2005.
- "Cross-platform ID management transforms IT infrastructure without replacing systems," Manufacturing Business Technology, 1 December 2005.
- "Lazard To Boost Research Staff," Wall Street Letter, 2 December 2005.
- "Quest Software Announces Immediate Support for Microsoft Windows Server 2003 R2; Quest Products Leverage Microsoft's New Identity and Access Management Features," Business Wire, 6 December 2005.
- "Quest Software To Support Microsoft Windows Server 2003 R2," Dow Jones, 6 December 2005.
- Quest Software Enables Worldspan to Upgrade Its Travel Reservation System in Record Time; Database Migration Expected to Take 14 Hours...," Business Wire, 7 December 2005.
- "Quest Software, Inc. Enables Worldspan To Upgrade Its Travel Reservation System," Reuters, 7 December 2005.
- "United States: Quest speeds changeover," Ottawa Citizen, 8 December 2005.
- "Quest Software Delivers Greater Security, Enhanced Notification and Reporting with Group Policy Manager Version 2.5; New Features Further...," Business Wire, 13 December 2005.
- "Select Comfort Chooses Quest Software over Competition for its Unmatched Product Scalability, Breadth and Depth in Functionality," Business Wire, 14 December 2005.
- "Select Comfort Chooses Quest Software, Inc.'s Quest Foglight," Reuters, 14 December 2005.
- "Quest Software to Announce Fourth Quarter and Fiscal 2005 Earnings Feb. 8, 2006,"

EXHIBIT E PAGE 198

**Exhibit 1, continued**

Business Wire, 16 December 2005.
- "Lithuania: Quest Software sets up office," Baltic Business Weekly, 26 December 2005.
- "Atlantic Health System Partners with Intrinsic Technologies, Chooses Quest Software Products; Migration and Management Solutions Will Help...," Business Wire, 28 December 2005.
- "L&H Tecnologia plans VoIP service for May," Business News Americas, 28 December 2005.
- "L&H aims for 50% revenues from Quest partnership," Business News Americas, 28 December 2005
- "Atlantic Health System Chooses Quest Software, Inc. Products," Reuters, 28 December 2005.
- "L&H aims for 50% revenues from Quest partnership," Business News Americas, 28 December 2005.
- "Intrinsic Technologies to implement Quest Software products for Atlantic Health System," M2 EquityBites, 29 December 2005.
- "QUEST SOFTWARE SETS UP OFFICE IN LITHUANIA," Baltic Business Daily, 29 December 2005.
- "Intrinsic Technologies to implement Quest Software products for Atlantic Health System," Telecomworldwire, 29 December 2005.
- "Data protection and change control drive database developments; Auditing and encryption products address top concerns, while Microsoft...," InfoWorld, 2 January 2006.
- "Quest Software Acquires AfterMail; Quest Extends Reach in E-Mail Archiving Market with Additional Messaging Platform Support," Business Wire, 5 January 2006.
- "Quest Software Acquires AfterMail; Quest Extends Reach In E-Mail Archiving Market With Additional Messaging Platform Support," Dow Jones, 5 January 2006.
- "Quest Software Buys AfterMail for $14.7 Mln Cash Plus Earnouts," MidnightTrader, 5 January 2006.
- "QUEST SOFTWARE INC - QSFT: Acquires AfterMail for $14.7M in Cash," Knobias, 5 January 2006.
- "Quest Software, Inc. Acquires AfterMail," Reuters, 5 January 2006.
- "Quest Software acquires AfterMail," M2 EquityBites, 6 January 2006.
- "United States: Quest wants AfterMail," Ottawa Citizen, 6 January 2006.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 9 January 2006.
- "AFTERMAIL SELLS TO GO GLOBAL," Dominion Post, 10 January 2006.
- "AFTERMAIL SELLS TO US FIRM QUEST, FOR UP TO $65M," New Zealand Press Association, 10 January 2006.
- "Aftermail sold to Quest for US$45 million," IDG Computerworld, 10 January 2006.
- "AFTERMAIL'S SALE TO US QUEST TO GO GLOBAL," The Press (Christchurch), 10 January 2006.
- "Quest shares ride on Microsoft's coattails," Associated Press Newswires, 11 January 2006.

91

EXHIBIT E PAGE 199

### Exhibit 1, continued

- "UPDATE 1-RESEARCH ALERT-Goldman raises Quest to "outperform"," Reuters, 11 January 2006.
- "AFTERMAIL TEAM AIM TO DO IT AGAIN," Dominion Post, 16 January 2006.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 16 January 2006.
- "Quest Software Enhances Security and Helps Meet Audit Requirements with Quest InTrust for Active Directory; New Version Offers Enhanced...," Business Wire, 17 January 2006.
- "Real Users, Real Insight -- Coradiant's TrueSight edged out competitors in our tests of real-time user monitors, thanks to its comprehensive URL parsing and ease of use," Network Computing, 19 January 2006.
- "Registration and Call for Exhibitors Now Open for 11th Annual JavaOne Conference May 16-19 in San Francisco; IBM, Oracle, Justsystem, SAP...," PR Newswire (U.S.), 20 January 2006.
- "Sun Gears Up for 11th Annual JavaOne Conference," Wireless News, 20 January 2006.
- "Enterprise Week - Access controls cross platforms.," IT Week, 23 January 2006.
- "Movers & Shakers: Appointment at Fresh," Marketing Event, 23 January 2006.
- "Access controls cross platforms," IT Week, 23 January 2006.
- "Printout - Stephen Ballantyne," National Business Review, 27 January 2006.
- "Quest Software Introduces New Intelligent E-Mail Archiving Solution," Dow Jones, 30 January 2006.
- "Quest Software Introduces New Intelligent E-Mail Archiving Solution; Quest Archive Manager 3.0 Based on Recently Acquired AfterMail...," Business Wire, 30 January 2006.
- "Start-up adds oomph to VMware," Network World, 30 January 2006.
- "Software maker growing quickly in Dublin," The Columbus Dispatch, 31 January 2006.
- "Quest Software And Sybase In Pact," Dow Jones, 7 February 2006.
- "Quest Software and Sybase Team Up to Add Performance Management and Optimization Support to Sybase ASE 15.0; New Release Enables Rapid...," PR Newswire (U.S.), 7 February 2006.
- "First Alert: 5-5:30 P.M. Investrend / Bestcalls," FinancialWire, 8 February 2006.
- "QUEST SOFTWARE INC - QSFT: Q4 Earnings Call @ 17:00 ET Today," Knobias, 8 February 2006.
- "CORRECTING and REPLACING Quest Software Reports Revenue and Earnings for Fourth Quarter and Fiscal Year 2005; Company Posts $476 Million in...," Business Wire, 8 February 2006.
- "Quest Software 4Q EPS 16c Vs 13c," Dow Jones, 8 February 2006.
- "UPDATE 1-TABLE-Quest Software Q4 net up, sets Q1 view," Reuters, 8 February 2006.
- "Quest Software Bents on Q4, Sets Earnings View Shy of Estimates - Stock at 14.52 in Early Night Trade," MidnightTrader, 8 February 2006.
- "Quest Software 4Q profit up," Associated Press Newswires, 8 February 2006.
- "Stocks Give Back Some Day Gains in After-Hours Amid Mixed Earninigs," MidnightTrader,

EXHIBIT E PAGE 200

**Exhibit 1, continued**

8 February 2006.

- Quest Software, Inc. Issues Q1, FY 2006 Guidance; Q1 Below Analysts' Estimates," Reuters, 8 February 2006.
- "Q4 2005 Quest Software Inc. Earnings Conference Call - Final Voxant," FD (FAIR DISCLOSURE) WIRE, 8 February 2006.
- "Event Brief of Q4 2005 Quest Software Inc. Earnings Conference Call - Final Voxant," FD (FAIR DISCLOSURE) WIRE, 8 February 2006.
- "United States: Quest slips 1 per cent," Ottawa Citizen, 10 February 2006
- "Quest Software Offers Single Sign-On for Applications and Eases Migration from NIS to Active Directory; Vintela Authentication Services 3.0...," Business Wire, 13 February 2006.
- "Quest Software Introduces New Freeware as Its First Entry into SharePoint Management and Reporting; Quest Discovery Wizard for SharePoint...," Business Wire, 14 February 2006.
- "Vintela Authentication Services from Quest Software Extends Microsoft Active Directory-Based Smart Card Authentication to Unix and Linux...," Business Wire, 15 February 2006.
- "Quest Software Introduces Compliance Portal for a Consolidated Web-Based View of Regulatory Compliance Status; New Compliance Portal...," Business Wire, 15 February 2006.
- "Quest InTrust 9.0 Ensures Uninterrupted Collection and Availability of Events and Secure Event Backups; New Capabilities are Among Latest...," Business Wire, 15 February 2006.
- "Quest Simplifies DB Administration -- The latest version of Quest Central boasts new automation, a more robust Snapshots feature and visual...," Network Computing, 16 February 2006
- "Quest Software is First to Deliver Graphical Root-Cause Diagnostics for Oracle RAC; Quest Spotlight on Oracle RAC Proactively Pinpoints the...," Business Wire, 21 February 2006.
- "Quest Software Releases Quest Spotlight On Oracle 1.0," Dow Jones, 21 February 2006.
- "Vendors emphasize identity management at RSA conference, Part 2; * News from Quest Software, A10 Networks, Ping Identity, and Oracle," Network World Fusion, 22 February 2006.
- "Quest Software and Sybase Team up to Add Performance Management and Optimization Support to Sybase ASE 15.0," Product News Network, 23 February 2006.
- "With Margins on Rise, Sales Focus Sharpens at Ingram," Orange County Business Journal, 27 February 2006.
- "Quest Software's Kevin Kline to Be the Featured Speaker at Detroit Area SQL Server Special Interest Group Meeting," Business Wire, 2 March 2006.
- "Quest Software Provides Consolidated View of Multiple Instances of Microsoft SQL Server for Better Problem Detection And Resolution," Business Wire, 8 March 2006.
- "Quest Software to Present at the Citigroup 2006 Small and Mid-Cap Conference," Business Wire, 8 March 2006.
- "Epicor(R) Garners Software Company of the Year Honors Two Years in a Row; Software

93

Exhibit 1, continued

Council of Southern California Presents Epicor With Top...," PR Newswire (U.S.), 9 March 2006.
- "EQ Advisors Trust: EQ/Money Market Portfolio - Class IB - Part 9," Mutual Fund Prospectus Express, 10 March 2006.
- "EQ Advisors Trust: EQ/Ariel Appreciation II Portfolio - Class IA - Part 9," Mutual Fund Prospectus Express, 10 March 2006.
- "Oracle Rattles Development Tool Market with Freebie; Oracle's free database development tool is sure to shake up the market and force competitors to lower tool prices, industry watchers said.," eWEEK, 12 March 2006.
- "RESEARCH ALERT-BofA raises Quest Software price target," Reuters, 13 March 2006.
- "Sun Microsystems Invites Developers to 'Get Connected' at the 2006 JavaOne Conference; BEA, Nokia and Sprint Join as CoSponsors of the Conference," PR Newswire (U.S.), 13 March 2006.
- "Sun Microsystems invites developers to 'Get Connected' at the 2006 JavaOne Conference," M2 Presswire, 13 March 2006.
- "D -- INTENT TO PROCURE QUEST SOFTWARE SERVICE RENEWAL SOLE SOURCE," FedBizOpps, 15 March 2006.
- "QUEST SOFTWARE INC - QSFT: To Present At Citigroup Conference @ 18:05 ET," Knobias, 15 March 2006.
- "Quest Software Expects to Announce First Quarter 2006 Earnings May 4, 2006," Business Wire, 16 March 2006.
- "QUEST SOFTWARE INC - StockDiagnostics.com Reiterates one year high Quest Software's OPS Ranking of "1"Quest Software's OPS Ranking of "1" Reiterated by StockDiagnostics.com," Stock Diagnostics, 21 March 2006.
- "QUEST SOFTWARE INC - Increases for Quest Software Reaches five year high Quest Software's Increases Hits Seven Year High Increases increase 6% for Quest Software," Stock Diagnostics, 21 March 2006.
- "QUEST SOFTWARE INC - Increases for Quest Software Reaches two year low Increases decrease 5.3% for Quest Software," Stock Diagnostics, 21 March 2006.
- "QUEST SOFTWARE INC - Increases for Quest Software Reaches five year high Five Year High in Increases for Quest Software Increases increase 35...," Stock Diagnostics, 22 March 2006.
- "QUEST SOFTWARE INC - CORRECTED: OPS Ranking of "1" Reiteration for Quest Software," Stock Diagnostics, 23 March 2006.
- "QUEST SOFTWARE INC - CORRECTED: Quest Software's Cash Flow from Operations Hits Seven Year High," Stock Diagnostics, 23 March 2006.
- "QUEST SOFTWARE INC - CORRECTED: Seven Year High in Free Cash Flow for Quest Software," Stock Diagnostics, 23 March 2006.

EXHIBIT E PAGE 202

**Exhibit 1, continued**

- "Shortcuts," TODAY (Singapore), 28 March 2006.
- "EQUITY REPORT - Software: Analyst Confident on CTXS Profit," Knobias, 3 April 2006.
- "VESTING OPTIONS," Orange County Business Journal, 3 April 2006.
- "Quest Software Licenses Vintela Single Sign-on Technology to Adobe for Java Identity and Security Integration," Business Wire, 10 April 2006.
- "Quest Software, Inc. Licenses Vintela Single Sign-on Technology to Adobe for Java Identity and Security Integration," Reuters, 10 April 2006.
- "Broadcom, Quest Swell Engineering Operations," Orange County Business Journal, 17 April 2006.
- "CA Offers Free Database Management Console." CMP TechWeb, 24 April 2006.
- "CA Splits Off Database Piece Of Unicenter As A Freebie," InformationWeek, 24 April 2006.
- "Quest Software to Offer Application Management Solutions for Microsoft .NET via Agreements with AVIcode; AVIcode Extends Quest's Application Management Solutions to .NET Platform," Business Wire, 25 April 2006.
- "Quest Management Xtensions For MOM Demonstrated at MMS as Latest Support of Heterogeneity within Microsoft Systems Management; Quest...," Business Wire, 25 April 2006.
- "Microsoft Announces Industry-Leading ISV Support for Management Technologies; Strong Customer Adoption of Microsoft Platform Drives Global...," PR Newswire (U.S.), 26 April 2006.
- "Microsoft Announces Industry-Leading ISV Support for Management Technologies," PR Newswire Europe, 26 April 2006.
- "Final Preparations Underway for 2006 JavaOne Conference; Motorola, Adobe, BenQ Mobile, SavaJe and Siemens Join as Cosponsors," PR Newswire (U.S.), 28 April 2006.
- "Final preparations underway for 2006 JavaOne Conference; Motorola, Adobe, BenQ Mobile, SavaJe and Siemens join as cosponsors," M2 Presswire, 28 April 2006.
- "Media Release: SQLTools A/NZ," AAP MediaNet Press Releases, 2 May 2006.
- "Quest Software Inc - QSFT: Q1 Earnings Call @ 17:00 ET Today," Knobias, 4 May 2006.
- "Quest Software 1Q EPS 6c Vs 9c," Dow Jones, 4 May 2006.
- "Quest Software Reports Record Revenues for First Quarter 2006; Revenue Grows 23% Year-over-Year to $127.5 Million for the Quarter," Business Wire, 4 May 2006.
- "TABLE-Quest Software Q1 net income falls," Reuters, 4 May 2006.
- "Quest Software 1Q profit falls," Associated Press Newswires, 4 May 2006.
- "Quest Software Gains After Beating With Latest Results; Guides In Range That Straddles Street," MidnightTrader, 4 May 2006.
- "Q1 2006 Quest Software Inc. Earnings Conference Call - Final Voxant," FD (FAIR DISCLOSURE) WIRE, 4 May 2006.
- "Event Brief of Q1 2006 Quest Software Inc. Earnings Conference Call - Final Voxant," FD

EXHIBIT E PAGE 203

**Exhibit 1, continued**

(FAIR DISCLOSURE) WIRE, 4 May 2006.

- "Quest Software, Inc. Issues Q2, FY 2006 Guidance; Q2 2006 Outlook Above Analysts' Expectations," Reuters, 4 May 2006.
- "RESEARCH ALERT-BofA raises Quest Software price target," Reuters, 5 May 2006.
- "Quest Software reports Q1 revenues up 23.4% year-on-year," M2 EquityBites, 5 May 2006.
- "QUEST BUILDS ON ITS PRESENCE IN NZ," Infotech Weekly, 8 May 2006
- "Quest Software Launches Free Toad with Powerful New Productivity Enhancements for MySQL Databases; Toad for MySQL 2.0 Simplifies Code...," Business Wire, 8 May 2006.
- "Quest Ships Upgraded Free Toolkit for MySQL; Quest has released an updated, freely downloadable version of Toad for MySQL in reaction to...," eWEEK, 8 May 2006.
- "QUEST BUILDS ON ITS PRESENCE IN NZ," Dominion Post, 8 May 2006.
- "California Software Named in Orange County Top Public Companies List," PrimeZone Media Network, 9 May 2006.
- "Quest Invests in NZ Market, Plans Wgtn Office," Scoop.co.nz, 10 May 2006.
- "Quest Software Inc - QSFT: INITIATION OF COVERAGE -- Dangerous(4) Risk/Reward Rating. HOLD.," Market News Publishing, 11 May 2006.
- "Toad for MySQL 2.0 Free for Download," eWEEK, 15 May 2006.
- "Quest Software Unveils Application Advantage to Deliver, Manage and Control Complex Application Environments; Announces Market Strategy to...," Business Wire, 16 May 2006.
- "Quest Software Automates and Controls Deployment of Business-Critical Applications; Delivers an Application Deployment Solution for Complex...," Business Wire, 16 May 2006.
- "Quest Software to Present at JPMorgan and Cowen and Company Technology Conferences," Business Wire, 17 May 2006.
- "RESEARCH ALERT-Prudential starts Quest Software on "overweight"," Reuters, 17 May 2006.
- "Quest Software Announces Strategy and Products for Managing Microsoft SharePoint Technologies; Product Roadmap Demonstrates Continued Focus...," Business Wire, 17 May 2006.
- "Quest Software rebounds after downturn," Associated Press Newswires, 18 May 2006.
- "Quest Software to Investigate Stock Option Practices," Business Wire, 22 May 2006.
- "Quest Software To Investigate Stk Option Practices," Dow Jones, 22 May 2006.
- "Quest Software forms committee for stock options inquiry," Reuters, 08:44 PM, 22 May 2006.
- "Quest Software Special Committee to Investigate Stock Option Practices," MidnightTrader, 23 May 2006.
- "Quest Software Inc - QSFT: To Present At JP Morgan Technology Conference @ 18:40 ET," Knobias, 23 May 2006.
- "Quest Software, Inc. To Investigate Stock Option Practices," Reuters, 23 May 2006.

EXHIBIT E PAGE 204

## Exhibit 1, continued

- "IAG Research Gets $47.5 Million from Insight Venture Partners and Bessemer Venture Partners," Entertainment Close-Up, 24 May 2006.
- "Options Talk Hits Broadcom, Others," Orange County Business Journal, 29 May 2006.
- "Quest Software Inc - OPS Ranking of "1" for Quest Software Reiterated by StockDiagnostics.com," Stock Diagnostics, 29 May 2006.
- "Quest Software Inc - Cash Flow from Operations for Quest Software Reaches Six Year High," Stock Diagnostics, 29 May 2006.
- "SalesForce Australia Selects Idera's SQLsafe; Deploys High-Performance SQL Server Backup and Recovery Solution Across Mission-Critical Infrastructure," PR Newswire (U.S.), 30 May 2006.
- "Idera - SalesForce Australia Selects Idera's SQLsafe Deploys High-Performance SQL Server Backup and Recovery Solution Across Mission-Critical Infrastructure," Market News Publishing, 30 May 2006.
- "Quest Software Inc - Free Cash Flow for Quest Software Reaches Six Year High," Stock Diagnostics, 30 May 2006.
- "Quest Software Inc - Five Year High in EBITDA for Quest Software," Stock Diagnostics, 30 May 2006.
- "Quest Software Inc - Five Year High in EBITDA for Quest Software," Stock Diagnostics, 30 May 2006.
- "Confio Does Deep Dive into Oracle Databases; The company will make a deep dive into the Java applications that rely on Oracle database...," eWEEK, 31 May 2006.
- "Quest Gets SEC Informal Probe Notice Over Option Grants," Dow Jones Corporate Filings Alert, 1 June 2006.
- "Quest Software Announces Update in Stock Option Matter," Business Wire, 1 June 2006.
- "Quest Software says contacted by SEC on options," Reuters, 1 June 2006.
- "Quest receives SEC inquiry on options," Associated Press Newswires, 1 June 2006.
- "UPDATE 1-M-Systems launches options probe, shares fall," Reuters, 1 June 2006.
- "ANALYSIS-Past US SEC cases show option backdating dangers," Reuters, 1 June 2006.
- "--Quest Software Gets Informal SEC Inquiry About Stock Options," MidnightTrader, 1 June 2006.
- "M-Systems Launches Options Probe; The Israel-based developer of memory used in mobile phones and small flash drives said it had launched an...," eWEEK, 1 June 2006.
- "Quest Software Inc - QSFT: To Present At SG Cowen & Company Conference @ 13:55 ET," Knobias, 1 June 2006.
- "Week's Business: Backdating of stock options taking on scandal proportions," Associated Press Newswires, 2 June 2006.
- "SEC Reviews Quest Accounting Practices," Technology Daily AM, 2 June 2006.
- "Microsoft, IBM Expand Dev Tools," Computer Reseller News, 5 June 2006.

Exhibit 1, continued

- "EXECUTIVE SUMMARY," Orange County Business Journal, 5 June 2006.
- "Business Glance," The Salt Lake Tribune, 6 June 2006.
- "Domestic Performance Management Tool Vendors Gain on Multinational Rivals," The Electronic Times (Korea), 7 June 2006.
- "C3 Features Latest Technologies & Services From: BEA, Fujitsu, HP, IBM, Intel, Quest, Red Hat, Sun Microsystems; Compliance World Pavili...," PR Newswire (U.S.), 7 June 2006.
- "Tracking Customers Click by Click -- A vendor's move to go beyond online service is pure Genius," Network Computing, 8 June 2006.
- "Quest Software Broadens Management of Microsoft Active Directory; Announces New Management Console and New Versions of Active Directory...," Business Wire, 12 June 2006.
- "Quest Software Leads the Way in Supporting Microsoft Platform as It Continues along Path as the Fastest-Growing IT Environment," Business Wire, 12 June 2006.
- "Quest Software Releases Comparison Suite 1.0 for SQL Server; Advanced Comparison and Synchronization Further Extends Quest's Database Management Capabilities for SQL Server," Business Wire, 12 June 2006.
- "Quest Software, Inc. Releases Comparison Suite 1.0 for SQL Server," Reuters, 12 June 2006.
- "STATUS REPORT," Orange County Business Journal, 12 June 2006.
- "Quarterly Checkup on Emulex: 'Potential for Upside'," Orange County Business Journal, 12 June 2006.
- "Acquisitions, Spending Spur Sales Gains at Software Makers," Orange County Business Journal, 12 June 2006.
- "D -- SOFTWARE LICENSE AND MAINTENANCE RENEWAL," FedBizOpps, 14 June 2006.
- "Quest Software Adds H. John Dirks to Board of Directors," Business Wire, 14 June 2006.
- "Quest Software Served With Suit Over Option-Grant Practices," Dow Jones Corporate Filings Alert, 14 June 2006.
- "Quest Software sued by shareholders," Associated Press Newswires, 14 June 2006.
- "Options Backdating: Technology Companies Under Scrutiny; A list of tech companies under a backdating options cloud.," Baseline, 15 June 2006.
- "Options Troubles Blossom for Some Companies," CFO.com, 15 June 2006.
- "Zoran says shareholder suit filed over options," Associated Press Newswires, 16 June 2006.
- "Microsoft to lose Gates' star power," Network World, 19 June 2006.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 19 June 2006.
- "Quest Software Caps Off Award-Winning First Half of 2006 with Multiple Wins at Microsoft Tech-Ed; Industry Awards Validate Growing Momentum...," Business Wire, 21 June 2006.
- "California Inventors Develop Data Replication Providing Method," US Fed News, 23 June 2006.
- "Quest adds directory mgmt. console, SQL tools; Company to update four of the 12 tooks in its

EXHIBIT E PAGE 206

**Exhibit 1, continued**

suite of Active Directory management products.," Network World, 26 June 2006.
- "Quest Software Announces Expected Restatement Related To Stk Option Grant Practices," Dow Jones, 5 July 2006.
- "Quest Software Announces Expected Restatement Related to Stock Option Grant Practices," Business Wire, 5 July 2006.
- "Quest Software Sees Restatement Related to Stock Option Grant Practices," MidnightTrader, 5 July 2006.
- "UPDATE 2-Quest to restate results, cites stock option grants," Reuters, 5 July 2006.
- "Quest to make restatements after review," Associated Press Newswires, 5 July 2006.
- "UPDATE 2-Quest, Marvell, Opsware drop on options probes," Reuters, 5 July 2006.
- "RESEARCH ALERT-Janney cuts Quest Software to "neutral"," Reuters, 5 July 2006.
- "Bellwether Report.com Issues Alert for Quest Software Inc.," M2 Presswire, 5 July 2006.
- "Big Movers in the Stock Market," Associated Press Newswires, 5 July 2006.
- "Quest Software, Inc. Announces Expected Restatement Related to Stock Option Grant Practices," Reuters, 5 July 2006.
- "Quest, Centrify extend ADFS to non-Windows platforms; * Quest, Centrify integrate with ADFS to bring its benefits to non-Windows platforms," Network World Fusion, 5 July 2006.
- "The Wall Street Journal," JagNotes.com, 5 July 2006.
- "Quest Software Will Restate Results After Options Probe," The Wall Street Journal, 6 July 2006.
- "RESEARCH ALERT-Credit Suisse cuts Quest Software to "neutral"," Reuters, 6 July 2006.
- "Quest Software To Restate Financials," FinancialWire, 6 July 2006.
- "MORE DETAILS AND MORE ACTIONS IN INQUIRIES ON STOCK OPTIONS," The New York Times Abstracts, 6 July 2006.
- "THE OPTIONS MESS -- Stock option backdating is tripping up more tech vendors. Their customers could pay a price as well.," InformationWeek, 10 July 2006.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 10 July 2006.
- "Quest Software Again among Finalists for Microsoft Global ISV Partner of the Year Award; Fourth Consecutive Nomination for Previous Winner...," Business Wire, 11 July 2006.
- "Duly noted," Ottawa Citizen, 13 July 2006.
- "Quest brings sweet simplicity to database benchmarking; Benchmark Factory 4.7.1 is a snap to use but falls short on reporting," InfoWorld, 17 July 2006.
- "Quest Software Inc - July's Most Attractive Stocks on the Market," Market News Publishing, 17 July 2006.
- "Special Del?very; With e-mail becoming a mission-critical application and the volume and size of messages exploding, IT is scrambling to...," Computerworld, 20 July 2006.
- "Quest Software Rolls Out .NET Application Management Solutions; Proactive Monitoring and Real-time Diagnostics Help Deliver, Manage and...," Business Wire, 24 July 2006.

99

**Exhibit 1, continued**

- "Quest Software, Inc. Rolls Out .NET Application Management Solutions," Reuters, 24 July 2006.
- "HP To Acquire Mercury Interactive For $4.5 Billion," CMP TechWeb, 25 July 2006.
- "Hewlett Buy Of Mercury May Spark More Acquisitions," Dow Jones, 26 July 2006.
- "UPDATE: H-P Buy Of Mercury May Spark More Acquisitions," Dow Jones, 26 July 2006.
- "GSA AWARDS CONTRACTS TO CMI/DLT TO DEVELOP/IMPLEMENT CAFM.," CAD/CAM Update, 1 August 2006.
- "Quest Wins Multiple Editors' Choice Awards from SQL Server Magazine; Quest Products Recognized for Industry Excellence in SQL Server," Business Wire, 1 August 2006.
- "Quest Software 2Q Form 10-Q Filing To Be Delayed," Dow Jones, 1 August 2006.
- "Quest Software Expects to Announce Second Quarter 2006 Revenues on August 8, 2006; Second Quarter Form 10-Q Filing to be Delayed," Business Wire, 1 August 2006.
- "IT Operations Management Software On The Rise," Business Communications Review, 1 August 2006.
- "Dyer & Shuman, LLP Encourages Persons Who Currently Own Quest Software Common Stock to Consider Their Legal Options Concerning Alleged...," PrimeZone Media Network, 3 August 2006.
- "70--QUEST SOFTWARE & SIDEKICK SCANNER, OPEN MARKET ONLY, ITSS REGISTERED VENDORS, END USER CDC," FedBizOpps, 7 August 2006.
- "70--QUEST SOFTWARE & SIDEKICK SCANNER, OPEN MARKET ONLY, ITSS REGISTERED VENDORS, END USER CDC," FedBizOpps, 7 August 2006.
- "70--QUEST SOFTWARE & SIDEKICK SCANNER, OPEN MARKET ONLY, ITSS REGISTERED VENDORS, END USER CDC," FedBizOpps, 7 August 2006.
- "70--QUEST SOFTWARE & SIDEKICK SCANNER, OPEN MARKET ONLY, ITSS REGISTERED VENDORS, END USER CDC," FedBizOpps, 7 August 2006.
- "70--QUEST SOFTWARE & SIDEKICK SCANNER, OPEN MARKET ONLY, ITSS REGISTERED VENDORS, END USER CDC," FedBizOpps, 7 August 2006.
- "CA Takes Data Modeling to the Next Level -- AllFusion ERwin Data Modeler turns data modeling into an integral part of the database...," Network Computing, 7 August 2006.
- "First Alert: 5-6 P.M. Investrend / Bestcalls," FinancialWire, 7 August 2006.
- "Global Sales Strong, Though Europe Lags for Ingram," Orange County Business Journal, 7 August 2006.
- "Family Offices: Minding Money, Fixing Fridges, Buying Islands," Orange County Business Journal, 7 August 2006.
- "Quest Software Inc - QSFT: Q2 Earnings Call @ 17:00 ET Today," Knobias, 8 August 2006.
- "Quest Software Reports Second Quarter 2006 Selected Results; Revenue Grows 18.5% Year over Year to $126.9 Million for the Quarter," Business Wire, 8 August 2006.

100

**Exhibit 1, continued**

- "Quest Software Reports 2Q 2006 Selected Results; Rev Grows 18.5% Yr Over Yr To $126.9 M For The Qtr," Dow Jones, 8 August 2006.
- "NACE adds auto glass event to schedule," eSource Canada Business News Network, 8 August 2006.
- "Quest Software Q2 revenue rises, sets revenue view for Q3, 2006," Reuters, 8 August 2006.
- "Quest Software Misses Q2 Sales Estimate, Sees Q3 and FY In Line to Lower," MidnightTrader, 8 August 2006.
- "Aftermarket Movers: Cisco climbs," Associated Press Newswires, 8 August 2006.
- "Quest Software says 2Q revenue rose," Associated Press Newswires, 8 August 2006.
- "Quest Software Shares Fall On Quarterly Results," Dow Jones, 8 August 2006.
- "Quest Software Inc - QSFT: Conference call regarding the release of its revenues for the second quarter @ 17:00 ET Today," Knobias, 8 August 2006.
- "Quest Software, Inc. Issues Q3 2006 Revenue Guidance Slightly Below Analysts' Estimates; Reiterates FY 2006 Revenue Guidance," Reuters, 8 August 2006.
- "Q2 2006 Quest Software Inc. Revenues Conference Call - Final Voxant," FD (FAIR DISCLOSURE) WIRE, 8 August 2006.
- "Event Brief of Q2 2006 Quest Software Inc. Revenues Conference Call - Final Voxant," FD (FAIR DISCLOSURE) WIRE, 8 August 2006.
- "RESEARCH ALERT-Prudential cuts Quest Software price target," Reuters, 9 August 2006.
- "United States: Quest posts results, shares drop," Ottawa Citizen, 9 August 2006.
- "Bellwether Report.com is Looking at Quest Software Inc.," M2 Presswire, 10 August 2006.
- "70--QUEST SOFTWARE & SIDEKICK SCANNER, OPEN MARKET ONLY, ITSS REGISTERED VENDORS, END USER CDC," FedBizOpps, 10 August 2006.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 14 August 2006.
- "Quest Software Gets Nasdaq Notice Regarding Delayed Filing Of Form 10-Q; Co To Request Appeal Hearing," Dow Jones, 17 August 2006.
- "Quest Software Receives Nasdaq Notice Regarding Delayed Filing of Form 10-Q; Company to Request Appeal Hearing," Business Wire, 17 August 2006.
- "Quest receives Nasdaq letter," Associated Press Newswires, 17 August 2006.
- "--Quest Software Gets Nasdaq Delisting Notice Due to Late 10Q; to Request Hearing," MidnightTrader, 17 August 2006.
- "70--QUEST SOFTWARE & SIDEKICK SCANNER, OPEN MARKET ONLY, ITSS REGISTERED VENDORS, END USER CDC," FedBizOpps, 21 August 2006.
- "U.S. Army Chooses Quest Software to Provide Windows Infrastructure Management Solutions; Quest Awarded $4M Contract to Provide Active...," Business Wire, 21 August 2006.

101

**Exhibit 1, continued**

- "U.S. Army Chooses Quest Software To Provide Windows Infrastructure Management Solutions; Quest Awarded $4M Pact To Provide Active Directory...," Dow Jones, 21 August 2006.
- "--Quest Software Tapped By Department Of Defense For 3-Year Deal Worth $4 Mln; Top Bid About Flat At 12.94," MidnightTrader, 21 August 2006.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 21 August 2006.
- "70--QUEST SOFTWARE & SIDEKICK SCANNER, OPEN MARKET ONLY, ITSS REGISTERED VENDORS, END USER CDC," FedBizOpps, 23 August 2006.
- "Quest Toad for SQL Server 2.0 Increases Productivity of Developers and DBAs; New Version Features SQL Optimization, Debugging for SQL Server...," Business Wire, 23 August 2006.
- "John Theron Joins Incuity Software as Chief Product Officer and Vice President, Product Management," ENP Newswire, 23 August 2006.
- "70--QUEST SOFTWARE & SIDEKICK SCANNER, OPEN MARKET ONLY, ITSS REGISTERED VENDORS, END USER CDC," FedBizOpps, 24 August 2006.
- "U.S. Army Chooses Quest Software to Provide Windows Infrastructure Management Solutions," Reuters, 24 August 2006.
- "D--D -- QUEST SOFTWARE MAINTENANCE," FedBizOpps, 29 August 2006.
- "Quest Notes Migrator for Exchange Introduces Project Management and Advanced Reporting for Lotus Notes to Exchange Server Migration," Business Wire, 29 August 2006.
- "Quest adds project management to Notes to Exchange migration tools," Network World Fusion, 29 August 2006.
- "Word Is... Stock Options Charges Emerge As the Next Corporate Scandal," US Banker, 1 September 2006.
- "CORRECTION," Design Cost Data, 1 September 2006.
- "NACE Expands With Auto Glass Event," Body shop biz, 1 September 2006.
- "Quest tool aims to tame SharePoint Network World, 4 September 2006.
- "More stock probes shake industry,: IT Week, 4 September 2006.
- "ShortCuts," TODAY (Singapore), 5 September 2006.
- "Blue Knot Orange County Presents Quest Software Co-Founder, Eyal Aronoff, as Guest Speaker," Business Wire, 5 September 2006.
- "Quest Software Introduces Newest Product in Its Roadmap for Managing Microsoft SharePoint; Quest Site Administrator for SharePoint Helps IT...," Business Wire, 6 September 2006.
- "Quest Software, Inc. Introduces New Product in Its Roadmap for Managing Microsoft SharePoint," Reuters, 6 September 2006.
- "RESEARCH ALERT-Piper ups Quest to "outperform"- MarketWatch," Reuters, 11 September 2006.

**Exhibit 1, continued**

- "Splunk Leads Industry Discussion on Network Management at Interop New York; Splunk, CA, EMC, Quest Software, Relicore and Analyst Jasmine...," PR Newswire (U.S.), 11 September 2006.
- "Analyst Actions: Quest Software Upped To Outperform From Market Perform At Piper Jaffray," MidnightTrader, 11 September 2006.
- "Quest Software Releases Enhanced Foglight for SAP NetWeaver for Improved Management of SAP Applications; 24x7 Monitoring Optimizes SAP...," Business Wire, 11 September 2006.
- "Bellwether Report.com is Keeping a Close Watch on Quest Software Inc.," M2 Presswire, 11 September 2006.
- "Quest Software, Inc. Releases Enhanced Foglight for SAP NetWeaver for Improved Management of SAP Applications," Reuters, 11 September 2006.
- "(OTC PK: TMJG) Has Potentially 1 Billion in U.S. Dollars Gold Reserve," ENP Newswire, 12 September 2006.
- "Quest Software Launches First Development Tool for Multiple DB2 Platforms; Quest Toad for DB2 Now Supports DB2 z/OS to Enable Cross-Platform...," Business Wire, 12 September 2006.
- "Quest Software Launches First Development Tool For Multiple DB2 Platforms; Quest Toad For DB2 Now Supports DB2 Z/OS To Enable Cross-Platform...," Dow Jones, 12 September 2006.
- "The Orange County Register, Calif., Jonathan Lansner column," The Orange County Register (KRTBN), 13 September 2006.
- "Loose accounting sullies options," The Orange County Register, 13 September 2006.
- "Opalis Eliminates The Goof Factor -- Integration Server 5.1 automates tasks to take human error out of the data center equation," Network Computing, 14 September 2006.
- "Quest Software Inc - QSFT: To Present At Interop New York Conference @ 09:00 ET," Knobias, 20 September 2006.
- "FACTBOX-Companies linked to U.S. options probe," Reuters, 20 September 2006.
- "Few companies seek SEC help with options investigations," The Orange County Register, 23 September 2006.
- "FACTBOX-Companies linked to U.S. options probe," Reuters, 29 September 2006.
- "Quest Software Announces Enhanced Toad for IBM DB2 Freeware, Further Extending the Value of DB2," Business Wire, 3 October 2006.
- "Quest Software, Inc. Announces Enhanced Toad for IBM DB2 Freeware," Reuters, 3 October 2006.
- "Quest Software to Showcase Experts at Oracle OpenWorld," Business Wire, 9 October 2006.
- "Quest Software Enhances Compliance Auditing and Reporting Offerings," Business Wire, 10 October 2006.

EXHIBIT E PAGE 211

**Exhibit 1, continued**

- "Virtual PBX Strengthens Management Team; Names Michael Rybin Vice President of Engineering; Strong Engineering Leadership to Guide...," PR Newswire (U.S.), 10 October 2006.
- "Fidelity says it owns 12.8 pct of Quest Software," Reuters, 10 October 2006.
- "Quest upgrades Windows, Linux, Unix integration tools to focus on ID services," Network World Fusion, 10 October 2006.
- "Quest Software Simplifies Identity Management by Leveraging Active Directory," Business Wire, 16 October 2006.
- "Quest Software Now Provides Automated De-Provisioning and Enhanced Change Approval," Business Wire, 16 October 2006.
- "Quest Software Delivers Path to Unified Identity Infrastructure," Business Wire, 16 October 2006.
- "Damage Control," Orange County Business Journal, 16 October 2006.
- "U.S. Army's European Command Signs $2.5 Million Deal for Windows Migration and Management Products from Quest Software," Business Wire, 17 October 2006.
- "Federal IT Solutions Veteran Joins Quest Software," Business Wire, 17 October 2006.
- "U.S. Army's European Command Signs $2.5 M Deal For Windows Migration And Management Products From Quest Software," Dow Jones, 17 October 2006.
- "U.S. Army's European Command Signs $2.5 Million Deal for Windows Migration and Management Products from Quest Software, Inc.," Reuters, 17 October 2006.
- "Quest to work with Army in Europe," The Orange County Register (MCT), 17 October 2006.
- "BridgeHead signs global resale agreement with Quest Software; BridgeHead Software links with Quest to provide single source for protected...," M2 Presswire, 18 October 2006.
- "Quest Software Inc - QSFT: To Present At Storage Expo 2006 Conference @ 05:30 ET," Knobias, 19 October 2006.
- "OPEN ENTERPRISE: Managing Linux, the Windows way; Cross-platform tools allows Windows admins to manage Linux resources, but at what price?," InfoWorld, 23 October 2006.
- "Quest Software Inc - QSFT: To Present At Oracle OpenWorld 2006 Conference @ 19:15 ET," Knobias, 23 October 2006.
- "Quest Software Experts Lead Development of Database Management Best Practices," Business Wire, 24 October 2006.
- "Quest Software Releases Toad for Oracle Version 9.0," Business Wire, 24 October 2006.
- "Poor password practice leaves City workers wide open," VNUNet United Kingdom, 24 October 2006.
- "Quest Software Inc - QSFT: To Present At Oracle OpenWorld 2006 Conference @ 13:30 ET," Knobias, 24 October 2006.
- "Kiwi innovation & entrepreneurship on show," Scoop.co.nz, 24 October 2006.

EXHIBIT E  PAGE 212

Exhibit 1, continued

- "FACTBOX-Companies linked to U.S. options probe," Reuters, 25 October 2006.
- "Quest Software Inc - QSFT: To Present At Oracle OpenWorld 2006 Conference @ 17:30 ET," Knobias, 25 October 2006.
- "Quest Software Inc - QSFT: To Present At Oracle OpenWorld 2006 Conference @ 11:00 ET," Knobias, 26 October 2006.
- "Quest Software Inc - QSFT: To Present At Oracle OpenWorld 2006 Conference @ 12:30 ET," Knobias, 26 October 2006.
- "Quest Software Reassigns Acctg Officer Amid Option Probe," Dow Jones Corporate Filings Alert, 26 October 2006.
- "Quest Software changes controller after options review," Reuters, 26 October 2006.
- "CFA Midday Summary Of Small-Cap Headlines," Dow Jones Corporate Filings Alert, 26 October 2006.
- "Quest Software Inc - QSFT: To Present At Oracle OpenWorld 2006 Conference @ 15:30 ET," Knobias, 26 October 2006.
- "CORPORATE FILINGS ALERT: THE AFTERNOON'S TOP NEWS," Dow Jones Corporate Filings Alert, 26 October 2006.
- "StockProfiler.US Offers Investors Free Subscription," M2 Presswire, 27 October 2006.
- "SECUDE appoints Open-Source specialist as Linux Expert," M2 Presswire, 1 November 2006.
- "Duly Noted," Ottawa Citizen, 2 November 2006.
- "--Quest Software Bid Firms to 14.77 After Evening Interest, Gets Jim Cramer Mention As Possible Takeover Target," MidnightTrader, 3 November 2006.
- "Two San Francisco Banks Bulk Up: Nollenberg Capital Partners and Rutberg & Co. added investment bankers this week," Investment Dealers Digest, 6 November 2006.
- "The route to a painless migration.," Computer Weekly, 7 November 2006.
- "Nasdaq OKs Quest Software's Request For Continued Listing," Dow Jones Corporate Filings Alert, 9 November 2006.
- "Quest Software still probing options backdating," Reuters, 9 November 2006.
- "SQL Server Users Slow on 'Serious Uptake' of New DB," Computerworld, 13 November 2006.
- "Quest Software to Integrate Microsoft Windows PowerShell with Active Directory," Business Wire, 14 November 2006.
- "Quest Software Introduces New Microsoft Operations Manager Monitoring Capability for Active Directory," Business Wire, 14 November 2006.
- "Quest Software Delivers Latest Migration Tool: From Exchange Public Folders to SharePoint," Business Wire, 14 November 2006.
- "Microsoft kick-starts Interop Vendor Alliance," VNUNet United Kingdom, 14 November 2006.

**Exhibit 1, continued**

- "XenSource Joins Microsoft & Other Industry Leaders in Interop Vendor Alliance," ENP Newswire, 14 November 2006.
- "SharePoint deployment set to cause problems," VNUNet United Kingdom, 16 November 2006.
- "Quest Software Gets Nasdaq Notice Regarding Late Filing Of Form 10-Q," Dow Jones, 20 November 2006.
- "Quest Software Receives Nasdaq Notice Regarding Late Filing of Form 10-Q," Business Wire, 20 November 2006.
- "Quest Software gets notice from Nasdaq on Q3 results delay," Reuters, 20 November 2006.
- "Quest receives delisting notice," Associated Press Newswires, 20 November 2006.
- "Quest Software Faces Purported Hldr Suit," Dow Jones Corporate Filings Alert, 20 November 2006.
- "A speedy lift-off in Oxfam's quest for faster data back-up.," Computer Weekly, 21 November 2006.
- "Quest Corporate Development SVP Brinkley Morse Steps Down," Business Wire, 24 November 2006.
- "Quest Corporate Development SVP Brinkley Morse Steps Down," Dow Jones, 24 November 2006.
- "UPDATE 1-Quest Software executive quits amid options probe," Reuters, 24 November 2006.
- "Quest Software executive resigns," Associated Press Newswires, 24 November 2006.
- "Quest Software SVP Corporate Development Quits Amid Options Probe MidnightTrader, 24 November 2006.
- "Refusing Interview Over Options, Quest Software's Morse Resigns," The Wall Street Journal, 25 November 2006.
- "BUSINESS BRIEFING The Washington Post, 25 November 2006.
- "Quest exec quits over past grants," Calgary Herald, 25 November 2006.
- "Quest exec quits amid options probe," The Orange County Register, 25 November 2006.
- "Quest exec resigns amid options probe," Mist News, 26 November 2006.
- "Quest Software senior V.P. leaves," The Orange County Register (MCT), 26 November 2006.
- "SVP of Quest Software resigns," M2 EquityBites, 27 November 2006.
- "Former Quest Software CFO Resigns," CFO.com, 27 November 2006.
- "shortcuts," TODAY (Singapore), 28 November 2006.
- "Innovative marketing from Microsoft; * The Virtual Hard Drive program," Network World Fusion, 29 November 2006.
- "Quest Applies Migration and Management Expertise to Microsoft Exchange Server 2007, Launched Today," Business Wire, 30 November 2006.
- "CFOs on the Move: Week Ending December 1," CFO.com, 30 November 2006

EXHIBIT E PAGE 214

**Exhibit 1, continued**

- "New Version of Quest's Vintela Authentication Services Now Available," Business Wire, 30 November 2006.
- "BridgeHead Software expands into Asia-Pacific region; BridgeHead Software builds on its success in growing archiving and protected data...," M2 Presswire, 4 December 2006.
- "Quest Software to Present at Third Annual JPMorgan Software Forum," Business Wire, 7 December 2006.
- "Borland Arms Global Software Expert with Application Lifecycle Management Solution to Improve Code Reuse, Productivity and Team...," Business Wire, 11 December 2006. "Equity Report - BORL: Reports Product Use by Quest Software Inc," Knobias, 11 December 2006.
- "Quest Software's Options Probe Renews Takeover Talk," Orange County Business Journal, 11 December 2006.
- "Quest Software Inc - QSFT: To Present At JPMorgan Annual Software Conference @ 12:30 ET," Knobias, 14 December 2006.
- "Quest Software Inc. at JPMorgan 3rd Annual Software Forum - Final Voxant," FD (FAIR DISCLOSURE) WIRE, 14 December 2006.
- "Options Probe Claims Forrester's CFO," CFO.com, 20 December 2006.
- "Israel Business Arena: Frost & Sullivan: Insightix NAC product gives best value.," Israel Business Arena, 1 January 2007.
- "Quest Software Provides Update On Nasdaq Listing Matters," Dow Jones, 9 January 2007.
- "Quest Software Provides Update on Nasdaq Listing Matters," Business Wire, 9 January 2007.
- "Quest Software asks Nasdaq to extend its listing," Reuters, 9 January 2007.
- "Quest Software asks Nasdaq for extension to file earnings reports," AFX Asia, 9 January 2007.
- "Quest Software seeks continued listing on Nasdaq despite late financial statements," Associated Press Newswires, 9 January 2007.
- "Quest Software cuts value of executives' options," The Orange County Register (MCT), 9 January 2007.
- "Quest asks for Nasdaq extension," The Orange County Register (MCT), 9 January 2007.
- "Quest Software cuts value of executives' options," The Orange County Register, 9 January 2007.
- "The Orange County Register, Calif., business briefs column," The Orange County Register (MCT), 10 January 2007.
- "Analyst sees Quest Software having strong 4th-quarter, 2007; share rise 2 percent pre-market," Associated Press Newswires, 11 January 2007.
- "Genentech Among Wall Street's Movers," Associated Press Newswires, 11 January 2007.
- "Stocks in the spotlight," The Providence Journal, 12 January 2007.
- "Quest Software Special Committee Reports Findings of Stock Option Investigation," Business Wire, 15 January 2007.

107

**Exhibit 1, continued**

- "Quest Software Special Committee Reports Findings Of Stock Option Investigation," Dow Jones, 15 January 2007.
- "Quest says some option grants misdated; to restate results," Reuters, 15 January 2007.
- "Quest Restates after Options Probe," CFO.com, 15 January 2007.
- "Options to cost Quest Software $150 million," The Orange County Register (MCT), 15 January 2007.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 15 January 2007.
- "Quest takes $150M charge," Montreal Gazette, 16 January 2007.
- "At other O.C. firms, probes continue amid charges to earnings," The Orange County Register, 16 January 2007.
- "Quest's options error will cost $150 million," The Orange County Register (MCT), 16 January 2007.
- "At other O.C. firms, probes continue amid charges to earnings," The Orange County Register (MCT), 16 January 2007.
- "Quest Software Turns Up Option Granting Irregularities," FinancialWire, 17 January 2007.
- "Mimosa Systems Tapped as Platinum Sponsor for Microsoft's Windows Vista, Microsoft Office 2007 and Exchange Server 2007 Launch Tour," Wireless News, 17 January 2007.
- "Health to your Windows Group policy; * More tools for managing Windows Group Policy Network World Fusion, 17 January 2007.
- "EXECUTIVE SUMMARY," Orange County Business Journal, 22 January 2007.
- "Development in Quest Software, Inc. Securities Litigation," PR Newswire (U.S.), 25 January 2007.
- "Quest's Prospects Improve as Options Issue Resolves," Orange County Business Journal, 29 January 2007.
- "Computerworld Honors Program Names Quest Software CEO to Chairmen's Committee," Business Wire, 30 January 2007.
- "Red Energy Chooses Quest Software to Simplify Identity Management," Business Wire, 7 February 2007.
- "Red Energy Chooses Quest Software, Inc. To Simplify Identity Management," Reuters, 7 February 2007.
- "Red Energy uses management and software solutions provided by Quest Software Inc," M2 EquityBites, 8 February 2007.
- "Red Energy uses management and software solutions provided by Quest Software Inc," Telecomworldwire, 8 February 2007.
- "Quest Scores an A+ in Password Management from Manteca Unified School District," Business Wire, 12 February 2007.
- "Quest Software Gets SEC Subpoena," Dow Jones Corporate Filings Alert, 13 February 2007.

108

**Exhibit 1, continued**

- "Quest Software: SEC Seeks Added Papers Over Options Probe," Dow Jones Corporate Filings Alert, 13 February 2007.
- "Quest Software Carries Award-Winning Streak from 2006 into 2007 with "Technology of the Year" Award," Business Wire, 26 February 2007.
- "Quest Software Delays Annual Report Filing With SEC," Dow Jones Corporate Filings Alert, 2 March 2007.
- "CFA TOP AFTERNOON NEWS: GM To Delay Filing Annual Report," Dow Jones Corporate Filings Alert, 2 March 2007.
- "Pennsylvania Inventors Develop Multi-Tier Client-Server Application," US Fed News, 3 March 2007.
- "Quest Software And MValent Forge Pact For Broad Collaboration On Application Configuration And Release Management Solutions," Dow Jones, 5 March 2007.
- Quest Software and mValent Forge Agreement for Broad Collaboration on Application Configuration and Release Management Solutions," Business Wire, 5 March 2007.
- "Quest Software, Inc. and mValent Forge Agreement For Broad Collaboration," Reuters, 5 March 2007.
- "Backdating problems affect area firms," Ottawa Citizen, 6 March 2007.
- "Automated Code Testing Prevails at the PL/SQL Test-A-Thon," Business Wire, 7 March 2007.
- "Quest Software And Microsoft Announce First License For Protocol Technology In European Licensing Program," Dow Jones, 8 March 2007.
- "Quest Software and Microsoft Announce First License for Protocol Technology in European Licensing Program," Business Wire, 8 March 2007.
- "Microsoft signs up first licensee for code EU ordered it to share in 2004," Associated Press Newswires, 8 March 2007.
- "Microsoft signs up first licensee for code EU ordered it to share in 2004," Associated Press Newswires, 8 March 2007.
- "Microsoft signs up first licensee for code EU ordered it to share in 2004," Associated Press Newswires, 8 March 2007.
- "Microsoft licenses technology under European antitrust mandate," Agence France Presse, 8 March 2007.
- "Microsoft Signs Up First Licensee For Code Required By EU," Dow Jones International News, 8 March 2007.
- "Microsoft signs up first licencee for code," The Irish Examiner, 8 March 2007.
- "DJ Microsoft Signs Up First Licensee For Code Required By EU," Dow Jones Chinese Financial Wire, 8 March 2007.
- "Microsoft Corp. Signs Up Licensee for Code-WSJ," Reuters, 8 March 2007.

EXHIBIT E PAGE 217

**Exhibit 1, continued**

- "Microsoft lands first licensee in EU protocol program; In keeping with European antitrust ruling, Microsoft sells license to Quest Software. License fees still an issue for EU.," CNET News.com, 8 March 2007.
- "In Brief," The Wall Street Journal, 9 March 2007.
- "CANADA Publisher Hollinger F ... The Washington Post, 9 March 2007.
- "World Business Briefing Europe: Microsoft in First Technology License Deal The New York Times, 9 March 2007.
- "Microsoft moves to comply with 2004 EU order," The Globe and Mail, 9 March 2007.
- "Quest Software Receives Nasdaq Notice Regarding Late Filing of Form 10-K," Business Wire, 9 March 2007.
- "Quest Software Gets Nasdaq Notice Regarding Late Filing Of Form 10-K," Dow Jones, 9 March 2007.
- "Quest receives second Nasdaq notice on possible delisting due to late filing," Associated Press Newswires, 9 March 2007.
- "Microsoft signs up licensee The Western Mail, 9 March 2007.
- "WORLD BUSINESS BRIEFING: MICROSOFT IN FIRST TECHNOLOGY LICENSE DEAL The New York Times Abstracts, 9 March 2007.
- "Microsoft Licenses Software To Obey EU Order," Technology Daily AM, 9 March 2007.
- "Microsoft sells first licence in EC programme," ZDNet UK, 9 March 2007.
- "Quest Software Introduces the Next Advancement of Its Award-Winning Java Performance Tuning Solution," Business Wire, 12 March 2007.
- "Quest helps Microsoft push interoperability message," IT Week, 12 March 2007.
- "Kiwi software at front line of email defence," New Zealand Herald, 14 March 2007.
- "Quest Software Delivers Support for Microsoft Windows PowerShell," Business Wire, 28 March 2007.
- "Quest ActiveRoles Server First Product to Support Windows PowerShell and Active Directory Lightweight Directory Services," Business Wire, 28 March 2007.
- "Quest Software Announces Support of Microsoft System Center Operations Manager 2007," Business Wire, 28 March 2007.
- "Company Events Are a Band's Best Friend," Orange County Business Journal, 2 April 2007.
- "Productivity, Compliance With Security Policies Drive Adoption of Identity and Access Management Tools," ENP Newswire, 4 April 2007.
- "ON24, Inc. Launches Rich Media Network for Business and Technology Professionals," PrimeNewswire, 9 April 2007.
- "OpenView Venture Partners and ABRT Venture Fund Announce 'Partnership for Russia'; OpenView Venture Partners and ABRT Venture Fund Join Forces on Investing in Russia and East-Central Europe," PR Newswire (U.S.), 10 April 2007.
- "Quest Software Experts Featured at Collaborate 2007," Business Wire, 13 April 2007.

110

Exhibit 1, continued

- "Avion Relies on Quest's Toad for Oracle to Improve U.S. Army Database Efficiency," Business Wire, 16 April 2007.
- "Quest Software, Inc. Announces Award of Contract," Reuters, 16 April 2007.
- "Analysts Eagerly Await Look at Quest Software," Orange County Business Journal, 16 April 2007.
- "Quest Software Expands Sales Presence In Canada, Names New Country Manager," Dow Jones, 17 April 2007.
- "Quest Software Expands Sales Presence in Canada, Names New Country Manager," Business Wire, 17 April 2007.
- "Quest Software Inc - QSFT: To Present At MySQL 2007 Conference @ 13:45 ET," Knobias, 24 April 2007.
- "Quest Software Inc - QSFT: To Present At MySQL 2007 Conference @ 16:40 ET," Knobias, 24 April 2007.
- "Quest Recovery Manager for Active Directory First to Offer Forest-Wide Recovery," Business Wire, 25 April 2007.
- "Quest Software First to Provide Real-Time Microsoft Exchange Server Auditing for Non-Owner Access," Business Wire, 25 April 2007.
- "Quest unveils tools for managing Active Directory, Exchange," Network World Fusion, 25 April 2007.
- "QUEST TO AXE 40 JOBS IN CAPITAL," Dominion Post, 30 April 2007.
- "QUEST TO AXE 40 JOBS IN CAPITAL," Infotech Weekly, 30 April 2007.
- "Quest Software, Inc. To Axe 40 Jobs," Reuters, 30 April 2007.
- "The San Diego Union-Tribune business people column The San Diego Union-Tribune (MCT), 9 May 2007.
- "ON THE MOVE," The San Diego Union-Tribune, 9 May 2007.
- "Quest Software Delays 1Q Report," Dow Jones Corporate Filings Alert, 11 May 2007.
- "Quest Software Provides Update On Nasdaq Listing Matters," Dow Jones, 18 May 2007.
- "Quest Software Provides Update on Nasdaq Listing Matters," Business Wire, 18 May 2007.

## ANALYST REPORTS

- Chase Hambrecht & Quist Inc., 31 January 2001.
- CIBC World Markets Corp., 31 January 2001.
- Robertson Stephens, 31 January 2001.
- Morgan Stanley, 19 March 2001.
- Morgan Stanley, 12 April 2001.
- Credit Suisse First Boston Morning Meeting Notes, 24 April 2001.

EXHIBIT E PAGE 219

## Exhibit 1, continued

- Credit Suisse First Boston Corporation, 24 April 2001.
- Credit Suisse First Boston Morning Meeting Notes, 24 April 2001.
- Credit Suisse First Boston Morning Meeting Notes, 24 April 2001.
- Credit Suisse First Boston Morning Meeting Notes, 24 April 2001.
- Robertson Stephens, 26 April 2001.
- Credit Suisse First Boston Morning Meeting Notes, 26 April 2001.
- Chase Hambrecht & Quist Inc., 26 April 2001.
- CIBC World Markets Corp., 26 April 2001.
- Morgan Stanley, 26 April 2001.
- Moors And Cabot, Inc., 26 April 2001.
- Credit Suisse First Boston Morning Meeting Notes, 26 April 2001.
- Credit Suisse First Boston Morning Meeting Notes, 26 April 2001.
- Credit Suisse First Boston Corporation, 27 April 2001.
- Morgan Stanley, 7 June 2001.
- Morgan Stanley, 19 June 2001.
- Credit Suisse First Boston Morning Meeting Notes, 27 June 2001.
- Morgan Stanley, 27 June 2001.
- RBC Capital Markets (US), 10 July 2001.
- RBC Capital Markets (US), 10 July 2001.
- RBC Capital Markets (US), 10 July 2001.
- Morgan Stanley, 26 July 2001.
- Credit Suisse First Boston Morning Meeting Notes, 26 July 2001.
- Credit Suisse First Boston Morning Meeting Notes, 26 July 2001.
- Moors And Cabot, Inc., 26 July 2001.
- RBC Capital Markets (US), 26 July 2001.
- SG Cowen Securities Corporation, 30 August 2001.
- RBC Capital Markets (US), 30 August 2001.
- Robertson Stephens, 5 September 2001.
- Robertson Stephens, 5 September 2001.
- Robertson Stephens Morning Meeting Notes, 5 September 2001.
- RBC Capital Markets (US), 5 September 2001.
- Robertson Stephens Morning Meeting Notes, 5 September 2001.
- RBC Capital Markets (US), 21 September 2001.
- Credit Suisse First Boston Morning Meeting Notes, 25 September 2001.
- RBC Capital Markets (US), 1 October 2001.
- CIBC World Markets Corp., 4 October 2001.
- Credit Suisse First Boston Morning Meeting Notes, 4 October 2001.
- Robertson Stephens, 4 October 2001.

112

Exhibit 1, continued

- RBC Capital Markets (US), 25 October 2001.
- CIBC World Markets, 25 October 2001.
- Moors And Cabot, Inc., 25 October 2001.
- Robertson Stephens, 25 October 2001.
- Morgan Stanley, 25 October 2001.
- RBC Capital Markets (US), 20 November 2001.
- Morgan Stanley, 4 December 2001.
- Robertson Stephens, 10 December 2001.
- Robertson Stephens Morning Meeting Notes, 10 December 2001.
- Robertson Stephens Morning Meeting Notes, 10 December 2001.
- Credit Suisse First Boston Morning Meeting Notes, 21 December 2001.
- Morgan Stanley, 30 January 2002.
- Moors And Cabot, Inc., 30 January 2002.
- Robertson Stephens Morning Meeting Notes, 30 January 2002.
- Robertson Stephens, 30 January 2002.
- Credit Suisse First Boston Morning Meeting Notes, 30 January 2002.
- CIBC World Markets Corp., 30 January 2002.
- Robertson Stephens Morning Meeting Notes, 30 January 2002.
- RBC Capital Markets (US), 19 February 2002.
- Robertson Stephens Morning Meeting Notes, 2 April 2002.
- Robertson Stephens, 2 April 2002.
- CIBC World Markets Corp., 30 April 2002.
- Robertson Stephens, 30 April 2002.
- Morgan Stanley, 1 May 2002.
- Robertson Stephens, 1 May 2002.
- Moors And Cabot, Inc., 1 May 2002.
- Credit Suisse First Boston Morning Meeting Notes, 1 May 2002.
- Robertson Stephens Morning Meeting Notes, 1 May 2002.
- RBC Capital Markets (US), 1 May 2002.
- Robertson Stephens Morning Meeting Notes, 1 May 2002.
- Credit Suisse First Boston Corporation, 1 May 2002.
- RBC Capital Markets (US), 9 May 2002.
- Credit Suisse First Boston Corporation, 27 June 2002.
- CIBC World Markets Corp., 9 July 2002.
- RBC Capital Markets (US), 9 July 2002.
- Credit Suisse First Boston Morning Meeting Notes, 9 July 2002.
- Credit Suisse First Boston Corporation, 10 July 2002.
- Credit Suisse First Boston Corporation, 26 July 2002.

113

EXHIBIT E PAGE 221

Exhibit 1, continued

- RBC Capital Markets (US), 26 July 2002.
- Moors And Cabot, Inc., 26 July 2002.
- CIBC World Markets Corp., 26 July 2002.
- Credit Suisse First Boston Morning Meeting Notes, 26 July 2002.
- Morgan Stanley, 26 July 2002.
- CIBC World Markets Corp., 6 August 2002.
- RBC Capital Markets (US), 19 August 2002.
- RBC Capital Markets (US), 20 August 2002.
- Credit Suisse First Boston Morning Meeting Notes, 24 October 2002.
- Moors And Cabot, Inc., 24 October 2002.
- Credit Suisse First Boston Corporation, 24 October 2002.
- RBC Capital Markets (US), 24 October 2002.
- Credit Suisse First Boston Morning Meeting Notes, 24 October 2002.
- Credit Suisse First Boston Morning Meeting Notes, 24 October 2002.
- Morgan Stanley, 24 October 2002.
- Credit Suisse First Boston Morning Meeting Notes, 24 October 2002.
- Deutsche Bank Securities Inc., 4 November 2002.
- Deutsche Banc (Europe) Morning Meeting Notes, 5 November 2002.
- Deutsche Banc (Europe) Morning Meeting Notes, 5 November 2002.
- Deutsche Bank Securities Inc., 5 November 2002.
- RBC Capital Markets (US), 8 November 2002.
- RBC Capital Markets (US), 14 November 2002.
- Wachovia Securities, 5 December 2002.
- Wachovia Securities, 10 December 2002.
- Pacific Growth Equities, 15 January 2003.
- Janney Montgomery Scott LLC, 27 January 2003.
- Wachovia Securities, 29 January 2003.
- Deutsche Bank Securities Inc., 30 January 2003.
- Deutsche Banc (Europe) Morning Meeting Notes, 30 January 2003.
- Moors And Cabot, Inc., 30 January 2003.
- Credit Suisse First Boston Morning Meeting Notes, 30 January 2003.
- Deutsche Banc (Europe) Morning Meeting Notes, 30 January 2003.
- CIBC World Markets Corp., 18 February 2003.
- RBC Capital Markets (US), 17 March 2003.
- RBC Capital Markets (US), 31 March 2003.
- CIBC World Markets Corp., 23 April 2003.
- RBC Capital Markets (US), 24 April 2003.
- Credit Suisse First Boston Morning Meeting Notes, 24 April 2003.

EXHIBIT E PAGE 222

**Exhibit 1, continued**

- Moors And Cabot, Inc., 24 April 2003.
- RBC Capital Markets (US), 29 May 2003.
- Credit Suisse First Boston Morning Meeting Notes, 30 May 2003.
- Credit Suisse First Boston Morning Meeting Notes, 30 May 2003.
- Credit Suisse First Boston Corporation, 30 May 2003.
- Smith Barney Citigroup (Morning Meeting Notes), 19 June 2003.
- Smith Barney Citigroup, 19 June 2003.
- Smith Barney Citigroup (Morning Meeting Notes), 19 June 2003.
- Smith Barney Citigroup (Morning Meeting Notes), 19 June 2003.
- Smith Barney Citigroup, 23 July 2003.
- CIBC World Markets Corp., 23 July 2003.
- Smith Barney Citigroup (Morning Meeting Notes), 24 July 2003.
- SG Cowen Securities Corporation, 24 July 2003.
- Credit Suisse First Boston Morning Meeting Notes, 24 July 2003.
- RBC Capital Markets (US), 24 July 2003.
- Smith Barney Citigroup (Morning Meeting Notes), 24 July 2003.
- Credit Suisse First Boston Corporation, 24 July 2003.
- Moors And Cabot, Inc., 24 July 2003.
- Smith Barney Citigroup (Morning Meeting Notes), 24 July 2003.
- RBC Capital Markets (US), 7 August 2003.
- CIBC World Markets Corp., 7 August 2003.
- Credit Suisse First Boston Corporation, 3 September 2003.
- RBC Capital Markets (US), 11 September 2003.
- Smith Barney Citigroup (Morning Meeting Notes), 1 October 2003.
- Smith Barney Citigroup (Morning Meeting Notes), 1 October 2003.
- Smith Barney Citigroup, 1 October 2003.
- Smith Barney Citigroup (Morning Meeting Notes), 1 October 2003.
- RBC Capital Markets (US), 9 October 2003.
- Pacific Growth Equities, 21 October 2003.
- Credit Suisse First Boston Corporation, 23 October 2003.
- Moors And Cabot, Inc., 23 October 2003.
- Smith Barney Citigroup (Morning Meeting Notes), 23 October 2003.
- RBC Capital Markets (US), 23 October 2003.
- Smith Barney Citigroup (Morning Meeting Notes), 23 October 2003.
- Credit Suisse First Boston Morning Meeting Notes, 23 October 2003.
- Credit Suisse First Boston Morning Meeting Notes, 23 October 2003.
- Smith Barney Citigroup (Morning Meeting Notes), 23 October 2003.
- SG Cowen Securities Corporation, 23 October 2003.

EXHIBIT E PAGE 223

Exhibit 1, continued

- Pacific Growth Equities, 23 October 2003.
- Smith Barney Citigroup, 23 October 2003.
- RBC Capital Markets (US), 5 November 2003.
- Fulcrum Global Partners, 13 January 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 15 January 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 15 January 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 15 January 2004.
- Smith Barney Citigroup, 15 January 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 15 January 2004.
- Pacific Growth Equities, 27 January 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 28 January 2004.
- Smith Barney Citigroup, 28 January 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 28 January 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 28 January 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 28 January 2004.
- Pacific Growth Equities, 29 January 2004.
- Moors And Cabot, Inc., 29 January 2004.
- RBC Capital Markets (US), 29 January 2004.
- Fulcrum Global Partners, 29 January 2004.
- Credit Suisse First Boston Corporation, 29 January 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 29 January 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 29 January 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 29 January 2004.
- Credit Suisse First Boston Morning Meeting Notes, 29 January 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 29 January 2004.
- Credit Suisse First Boston Morning Meeting Notes, 29 January 2004.
- SG Cowen Securities Corporation, 29 January 2004.
- Janney Montgomery Scott LLC, 12 March 2004.
- Kaufman Brothers, 26 March 2004.
- Janney Montgomery Scott LLC, 23 April 2004.
- Kaufman Brothers, 26 April 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 27 April 2004.
- Pacific Growth Equities, 27 April 2004.
- Smith Barney Citigroup, 27 April 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 27 April 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 27 April 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 27 April 2004.
- Credit Suisse First Boston Morning Meeting Notes, 28 April 2004.

EXHIBIT E PAGE 224

**Exhibit 1, continued**

- SG Cowen Securities Corporation, 28 April 2004.
- Janney Montgomery Scott LLC, 28 April 2004.
- Credit Suisse First Boston Morning Meeting Notes, 28 April 2004.
- Pacific Growth Equities, 28 April 2004.
- Kaufman Brothers, 28 April 2004.
- Credit Suisse First Boston Corporation, 28 April 2004.
- Moors And Cabot, Inc., 28 April 2004.
- Credit Suisse First Boston Morning Meeting Notes, 28 April 2004.
- Pacific Growth Equities, 3 May 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 9 May 2004.
- Smith Barney Citigroup, 9 May 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 9 May 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 9 May 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 9 May 2004.
- Smith Barney Citigroup, 10 May 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 10 May 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 10 May 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 10 May 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 10 May 2004.
- Janney Montgomery Scott LLC, 19 May 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 6 July 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 6 July 2004.
- Smith Barney Citigroup, 6 July 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 6 July 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 6 July 2004.
- Credit Suisse First Boston Morning Meeting Notes, 7 July 2004.
- Credit Suisse First Boston Morning Meeting Notes, 7 July 2004.
- Pacific Growth Equities, 7 July 2004.
- Credit Suisse First Boston Corporation, 7 July 2004.
- Moors And Cabot, Inc., 13 July 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 28 July 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 28 July 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 28 July 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 28 July 2004.
- Pacific Growth Equities, 28 July 2004.
- Smith Barney Citigroup, 28 July 2004.
- Janney Montgomery Scott LLC, 29 July 2004.
- Credit Suisse First Boston Corporation, 29 July 2004.

117

## Exhibit 1, continued

- Credit Suisse First Boston Morning Meeting Notes, 29 July 2004.
- Pacific Growth Equities, 29 July 2004.
- Credit Suisse First Boston Morning Meeting Notes, 29 July 2004.
- Janney Montgomery Scott LLC, 4 October 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 27 October 2004.
- Smith Barney Citigroup, 27 October 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 27 October 2004.
- Smith Barney Citigroup, 27 October 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 27 October 2004.
- Pacific Growth Equities, 28 October 2004.
- Credit Suisse First Boston Corporation, 28 October 2004.
- Credit Suisse First Boston Morning Meeting Notes, 28 October 2004.
- Janney Montgomery Scott LLC, 28 October 2004.
- Credit Suisse First Boston Morning Meeting Notes, 28 October 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 29 November 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 29 November 2004.
- Smith Barney Citigroup, 29 November 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 29 November 2004.
- Smith Barney Citigroup (Morning Meeting Notes), 29 November 2004.
- Janney Montgomery Scott LLC, 30 November 2004.
- Credit Suisse First Boston Morning Meeting Notes, 20 December 2004.
- Credit Suisse First Boston Morning Meeting Notes, 20 December 2004.
- ValuEngine, Inc., 12 January 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 2 February 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 2 February 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 2 February 2005.
- Smith Barney Citigroup, 2 February 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 2 February 2005.
- Pacific Growth Equities, 3 February 2005.
- Janney Montgomery Scott LLC, 3 February 2005.
- JPMorgan, 24 February 2005.
- JPMorgan, 24 February 2005.
- Janney Montgomery Scott LLC, 14 March 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 26 April 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 26 April 2005.
- Smith Barney Citigroup, 26 April 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 26 April 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 26 April 2005.

EXHIBIT E PAGE 226

**Exhibit 1, continued**

- JPMorgan, 27 April 2005.
- Janney Montgomery Scott LLC, 27 April 2005.
- JPMorgan, 2 May 2005.
- Credit Suisse - North America, 3 May 2005.
- Credit Suisse First Boston Morning Meeting Notes, 3 May 2005.
- Credit Suisse First Boston Morning Meeting Notes, 3 May 2005.
- Credit Suisse First Boston Morning Meeting Notes, 3 May 2005.
- Credit Suisse First Boston Morning Meeting Notes, 3 May 2005.
- Credit Suisse - North America, 4 May 2005.
- Credit Suisse First Boston Morning Meeting Notes, 4 May 2005.
- Credit Suisse First Boston Morning Meeting Notes, 4 May 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 4 May 2005.
- Smith Barney Citigroup, 4 May 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 4 May 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 4 May 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 4 May 2005.
- Credit Suisse - North America, 5 May 2005.
- Janney Montgomery Scott LLC, 5 May 2005.
- JPMorgan, 5 May 2005.
- Pacific Growth Equities, 5 May 2005.
- PriceTarget Research, Inc., 22 May 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 31 May 2005.
- Credit Suisse First Boston Morning Meeting Notes, 31 May 2005.
- Credit Suisse - North America, 31 May 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 31 May 2005.
- Credit Suisse First Boston Morning Meeting Notes, 31 May 2005.
- Smith Barney Citigroup, 31 May 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 31 May 2005.
- Smith Barney Citigroup (Morning Meeting Notes), 31 May 2005.
- Janney Montgomery Scott LLC, 1 June 2005.
- JPMorgan, 1 June 2005.
- PriceTarget Research, Inc., 15 June 2005.
- SG Cowen Securities Corporation, 21 June 2005.
- SG Cowen Securities Corporation, 21 June 2005.
- JPMorgan, 21 July 2005.
- Citigroup (Morning Meeting Notes), 5 August 2005.
- Citigroup (Morning Meeting Notes), 5 August 2005.
- JPMorgan, 5 August 2005.

119

**Exhibit 1, continued**

- Citigroup (Morning Meeting Notes), 5 August 2005.
- Credit Suisse - North America, 5 August 2005.
- Credit Suisse First Boston Morning Meeting Notes, 5 August 2005.
- SG Cowen Securities Corporation, 5 August 2005.
- Janney Montgomery Scott LLC, 5 August 2005.
- Credit Suisse First Boston Morning Meeting Notes, 5 August 2005.
- Smith Barney Citigroup, 5 August 2005.
- Pacific Growth Equities, 5 August 2005.
- Citigroup (Morning Meeting Notes), 5 August 2005.
- SG Cowen Securities Corporation, 19 August 2005.
- Janney Montgomery Scott LLC, 24 August 2005.
- Credit Suisse - North America, 6 September 2005.
- Credit Suisse First Boston Morning Meeting Notes, 6 September 2005.
- Credit Suisse First Boston Morning Meeting Notes, 6 September 2005.
- RBC Capital Markets (US), 27 September 2005.
- Janney Montgomery Scott LLC, 3 November 2005.
- JPMorgan, 4 November 2005.
- Credit Suisse - North America, 7 November 2005.
- Citigroup, 7 November 2005.
- JPMorgan, 8 November 2005.
- RBC Capital Markets (US), 8 November 2005.
- SG Cowen Securities Corporation, 8 November 2005.
- SG Cowen Securities Corporation, 6 January 2006.
- JPMorgan, 6 January 2006.
- PriceTarget Research, Inc., 16 January 2006.
- PriceTarget Research, Inc., 22 January 2006.
- PriceTarget Research, Inc., 29 January 2006.
- JPMorgan, 31 January 2006.
- RBC Capital Markets (US), 8 February 2006.
- Credit Suisse - North America, 9 February 2006.
- SG Cowen Securities Corporation, 9 February 2006.
- Janney Montgomery Scott LLC, 9 February 2006.
- JPMorgan, 9 February 2006.
- PriceTarget Research, Inc., 26 February 2006.
- PriceTarget Research, Inc., 5 March 2006.
- PriceTarget Research, Inc., 12 March 2006.
- SG Cowen Securities Corporation, 17 March 2006.
- PriceTarget Research, Inc., 19 March 2006.

EXHIBIT E PAGE 228

**Exhibit 1, continued**

- PriceTarget Research, Inc., 26 March 2006.
- PriceTarget Research, Inc., 2 April 2006.
- PriceTarget Research, Inc., 9 April 2006.
- JPMorgan, 10 April 2006.
- PriceTarget Research, Inc., 16 April 2006.
- PriceTarget Research, Inc., 23 April 2006.
- PriceTarget Research, Inc., 30 April 2006.
- JPMorgan, 2 May 2006.
- RBC Capital Markets (US), 3 May 2006.
- Credit Suisse - North America, 4 May 2006.
- RBC Capital Markets (US), 5 May 2006.
- SG Cowen Securities Corporation, 5 May 2006.
- JPMorgan, 5 May 2006.
- Janney Montgomery Scott LLC, 5 May 2006.
- PriceTarget Research, Inc., 14 May 2006.
- Prudential Equity Group, Inc., 17 May 2006.
- Prudential Equity Group, Inc., 17 May 2006.
- Goldman Sachs, 19 May 2006.
- Credit Suisse - North America, 23 May 2006.
- SG Cowen Securities Corporation, 23 May 2006.
- Prudential Equity Group, Inc., 23 May 2006.
- JPMorgan, 25 May 2006.
- PriceTarget Research, Inc., 28 May 2006.
- JPMorgan, 1 June 2006.
- Prudential Equity Group, Inc., 1 June 2006.
- JPMorgan, 6 June 2006.
- Credit Suisse - North America, 16 June 2006.
- Prudential Equity Group, Inc., 27 June 2006.
- Prudential Equity Group, Inc., 28 June 2006.
- Janney Montgomery Scott LLC, 5 July 2006.
- Prudential Equity Group, Inc., 5 July 2006.
- JPMorgan, 5 July 2006.
- Credit Suisse - North America, 6 July 2006.
- Cowen And Company, 6 July 2006.
- Prudential Equity Group, Inc., 17 July 2006.
- New Constructs LLC, 22 July 2006.
- JPMorgan, 4 August 2006.
- Prudential Equity Group, Inc., 7 August 2006.

121

**Exhibit 1, continued**

- RBC Capital Markets (US), 8 August 2006.
- Prudential Equity Group, Inc., 9 August 2006.
- Credit Suisse - North America, 9 August 2006.
- Janney Montgomery Scott LLC, 9 August 2006.
- RBC Capital Markets (US), 9 August 2006.
- Cowen And Company, 9 August 2006.
- JPMorgan, 9 August 2006.
- Prudential Equity Group, Inc., 7 September 2006.
- Prudential Equity Group, Inc., 3 October 2006.
- JPMorgan, 4 October 2006.
- New Constructs LLC, 29 October 2006.
- New Constructs LLC, 25 November 2006.
- Credit Suisse - North America, 26 November 2006.
- New Constructs LLC, 2 December 2006.
- JPMorgan, 15 December 2006.
- Best Independent Research LLC, 18 December 2006.
- Credit Suisse - North America, 15 January 2007.
- JPMorgan, 16 January 2007.
- Credit Suisse - North America, 16 January 2007.
- RBC Capital Markets (US), 16 January 2007.
- PriceTarget Research, Inc., 4 February 2007.
- JPMorgan, 8 February 2007.
- Cowen And Company, 12 March 2007.
- Best Independent Research LLC, 18 March 2007.
- RBC Capital Markets (US), 26 March 2007.
- JPMorgan, 27 March 2007.
- CIBC World Markets Corp., 23 April 2007.
- Credit Suisse - North America, 2 May 2007.
- JPMorgan, 18 May 2007.
- PriceTarget Research, Inc., 5 June 2007.
- RBC Capital Markets (US), 22 June 2007.
- Raker, Todd, Brian Thackray, and Todd May, "*Infrastructure SW Update: Analyzing potential for back dated stock options,*" Deutsche Bank, 17 May 2006.

EXHIBIT E PAGE 230

**Exhibit 1, continued**

## SEC FILINGS

- Quest Software Inc., Form S-3 dated 26 September 2000.
- Quest Software Inc., Form 10-Q for the Period Ended 30 September 2000.
- Quest Software Inc., Form 10-K for the Period Ended 31 December 2000.
- Quest Software Inc., Form 10-Q for the Period Ended 31 March 2001.
- Quest Software Inc., Form PRE 14A dated April 2001.
- Quest Software Inc., Form DEF 14A dated 3 May 2001.
- Quest Software Inc., Form 10-Q for the Period Ended 30 June 2001.
- Quest Software Inc., Form 10-Q for the Period Ended 30 September 2001.
- Quest Software Inc., Form 10-Q for the Period Ended 31 March 2002.
- Quest Software Inc., Form DEF 14A dated 30 April 2002.
- Quest Software Inc., Form 10-Q for the Period Ended 30 June 2002.
- Quest Software Inc., Form 10-Q for the Period Ended 30 September 2002.
- Quest Software Inc., Form 10-Q/A for the Period Ended 30 September 2002.
- Quest Software Inc., Form 10-K for the Period Ended 31 December 2002.
- Quest Software Inc., Form 10-K/A for the Period Ended 31 December 2002.
- Quest Software Inc., Form 10-Q for the Period Ended 31 March 2003.
- Quest Software Inc., Form 10-Q/A for the Period Ended 31 March 2003.
- Quest Software Inc., Form DEF 14A dated 30 April 2003.
- Quest Software Inc., Form 10-Q for the Period Ended 30 June 2003.
- Quest Software Inc., Form 10-Q for the Period Ended 30 September 2003.
- Quest Software Inc., Form PRE 14A dated October 2003.
- Quest Software Inc., Form 10-K for the Period Ended 31 December 2003.
- Quest Software Inc., Form 10-K/A for the Period Ended 31 December 2003.
- Quest Software Inc., Form 10-Q for the Period Ended 31 March 2004.
- Quest Software Inc., Form DEF 14A dated 19 May 2004.
- Quest Software Inc., Form 10-Q for the Period Ended 30 June 2004.
- Quest Software Inc., Form 10-Q/A for the Period Ended 30 June 2004.
- Quest Software Inc., Form 10-Q for the Period Ended 30 September 2004.
- Quest Software Inc., Form 10-K for the Period Ended 31 December 2004.
- Quest Software Inc., Form 10-K/A for the Period Ended 31 December 2004.
- Quest Software Inc., Form 10-Q for the Period Ended 31 March 2005.
- Quest Software Inc., Form 10-Q for the Period Ended 30 June 2005.
- Quest Software Inc., Form PRE 14A dated July 2005.
- Quest Software Inc., Form DEF 14A dated 11 July 2005.
- Quest Software Inc., Form 10-Q for the Period Ended 30 September 2005.
- Quest Software Inc., Form 10-K for the Period Ended 31 December 2005.
- Quest Software Inc., Form 10-K/A for the Period Ended 31 December 2005.

EXHIBIT E PAGE 231

**Exhibit 1, continued**

- Quest Software Inc., Form 10-Q for the Period Ended 31 March 2006.
- Quest Software Inc., Form 10-K for the Period Ended 31 December 2006.

## ACADEMIC LITERATURE

- Barber, Brad M., Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stock Efficiency," in *Journal of Corporation Law*, 1994.
- Campbell, John Y., Andrew W. Lo, and A. Craig MacKinlay, *The Econometrics of Financial Markets*, Princeton University Press, 1997.
- Conover, W. J., *Practical Nonparametric Statistics*, 2nd edition, John Wiley & Sons, 1980.
- Daniel, Wayne W., *Applied Nonparametric Statistics*, Houghton Mifflin, 1978.
- Hollander, Wolfe, *Nonparametric Statistical Methods*, John Wiley & Sons, 1973.
- Miller, Rupert G. Jr., *Beyond ANOVA, Basics of Applied Statistics*, John Wiley & Sons, 1986.
- Tabak, David, and Frederick Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in *Litigation Services Handbook*, 3rd edition, John Wiley & Sons, 2001.
- Zar, Jerrold H., *Biostatistical Analysis*, 3rd edition, Prentice-Hall, 1996.

## DATA AND DATABASES

- Capital IQ
- Factiva
- NASDAQ OMX
- Center for Research in Security Prices (CRSP)
- Thomson Financial
- Thomson Financial Investext Database

## CONFERENCE CALL TRANSCRIPTS

- "Event Transcript - Quest Software Inc (QSFT) – Q2 2002 Financial Release Conference Call". Fair Disclosure Financial Network, Inc., 25 July 2002.
- "Event Transcript - Quest Software Inc (QSFT) – Q3 2002 Financial Release Conference Call". Fair Disclosure Financial Network, Inc., 23 October 2002.
- "Event Transcript - Quest Software Inc (QSFT) Q4 2002 Financial Release Conference Call Event Transcript." Fair Disclosure Financial Network, Inc., 29 January 2003.
- "Event Transcript - Quest Software Inc (QSFT) Q1 2003 Financial Release Conference Call Event Transcript ." Fair Disclosure Financial Network, Inc., 23 April 2003.

EXHIBIT E PAGE 232

Exhibit 1, continued

- "Event Transcript - Quest Software Inc (QSFT) Q2 2003 Financial Release Conference Call." Fair Disclosure Financial Network, Inc., 23 July 2003.
- "Final Transcript - QSFT - Q3 2003 Quest Software Inc. Earnings Conference Call." Fair Disclosure Financial Network, Inc., 22 October 2003.
- "Final Transcript -QSFT - Q4 2003 Quest Software Inc. Earnings Conference Call." Fair Disclosure Financial Network, Inc., 28 January 2004.
- "Preliminary Transcript - QSFT - Q3 2004 Quest Software Inc. Earnings Conference Call." Thomson StreetEvents, 27 October 2004.
- "Preliminary Transcript - QSFT - Quest Software Inc. Conference Call." Thomson StreetEvents, 29 November 2004.
- "Preliminary Transcript - QSFT - Q4 2004 Quest Software Inc. Earnings Conference Call." Thomson StreetEvents, 2 February 2005.
- "Final Transcript - QSFT - Quest Software Inc. Merger & Acquisition Announcement." Thomson StreetEvents, 26 April 2005.
- "Preliminary Transcript - QSFT - Q1 2005 Quest Software Inc. Earnings Conference Call." Thomson StreetEvents, 4 May 2005.
- "Final Transcript - QSFT - Quest Software Inc. Merger & Acquisition Announcement." Thomson StreetEvents, 31 May 2005.
- "Preliminary Transcript - QSFT - Q2 2005 Quest Software Inc. Earnings Conference Call." Thomson StreetEvents, 4 August 2005.
- "Preliminary Transcript - QSFT - Q3 2005 Quest Software Inc. Earnings Conference Call." Thomson StreetEvents, 7 November 2005.
- "Preliminary Transcript - QSFT - Q4 2005 Quest Software Inc. Earnings Conference Call." Thomson StreetEvents, 8 February 2006.
- "Preliminary Transcript - QSFT - Q1 2006 Quest Software Inc. Earnings Conference Call." Thomson StreetEvents, 4 May 2006.
- "Preliminary Transcript - QSFT - Q2 2006 Quest Software Inc. Revenues Conference Call." Thomson StreetEvents, 8 August 2006.

## OTHER

- *Cammer v. Bloom*, 711 F. Supp. 1264, 1286-87 (D.N.J. 1989).
- Any other documents and data cited in the report.

EXHIBIT E PAGE _233_

### Exhibit 2

#### Curriculum Vitae

#### STEVEN P. FEINSTEIN, PH.D., CFA

Babson College
Finance Division
Babson Park, MA 02457
781-239-5275
Feinstein@Babson.Edu

### EDUCATION

1989   YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986   YALE UNIVERSITY
M.Phil. in Economics

1983   YALE UNIVERSITY
M.A. in Economics

1981   POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)

### TEACHING EXPERIENCE

| | |
|---|---|
| 1996 – present | BABSON COLLEGE<br>Babson Park, MA<br>Full-time Faculty, Finance Division<br>Associate Professor (2000-present)<br>Donald P. Babson Endowed Chair in Applied Investments (2002-present)<br>Faculty Director of the Babson College Fund (2002-2009)<br>Director of the Stephen D. Cutler Investment Management Center<br>(2002-2007)<br>Assistant Professor (1996-2000) |
| 1992 - 2002 | BOSTON UNIVERSITY CHARTERED FINANCIAL ANALYSTS<br>(CFA) REVIEW PROGRAM<br>Instructor<br>A 3-level program preparing financial analysts, portfolio managers,<br>brokers and other investment professionals for the examinations leading to |

126

EXHIBIT E PAGE 234

**Exhibit 2, continued**

professional certification. The core curriculum consists of the following modules:

- Equity Securities Analysis
- Fixed Income Securities Analysis
- Portfolio Management
- Derivatives
- Financial Accounting
- Economic Analysis
- Quantitative Analysis
- Ethical and Professional Standards

| | |
|---|---|
| 1990 - 1995 | BOSTON UNIVERSITY SCHOOL OF MANAGEMENT, Boston, MA<br>Full-time Faculty, Department of Finance |
| 1993 - 1994 | WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS, St. Louis, MO<br>Visiting Assistant Professor, Department of Finance |

## BUSINESS EXPERIENCE

| | |
|---|---|
| 2008 - Present | CROWNINSHIELD FINANCIAL RESEARCH, Wellesley, MA<br>Managing Principal and Senior Expert |
| 1996 - 2008 | THE MICHEL-SHAKED GROUP, Boston, MA<br>Senior Expert (2001 - 2008)<br>Affiliated Expert (1996 - 2001) |
| 1987 - 1990 | FEDERAL RESERVE BANK OF ATLANTA<br>Economist |

## PROFESSIONAL DESIGNATIONS

1998   Chartered Financial Analyst

## RESEARCH AWARDS

1999   Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and Featured Speaker at Real Estate Finance Association Meetings

EXHIBIT E PAGE 235

**Exhibit 2, continued**

## PAPERS AND PUBLICATIONS

"Fraud-on-the-market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees" (with Allen J. Michel and Israel Shaked). *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, and 3rd edition 2001.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance.* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.

"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

EXHIBIT E PAGE 236

**Exhibit 2, continued**

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management.* New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages.* New York: Irwin, 1996.

"The Hull and White Implied Volatility." Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990. Reprinted in *Financial Derivatives: New Instruments and Their Uses.* Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989. Reprinted in *Financial Derivatives: New Instruments and Their Uses.* Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased." Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988. Reprinted in *Financial Derivatives: New Instruments and Their Uses.* Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank Of Atlanta Economic Review*, Summer 1987.

EXHIBIT E PAGE 237

**Exhibit 2, continued**

**PRESENTATIONS**

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.

"Evidence of Yield Burning in Municipal Refundings" at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis" at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

EXHIBIT E PAGE 238

**Exhibit 2, continued**

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility: Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.

## REVIEWED ARTICLES AND BOOKS FOR:

Journal of Economic Education
Journal of Forensic Economics
Journal of Risk
Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing

## COURSES TAUGHT

Valuation (MBA)
Investments (MBA and Executive)
Equity Markets (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Babson College Fund (Undergraduate and MBA)
Options and Futures (Undergraduate)
Advanced Derivative Securities (MBA)
Corporate Finance (MBA and Executive)
Financial Management (MBA)

131

EXHIBIT E PAGE 239

**Exhibit 2, continued**

Risk Management (MBA)
Corporate Financial Strategy (MBA)
Integrated Management (Undergraduate)
Cross-Functional Management (Integrated curriculum, Undergraduate)
Continuous-Time Finance (Doctoral)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Introduction to Derivatives Securities (Executive)
International Finance (Executive)

## TEACHING AWARDS

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.

## SELECT LIST OF MEDIA CITATIONS

"Hospital Move Presents Buy-Out Groups With New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 25, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *Boston Globe*, March 31, 2002, page C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

EXHIBIT E PAGE 240

**Exhibit 2, continued**

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *Boston Globe*, March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *Wall Street Journal*, August 28, 1995.
"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.

## MEMBERSHIP IN PROFESSIONAL SOCIETIES

American Finance Association
Boston Security Analysts Society
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
North American Case Research Association

EXHIBIT E PAGE 241

## Exhibit 3

### Steven P. Feinstein, Ph.D., CFA

#### Testimony Appearances in the Last 4 Years

Motorola Securities Litigation
United States District Court
Northeastern District of Illinois
Eastern Division
Deposition Testimony
June 2006 and March 2007

Holcombe T. Green and HTG Corp.
v. McKesson Corp. et. al. /
Hall Family Investments, L.P.
v. McKesson Corp. et. al.
Superior Court for the County of Fulton
State of Georgia
Civil Action File Nos. 2002-CV-48407 and 2002-CV-48612
Deposition Testimony
July 2006

In Re Cigna Corp. Securities Litigation.
United States District Court
Eastern District of Pennsylvania
Master File No. 2:02CV8088
Deposition Testimony
September 2006

In Re Bridgestone Securities Litigation
United States District Court
Middle District of Tennessee, Nashville Division
Master File No. 3:01-0017, Class Action
Deposition Testimony
October 2006

In Re Apollo Group, Inc.
United States District Court
District of Arizona
Lead Case No. CV 04-2147-PHX-JAT, Class Action
Deposition Testimony
February 2007
Trial Tesimony
December 2007

134

**Exhibit 3, continued**

In Re Veeco Instruments, Inc. Securities Litigation
United States District Court
Southern District of New York
Case No. 7:05-MD-1695 (CM)
Deposition Testimony
June 2007

Ellington Overseas Partners. LTD. and
Ellington Long Term Fund. LTD.
v. HSBC Securities (USA) Inc.
United States District Court
Southern District of New York
06-CV-02353
July 2007

Carpenters Health and Welfare Fund, et al.
vs. Coca-Cola Company
United States District Court
Northern District of Georgia, Atlanta Division
File No. 1:00-CV-2838-WBH
Deposition Testimony
August 2007

In Re Schering-Plough Corporation Securities Litigation
United States District Court
District of New Jersey
01-CV-0829 (KSH/MF)
Deposition Testimony
September 2007

In Re ProQuest Company Securities Litigation
United States District Court
Eastern District Of Michigan, Southern Division
Master File No. 2:06-cv-10619
Deposition Testimony
May 2008

Marvin Overby, et al. vs. Tyco International, Ltd., et al.
United States District Court
District of New Hampshire
Case No. 02-CV-1357-B
Deposition Testimony
May 2008

135

EXHIBIT E PAGE 243

Exhibit 3, continued

Franz Schleicher, et al. vs. Gary C. Wendt, et al.
(Conseco, Inc.)
United States District Court
Southern District of Indiana, Indianapolis Division
File No. 02 CV 1332 DFH-TAB
Deposition Testimony
July 2008

In Re The Mills Corporation Securities Litigation
United States District Court
Eastern District of Virginia, Alexandria Division
C.A. No. 1:06-cv-00077 (LO/TJR)
Deposition Testimony
September 2008

In Re Cooper Companies, Inc. Securities Litigation
United States District Court
Central District of California, Southern Division
No. SACV-06-00169-CJC(RNBx)
Deposition Testimony
October 2008

Debra Hall, et al. vs. The Children's Place Retail Stores, Inc., et al.
United States District Court
Southern District of New York
Civil Action No. 1:07-cv-08252-SAS
Deposition Testimony
December 2008

Robert Ross, et al. vs. Abercrombie & Fitch Company, et al.
United States District Court
Southern District of Ohio, Eastern Division
No. 2:05-cv-00819
Deposition Testimony
February 2009

EXHIBIT E PAGE 244

Exhibit 4

## Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|------|------|------|------|------|
| 11/9/2000 | $43.31 | 572,900 | 5.64% | 5.49% |
| 11/10/2000 | $42.38 | 232,500 | -2.16% | -2.19% |
| 11/13/2000 | $42.81 | 761,200 | 1.03% | 1.03% |
| 11/14/2000 | $45.50 | 732,100 | 6.28% | 6.09% |
| 11/15/2000 | $44.63 | 298,300 | -1.92% | -1.94% |
| 11/16/2000 | $43.13 | 563,900 | -3.36% | -3.42% |
| 11/17/2000 | $38.67 | 423,000 | -10.33% | -10.90% |
| 11/20/2000 | $35.88 | 249,900 | -7.23% | -7.51% |
| 11/21/2000 | $32.44 | 355,700 | -9.58% | -10.07% |
| 11/22/2000 | $37.81 | 729,900 | 16.57% | 15.33% |
| 11/24/2000 | $37.47 | 122,700 | -0.91% | -0.91% |
| 11/27/2000 | $36.13 | 186,800 | -3.59% | -3.65% |
| 11/28/2000 | $32.81 | 106,100 | -9.17% | -9.62% |
| 11/29/2000 | $28.81 | 555,400 | -12.19% | -13.00% |
| 11/30/2000 | $27.00 | 464,000 | -6.29% | -6.50% |
| 12/1/2000 | $31.13 | 386,000 | 15.28% | 14.22% |
| 12/4/2000 | $31.75 | 385,000 | 2.01% | 1.99% |
| 12/5/2000 | $38.88 | 2,513,500 | 22.44% | 20.25% |
| 12/6/2000 | $35.85 | 745,900 | -7.72% | -8.03% |
| 12/7/2000 | $32.88 | 277,000 | -8.36% | -8.73% |
| 12/8/2000 | $38.06 | 1,014,100 | 15.78% | 14.65% |
| 12/11/2000 | $40.19 | 878,700 | 5.58% | 5.43% |
| 12/12/2000 | $37.50 | 250,700 | -6.69% | -6.92% |
| 12/13/2000 | $37.31 | 1,759,100 | -0.50% | -0.50% |
| 12/14/2000 | $34.75 | 305,900 | -6.57% | -7.11% |
| 12/15/2000 | $33.81 | 1,011,500 | -2.70% | -2.73% |
| 12/18/2000 | $34.63 | 2,286,600 | 2.40% | 2.37% |
| 12/19/2000 | $34.13 | 1,171,200 | -1.44% | -1.45% |
| 12/20/2000 | $31.94 | 1,494,200 | -6.41% | -6.62% |
| 12/21/2000 | $30.14 | 650,300 | -5.63% | -5.79% |
| 12/22/2000 | $29.75 | 672,600 | -1.30% | -1.30% |
| 12/26/2000 | $29.38 | 419,800 | -1.26% | -1.27% |
| 12/27/2000 | $29.25 | 332,000 | -0.43% | -0.43% |
| 12/28/2000 | $30.56 | 647,400 | 4.49% | 4.39% |
| 12/29/2000 | $28.06 | 309,800 | -8.18% | -8.53% |
| 1/2/2001 | $23.69 | 1,183,400 | -15.59% | -16.95% |
| 1/3/2001 | $28.00 | 766,400 | 18.21% | 16.73% |
| 1/4/2001 | $24.00 | 544,900 | -14.29% | -15.42% |
| 1/5/2001 | $23.81 | 493,700 | -0.78% | -0.78% |
| 1/8/2001 | $23.81 | 457,700 | 0.00% | 0.00% |
| 1/9/2001 | $26.00 | 302,100 | 9.19% | 8.79% |
| 1/10/2001 | $27.50 | 371,800 | 5.77% | 5.61% |
| 1/11/2001 | $29.81 | 1,180,000 | 8.41% | 8.07% |
| 1/12/2001 | $28.94 | 690,100 | -2.94% | -2.98% |
| 1/16/2001 | $27.00 | 421,900 | -6.70% | -6.93% |
| 1/17/2001 | $27.75 | 815,600 | 2.78% | 2.74% |
| 1/18/2001 | $29.50 | 647,200 | 6.31% | 6.12% |

137

**Exhibit 4, continued**

**Quest Software Inc., Stock Price, Volume, and Return**

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 1/19/2001 | $28.81 | 758,900 | -2.33% | -2.36% |
| 1/22/2001 | $33.63 | 672,700 | 16.70% | 15.45% |
| 1/23/2001 | $34.13 | 683,900 | 1.49% | 1.48% |
| 1/24/2001 | $37.75 | 895,200 | 10.62% | 10.10% |
| 1/25/2001 | $33.38 | 303,300 | -11.59% | -12.32% |
| 1/26/2001 | $33.00 | 375,700 | -1.12% | -1.13% |
| 1/29/2001 | $37.58 | 418,300 | 13.87% | 12.99% |
| 1/30/2001 | $39.00 | 1,077,800 | 3.78% | 3.71% |
| 1/31/2001 | $37.44 | 1,452,900 | -4.01% | -4.09% |
| 2/1/2001 | $34.94 | 788,800 | -6.68% | -6.91% |
| 2/2/2001 | $33.25 | 351,900 | -4.83% | -4.95% |
| 2/5/2001 | $32.50 | 397,700 | -2.26% | -2.28% |
| 2/6/2001 | $33.56 | 406,600 | 3.27% | 3.22% |
| 2/7/2001 | $32.94 | 476,100 | -1.86% | -1.88% |
| 2/8/2001 | $31.50 | 772,800 | -4.36% | -4.46% |
| 2/9/2001 | $28.00 | 562,300 | -11.11% | -11.78% |
| 2/12/2001 | $28.94 | 416,300 | 3.35% | 3.29% |
| 2/13/2001 | $30.38 | 557,200 | 4.97% | 4.85% |
| 2/14/2001 | $30.81 | 664,900 | 1.44% | 1.43% |
| 2/15/2001 | $33.31 | 394,500 | 8.11% | 7.80% |
| 2/16/2001 | $32.50 | 400,900 | -2.44% | -2.47% |
| 2/20/2001 | $30.06 | 459,800 | -7.50% | -7.80% |
| 2/21/2001 | $28.56 | 618,800 | -4.99% | -5.12% |
| 2/22/2001 | $27.13 | 696,400 | -5.03% | -5.16% |
| 2/23/2001 | $26.97 | 919,400 | -0.58% | -0.58% |
| 2/26/2001 | $28.00 | 555,400 | 3.82% | 3.75% |
| 2/27/2001 | $27.25 | 806,200 | -2.68% | -2.72% |
| 2/28/2001 | $25.88 | 742,100 | -5.05% | -5.18% |
| 3/1/2001 | $25.94 | 701,300 | 0.24% | 0.24% |
| 3/2/2001 | $21.50 | 1,954,600 | -17.11% | -18.76% |
| 3/5/2001 | $19.94 | 596,700 | -7.27% | -7.55% |
| 3/6/2001 | $21.88 | 1,005,700 | 9.72% | 9.27% |
| 3/7/2001 | $22.25 | 649,100 | 1.71% | 1.70% |
| 3/8/2001 | $22.00 | 673,300 | -1.12% | -1.13% |
| 3/9/2001 | $20.88 | 780,600 | -5.11% | -5.25% |
| 3/12/2001 | $19.81 | 753,100 | -5.09% | -5.22% |
| 3/13/2001 | $19.55 | 851,400 | -1.34% | -1.35% |
| 3/14/2001 | $17.73 | 1,408,200 | -9.27% | -9.73% |
| 3/15/2001 | $18.06 | 715,500 | 1.85% | 1.83% |
| 3/16/2001 | $17.00 | 1,352,400 | -5.88% | -6.06% |
| 3/19/2001 | $20.06 | 768,900 | 18.01% | 16.56% |
| 3/20/2001 | $19.38 | 595,500 | -3.43% | -3.49% |
| 3/21/2001 | $18.56 | 431,400 | -4.19% | -4.28% |
| 3/22/2001 | $18.38 | 514,000 | -1.01% | -1.02% |
| 3/23/2001 | $19.50 | 852,000 | 6.12% | 5.94% |
| 3/26/2001 | $19.81 | 754,900 | 1.60% | 1.59% |
| 3/27/2001 | $17.25 | 933,400 | -12.93% | -13.85% |

138

Exhibit 4, continued

Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 3/28/2001 | $15.13 | 2,103,300 | -12.32% | -13.15% |
| 3/29/2001 | $17.38 | 1,545,700 | 14.88% | 13.87% |
| 3/30/2001 | $17.75 | 1,176,400 | 2.16% | 2.14% |
| 4/2/2001 | $17.58 | 679,000 | -0.97% | -0.97% |
| 4/3/2001 | $16.06 | 1,460,600 | -8.62% | -9.02% |
| 4/4/2001 | $14.81 | 1,592,700 | -7.78% | -8.10% |
| 4/5/2001 | $15.56 | 2,055,700 | 5.06% | 4.94% |
| 4/6/2001 | $15.94 | 724,100 | 2.41% | 2.38% |
| 4/9/2001 | $16.94 | 658,000 | 6.29% | 6.10% |
| 4/10/2001 | $20.90 | 2,126,000 | 23.38% | 21.01% |
| 4/11/2001 | $20.93 | 1,193,600 | 0.14% | 0.14% |
| 4/12/2001 | $24.53 | 2,135,900 | 17.20% | 15.87% |
| 4/16/2001 | $27.40 | 1,674,500 | 11.70% | 11.06% |
| 4/17/2001 | $26.60 | 1,582,200 | -2.92% | -2.96% |
| 4/18/2001 | $30.05 | 2,890,000 | 12.97% | 12.20% |
| 4/19/2001 | $30.25 | 1,526,300 | 0.67% | 0.66% |
| 4/20/2001 | $33.07 | 1,129,500 | 9.32% | 8.91% |
| 4/23/2001 | $29.47 | 1,194,000 | -10.89% | -11.53% |
| 4/24/2001 | $30.92 | 1,043,300 | 4.92% | 4.80% |
| 4/25/2001 | $28.88 | 1,675,500 | -6.60% | -6.83% |
| 4/26/2001 | $27.80 | 1,764,600 | -3.74% | -3.81% |
| 4/27/2001 | $32.02 | 2,046,200 | 15.18% | 14.13% |
| 4/30/2001 | $36.78 | 2,336,000 | 14.87% | 13.86% |
| 5/1/2001 | $35.20 | 1,716,600 | -4.30% | -4.39% |
| 5/2/2001 | $36.00 | 1,005,900 | 2.27% | 2.25% |
| 5/3/2001 | $33.00 | 1,046,600 | -8.33% | -8.70% |
| 5/4/2001 | $33.05 | 1,100,000 | 0.15% | 0.15% |
| 5/7/2001 | $31.90 | 1,460,100 | -3.48% | -3.54% |
| 5/8/2001 | $31.72 | 1,241,800 | -0.56% | -0.57% |
| 5/9/2001 | $31.00 | 1,177,000 | -2.27% | -2.30% |
| 5/10/2001 | $30.96 | 919,800 | -0.13% | -0.13% |
| 5/11/2001 | $29.85 | 743,000 | -3.59% | -3.65% |
| 5/14/2001 | $29.22 | 819,100 | -2.11% | -2.13% |
| 5/15/2001 | $29.71 | 570,600 | 1.68% | 1.66% |
| 5/16/2001 | $29.40 | 1,074,900 | -1.04% | -1.05% |
| 5/17/2001 | $31.54 | 1,740,500 | 7.28% | 7.03% |
| 5/18/2001 | $33.36 | 1,551,700 | 5.77% | 5.61% |
| 5/21/2001 | $34.38 | 1,655,900 | 3.06% | 3.01% |
| 5/22/2001 | $36.92 | 2,772,100 | 7.39% | 7.13% |
| 5/23/2001 | $34.81 | 1,226,800 | -5.72% | -5.88% |
| 5/24/2001 | $35.42 | 1,046,000 | 1.75% | 1.74% |
| 5/25/2001 | $36.13 | 1,440,800 | 2.00% | 1.98% |
| 5/29/2001 | $34.31 | 1,515,700 | -5.04% | -5.17% |
| 5/30/2001 | $31.18 | 1,594,500 | -9.12% | -9.57% |
| 5/31/2001 | $31.16 | 1,567,800 | -0.06% | -0.06% |
| 6/1/2001 | $31.60 | 702,800 | 1.41% | 1.40% |
| 6/4/2001 | $30.25 | 984,300 | -4.27% | -4.37% |

139

## Exhibit 4, continued

## Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 6/5/2001 | $32.49 | 2,128,900 | 7.40% | 7.14% |
| 6/6/2001 | $32.27 | 1,087,500 | -0.68% | -0.68% |
| 6/7/2001 | $31.08 | 556,600 | -3.69% | -3.76% |
| 6/8/2001 | $31.39 | 754,600 | 1.00% | 0.99% |
| 6/11/2001 | $30.00 | 607,800 | -4.43% | -4.53% |
| 6/12/2001 | $29.50 | 926,800 | -1.67% | -1.68% |
| 6/13/2001 | $28.85 | 807,800 | -2.20% | -2.23% |
| 6/14/2001 | $25.00 | 4,303,600 | -13.34% | -14.32% |
| 6/15/2001 | $24.95 | 1,303,300 | -0.20% | -0.20% |
| 6/18/2001 | $23.94 | 654,700 | -4.05% | -4.13% |
| 6/19/2001 | $28.60 | 3,935,500 | 19.47% | 17.79% |
| 6/20/2001 | $31.20 | 1,815,000 | 9.09% | 8.70% |
| 6/21/2001 | $34.81 | 1,960,100 | 11.57% | 10.95% |
| 6/22/2001 | $34.43 | 2,106,900 | -1.09% | -1.10% |
| 6/25/2001 | $34.05 | 836,700 | -1.10% | -1.11% |
| 6/26/2001 | $34.80 | 898,400 | 2.20% | 2.18% |
| 6/27/2001 | $36.91 | 1,170,300 | 6.06% | 5.89% |
| 6/28/2001 | $37.20 | 2,390,900 | 0.79% | 0.78% |
| 6/29/2001 | $37.75 | 1,219,000 | 1.48% | 1.47% |
| 7/2/2001 | $37.31 | 802,100 | -1.17% | -1.17% |
| 7/3/2001 | $35.75 | 773,600 | -4.18% | -4.27% |
| 7/5/2001 | $34.20 | 489,100 | -4.34% | -4.43% |
| 7/6/2001 | $32.67 | 380,200 | -4.47% | -4.57% |
| 7/9/2001 | $32.25 | 664,500 | -1.29% | -1.30% |
| 7/10/2001 | $31.96 | 957,800 | -0.90% | -0.90% |
| 7/11/2001 | $31.79 | 1,469,600 | -0.53% | -0.53% |
| 7/12/2001 | $33.11 | 728,800 | 4.15% | 4.07% |
| 7/13/2001 | $32.90 | 426,300 | -0.63% | -0.64% |
| 7/16/2001 | $31.97 | 579,000 | -2.83% | -2.87% |
| 7/17/2001 | $31.35 | 605,700 | -1.94% | -1.95% |
| 7/18/2001 | $28.94 | 1,945,300 | -7.69% | -8.00% |
| 7/19/2001 | $26.51 | 1,045,800 | -8.40% | -8.77% |
| 7/20/2001 | $26.20 | 1,823,700 | -1.17% | -1.18% |
| 7/23/2001 | $25.85 | 1,191,000 | -1.34% | -1.34% |
| 7/24/2001 | $24.71 | 1,576,900 | -4.41% | -4.51% |
| 7/25/2001 | $26.57 | 1,967,000 | 7.53% | 7.26% |
| 7/26/2001 | $29.14 | 3,263,600 | 9.67% | 9.23% |
| 7/27/2001 | $28.98 | 726,100 | -0.55% | -0.55% |
| 7/30/2001 | $27.29 | 630,100 | -5.83% | -6.01% |
| 7/31/2001 | $28.07 | 1,144,500 | 2.86% | 2.82% |
| 8/1/2001 | $29.05 | 806,600 | 3.49% | 3.43% |
| 8/2/2001 | $28.57 | 754,900 | -1.65% | -1.67% |
| 8/3/2001 | $28.20 | 430,900 | -1.30% | -1.30% |
| 8/6/2001 | $27.23 | 334,400 | -3.44% | -3.50% |
| 8/7/2001 | $28.20 | 431,000 | 3.56% | 3.49% |
| 8/8/2001 | $25.20 | 847,300 | -10.63% | -11.24% |
| 8/9/2001 | $22.07 | 1,858,100 | -12.42% | -13.26% |

140

### Exhibit 4, continued

### Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 8/10/2001 | $20.15 | 2,388,900 | -8.70% | -9.10% |
| 8/13/2001 | $22.19 | 1,456,600 | 10.12% | 9.64% |
| 8/14/2001 | $21.40 | 1,439,900 | -3.56% | -3.63% |
| 8/15/2001 | $18.45 | 2,808,700 | -13.79% | -14.83% |
| 8/16/2001 | $18.90 | 790,300 | 2.44% | 2.41% |
| 8/17/2001 | $19.15 | 782,500 | 1.32% | 1.31% |
| 8/20/2001 | $18.44 | 690,600 | -3.71% | -3.78% |
| 8/21/2001 | $18.22 | 939,000 | -1.19% | -1.20% |
| 8/22/2001 | $18.24 | 828,300 | 0.11% | 0.11% |
| 8/23/2001 | $18.47 | 753,800 | 1.26% | 1.25% |
| 8/24/2001 | $18.80 | 675,500 | 1.79% | 1.77% |
| 8/27/2001 | $20.78 | 795,000 | 10.53% | 10.01% |
| 8/28/2001 | $20.13 | 677,400 | -3.13% | -3.18% |
| 8/29/2001 | $21.30 | 824,700 | 5.81% | 5.65% |
| 8/30/2001 | $20.74 | 1,168,400 | -2.63% | -2.66% |
| 8/31/2001 | $20.80 | 789,100 | 0.29% | 0.29% |
| 9/4/2001 | $20.54 | 835,100 | -1.25% | -1.26% |
| 9/5/2001 | $19.29 | 992,000 | -6.09% | -6.28% |
| 9/6/2001 | $19.00 | 886,400 | -1.50% | -1.51% |
| 9/7/2001 | $18.76 | 641,800 | -1.26% | -1.27% |
| 9/10/2001 | $17.62 | 946,600 | -6.08% | -6.27% |
| 9/17/2001 | $15.68 | 1,521,800 | -11.01% | -11.66% |
| 9/18/2001 | $13.70 | 1,729,500 | -12.63% | -13.50% |
| 9/19/2001 | $12.19 | 1,781,000 | -11.02% | -11.68% |
| 9/20/2001 | $11.21 | 3,105,500 | -8.04% | -8.38% |
| 9/21/2001 | $10.46 | 1,593,200 | -6.69% | -6.92% |
| 9/24/2001 | $12.16 | 1,506,000 | 16.25% | 15.06% |
| 9/25/2001 | $12.44 | 1,948,200 | 2.30% | 2.28% |
| 9/26/2001 | $11.18 | 1,599,200 | -10.13% | -10.68% |
| 9/27/2001 | $10.11 | 1,526,200 | -9.57% | -10.06% |
| 9/28/2001 | $11.58 | 2,244,100 | 14.54% | 13.58% |
| 10/1/2001 | $10.74 | 1,828,900 | -7.25% | -7.53% |
| 10/2/2001 | $13.01 | 4,902,500 | 21.14% | 19.17% |
| 10/3/2001 | $15.84 | 4,650,000 | 21.75% | 19.68% |
| 10/4/2001 | $14.85 | 5,986,000 | -6.25% | -6.45% |
| 10/5/2001 | $15.45 | 2,034,200 | 4.04% | 3.96% |
| 10/8/2001 | $16.77 | 2,096,900 | 8.54% | 8.20% |
| 10/9/2001 | $14.97 | 877,600 | -10.73% | -11.35% |
| 10/10/2001 | $15.79 | 771,700 | 5.48% | 5.33% |
| 10/11/2001 | $16.81 | 1,809,400 | 6.46% | 6.26% |
| 10/12/2001 | $17.70 | 794,500 | 5.29% | 5.16% |
| 10/15/2001 | $17.50 | 697,600 | -1.13% | -1.14% |
| 10/16/2001 | $16.60 | 1,402,800 | -5.14% | -5.28% |
| 10/17/2001 | $15.08 | 1,056,300 | -9.16% | -9.60% |
| 10/18/2001 | $15.42 | 476,300 | 2.25% | 2.23% |
| 10/19/2001 | $15.75 | 945,900 | 2.14% | 2.12% |
| 10/22/2001 | $16.10 | 942,800 | 2.22% | 2.20% |

141

EXHIBIT E PAGE 249

**Exhibit 4, continued**

**Quest Software Inc., Stock Price, Volume, and Return**

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 10/23/2001 | $16.05 | 845,500 | -0.31% | -0.31% |
| 10/24/2001 | $16.54 | 1,665,600 | 3.05% | 3.01% |
| 10/25/2001 | $17.22 | 1,801,400 | 4.11% | 4.03% |
| 10/26/2001 | $17.21 | 1,443,200 | -0.06% | -0.06% |
| 10/29/2001 | $15.95 | 765,200 | -7.32% | -7.60% |
| 10/30/2001 | $14.49 | 1,464,300 | -9.15% | -9.60% |
| 10/31/2001 | $14.80 | 2,338,000 | 2.14% | 2.12% |
| 11/1/2001 | $15.31 | 615,800 | 3.45% | 3.39% |
| 11/2/2001 | $15.98 | 438,900 | 4.38% | 4.28% |
| 11/5/2001 | $17.27 | 1,129,700 | 8.07% | 7.76% |
| 11/6/2001 | $18.08 | 968,000 | 4.69% | 4.58% |
| 11/7/2001 | $18.95 | 2,411,600 | 4.81% | 4.70% |
| 11/8/2001 | $19.45 | 1,770,800 | 2.64% | 2.60% |
| 11/9/2001 | $18.57 | 863,400 | -4.52% | -4.63% |
| 11/12/2001 | $19.61 | 1,529,400 | 5.60% | 5.45% |
| 11/13/2001 | $23.76 | 4,092,300 | 21.16% | 19.20% |
| 11/14/2001 | $23.27 | 1,806,300 | -2.06% | -2.08% |
| 11/15/2001 | $22.24 | 1,081,100 | -4.43% | -4.53% |
| 11/16/2001 | $22.64 | 685,200 | 1.80% | 1.78% |
| 11/19/2001 | $21.95 | 1,793,100 | -3.05% | -3.10% |
| 11/20/2001 | $21.80 | 2,354,300 | -0.68% | -0.69% |
| 11/21/2001 | $20.90 | 921,700 | -4.15% | -4.24% |
| 11/23/2001 | $21.66 | 252,400 | 3.65% | 3.59% |
| 11/26/2001 | $22.83 | 1,376,200 | 5.40% | 5.26% |
| 11/27/2001 | $22.24 | 3,067,600 | -2.58% | -2.62% |
| 11/28/2001 | $23.13 | 1,856,500 | 4.00% | 3.92% |
| 11/29/2001 | $23.22 | 1,780,300 | 0.39% | 0.39% |
| 11/30/2001 | $24.31 | 1,653,000 | 4.69% | 4.59% |
| 12/3/2001 | $22.81 | 1,530,800 | -6.17% | -6.37% |
| 12/4/2001 | $23.21 | 1,992,500 | 1.75% | 1.74% |
| 12/5/2001 | $25.29 | 1,493,200 | 8.96% | 8.58% |
| 12/6/2001 | $26.95 | 1,448,000 | 6.56% | 6.36% |
| 12/7/2001 | $25.17 | 871,300 | -6.60% | -6.83% |
| 12/10/2001 | $23.90 | 1,447,800 | -5.05% | -5.18% |
| 12/11/2001 | $23.20 | 1,539,300 | -2.93% | -2.97% |
| 12/12/2001 | $24.25 | 643,300 | 4.53% | 4.43% |
| 12/13/2001 | $23.87 | 941,500 | -1.57% | -1.58% |
| 12/14/2001 | $23.20 | 793,200 | -2.81% | -2.85% |
| 12/17/2001 | $23.31 | 458,900 | 0.47% | 0.47% |
| 12/18/2001 | $23.58 | 1,090,600 | 1.16% | 1.15% |
| 12/19/2001 | $23.50 | 601,500 | -0.34% | -0.34% |
| 12/20/2001 | $22.42 | 1,454,100 | -4.60% | -4.70% |
| 12/21/2001 | $22.30 | 1,023,400 | -0.54% | -0.54% |
| 12/24/2001 | $21.32 | 858,200 | -4.39% | -4.49% |
| 12/26/2001 | $21.00 | 553,600 | -1.50% | -1.51% |
| 12/27/2001 | $20.69 | 1,090,500 | -1.48% | -1.49% |
| 12/28/2001 | $23.45 | 1,890,200 | 13.32% | 12.50% |

142

EXHIBIT E PAGE 250

.

## Exhibit 4, continued

### Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 12/31/2001 | $22.11 | 710,200 | -5.70% | -5.87% |
| 1/2/2002 | $22.00 | 1,107,200 | -0.50% | -0.50% |
| 1/3/2002 | $22.70 | 1,019,300 | 3.18% | 3.13% |
| 1/4/2002 | $23.00 | 1,600,900 | 1.32% | 1.31% |
| 1/7/2002 | $22.09 | 501,600 | -3.96% | -4.04% |
| 1/8/2002 | $22.44 | 580,300 | 1.58% | 1.57% |
| 1/9/2002 | $24.50 | 3,828,300 | 9.18% | 8.78% |
| 1/10/2002 | $25.03 | 1,535,300 | 2.16% | 2.14% |
| 1/11/2002 | $25.00 | 1,000,900 | -0.12% | -0.12% |
| 1/14/2002 | $24.40 | 710,800 | -2.40% | -2.43% |
| 1/15/2002 | $25.22 | 814,100 | 3.36% | 3.31% |
| 1/16/2002 | $23.66 | 780,100 | -6.19% | -6.39% |
| 1/17/2002 | $25.24 | 762,900 | 6.68% | 6.46% |
| 1/18/2002 | $24.45 | 1,597,400 | -3.13% | -3.18% |
| 1/22/2002 | $23.69 | 904,100 | -3.11% | -3.16% |
| 1/23/2002 | $25.14 | 881,800 | 6.12% | 5.94% |
| 1/24/2002 | $26.95 | 1,635,800 | 7.20% | 6.95% |
| 1/25/2002 | $25.52 | 845,500 | -5.31% | -5.45% |
| 1/28/2002 | $25.99 | 536,500 | 1.85% | 1.83% |
| 1/29/2002 | $24.22 | 1,364,700 | -6.81% | -7.06% |
| 1/30/2002 | $22.14 | 4,875,500 | -8.59% | -8.98% |
| 1/31/2002 | $23.83 | 1,663,400 | 7.63% | 7.36% |
| 2/1/2002 | $22.51 | 1,026,700 | -5.54% | -5.70% |
| 2/4/2002 | $22.30 | 750,000 | -0.93% | -0.94% |
| 2/5/2002 | $21.44 | 637,000 | -3.86% | -3.93% |
| 2/6/2002 | $20.19 | 1,032,600 | -5.83% | -6.01% |
| 2/7/2002 | $20.42 | 1,279,000 | 1.14% | 1.13% |
| 2/8/2002 | $22.18 | 1,043,300 | 8.62% | 8.27% |
| 2/11/2002 | $22.36 | 489,300 | 0.81% | 0.81% |
| 2/12/2002 | $22.48 | 513,200 | 0.54% | 0.54% |
| 2/13/2002 | $22.46 | 978,100 | -0.09% | -0.09% |
| 2/14/2002 | $22.17 | 1,324,900 | -1.29% | -1.30% |
| 2/15/2002 | $20.51 | 912,200 | -7.49% | -7.78% |
| 2/19/2002 | $19.03 | 1,784,900 | -7.22% | -7.49% |
| 2/20/2002 | $19.93 | 916,500 | 4.73% | 4.62% |
| 2/21/2002 | $18.72 | 615,100 | -6.07% | -6.26% |
| 2/22/2002 | $18.86 | 1,432,500 | 0.75% | 0.75% |
| 2/25/2002 | $19.97 | 569,000 | 5.89% | 5.72% |
| 2/26/2002 | $19.79 | 727,900 | -0.90% | -0.91% |
| 2/27/2002 | $18.60 | 1,310,900 | -6.01% | -6.20% |
| 2/28/2002 | $17.86 | 1,162,700 | -3.98% | -4.06% |
| 3/1/2002 | $20.14 | 888,400 | 12.77% | 12.01% |
| 3/4/2002 | $20.77 | 1,768,200 | 3.13% | 3.08% |
| 3/5/2002 | $20.38 | 1,122,100 | -1.88% | -1.90% |
| 3/6/2002 | $20.28 | 1,118,700 | -0.49% | -0.49% |
| 3/7/2002 | $20.70 | 1,587,000 | 2.07% | 2.05% |
| 3/8/2002 | $20.97 | 1,000,100 | 1.30% | 1.30% |

143

## Exhibit 4, continued

## Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|------|------|------|------|------|
| 3/11/2002 | $21.38 | 1,054,000 | 1.96% | 1.94% |
| 3/12/2002 | $20.11 | 987,600 | -5.94% | -6.12% |
| 3/13/2002 | $20.01 | 643,100 | -0.50% | -0.50% |
| 3/14/2002 | $18.43 | 2,437,100 | -7.90% | -8.23% |
| 3/15/2002 | $17.60 | 3,141,300 | -4.50% | -4.61% |
| 3/18/2002 | $16.81 | 1,763,500 | -4.49% | -4.59% |
| 3/19/2002 | $17.07 | 1,337,200 | 1.55% | 1.53% |
| 3/20/2002 | $16.15 | 849,800 | -5.39% | -5.54% |
| 3/21/2002 | $16.95 | 1,037,800 | 4.95% | 4.83% |
| 3/22/2002 | $16.53 | 1,370,300 | -2.48% | -2.51% |
| 3/25/2002 | $16.23 | 1,203,200 | -1.81% | -1.83% |
| 3/26/2002 | $15.30 | 3,094,100 | -5.73% | -5.90% |
| 3/27/2002 | $14.80 | 1,910,100 | -3.27% | -3.32% |
| 3/28/2002 | $15.11 | 1,969,600 | 2.09% | 2.07% |
| 4/1/2002 | $15.13 | 1,247,100 | 0.13% | 0.13% |
| 4/2/2002 | $14.72 | 2,173,400 | -2.71% | -2.75% |
| 4/3/2002 | $14.57 | 1,933,000 | -1.02% | -1.02% |
| 4/4/2002 | $14.30 | 1,066,300 | -1.85% | -1.87% |
| 4/5/2002 | $13.79 | 1,688,800 | -3.57% | -3.63% |
| 4/8/2002 | $14.60 | 1,358,200 | 5.87% | 5.71% |
| 4/9/2002 | $14.25 | 819,200 | -2.40% | -2.43% |
| 4/10/2002 | $13.72 | 1,242,600 | -3.72% | -3.79% |
| 4/11/2002 | $12.75 | 1,746,400 | -7.07% | -7.33% |
| 4/12/2002 | $14.64 | 1,430,900 | 14.82% | 13.82% |
| 4/15/2002 | $13.94 | 806,400 | -4.78% | -4.90% |
| 4/16/2002 | $14.75 | 1,110,800 | 5.81% | 5.65% |
| 4/17/2002 | $13.90 | 1,376,300 | -5.76% | -5.94% |
| 4/18/2002 | $13.90 | 593,700 | 0.00% | 0.00% |
| 4/19/2002 | $13.80 | 794,200 | -0.72% | -0.72% |
| 4/22/2002 | $13.67 | 1,149,500 | -0.94% | -0.95% |
| 4/23/2002 | $13.28 | 874,300 | -2.85% | -2.89% |
| 4/24/2002 | $12.70 | 764,500 | -4.37% | -4.47% |
| 4/25/2002 | $12.80 | 923,400 | 0.79% | 0.78% |
| 4/26/2002 | $12.44 | 738,700 | -2.81% | -2.85% |
| 4/29/2002 | $11.91 | 806,200 | -4.26% | -4.35% |
| 4/30/2002 | $13.00 | 1,134,300 | 9.15% | 8.76% |
| 5/1/2002 | $12.97 | 1,833,100 | -0.23% | -0.23% |
| 5/2/2002 | $12.77 | 1,563,100 | -1.54% | -1.55% |
| 5/3/2002 | $13.25 | 864,700 | 3.76% | 3.69% |
| 5/6/2002 | $12.47 | 920,900 | -5.89% | -6.07% |
| 5/7/2002 | $11.60 | 1,359,700 | -6.98% | -7.23% |
| 5/8/2002 | $12.80 | 1,017,500 | 10.34% | 9.84% |
| 5/9/2002 | $11.78 | 1,055,600 | -7.97% | -8.30% |
| 5/10/2002 | $11.65 | 1,057,900 | -1.10% | -1.11% |
| 5/13/2002 | $12.45 | 535,300 | 6.87% | 6.64% |
| 5/14/2002 | $13.91 | 1,605,500 | 11.73% | 11.09% |
| 5/15/2002 | $13.91 | 1,163,500 | 0.00% | 0.00% |

144

EXHIBIT E PAGE 252

Exhibit 4, continued

## Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 5/16/2002 | $14.06 | 1,186,500 | 1.08% | 1.07% |
| 5/17/2002 | $15.06 | 1,719,600 | 7.11% | 6.87% |
| 5/20/2002 | $14.18 | 849,200 | -5.84% | -6.02% |
| 5/21/2002 | $13.96 | 1,461,400 | -1.55% | -1.56% |
| 5/22/2002 | $14.45 | 1,766,900 | 3.51% | 3.45% |
| 5/23/2002 | $14.29 | 1,009,600 | -1.11% | -1.11% |
| 5/24/2002 | $14.17 | 382,400 | -0.84% | -0.84% |
| 5/28/2002 | $14.60 | 939,100 | 3.03% | 2.99% |
| 5/29/2002 | $14.05 | 416,000 | -3.77% | -3.85% |
| 5/30/2002 | $14.48 | 772,900 | 3.07% | 3.02% |
| 5/31/2002 | $14.00 | 863,100 | -3.31% | -3.37% |
| 6/3/2002 | $12.96 | 1,766,000 | -7.43% | -7.72% |
| 6/4/2002 | $13.10 | 1,573,300 | 1.08% | 1.07% |
| 6/5/2002 | $13.80 | 926,300 | 5.34% | 5.21% |
| 6/6/2002 | $13.30 | 872,500 | -3.62% | -3.69% |
| 6/7/2002 | $13.91 | 1,071,400 | 4.59% | 4.48% |
| 6/10/2002 | $14.05 | 1,019,600 | 1.01% | 1.00% |
| 6/11/2002 | $13.98 | 754,500 | -0.50% | -0.50% |
| 6/12/2002 | $12.22 | 1,865,200 | -12.59% | -13.46% |
| 6/13/2002 | $12.35 | 1,074,200 | 1.06% | 1.06% |
| 6/14/2002 | $12.43 | 980,700 | 0.65% | 0.65% |
| 6/17/2002 | $13.86 | 1,102,600 | 11.50% | 10.89% |
| 6/18/2002 | $13.71 | 1,507,200 | -1.08% | -1.09% |
| 6/19/2002 | $13.31 | 1,291,400 | -2.92% | -2.96% |
| 6/20/2002 | $12.92 | 1,147,800 | -2.93% | -2.97% |
| 6/21/2002 | $12.55 | 740,300 | -2.86% | -2.91% |
| 6/24/2002 | $12.69 | 883,200 | 1.12% | 1.11% |
| 6/25/2002 | $12.66 | 429,300 | -0.24% | -0.24% |
| 6/26/2002 | $13.30 | 970,900 | 5.06% | 4.93% |
| 6/27/2002 | $13.36 | 1,156,500 | 0.45% | 0.45% |
| 6/28/2002 | $14.53 | 2,090,000 | 8.76% | 8.40% |
| 7/1/2002 | $12.59 | 1,001,400 | -13.35% | -14.33% |
| 7/2/2002 | $13.19 | 908,900 | 4.77% | 4.66% |
| 7/3/2002 | $12.80 | 775,700 | -2.96% | -3.00% |
| 7/5/2002 | $13.50 | 395,700 | 5.47% | 5.32% |
| 7/8/2002 | $12.41 | 1,190,200 | -8.07% | -8.42% |
| 7/9/2002 | $9.38 | 8,683,300 | -24.42% | -27.99% |
| 7/10/2002 | $8.91 | 2,388,600 | -5.01% | -5.14% |
| 7/11/2002 | $9.19 | 1,668,500 | 3.14% | 3.09% |
| 7/12/2002 | $10.11 | 2,165,900 | 10.01% | 9.54% |
| 7/15/2002 | $9.14 | 1,051,500 | -9.59% | -10.09% |
| 7/16/2002 | $10.00 | 2,715,500 | 9.41% | 8.99% |
| 7/17/2002 | $10.45 | 1,040,700 | 4.50% | 4.40% |
| 7/18/2002 | $9.70 | 1,047,800 | -7.18% | -7.45% |
| 7/19/2002 | $10.02 | 829,100 | 3.30% | 3.25% |
| 7/22/2002 | $10.49 | 695,057 | 4.69% | 4.58% |
| 7/23/2002 | $10.00 | 622,752 | -4.67% | -4.78% |

145

EXHIBIT E PAGE 253

## Exhibit 4, continued

### Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 7/24/2002 | $10.87 | 629,117 | 8.70% | 8 34% |
| 7/25/2002 | $10 50 | 1,941,474 | -3 40% | -3 46% |
| 7/26/2002 | $9.61 | 1,801,744 | -8 48% | -8.86% |
| 7/29/2002 | $9.88 | 665,572 | 2 82% | 2 78% |
| 7/30/2002 | $10.28 | 905,653 | 4 04% | 3 96% |
| 7/31/2002 | $9.68 | 794,301 | -5 84% | -6.01% |
| 8/1/2002 | $9.38 | 658,370 | -3 10% | -3.15% |
| 8/2/2002 | $8.99 | 484,179 | -4 16% | -4.25% |
| 8/5/2002 | $8.27 | 764,971 | -8.01% | -8.35% |
| 8/6/2002 | $8.40 | 781,372 | 1.57% | 1.56% |
| 8/7/2002 | $8.30 | 691,873 | -1.19% | -1.20% |
| 8/8/2002 | $9.25 | 1,472,598 | 11.45% | 10.84% |
| 8/9/2002 | $9.00 | 621,188 | -2.70% | -2.74% |
| 8/12/2002 | $9.33 | 304,381 | 3.67% | 3.60% |
| 8/13/2002 | $8 95 | 513,606 | -4.07% | -4.16% |
| 8/14/2002 | $9.87 | 379,954 | 10.28% | 9.78% |
| 8/15/2002 | $9.57 | 510,504 | -3.04% | -3.09% |
| 8/16/2002 | $10 05 | 708,039 | 5.02% | 4.89% |
| 8/19/2002 | $11.22 | 896,813 | 11.64% | 11.01% |
| 8/20/2002 | $11.20 | 1 249,534 | -0.18% | -0.18% |
| 8/21/2002 | $11.61 | 869,206 | 3.66% | 3.60% |
| 8/22/2002 | $11.59 | 853,914 | -0.17% | -0.17% |
| 8/23/2002 | $10.74 | 473,269 | -7.33% | -7.62% |
| 8/26/2002 | $11.09 | 331,774 | 3.26% | 3.21% |
| 8/27/2002 | $10 47 | 234,858 | -5.59% | -5.75% |
| 8/28/2002 | $10.09 | 297,082 | -3.63% | -3.70% |
| 8/29/2002 | $10.57 | 292,280 | 4.76% | 4.65% |
| 8/30/2002 | $10.36 | 242,520 | -1.99% | -2.01% |
| 9/3/2002 | $10.10 | 758,854 | -2.51% | -2.5+% |
| 9/4/2002 | $10 90 | 1,128,963 | 7.92% | 7.62% |
| 9/5/2002 | $10.70 | 571,600 | -1.83% | -1.85% |
| 9/6/2002 | $11 21 | 980,051 | 4.77% | 4.66% |
| 9/9/2002 | $11 14 | 380,886 | -0.62% | -0.63% |
| 9/10/2002 | $10.91 | 690,466 | -2.06% | -2.09% |
| 9/11/2002 | $11.16 | 347,109 | 2.29% | 2.27% |
| 9/12/2002 | $10.94 | 211,080 | -1.97% | -1.99% |
| 9/13/2002 | $10.86 | 161,244 | -0.73% | -0.73% |
| 9/16/2002 | $10.60 | 382,189 | -2.39% | -2.42% |
| 9/17/2002 | $10.30 | 863,091 | -2.83% | -2.87% |
| 9/18/2002 | $9.72 | 719,746 | -5.63% | -5.80% |
| 9/19/2002 | $9.67 | 361,421 | -0.51% | -0.52% |
| 9/20/2002 | $9.63 | 686,096 | -0.41% | -0.41% |
| 9/23/2002 | $9.24 | 562,753 | -4.05% | -4.13% |
| 9/24/2002 | $8.67 | 505,063 | -6.17% | -6.37% |
| 9/25/2002 | $9.06 | 579,517 | 4.50% | 4.40% |
| 9/26/2002 | $9.34 | 711,862 | 3.08% | 3.03% |
| 9/27/2002 | $9.34 | 406,243 | 0.01% | 0.01% |

146

EXHIBIT E PAGE 254

Exhibit 4, continued

## Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 – 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 9/30/2002 | $9.40 | 571,432 | 0.64% | 0.64% |
| 10/1/2002 | $9.14 | 903,610 | -2.79% | -2.83% |
| 10/2/2002 | $8.58 | 842,111 | -6.11% | -6.30% |
| 10/3/2002 | $8.13 | 1,561,893 | -5.24% | -5.39% |
| 10/4/2002 | $8.10 | 867,322 | -0.37% | -0.37% |
| 10/7/2002 | $8.03 | 369,662 | -0.86% | -0.87% |
| 10/8/2002 | $7.89 | 1,617,053 | -1.74% | -1.76% |
| 10/9/2002 | $7.78 | 1,183,351 | -1.41% | -1.42% |
| 10/10/2002 | $8.26 | 785,463 | 6.18% | 6.00% |
| 10/11/2002 | $9.45 | 638,123 | 14.41% | 13.46% |
| 10/14/2002 | $9.51 | 365,681 | 0.63% | 0.63% |
| 10/15/2002 | $10.26 | 1,013,006 | 7.89% | 7.59% |
| 10/16/2002 | $9.75 | 907,300 | -4.97% | -5.10% |
| 10/17/2002 | $10.56 | 739,860 | 8.31% | 7.98% |
| 10/18/2002 | $10.41 | 1,018,644 | -1.42% | -1.43% |
| 10/21/2002 | $11.23 | 1,208,316 | 7.88% | 7.58% |
| 10/22/2002 | $10.22 | 1,575,402 | -8.99% | -9.42% |
| 10/23/2002 | $9.95 | 1,651,867 | -2.64% | -2.68% |
| 10/24/2002 | $10.84 | 3,652,703 | 8.94% | 8.57% |
| 10/25/2002 | $11.07 | 1,055,052 | 2.12% | 2.10% |
| 10/28/2002 | $11.08 | 851,928 | 0.09% | 0.09% |
| 10/29/2002 | $10.84 | 551,723 | -2.17% | -2.19% |
| 10/30/2002 | $11.00 | 711,743 | 1.48% | 1.47% |
| 10/31/2002 | $10.92 | 1,072,540 | -0.73% | -0.73% |
| 11/1/2002 | $10.82 | 1,340,672 | -0.92% | -0.92% |
| 11/4/2002 | $11.90 | 1,826,695 | 9.98% | 9.51% |
| 11/5/2002 | $12.12 | 993,066 | 1.85% | 1.83% |
| 11/6/2002 | $12.31 | 1,048,242 | 1.57% | 1.56% |
| 11/7/2002 | $12.00 | 1,294,028 | -2.52% | -2.55% |
| 11/8/2002 | $11.08 | 576,259 | -7.67% | -7.98% |
| 11/11/2002 | $11.00 | 750,626 | -0.72% | -0.72% |
| 11/12/2002 | $11.59 | 681,341 | 5.36% | 5.22% |
| 11/13/2002 | $11.79 | 797,370 | 1.77% | 1.75% |
| 11/14/2002 | $12.00 | 905,120 | 1.74% | 1.72% |
| 11/15/2002 | $12.01 | 1,017,371 | 0.09% | 0.09% |
| 11/18/2002 | $11.40 | 453,903 | -5.08% | -5.21% |
| 11/19/2002 | $11.61 | 502,259 | 1.83% | 1.82% |
| 11/20/2002 | $12.67 | 553,993 | 9.13% | 8.74% |
| 11/21/2002 | $13.29 | 1,460,670 | 4.89% | 4.78% |
| 11/22/2002 | $12.90 | 547,786 | -2.93% | -2.98% |
| 11/25/2002 | $13.07 | 932,258 | 1.32% | 1.31% |
| 11/26/2002 | $12.39 | 876,864 | -5.20% | -5.34% |
| 11/27/2002 | $13.10 | 530,384 | 5.73% | 5.57% |
| 11/29/2002 | $13.02 | 171,862 | -0.61% | -0.61% |
| 12/2/2002 | $12.78 | 758,476 | -1.84% | -1.86% |
| 12/3/2002 | $11.70 | 1,339,708 | -8.45% | -8.83% |
| 12/4/2002 | $10.87 | 2,810,650 | -7.09% | -7.36% |

147

## Exhibit 4, continued

### Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 12/5/2002 | $10.92 | 983,264 | 0.46% | 0.46% |
| 12/6/2002 | $10.45 | 1,497,841 | -4.30% | -4.40% |
| 12/9/2002 | $9.77 | 1,533,912 | -6.51% | -6.73% |
| 12/10/2002 | $10.24 | 570,625 | 4.81% | 4.70% |
| 12/11/2002 | $10.55 | 962,557 | 3.03% | 2.98% |
| 12/12/2002 | $10.67 | 518,250 | 1.14% | 1.13% |
| 12/13/2002 | $10.51 | 518,300 | -1.50% | -1.51% |
| 12/16/2002 | $10.85 | 388,766 | 3.24% | 3.18% |
| 12/17/2002 | $10.64 | 356,360 | -1.94% | -1.95% |
| 12/18/2002 | $10.44 | 1,132,150 | -1.88% | -1.90% |
| 12/19/2002 | $10.47 | 1,821,000 | 0.29% | 0.29% |
| 12/20/2002 | $10.90 | 716,518 | 4.11% | 4.02% |
| 12/23/2002 | $11.31 | 297,728 | 3.76% | 3.69% |
| 12/24/2002 | $11.07 | 315,905 | -2.12% | -2.14% |
| 12/26/2002 | $10.90 | 222,045 | -1.54% | -1.55% |
| 12/27/2002 | $10.75 | 444,437 | -1.39% | -1.40% |
| 12/30/2002 | $10.38 | 355,920 | -3.43% | -3.49% |
| 12/31/2002 | $10.31 | 719,470 | -0.67% | -0.68% |
| 1/2/2003 | $10.43 | 826,004 | 1.16% | 1.16% |
| 1/3/2003 | $10.36 | 854,630 | -0.67% | -0.67% |
| 1/6/2003 | $10.79 | 1,311,306 | 4.14% | 4.06% |
| 1/7/2003 | $11.48 | 1,489,382 | 6.40% | 6.21% |
| 1/8/2003 | $11.10 | 481,212 | -3.31% | -3.37% |
| 1/9/2003 | $11.71 | 871,625 | 5.50% | 5.35% |
| 1/10/2003 | $12.57 | 1,847,466 | 7.34% | 7.09% |
| 1/13/2003 | $12.14 | 1,690,726 | -3.42% | -3.48% |
| 1/14/2003 | $12.50 | 1,433,589 | 2.97% | 2.92% |
| 1/15/2003 | $12.43 | 479,167 | -0.56% | -0.56% |
| 1/16/2003 | $11.76 | 932,730 | -5.39% | -5.54% |
| 1/17/2003 | $10.57 | 2,378,069 | -10.12% | -10.67% |
| 1/21/2003 | $10.79 | 2,880,645 | 2.08% | 2.06% |
| 1/22/2003 | $10.76 | 608,755 | -0.28% | -0.28% |
| 1/23/2003 | $10.88 | 879,641 | 1.12% | 1.11% |
| 1/24/2003 | $10.51 | 804,668 | -3.40% | -3.46% |
| 1/27/2003 | $10.19 | 635,891 | -3.04% | -3.09% |
| 1/28/2003 | $10.55 | 733,639 | 3.53% | 3.47% |
| 1/29/2003 | $10.17 | 1,640,334 | -3.60% | -3.67% |
| 1/30/2003 | $10.41 | 1,762,106 | 2.36% | 2.33% |
| 1/31/2003 | $10.14 | 586,065 | -2.59% | -2.63% |
| 2/3/2003 | $10.00 | 561,697 | -1.38% | -1.39% |
| 2/4/2003 | $10.03 | 787,026 | 0.30% | 0.30% |
| 2/5/2003 | $10.25 | 449,596 | 2.19% | 2.17% |
| 2/6/2003 | $10.17 | 326,752 | -0.78% | -0.78% |
| 2/7/2003 | $10.09 | 350,633 | -0.79% | -0.79% |
| 2/10/2003 | $10.10 | 370,102 | 0.10% | 0.10% |
| 2/11/2003 | $10.50 | 1,001,494 | 3.97% | 3.89% |
| 2/12/2003 | $10.20 | 298,056 | -2.87% | -2.91% |

148

Exhibit 4, continued

## Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 2/13/2003 | $10.21 | 540,731 | 0.10% | 0.10% |
| 2/14/2003 | $10.53 | 322,615 | 3.13% | 3.09% |
| 2/18/2003 | $10.80 | 438,570 | 2.56% | 2.53% |
| 2/19/2003 | $10.60 | 177,552 | -1.85% | -1.87% |
| 2/20/2003 | $10.95 | 598,954 | 3.30% | 3.25% |
| 2/21/2003 | $10.77 | 873,580 | -1.64% | -1.66% |
| 2/24/2003 | $10.51 | 487,693 | -2.41% | -2.44% |
| 2/25/2003 | $10.53 | 347,465 | 0.19% | 0.19% |
| 2/26/2003 | $10.68 | 478,632 | 1.42% | 1.41% |
| 2/27/2003 | $10.02 | 1,173,783 | -6.18% | -6.38% |
| 2/28/2003 | $9.88 | 879,889 | -1.40% | -1.41% |
| 3/3/2003 | $9.94 | 845,778 | 0.61% | 0.61% |
| 3/4/2003 | $9.87 | 1,381,495 | -0.70% | -0.71% |
| 3/5/2003 | $9.41 | 838,349 | -4.66% | -4.77% |
| 3/6/2003 | $9.34 | 954,998 | -0.74% | -0.75% |
| 3/7/2003 | $9.23 | 549,137 | -1.18% | -1.18% |
| 3/10/2003 | $9.15 | 405,323 | -0.87% | -0.87% |
| 3/11/2003 | $9.00 | 488,249 | -1.64% | -1.65% |
| 3/12/2003 | $9.00 | 460,297 | 0.00% | 0.00% |
| 3/13/2003 | $9.77 | 887,973 | 8.56% | 8.21% |
| 3/14/2003 | $10.03 | 1,400,850 | 2.66% | 2.63% |
| 3/17/2003 | $10.23 | 759,603 | 1.99% | 1.97% |
| 3/18/2003 | $10.27 | 551,550 | 0.38% | 0.38% |
| 3/19/2003 | $9.73 | 829,341 | -5.25% | -5.39% |
| 3/20/2003 | $9.90 | 739,508 | 1.75% | 1.73% |
| 3/21/2003 | $9.65 | 1,071,018 | -2.53% | -2.56% |
| 3/24/2003 | $9.29 | 820,874 | -3.73% | -3.80% |
| 3/25/2003 | $9.46 | 674,368 | 1.83% | 1.81% |
| 3/26/2003 | $9.48 | 463,534 | 0.21% | 0.21% |
| 3/27/2003 | $9.33 | 341,838 | -1.58% | -1.59% |
| 3/28/2003 | $9.27 | 460,539 | -0.64% | -0.65% |
| 3/31/2003 | $9.00 | 1,014,885 | -2.91% | -2.96% |
| 4/1/2003 | $9.00 | 693,134 | 0.00% | 0.00% |
| 4/2/2003 | $9.55 | 920,668 | 6.11% | 5.93% |
| 4/3/2003 | $9.98 | 858,953 | 4.50% | 4.40% |
| 4/4/2003 | $9.42 | 707,152 | -5.61% | -5.77% |
| 4/7/2003 | $9.39 | 367,250 | -0.32% | -0.32% |
| 4/8/2003 | $9.25 | 273,302 | -1.49% | -1.50% |
| 4/9/2003 | $9.04 | 535,228 | -2.27% | -2.30% |
| 4/10/2003 | $9.03 | 184,895 | -0.11% | -0.11% |
| 4/11/2003 | $9.25 | 206,315 | 2.44% | 2.41% |
| 4/14/2003 | $9.68 | 409,520 | 4.64% | 4.53% |
| 4/15/2003 | $9.79 | 341,070 | 1.15% | 1.14% |
| 4/16/2003 | $9.82 | 323,200 | 0.31% | 0.31% |
| 4/17/2003 | $10.00 | 336,182 | 1.83% | 1.82% |
| 4/21/2003 | $10.20 | 681,576 | 2.00% | 1.98% |
| 4/22/2003 | $10.10 | 539,374 | -0.98% | -0.99% |

EXHIBIT E PAGE 257

Exhibit 4, continued

Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 4/23/2003 | $10.01 | 959,182 | -0.89% | -0.90% |
| 4/24/2003 | $10.55 | 2,648,106 | 5.39% | 5.25% |
| 4/25/2003 | $10.56 | 1,252,502 | 0.09% | 0.09% |
| 4/28/2003 | $10.76 | 450,411 | 1.89% | 1.88% |
| 4/29/2003 | $11.11 | 883,000 | 3.25% | 3.20% |
| 4/30/2003 | $10.71 | 1,184,178 | -3.60% | -3.67% |
| 5/1/2003 | $10.84 | 777,863 | 1.21% | 1.21% |
| 5/2/2003 | $11.39 | 842,833 | 5.07% | 4.95% |
| 5/5/2003 | $11.41 | 684,515 | 0.18% | 0.18% |
| 5/6/2003 | $11.09 | 1,116,897 | -2.80% | -2.84% |
| 5/7/2003 | $11.14 | 818,978 | 0.45% | 0.45% |
| 5/8/2003 | $11.26 | 491,709 | 1.08% | 1.07% |
| 5/9/2003 | $11.34 | 336,396 | 0.71% | 0.71% |
| 5/12/2003 | $11.40 | 248,634 | 0.53% | 0.53% |
| 5/13/2003 | $11.43 | 227,813 | 0.26% | 0.26% |
| 5/14/2003 | $11.12 | 306,563 | -2.71% | -2.75% |
| 5/15/2003 | $11.24 | 482,828 | 1.08% | 1.07% |
| 5/16/2003 | $10.95 | 465,940 | -2.58% | -2.61% |
| 5/19/2003 | $10.29 | 472,922 | -6.03% | -6.22% |
| 5/20/2003 | $9.87 | 820,131 | -4.08% | -4.17% |
| 5/21/2003 | $9.68 | 906,246 | -1.93% | -1.94% |
| 5/22/2003 | $10.20 | 428,436 | 5.37% | 5.23% |
| 5/23/2003 | $10.24 | 498,024 | 0.39% | 0.39% |
| 5/27/2003 | $10.93 | 1,127,208 | 6.74% | 6.52% |
| 5/28/2003 | $11.16 | 595,385 | 2.10% | 2.08% |
| 5/29/2003 | $11.67 | 1,043,510 | 4.57% | 4.47% |
| 5/30/2003 | $11.20 | 1,657,075 | -4.03% | -4.11% |
| 6/2/2003 | $11.51 | 1,612,877 | 2.77% | 2.73% |
| 6/3/2003 | $11.62 | 555,121 | 0.96% | 0.95% |
| 6/4/2003 | $12.00 | 2,037,230 | 3.27% | 3.22% |
| 6/5/2003 | $12.08 | 684,057 | 0.67% | 0.66% |
| 6/6/2003 | $12.58 | 3,901,472 | 4.14% | 4.06% |
| 6/9/2003 | $12.07 | 613,917 | -4.05% | -4.14% |
| 6/10/2003 | $12.07 | 691,594 | 0.00% | 0.00% |
| 6/11/2003 | $12.10 | 562,368 | 0.25% | 0.25% |
| 6/12/2003 | $12.13 | 615,792 | 0.25% | 0.25% |
| 6/13/2003 | $11.99 | 1,129,524 | -1.15% | -1.16% |
| 6/16/2003 | $12.47 | 532,780 | 4.00% | 3.93% |
| 6/17/2003 | $13.00 | 1,270,607 | 4.25% | 4.16% |
| 6/18/2003 | $12.77 | 1,174,533 | -1.77% | -1.79% |
| 6/19/2003 | $12.16 | 453,694 | -4.78% | -4.89% |
| 6/20/2003 | $12.41 | 543,384 | 2.06% | 2.04% |
| 6/23/2003 | $11.78 | 721,144 | -5.08% | -5.21% |
| 6/24/2003 | $11.70 | 237,985 | -0.68% | -0.68% |
| 6/25/2003 | $11.87 | 335,300 | 1.45% | 1.44% |
| 6/26/2003 | $12.11 | 383,450 | 2.02% | 2.00% |
| 6/27/2003 | $12.12 | 466,185 | 0.08% | 0.08% |

150

EXHIBIT E PAGE 258

## Exhibit 4, continued

### Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 6/30/2003 | $11.85 | 618,854 | -2.23% | -2.25% |
| 7/1/2003 | $11.61 | 1,009,257 | -2.03% | -2.05% |
| 7/2/2003 | $12.11 | 688,444 | 4.31% | 4.22% |
| 7/3/2003 | $11.63 | 344,426 | -3.96% | -4.04% |
| 7/7/2003 | $11.60 | 1,338,082 | -0.26% | -0.26% |
| 7/8/2003 | $12.34 | 1,712,924 | 6.38% | 6.18% |
| 7/9/2003 | $12.31 | 688,793 | -0.24% | -0.24% |
| 7/10/2003 | $12.27 | 1,012,137 | -0.32% | -0.33% |
| 7/11/2003 | $12.03 | 568,344 | -1.96% | -1.98% |
| 7/14/2003 | $12.30 | 645,740 | 2.24% | 2.22% |
| 7/15/2003 | $12.19 | 314,588 | -0.89% | -0.90% |
| 7/16/2003 | $11.84 | 458,120 | -2.87% | -2.91% |
| 7/17/2003 | $11.08 | 922,433 | -6.42% | -6.63% |
| 7/18/2003 | $11.25 | 508,185 | 1.53% | 1.52% |
| 7/21/2003 | $10.81 | 513,941 | -3.91% | -3.99% |
| 7/22/2003 | $10.35 | 1,508,606 | -4.26% | -4.35% |
| 7/23/2003 | $10.79 | 2,036,848 | 4.25% | 4.16% |
| 7/24/2003 | $8.84 | 6,005,215 | -18.07% | -19.93% |
| 7/25/2003 | $9.05 | 3,142,332 | 2.34% | 2.31% |
| 7/28/2003 | $8.87 | 1,042,327 | -1.96% | -1.97% |
| 7/29/2003 | $9.01 | 996,204 | 1.58% | 1.57% |
| 7/30/2003 | $8.94 | 1,539,277 | -0.78% | -0.78% |
| 7/31/2003 | $8.85 | 986,213 | -1.02% | -1.02% |
| 8/1/2003 | $9.28 | 1,788,912 | 4.87% | 4.76% |
| 8/4/2003 | $9.10 | 1,578,145 | -1.94% | -1.96% |
| 8/5/2003 | $8.79 | 1,391,998 | -3.41% | -3.47% |
| 8/6/2003 | $8.83 | 558,174 | 0.46% | 0.45% |
| 8/7/2003 | $9.19 | 2,072,863 | 4.08% | 4.00% |
| 8/8/2003 | $9.28 | 762,239 | 0.98% | 0.97% |
| 8/11/2003 | $9.45 | 633,016 | 1.83% | 1.82% |
| 8/12/2003 | $9.41 | 1,480,665 | -0.42% | -0.42% |
| 8/13/2003 | $9.52 | 471,122 | 1.17% | 1.16% |
| 8/14/2003 | $9.56 | 462,494 | 0.44% | 0.44% |
| 8/15/2003 | $9.62 | 188,306 | 0.61% | 0.60% |
| 8/18/2003 | $9.28 | 2,148,496 | -3.53% | -3.60% |
| 8/19/2003 | $9.60 | 1,178,419 | 3.45% | 3.39% |
| 8/20/2003 | $10.06 | 1,540,390 | 4.79% | 4.68% |
| 8/21/2003 | $10.04 | 1,512,130 | -0.20% | -0.20% |
| 8/22/2003 | $9.95 | 927,032 | -0.90% | -0.90% |
| 8/25/2003 | $9.79 | 401,875 | -1.61% | -1.62% |
| 8/26/2003 | $9.96 | 753,935 | 1.74% | 1.72% |
| 8/27/2003 | $10.05 | 676,777 | 0.90% | 0.90% |
| 8/28/2003 | $10.42 | 1,171,908 | 3.68% | 3.62% |
| 8/29/2003 | $10.61 | 762,902 | 1.82% | 1.81% |
| 9/2/2003 | $10.99 | 1,878,792 | 3.58% | 3.52% |
| 9/3/2003 | $11.91 | 3,288,371 | 8.37% | 8.04% |
| 9/4/2003 | $12.39 | 3,433,971 | 4.03% | 3.95% |

151

Exhibit 4, continued

Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|------|------|------|------|------|
| 9/5/2003 | $12.50 | 2,056,673 | 0.89% | 0.88% |
| 9/8/2003 | $12.62 | 1,246,041 | 0.96% | 0.96% |
| 9/9/2003 | $12.51 | 904,653 | -0.87% | -0.88% |
| 9/10/2003 | $11.56 | 1,884,889 | -7.59% | -7.90% |
| 9/11/2003 | $12.03 | 1,343,624 | 4.07% | 3.99% |
| 9/12/2003 | $12.06 | 1,495,032 | 0.25% | 0.25% |
| 9/15/2003 | $11.82 | 566,096 | -1.99% | -2.01% |
| 9/16/2003 | $11.95 | 1,095,818 | 1.10% | 1.09% |
| 9/17/2003 | $12.15 | 1,105,209 | 1.67% | 1.66% |
| 9/18/2003 | $12.42 | 763,366 | 2.21% | 2.19% |
| 9/19/2003 | $12.26 | 291,802 | -1.28% | -1.29% |
| 9/22/2003 | $11.80 | 646,487 | -3.75% | -3.82% |
| 9/23/2003 | $12.56 | 2,269,645 | 6.44% | 6.24% |
| 9/24/2003 | $12.77 | 5,408,523 | 1.67% | 1.66% |
| 9/25/2003 | $12.55 | 1,113,660 | -1.72% | -1.74% |
| 9/26/2003 | $12.44 | 1,406,618 | -0.88% | -0.88% |
| 9/29/2003 | $12.55 | 1,195,982 | 0.88% | 0.88% |
| 9/30/2003 | $12.16 | 1,204,157 | -3.11% | -3.16% |
| 10/1/2003 | $12.93 | 2,928,525 | 6.33% | 6.14% |
| 10/2/2003 | $12.80 | 574,133 | -1.01% | -1.01% |
| 10/3/2003 | $13.39 | 1,077,904 | 4.61% | 4.51% |
| 10/6/2003 | $13.33 | 1,050,702 | -0.45% | -0.45% |
| 10/7/2003 | $13.38 | 667,392 | 0.38% | 0.37% |
| 10/8/2003 | $13.80 | 2,964,566 | 3.14% | 3.09% |
| 10/9/2003 | $13.70 | 1,189,989 | -0.72% | -0.73% |
| 10/10/2003 | $13.43 | 375,181 | -1.97% | -1.99% |
| 10/13/2003 | $13.80 | 864,079 | 2.76% | 2.72% |
| 10/14/2003 | $13.88 | 829,975 | 0.58% | 0.58% |
| 10/15/2003 | $13.90 | 1,046,823 | 0.14% | 0.14% |
| 10/16/2003 | $13.89 | 707,941 | -0.07% | -0.07% |
| 10/17/2003 | $13.71 | 589,360 | -1.30% | -1.30% |
| 10/20/2003 | $13.79 | 506,634 | 0.58% | 0.58% |
| 10/21/2003 | $13.90 | 408,631 | 0.80% | 0.79% |
| 10/22/2003 | $13.46 | 695,321 | -3.17% | -3.22% |
| 10/23/2003 | $14.71 | 3,905,881 | 9.29% | 8.88% |
| 10/24/2003 | $14.90 | 1,401,861 | 1.29% | 1.28% |
| 10/27/2003 | $14.73 | 1,290,647 | -1.14% | -1.15% |
| 10/28/2003 | $14.99 | 976,385 | 1.77% | 1.75% |
| 10/29/2003 | $15.31 | 763,464 | 2.13% | 2.11% |
| 10/30/2003 | $15.72 | 1,397,236 | 2.68% | 2.64% |
| 10/31/2003 | $14.90 | 1,362,299 | -5.22% | -5.36% |
| 11/3/2003 | $15.08 | 1,672,171 | 1.21% | 1.20% |
| 11/4/2003 | $15.06 | 1,034,116 | -0.13% | -0.13% |
| 11/5/2003 | $15.24 | 825,351 | 1.20% | 1.19% |
| 11/6/2003 | $15.40 | 474,290 | 1.05% | 1.04% |
| 11/7/2003 | $15.14 | 869,598 | -1.69% | -1.70% |
| 11/10/2003 | $14.80 | 386,050 | -2.25% | -2.27% |

EXHIBIT E PAGE ___260___

**Exhibit 4, continued**

**Quest Software Inc., Stock Price, Volume, and Return**

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 11/11/2003 | $14.31 | 1,293,959 | -3.31% | -3.37% |
| 11/12/2003 | $14.91 | 770,270 | 4.19% | 4.11% |
| 11/13/2003 | $14.70 | 1,247,697 | -1.41% | -1.42% |
| 11/14/2003 | $14.33 | 336,568 | -2.52% | -2.55% |
| 11/17/2003 | $14.04 | 995,674 | -2.02% | -2.04% |
| 11/18/2003 | $14.03 | 798,009 | -0.07% | -0.07% |
| 11/19/2003 | $13.70 | 789,091 | -2.35% | -2.38% |
| 11/20/2003 | $13.92 | 948,738 | 1.61% | 1.59% |
| 11/21/2003 | $14.14 | 533,943 | 1.57% | 1.56% |
| 11/24/2003 | $14.52 | 427,446 | 2.69% | 2.65% |
| 11/25/2003 | $14.68 | 615,208 | 1.10% | 1.10% |
| 11/26/2003 | $14.80 | 551,952 | 0.82% | 0.81% |
| 11/28/2003 | $14.80 | 250,308 | 0.00% | 0.00% |
| 12/1/2003 | $15.28 | 729,166 | 3.24% | 3.19% |
| 12/2/2003 | $15.12 | 582,670 | -1.05% | -1.05% |
| 12/3/2003 | $15.00 | 875,397 | -0.79% | -0.80% |
| 12/4/2003 | $14.61 | 654,297 | -2.60% | -2.63% |
| 12/5/2003 | $14.04 | 556,586 | -3.90% | -3.98% |
| 12/8/2003 | $13.89 | 410,337 | -1.07% | -1.07% |
| 12/9/2003 | $13.61 | 526,360 | -2.02% | -2.04% |
| 12/10/2003 | $13.70 | 367,881 | 0.66% | 0.66% |
| 12/11/2003 | $14.51 | 578,791 | 5.91% | 5.74% |
| 12/12/2003 | $14.51 | 550,329 | 0.00% | 0.00% |
| 12/15/2003 | $14.00 | 286,956 | -3.51% | -3.58% |
| 12/16/2003 | $14.12 | 530,424 | 0.86% | 0.85% |
| 12/17/2003 | $13.93 | 235,570 | -1.35% | -1.35% |
| 12/18/2003 | $14.00 | 475,038 | 0.50% | 0.50% |
| 12/19/2003 | $14.13 | 432,499 | 0.93% | 0.92% |
| 12/22/2003 | $14.20 | 417,182 | 0.50% | 0.49% |
| 12/23/2003 | $14.15 | 424,208 | -0.35% | -0.35% |
| 12/24/2003 | $14.00 | 206,619 | -1.06% | -1.07% |
| 12/26/2003 | $14.00 | 132,828 | 0.00% | 0.00% |
| 12/29/2003 | $14.49 | 1,055,509 | 3.50% | 3.44% |
| 12/30/2003 | $14.40 | 424,637 | -0.62% | -0.62% |
| 12/31/2003 | $14.20 | 225,466 | -1.39% | -1.40% |
| 1/2/2004 | $14.14 | 557,526 | -0.42% | -0.42% |
| 1/5/2004 | $15.50 | 1,582,512 | 9.62% | 9.18% |
| 1/6/2004 | $15.55 | 876,402 | 0.32% | 0.32% |
| 1/7/2004 | $16.58 | 3,017,566 | 6.62% | 6.41% |
| 1/8/2004 | $16.47 | 977,057 | -0.66% | -0.66% |
| 1/9/2004 | $16.15 | 978,215 | -1.94% | -1.96% |
| 1/12/2004 | $16.58 | 491,199 | 2.66% | 2.63% |
| 1/13/2004 | $15.79 | 612,835 | -4.76% | -4.88% |
| 1/14/2004 | $16.36 | 792,557 | 3.61% | 3.55% |
| 1/15/2004 | $16.99 | 1,039,508 | 3.85% | 3.78% |
| 1/16/2004 | $16.56 | 1,601,102 | -2.53% | -2.56% |
| 1/20/2004 | $17.00 | 1,268,897 | 2.66% | 2.62% |

153

EXHIBIT E PAGE 261

## Exhibit 4, continued

## Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 1/21/2004 | $16.65 | 1,129,019 | -2.06% | -2.08% |
| 1/22/2004 | $16.35 | 628,494 | -1.80% | -1.82% |
| 1/23/2004 | $16.30 | 1,067,699 | -0.31% | -0.31% |
| 1/26/2004 | $16.86 | 1,281,953 | 3.44% | 3.38% |
| 1/27/2004 | $16.40 | 1,099,978 | -2.73% | -2.77% |
| 1/28/2004 | $16.79 | 2,548,673 | 2.38% | 2.35% |
| 1/29/2004 | $16.37 | 4,267,675 | -2.50% | -2.53% |
| 1/30/2004 | $16.76 | 3,629,743 | 2.38% | 2.35% |
| 2/2/2004 | $16.63 | 1,580,952 | -0.78% | -0.78% |
| 2/3/2004 | $15.70 | 1,835,408 | -5.59% | -5.75% |
| 2/4/2004 | $14.94 | 1,365,646 | -4.84% | -4.96% |
| 2/5/2004 | $15.37 | 902,131 | 2.88% | 2.84% |
| 2/6/2004 | $15.77 | 552,078 | 2.60% | 2.57% |
| 2/9/2004 | $15.92 | 751,768 | 0.95% | 0.95% |
| 2/10/2004 | $16.09 | 546,716 | 1.07% | 1.06% |
| 2/11/2004 | $16.34 | 1,107,219 | 1.55% | 1.54% |
| 2/12/2004 | $16.06 | 1,112,870 | -1.71% | -1.73% |
| 2/13/2004 | $16.11 | 859,178 | 0.31% | 0.31% |
| 2/17/2004 | $16.53 | 847,435 | 2.61% | 2.57% |
| 2/18/2004 | $16.35 | 455,166 | -1.09% | -1.09% |
| 2/19/2004 | $15.94 | 626,114 | -2.51% | -2.54% |
| 2/20/2004 | $15.85 | 810,407 | -0.56% | -0.57% |
| 2/23/2004 | $15.50 | 829,647 | -2.21% | -2.23% |
| 2/24/2004 | $15.39 | 984,274 | -0.71% | -0.71% |
| 2/25/2004 | $15.49 | 866,802 | 0.65% | 0.65% |
| 2/26/2004 | $15.72 | 336,884 | 1.48% | 1.47% |
| 2/27/2004 | $15.81 | 551,517 | 0.59% | 0.59% |
| 3/1/2004 | $16.18 | 440,805 | 2.32% | 2.30% |
| 3/2/2004 | $15.92 | 861,413 | -1.61% | -1.62% |
| 3/3/2004 | $15.52 | 876,432 | -2.51% | -2.54% |
| 3/4/2004 | $15.55 | 1,161,623 | 0.19% | 0.19% |
| 3/5/2004 | $15.60 | 402,851 | 0.32% | 0.32% |
| 3/8/2004 | $15.50 | 891,918 | -0.64% | -0.64% |
| 3/9/2004 | $14.74 | 1,706,158 | -4.90% | -5.03% |
| 3/10/2004 | $14.75 | 888,684 | 0.07% | 0.07% |
| 3/11/2004 | $14.93 | 992,010 | 1.22% | 1.21% |
| 3/12/2004 | $15.42 | 685,016 | 3.28% | 3.23% |
| 3/15/2004 | $14.74 | 517,661 | -4.41% | -4.51% |
| 3/16/2004 | $14.78 | 426,254 | 0.27% | 0.27% |
| 3/17/2004 | $15.14 | 329,829 | 2.44% | 2.41% |
| 3/18/2004 | $14.80 | 544,127 | -2.25% | -2.27% |
| 3/19/2004 | $15.17 | 1,562,480 | 2.50% | 2.47% |
| 3/22/2004 | $14.69 | 1,041,174 | -3.16% | -3.22% |
| 3/23/2004 | $15.01 | 876,849 | 2.18% | 2.15% |
| 3/24/2004 | $15.03 | 946,572 | 0.13% | 0.13% |
| 3/25/2004 | $15.66 | 448,743 | 4.19% | 4.11% |
| 3/26/2004 | $16.01 | 704,031 | 2.23% | 2.21% |

154

EXHIBIT E PAGE 262

## Exhibit 4, continued

## Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 3/29/2004 | $16.33 | 720,629 | 2.00% | 1.98% |
| 3/30/2004 | $16.58 | 1,167,458 | 1.53% | 1.52% |
| 3/31/2004 | $16.35 | 1,013,982 | -1.39% | -1.40% |
| 4/1/2004 | $16.28 | 1,101,320 | -0.43% | -0.43% |
| 4/2/2004 | $16.74 | 902,438 | 2.83% | 2.79% |
| 4/5/2004 | $16.77 | 639,135 | 0.18% | 0.18% |
| 4/6/2004 | $16.53 | 715,451 | -1.43% | -1.44% |
| 4/7/2004 | $16.20 | 1,112,365 | -2.00% | -2.02% |
| 4/8/2004 | $16.25 | 1,197,702 | 0.31% | 0.31% |
| 4/12/2004 | $16.42 | 583,206 | 1.05% | 1.04% |
| 4/13/2004 | $16.18 | 514,345 | -1.46% | -1.47% |
| 4/14/2004 | $16.08 | 272,849 | -0.62% | -0.62% |
| 4/15/2004 | $15.78 | 392,804 | -1.87% | -1.88% |
| 4/16/2004 | $15.54 | 501,596 | -1.52% | -1.53% |
| 4/19/2004 | $15.50 | 639,295 | -0.26% | -0.26% |
| 4/20/2004 | $15.10 | 304,073 | -2.58% | -2.61% |
| 4/21/2004 | $15.11 | 435,788 | 0.07% | 0.07% |
| 4/22/2004 | $15.20 | 848,594 | 0.60% | 0.59% |
| 4/23/2004 | $15.70 | 1,769,356 | 3.29% | 3.24% |
| 4/26/2004 | $15.93 | 809,052 | 1.46% | 1.45% |
| 4/27/2004 | $15.16 | 1,096,787 | -4.83% | -4.95% |
| 4/28/2004 | $12.96 | 7,326,465 | -14.51% | -15.68% |
| 4/29/2004 | $12.19 | 2,912,192 | -5.94% | -6.13% |
| 4/30/2004 | $11.36 | 4,570,632 | -6.81% | -7.05% |
| 5/3/2004 | $12.40 | 2,562,233 | 9.15% | 8.76% |
| 5/4/2004 | $12.30 | 2,666,299 | -0.81% | -0.81% |
| 5/5/2004 | $12.40 | 713,878 | 0.81% | 0.81% |
| 5/6/2004 | $12.15 | 599,804 | -2.02% | -2.04% |
| 5/7/2004 | $12.01 | 577,491 | -1.15% | -1.16% |
| 5/10/2004 | $12.05 | 1,422,657 | 0.33% | 0.33% |
| 5/11/2004 | $12.58 | 651,211 | 4.40% | 4.30% |
| 5/12/2004 | $12.43 | 438,286 | -1.19% | -1.20% |
| 5/13/2004 | $12.66 | 595,058 | 1.85% | 1.83% |
| 5/14/2004 | $12.36 | 595,516 | -2.37% | -2.40% |
| 5/17/2004 | $12.11 | 548,255 | -2.02% | -2.04% |
| 5/18/2004 | $12.16 | 694,310 | 0.41% | 0.41% |
| 5/19/2004 | $12.42 | 552,681 | 2.14% | 2.12% |
| 5/20/2004 | $12.44 | 465,901 | 0.16% | 0.16% |
| 5/21/2004 | $12.71 | 487,345 | 2.17% | 2.15% |
| 5/24/2004 | $12.68 | 1,240,608 | -0.24% | -0.24% |
| 5/25/2004 | $13.05 | 536,318 | 2.92% | 2.88% |
| 5/26/2004 | $13.22 | 424,025 | 1.30% | 1.29% |
| 5/27/2004 | $13.35 | 369,803 | 0.98% | 0.98% |
| 5/28/2004 | $13.31 | 188,119 | -0.30% | -0.30% |
| 6/1/2004 | $12.97 | 870,322 | -2.55% | -2.59% |
| 6/2/2004 | $12.82 | 491,295 | -1.16% | -1.16% |
| 6/3/2004 | $12.45 | 478,793 | -2.89% | -2.93% |

155

EXHIBIT E PAGE 263

Exhibit 4, continued

Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 6/4/2004 | $12.65 | 403,021 | 1.61% | 1.59% |
| 6/7/2004 | $12.93 | 572,997 | 2.21% | 2.19% |
| 6/8/2004 | $12.80 | 445,007 | -1.01% | -1.01% |
| 6/9/2004 | $12.35 | 536,920 | -3.52% | -3.58% |
| 6/10/2004 | $12.43 | 665,218 | 0.65% | 0.65% |
| 6/14/2004 | $12.17 | 454,932 | -2.09% | -2.11% |
| 6/15/2004 | $12.61 | 1,418,214 | 3.62% | 3.55% |
| 6/16/2004 | $12.84 | 741,164 | 1.82% | 1.81% |
| 6/17/2004 | $12.86 | 587,840 | 0.16% | 0.16% |
| 6/18/2004 | $13.00 | 563,534 | 1.09% | 1.08% |
| 6/21/2004 | $12.99 | 752,585 | -0.08% | -0.08% |
| 6/22/2004 | $12.89 | 803,392 | -0.77% | -0.77% |
| 6/23/2004 | $12.95 | 382,909 | 0.47% | 0.46% |
| 6/24/2004 | $13.00 | 221,696 | 0.39% | 0.39% |
| 6/25/2004 | $12.83 | 897,530 | -1.31% | -1.32% |
| 6/28/2004 | $13.02 | 527,724 | 1.48% | 1.47% |
| 6/29/2004 | $13.17 | 540,501 | 1.15% | 1.15% |
| 6/30/2004 | $12.90 | 417,522 | -2.05% | -2.07% |
| 7/1/2004 | $12.46 | 628,945 | -3.41% | -3.47% |
| 7/2/2004 | $12.22 | 611,387 | -1.93% | -1.94% |
| 7/6/2004 | $11.11 | 2,340,436 | -9.08% | -9.52% |
| 7/7/2004 | $11.63 | 4,164,119 | 4.68% | 4.57% |
| 7/8/2004 | $11.53 | 1,939,352 | -0.86% | -0.86% |
| 7/9/2004 | $11.55 | 1,134,965 | 0.17% | 0.17% |
| 7/12/2004 | $11.57 | 1,048,324 | 0.17% | 0.17% |
| 7/13/2004 | $11.54 | 619,365 | -0.26% | -0.26% |
| 7/14/2004 | $11.52 | 840,494 | -0.17% | -0.17% |
| 7/15/2004 | $11.65 | 352,645 | 1.13% | 1.12% |
| 7/16/2004 | $11.66 | 1,141,353 | 0.09% | 0.09% |
| 7/19/2004 | $11.53 | 1,691,904 | -1.11% | -1.12% |
| 7/20/2004 | $11.80 | 497,570 | 2.34% | 2.31% |
| 7/21/2004 | $11.16 | 872,491 | -5.42% | -5.58% |
| 7/22/2004 | $11.35 | 570,899 | 1.70% | 1.69% |
| 7/23/2004 | $10.96 | 1,360,944 | -3.44% | -3.50% |
| 7/26/2004 | $11.03 | 1,045,290 | 0.64% | 0.64% |
| 7/27/2004 | $11.20 | 1,154,124 | 1.54% | 1.53% |
| 7/28/2004 | $11.21 | 1,561,446 | 0.09% | 0.09% |
| 7/29/2004 | $12.14 | 2,155,562 | 8.30% | 7.97% |
| 7/30/2004 | $12.06 | 673,902 | -0.66% | -0.66% |
| 8/2/2004 | $11.79 | 1,011,072 | -2.24% | -2.26% |
| 8/3/2004 | $11.36 | 695,514 | -3.65% | -3.72% |
| 8/4/2004 | $11.34 | 487,654 | -0.18% | -0.18% |
| 8/5/2004 | $11.18 | 356,422 | -1.41% | -1.42% |
| 8/6/2004 | $10.95 | 369,852 | -2.06% | -2.08% |
| 8/9/2004 | $10.60 | 548,378 | -3.20% | -3.25% |
| 8/10/2004 | $10.52 | 1,260,350 | -0.75% | -0.76% |
| 8/11/2004 | $10.00 | 1,129,814 | -4.94% | -5.07% |

156

EXHIBIT E  PAGE 264

Exhibit 4, continued

Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 8/12/2004 | $9.87 | 1,074,440 | -1.30% | -1.31% |
| 8/13/2004 | $9.72 | 878,184 | -1.52% | -1.53% |
| 8/16/2004 | $9.95 | 826,966 | 2.37% | 2.34% |
| 8/17/2004 | $9.84 | 1,236,438 | -1.11% | -1.11% |
| 8/18/2004 | $10.06 | 1,188,067 | 2.24% | 2.21% |
| 8/19/2004 | $9.95 | 599,029 | -1.09% | -1.10% |
| 8/20/2004 | $9.98 | 671,307 | 0.30% | 0.30% |
| 8/23/2004 | $10.30 | 676,128 | 3.21% | 3.16% |
| 8/24/2004 | $10.38 | 781,016 | 0.78% | 0.77% |
| 8/25/2004 | $10.49 | 423,849 | 1.06% | 1.05% |
| 8/26/2004 | $10.42 | 716,291 | -0.67% | -0.67% |
| 8/27/2004 | $10.41 | 232,487 | -0.10% | -0.10% |
| 8/30/2004 | $10.15 | 444,178 | -2.50% | -2.53% |
| 8/31/2004 | $10.12 | 452,603 | -0.30% | -0.30% |
| 9/1/2004 | $9.90 | 823,516 | -2.17% | -2.20% |
| 9/2/2004 | $10.00 | 394,967 | 1.01% | 1.01% |
| 9/3/2004 | $9.70 | 758,896 | -3.00% | -3.05% |
| 9/7/2004 | $9.94 | 663,681 | 2.47% | 2.44% |
| 9/8/2004 | $9.98 | 396,317 | 0.40% | 0.40% |
| 9/9/2004 | $10.25 | 527,564 | 2.71% | 2.67% |
| 9/10/2004 | $11.27 | 2,056,407 | 9.95% | 9.49% |
| 9/13/2004 | $12.00 | 2,124,908 | 6.48% | 6.28% |
| 9/14/2004 | $12.13 | 1,647,256 | 1.08% | 1.08% |
| 9/15/2004 | $11.64 | 1,154,872 | -4.04% | -4.12% |
| 9/16/2004 | $11.73 | 973,429 | 0.77% | 0.77% |
| 9/17/2004 | $11.70 | 882,367 | -0.26% | -0.26% |
| 9/20/2004 | $11.68 | 574,301 | -0.17% | -0.17% |
| 9/21/2004 | $11.50 | 778,548 | -1.54% | -1.55% |
| 9/22/2004 | $10.99 | 954,927 | -4.43% | -4.54% |
| 9/23/2004 | $10.89 | 1,293,696 | -0.91% | -0.91% |
| 9/24/2004 | $10.54 | 1,265,302 | -3.21% | -3.27% |
| 9/27/2004 | $10.55 | 904,507 | 0.09% | 0.09% |
| 9/28/2004 | $10.57 | 1,220,269 | 0.19% | 0.19% |
| 9/29/2004 | $11.09 | 926,056 | 4.92% | 4.80% |
| 9/30/2004 | $11.12 | 531,667 | 0.27% | 0.27% |
| 10/1/2004 | $11.69 | 887,726 | 5.13% | 5.00% |
| 10/4/2004 | $12.37 | 2,108,571 | 5.82% | 5.65% |
| 10/5/2004 | $12.33 | 515,795 | -0.32% | -0.32% |
| 10/6/2004 | $12.91 | 1,121,445 | 4.66% | 4.56% |
| 10/7/2004 | $12.63 | 716,612 | -2.13% | -2.15% |
| 10/8/2004 | $12.34 | 857,312 | -2.30% | -2.32% |
| 10/11/2004 | $12.64 | 374,909 | 2.43% | 2.40% |
| 10/12/2004 | $12.60 | 376,795 | -0.32% | -0.32% |
| 10/13/2004 | $12.33 | 514,010 | -2.14% | -2.17% |
| 10/14/2004 | $12.16 | 293,779 | -1.38% | -1.39% |
| 10/15/2004 | $12.20 | 288,191 | 0.33% | 0.33% |
| 10/18/2004 | $12.71 | 288,225 | 4.18% | 4.10% |

157

**Exhibit 4, continued**

**Quest Software Inc., Stock Price, Volume, and Return**

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 10/19/2004 | $12.56 | 465,414 | -1.18% | -1.19% |
| 10/20/2004 | $12.60 | 309,439 | 0.32% | 0.32% |
| 10/21/2004 | $12.95 | 654,895 | 2.78% | 2.74% |
| 10/22/2004 | $12.86 | 613,227 | -0.69% | -0.70% |
| 10/25/2004 | $12.80 | 538,818 | -0.47% | -0.47% |
| 10/26/2004 | $12.65 | 762,686 | -1.17% | -1.18% |
| 10/27/2004 | $13.99 | 4,026,998 | 10.59% | 10.07% |
| 10/28/2004 | $14.68 | 3,095,344 | 4.93% | 4.81% |
| 10/29/2004 | $14.67 | 1,285,667 | -0.07% | -0.07% |
| 11/1/2004 | $15.01 | 1,279,968 | 2.32% | 2.29% |
| 11/2/2004 | $14.96 | 1,384,811 | -0.33% | -0.33% |
| 11/3/2004 | $15.01 | 1,576,495 | 0.33% | 0.33% |
| 11/4/2004 | $15.17 | 797,076 | 1.07% | 1.06% |
| 11/5/2004 | $15.39 | 715,775 | 1.45% | 1.44% |
| 11/8/2004 | $15.11 | 910,029 | -1.82% | -1.84% |
| 11/9/2004 | $15.06 | 683,366 | -0.33% | -0.33% |
| 11/10/2004 | $14.93 | 980,582 | -0.86% | -0.87% |
| 11/11/2004 | $16.01 | 1,692,358 | 7.23% | 6.98% |
| 11/12/2004 | $15.93 | 909,782 | -0.50% | -0.50% |
| 11/15/2004 | $15.95 | 480,987 | 0.13% | 0.13% |
| 11/16/2004 | $15.56 | 530,105 | -2.45% | -2.48% |
| 11/17/2004 | $15.96 | 461,555 | 2.54% | 2.51% |
| 11/18/2004 | $15.76 | 488,239 | -1.22% | -1.23% |
| 11/19/2004 | $15.41 | 407,359 | -2.22% | -2.25% |
| 11/22/2004 | $15.38 | 792,162 | -0.19% | -0.19% |
| 11/23/2004 | $15.60 | 444,193 | 1.43% | 1.42% |
| 11/24/2004 | $15.69 | 420,533 | 0.58% | 0.58% |
| 11/26/2004 | $15.75 | 236,796 | 0.38% | 0.38% |
| 11/29/2004 | $16.03 | 1,052,954 | 1.75% | 1.73% |
| 11/30/2004 | $15.48 | 882,219 | -3.40% | -3.46% |
| 12/1/2004 | $16.32 | 981,817 | 5.43% | 5.28% |
| 12/2/2004 | $15.70 | 958,596 | -3.80% | -3.87% |
| 12/3/2004 | $15.72 | 638,923 | 0.13% | 0.13% |
| 12/6/2004 | $15.58 | 1,071,352 | -0.89% | -0.89% |
| 12/7/2004 | $15.08 | 942,556 | -3.21% | -3.26% |
| 12/8/2004 | $15.02 | 823,958 | -0.40% | -0.40% |
| 12/9/2004 | $14.86 | 1,008,953 | -1.07% | -1.07% |
| 12/10/2004 | $14.79 | 733,007 | -0.47% | -0.47% |
| 12/13/2004 | $15.45 | 583,967 | 4.46% | 4.37% |
| 12/14/2004 | $16.09 | 1,742,256 | 4.14% | 4.06% |
| 12/15/2004 | $16.26 | 758,159 | 1.06% | 1.05% |
| 12/16/2004 | $16.20 | 1,268,370 | -0.37% | -0.37% |
| 12/17/2004 | $16.04 | 1,277,635 | -0.99% | -0.99% |
| 12/20/2004 | $15.82 | 914,309 | -1.37% | -1.38% |
| 12/21/2004 | $16.03 | 797,677 | 1.33% | 1.32% |
| 12/22/2004 | $16.05 | 577,191 | 0.12% | 0.12% |
| 12/23/2004 | $16.05 | 147,082 | 0.00% | 0.00% |

158

## Exhibit 4, continued

## Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 12/27/2004 | $16.03 | 647,410 | -0.12% | -0.12% |
| 12/28/2004 | $16.27 | 531,218 | 1.50% | 1.49% |
| 12/29/2004 | $16.15 | 358,011 | -0.74% | -0.74% |
| 12/30/2004 | $16.09 | 262,238 | -0.37% | -0.37% |
| 12/31/2004 | $15.95 | 311,238 | -0.87% | -0.87% |
| 1/3/2005 | $15.75 | 584,448 | -1.25% | -1.26% |
| 1/4/2005 | $15.26 | 1,555,342 | -3.11% | -3.16% |
| 1/5/2005 | $15.15 | 724,002 | -0.72% | -0.72% |
| 1/6/2005 | $15.12 | 486,965 | -0.20% | -0.20% |
| 1/7/2005 | $14.80 | 935,736 | -2.12% | -2.14% |
| 1/10/2005 | $14.40 | 795,939 | 2.70% | 2.74% |
| 1/11/2005 | $13.75 | 1,322,647 | -4.51% | -4.62% |
| 1/12/2005 | $13.76 | 1,254,760 | 0.07% | 0.07% |
| 1/13/2005 | $13.89 | 634,018 | 0.94% | 0.94% |
| 1/14/2005 | $14.30 | 676,233 | 2.95% | 2.91% |
| 1/18/2005 | $14.64 | 647,264 | 2.38% | 2.35% |
| 1/19/2005 | $14.05 | 1,002,928 | -4.03% | -4.11% |
| 1/20/2005 | $13.98 | 468,598 | -0.50% | -0.50% |
| 1/21/2005 | $13.95 | 612,294 | -0.21% | -0.21% |
| 1/24/2005 | $13.98 | 776,195 | 0.22% | 0.21% |
| 1/25/2005 | $14.07 | 948,714 | 0.64% | 0.64% |
| 1/26/2005 | $14.50 | 781,200 | 3.06% | 3.01% |
| 1/27/2005 | $14.54 | 880,654 | 0.28% | 0.28% |
| 1/28/2005 | $14.19 | 858,069 | -2.41% | -2.44% |
| 1/31/2005 | $14.20 | 954,950 | 0.07% | 0.07% |
| 2/1/2005 | $14.25 | 1,047,060 | 0.35% | 0.35% |
| 2/2/2005 | $13.86 | 1,682,011 | -2.74% | -2.77% |
| 2/3/2005 | $14.94 | 3,653,212 | 7.79% | 7.50% |
| 2/4/2005 | $15.33 | 912,405 | 2.74% | 2.71% |
| 2/7/2005 | $15.14 | 454,579 | -1.37% | -1.38% |
| 2/8/2005 | $15.40 | 633,072 | 1.72% | 1.70% |
| 2/9/2005 | $15.28 | 1,276,479 | -0.78% | -0.78% |
| 2/10/2005 | $14.86 | 878,575 | -2.62% | -2.65% |
| 2/11/2005 | $15.25 | 590,764 | 2.49% | 2.46% |
| 2/14/2005 | $15.12 | 376,703 | -0.85% | -0.86% |
| 2/15/2005 | $14.91 | 539,785 | -1.39% | -1.40% |
| 2/16/2005 | $14.65 | 749,862 | -1.74% | -1.76% |
| 2/17/2005 | $14.37 | 997,081 | -1.91% | -1.93% |
| 2/18/2005 | $14.28 | 747,374 | -0.63% | -0.63% |
| 2/22/2005 | $14.04 | 651,347 | -1.68% | -1.69% |
| 2/23/2005 | $13.89 | 703,470 | -1.07% | -1.07% |
| 2/24/2005 | $13.77 | 950,895 | -0.86% | -0.87% |
| 2/25/2005 | $13.61 | 638,708 | -1.16% | -1.17% |
| 2/28/2005 | $13.57 | 783,500 | -0.29% | -0.29% |
| 3/1/2005 | $13.58 | 873,939 | 0.07% | 0.07% |
| 3/2/2005 | $13.52 | 995,411 | -0.44% | -0.44% |
| 3/3/2005 | $13.56 | 884,067 | 0.30% | 0.30% |

159

## Exhibit 4, continued

### Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 3/4/2005 | $13.58 | 635,814 | 0.15% | 0.15% |
| 3/7/2005 | $13.47 | 617,682 | -0.81% | -0.81% |
| 3/8/2005 | $13.38 | 583,968 | -0.67% | -0.67% |
| 3/9/2005 | $13.48 | 663,366 | 0.75% | 0.74% |
| 3/10/2005 | $13.46 | 661,325 | -0.15% | -0.15% |
| 3/11/2005 | $13.35 | 839,407 | -0.82% | -0.82% |
| 3/14/2005 | $13.38 | 800,562 | 0.22% | 0.22% |
| 3/15/2005 | $13.20 | 602,709 | -1.35% | -1.35% |
| 3/16/2005 | $13.06 | 1,333,286 | -1.06% | -1.07% |
| 3/17/2005 | $13.32 | 1,237,342 | 1.99% | 1.97% |
| 3/18/2005 | $13.10 | 545,306 | -1.65% | -1.67% |
| 3/21/2005 | $13.24 | 246,293 | 1.07% | 1.06% |
| 3/22/2005 | $13.44 | 898,803 | 1.51% | 1.50% |
| 3/23/2005 | $13.66 | 927,823 | 1.64% | 1.62% |
| 3/24/2005 | $13.93 | 1,004,714 | 1.98% | 1.96% |
| 3/28/2005 | $13.74 | 770,949 | -1.36% | -1.37% |
| 3/29/2005 | $13.66 | 895,663 | -0.58% | -0.58% |
| 3/30/2005 | $13.89 | 443,562 | 1.68% | 1.67% |
| 3/31/2005 | $13.84 | 629,746 | -0.36% | -0.36% |
| 4/1/2005 | $13.56 | 758,115 | -2.02% | -2.04% |
| 4/4/2005 | $13.26 | 1,255,682 | -2.21% | -2.24% |
| 4/5/2005 | $12.51 | 2,867,740 | -5.66% | -5.82% |
| 4/6/2005 | $12.30 | 1,106,689 | -1.68% | -1.69% |
| 4/7/2005 | $12.23 | 1,098,324 | -0.57% | -0.57% |
| 4/8/2005 | $12.62 | 2,068,252 | 3.19% | 3.14% |
| 4/11/2005 | $12.75 | 882,407 | 1.03% | 1.02% |
| 4/12/2005 | $12.71 | 952,297 | -0.31% | -0.31% |
| 4/13/2005 | $12.47 | 1,010,668 | -1.89% | -1.91% |
| 4/14/2005 | $12.33 | 1,002,272 | -1.12% | -1.13% |
| 4/15/2005 | $11.99 | 1,055,472 | -2.76% | -2.80% |
| 4/18/2005 | $11.84 | 581,421 | -1.25% | -1.26% |
| 4/19/2005 | $12.07 | 432,789 | 1.94% | 1.92% |
| 4/20/2005 | $11.90 | 594,934 | -1.41% | -1.42% |
| 4/21/2005 | $12.06 | 662,696 | 1.34% | 1.34% |
| 4/22/2005 | $11.97 | 792,673 | -0.75% | -0.75% |
| 4/25/2005 | $12.02 | 527,043 | 0.38% | 0.38% |
| 4/26/2005 | $11.50 | 1,113,378 | -4.29% | -4.38% |
| 4/27/2005 | $11.67 | 613,287 | 1.48% | 1.47% |
| 4/28/2005 | $11.81 | 1,059,541 | 1.20% | 1.19% |
| 4/29/2005 | $11.84 | 1,076,121 | 0.25% | 0.25% |
| 5/2/2005 | $11.99 | 1,083,646 | 1.27% | 1.26% |
| 5/3/2005 | $12.02 | 598,811 | 0.25% | 0.25% |
| 5/4/2005 | $11.78 | 1,111,090 | -2.00% | -2.02% |
| 5/5/2005 | $12.19 | 1,503,802 | 3.48% | 3.42% |
| 5/6/2005 | $12.17 | 777,660 | -0.16% | -0.16% |
| 5/9/2005 | $12.33 | 681,969 | 1.31% | 1.31% |
| 5/10/2005 | $12.10 | 493,132 | -1.87% | -1.88% |

160

EXHIBIT E PAGE 268

### Exhibit 4, continued

### Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 5/11/2005 | $12.27 | 313,237 | 1.40% | 1.40% |
| 5/12/2005 | $12.24 | 338,706 | -0.24% | -0.24% |
| 5/13/2005 | $12.26 | 617,980 | 0.16% | 0.16% |
| 5/16/2005 | $12.35 | 550,237 | 0.73% | 0.73% |
| 5/17/2005 | $12.58 | 474,959 | 1.86% | 1.85% |
| 5/18/2005 | $12.89 | 695,192 | 2.46% | 2.43% |
| 5/19/2005 | $13.18 | 1,197,520 | 2.25% | 2.22% |
| 5/20/2005 | $13.35 | 376,792 | 1.29% | 1.28% |
| 5/21/2005 | $13.18 | 781,039 | -1.27% | -1.28% |
| 5/24/2005 | $13.04 | 563,473 | -1.06% | -1.07% |
| 5/25/2005 | $12.87 | 354,491 | -1.30% | -1.31% |
| 5/26/2005 | $13.10 | 408,700 | 1.79% | 1.77% |
| 5/27/2005 | $12.98 | 137,973 | -0.92% | -0.92% |
| 5/31/2005 | $13.15 | 508,467 | 1.31% | 1.30% |
| 6/1/2005 | $12.91 | 646,181 | -1.83% | -1.84% |
| 6/2/2005 | $13.08 | 676,028 | 1.32% | 1.31% |
| 6/3/2005 | $12.78 | 592,768 | -2.29% | -2.32% |
| 6/6/2005 | $12.62 | 308,517 | -1.25% | -1.26% |
| 6/7/2005 | $12.56 | 293,313 | -0.48% | -0.48% |
| 6/8/2005 | $12.80 | 469,956 | 1.91% | 1.89% |
| 6/9/2005 | $12.96 | 535,025 | 1.25% | 1.24% |
| 6/10/2005 | $13.03 | 618,193 | 0.54% | 0.54% |
| 6/13/2005 | $12.97 | 1,506,352 | -0.46% | -0.46% |
| 6/14/2005 | $12.99 | 1,063,645 | 0.15% | 0.15% |
| 6/15/2005 | $13.25 | 1,774,805 | 2.00% | 1.98% |
| 6/16/2005 | $13.71 | 1,388,320 | 3.47% | 3.41% |
| 6/17/2005 | $13.67 | 1,224,926 | -0.29% | -0.29% |
| 6/20/2005 | $13.68 | 544,801 | 0.07% | 0.07% |
| 6/21/2005 | $13.75 | 1,132,470 | 0.51% | 0.51% |
| 6/22/2005 | $13.54 | 1,747,627 | -1.53% | -1.54% |
| 6/23/2005 | $13.47 | 687,473 | -0.52% | -0.52% |
| 6/24/2005 | $13.48 | 1,294,639 | 0.07% | 0.07% |
| 6/27/2005 | $13.31 | 363,389 | -1.26% | -1.27% |
| 6/28/2005 | $13.63 | 560,062 | 2.40% | 2.38% |
| 6/29/2005 | $13.75 | 2,143,009 | 0.88% | 0.88% |
| 6/30/2005 | $13.63 | 401,894 | -0.87% | -0.88% |
| 7/1/2005 | $13.69 | 1,135,989 | 0.44% | 0.44% |
| 7/5/2005 | $13.84 | 605,933 | 1.10% | 1.09% |
| 7/6/2005 | $13.87 | 494,145 | 0.22% | 0.22% |
| 7/7/2005 | $13.93 | 702,737 | 0.43% | 0.43% |
| 7/8/2005 | $14.15 | 960,101 | 1.58% | 1.57% |
| 7/11/2005 | $14.29 | 850,600 | 0.99% | 0.98% |
| 7/12/2005 | $14.54 | 654,400 | 1.75% | 1.73% |
| 7/13/2005 | $14.59 | 686,535 | 0.34% | 0.34% |
| 7/14/2005 | $14.56 | 660,019 | -0.21% | -0.21% |
| 7/15/2005 | $14.49 | 637,944 | -0.48% | -0.48% |
| 7/18/2005 | $14.50 | 754,462 | 0.07% | 0.07% |

161

**Exhibit 4, continued**

**Quest Software Inc., Stock Price, Volume, and Return**

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|------|-----------------|-------------------|------------------------------------------|-------------------------------|
| 7/19/2005 | $14.83 | 777,280 | 2.28% | 2.25% |
| 7/20/2005 | $14.74 | 666,697 | -0.61% | -0.61% |
| 7/21/2005 | $14.40 | 803,024 | -2.31% | -2.33% |
| 7/22/2005 | $14.25 | 546,754 | -1.04% | -1.05% |
| 7/25/2005 | $14.16 | 325,952 | -0.63% | -0.63% |
| 7/26/2005 | $14.22 | 294,557 | 0.42% | 0.42% |
| 7/27/2005 | $14.30 | 436,081 | 0.56% | 0.56% |
| 7/28/2005 | $14.14 | 691,108 | -1.12% | -1.13% |
| 7/29/2005 | $14.25 | 577,671 | 0.78% | 0.77% |
| 8/1/2005 | $14.41 | 487,940 | 1.12% | 1.12% |
| 8/2/2005 | $14.47 | 292,989 | 0.42% | 0.42% |
| 8/3/2005 | $14.45 | 518,655 | -0.14% | -0.14% |
| 8/4/2005 | $14.24 | 804,985 | -1.45% | -1.46% |
| 8/5/2005 | $13.62 | 2,612,400 | -4.35% | -4.45% |
| 8/8/2005 | $13.39 | 783,774 | -1.69% | -1.70% |
| 8/9/2005 | $13.46 | 409,562 | 0.52% | 0.52% |
| 8/10/2005 | $13.31 | 613,439 | -1.11% | -1.12% |
| 8/11/2005 | $13.10 | 1,328,769 | -1.58% | -1.59% |
| 8/12/2005 | $13.35 | 864,785 | 1.91% | 1.89% |
| 8/15/2005 | $13.54 | 449,794 | 1.42% | 1.41% |
| 8/16/2005 | $13.50 | 678,512 | -0.30% | -0.30% |
| 8/17/2005 | $13.46 | 660,413 | -0.30% | -0.30% |
| 8/18/2005 | $13.37 | 316,358 | -0.67% | -0.67% |
| 8/19/2005 | $13.22 | 349,708 | -1.12% | -1.13% |
| 8/22/2005 | $13.28 | 401,379 | 0.45% | 0.45% |
| 8/23/2005 | $13.52 | 509,208 | 1.81% | 1.79% |
| 8/24/2005 | $13.12 | 685,787 | -2.96% | -3.00% |
| 8/25/2005 | $13.08 | 572,324 | -0.30% | -0.31% |
| 8/26/2005 | $13.00 | 572,825 | -0.61% | -0.61% |
| 8/29/2005 | $13.30 | 339,059 | 2.31% | 2.28% |
| 8/30/2005 | $13.46 | 667,273 | 1.20% | 1.20% |
| 8/31/2005 | $13.56 | 583,127 | 0.74% | 0.74% |
| 9/1/2005 | $13.93 | 737,524 | 2.73% | 2.69% |
| 9/2/2005 | $14.00 | 565,314 | 0.50% | 0.50% |
| 9/6/2005 | $14.70 | 1,084,929 | 5.00% | 4.88% |
| 9/7/2005 | $15.04 | 2,078,994 | 2.31% | 2.29% |
| 9/8/2005 | $15.11 | 1,129,434 | 0.47% | 0.46% |
| 9/9/2005 | $15.22 | 946,440 | 0.73% | 0.73% |
| 9/12/2005 | $15.38 | 566,539 | 1.05% | 1.05% |
| 9/13/2005 | $15.14 | 670,165 | -1.56% | -1.57% |
| 9/14/2005 | $15.10 | 876,094 | -0.26% | -0.26% |
| 9/15/2005 | $15.20 | 796,591 | 0.66% | 0.66% |
| 9/16/2005 | $15.20 | 781,031 | 0.00% | 0.00% |
| 9/19/2005 | $14.97 | 936,667 | -1.51% | -1.52% |
| 9/20/2005 | $14.90 | 557,973 | -0.47% | -0.47% |
| 9/21/2005 | $14.87 | 554,812 | -0.20% | -0.20% |
| 9/22/2005 | $15.12 | 839,888 | 1.68% | 1.67% |

162

EXHIBIT E PAGE 270

**Exhibit 4, continued**

**Quest Software Inc., Stock Price, Volume, and Return**

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 9/23/2005 | $14.84 | 940,710 | -1.85% | -1.87% |
| 9/26/2005 | $14.80 | 667,602 | -0.27% | -0.27% |
| 9/27/2005 | $14.85 | 794,574 | 0.34% | 0.34% |
| 9/28/2005 | $14.78 | 583,068 | -0.47% | -0.47% |
| 9/29/2005 | $14.92 | 768,002 | 0.95% | 0.94% |
| 9/30/2005 | $15.07 | 443,761 | 1.01% | 1.00% |
| 10/3/2005 | $15.36 | 655,584 | 1.92% | 1.91% |
| 10/4/2005 | $15.20 | 614,109 | -1.04% | -1.05% |
| 10/5/2005 | $14.49 | 779,484 | -4.67% | -4.78% |
| 10/6/2005 | $14.40 | 577,244 | -0.62% | -0.62% |
| 10/7/2005 | $14.68 | 545,085 | 1.94% | 1.93% |
| 10/10/2005 | $14.46 | 477,734 | -1.50% | -1.51% |
| 10/11/2005 | $14.33 | 648,393 | -0.90% | -0.90% |
| 10/12/2005 | $14.29 | 579,548 | -0.28% | -0.28% |
| 10/13/2005 | $14.13 | 1,132,681 | -1.12% | -1.13% |
| 10/14/2005 | $14.67 | 950,028 | 3.82% | 3.75% |
| 10/17/2005 | $14.73 | 668,403 | 0.41% | 0.41% |
| 10/18/2005 | $14.23 | 688,744 | -3.39% | -3.45% |
| 10/19/2005 | $14.25 | 728,179 | 0.14% | 0.14% |
| 10/20/2005 | $14.21 | 657,458 | -0.28% | -0.28% |
| 10/21/2005 | $14.31 | 817,303 | 0.70% | 0.70% |
| 10/24/2005 | $14.30 | 806,828 | -0.07% | -0.07% |
| 10/25/2005 | $14.26 | 650,989 | -0.28% | -0.28% |
| 10/26/2005 | $14.38 | 901,670 | 0.84% | 0.84% |
| 10/27/2005 | $13.83 | 761,890 | -3.82% | -3.90% |
| 10/28/2005 | $13.59 | 2,295,760 | -1.74% | -1.75% |
| 10/31/2005 | $13.91 | 1,384,089 | 2.35% | 2.33% |
| 11/1/2005 | $14.01 | 902,066 | 0.72% | 0.72% |
| 11/2/2005 | $14.26 | 1,266,592 | 1.78% | 1.77% |
| 11/3/2005 | $14.27 | 2,150,459 | 0.07% | 0.07% |
| 11/4/2005 | $13.81 | 2,765,391 | -3.22% | -3.28% |
| 11/7/2005 | $13.55 | 3,038,852 | -1.88% | -1.90% |
| 11/8/2005 | $14.63 | 5,243,096 | 7.97% | 7.67% |
| 11/9/2005 | $14.79 | 1,704,366 | 1.09% | 1.09% |
| 11/10/2005 | $14.83 | 1,661,155 | 0.27% | 0.27% |
| 11/11/2005 | $14.87 | 651,126 | 0.27% | 0.27% |
| 11/14/2005 | $14.93 | 1,055,628 | 0.40% | 0.40% |
| 11/15/2005 | $14.88 | 898,457 | -0.33% | -0.34% |
| 11/16/2005 | $14.59 | 1,160,366 | -1.95% | -1.97% |
| 11/17/2005 | $14.69 | 542,325 | 0.69% | 0.68% |
| 11/18/2005 | $14.92 | 829,512 | 1.57% | 1.55% |
| 11/21/2005 | $14.75 | 684,587 | -1.14% | -1.15% |
| 11/22/2005 | $15.01 | 931,963 | 1.76% | 1.75% |
| 11/23/2005 | $15.74 | 1,896,425 | 4.86% | 4.75% |
| 11/25/2005 | $15.79 | 484,715 | 0.32% | 0.32% |
| 11/28/2005 | $15.56 | 1,127,135 | -1.46% | -1.47% |
| 11/29/2005 | $15.65 | 622,139 | 0.58% | 0.58% |

EXHIBIT E PAGE 271

**Exhibit 4, continued**

## Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 11/30/2005 | $15.75 | 1,416,208 | 0.64% | 0.64% |
| 12/1/2005 | $15.65 | 1,451,551 | -0.63% | -0.64% |
| 12/2/2005 | $15.29 | 1,494,170 | -2.30% | -2.33% |
| 12/5/2005 | $15.09 | 1,319,324 | -1.31% | -1.32% |
| 12/6/2005 | $15.05 | 1,432,203 | -0.27% | -0.27% |
| 12/7/2005 | $14.52 | 1,425,454 | -3.52% | -3.59% |
| 12/8/2005 | $14.59 | 1,337,246 | 0.48% | 0.48% |
| 12/9/2005 | $14.71 | 599,403 | 0.82% | 0.82% |
| 12/12/2005 | $14.65 | 965,247 | -0.41% | -0.41% |
| 12/13/2005 | $14.61 | 1,694,598 | -0.27% | -0.27% |
| 12/14/2005 | $14.23 | 1,252,375 | -2.60% | -2.64% |
| 12/15/2005 | $14.06 | 724,225 | -1.19% | -1.20% |
| 12/16/2005 | $15.00 | 2,070,983 | 6.69% | 6.47% |
| 12/19/2005 | $15.01 | 1,357,170 | 0.07% | 0.07% |
| 12/20/2005 | $15.02 | 1,081,160 | 0.07% | 0.07% |
| 12/21/2005 | $15.16 | 852,912 | 0.93% | 0.93% |
| 12/22/2005 | $15.25 | 527,139 | 0.59% | 0.59% |
| 12/23/2005 | $15.16 | 359,704 | -0.59% | -0.59% |
| 12/27/2005 | $14.76 | 708,539 | -2.64% | -2.67% |
| 12/28/2005 | $14.75 | 352,930 | -0.07% | -0.07% |
| 12/29/2005 | $14.75 | 261,909 | 0.00% | 0.00% |
| 12/30/2005 | $14.59 | 410,917 | -1.08% | -1.09% |
| 1/3/2006 | $14.77 | 965,851 | 1.23% | 1.23% |
| 1/4/2006 | $14.69 | 897,089 | -0.54% | -0.54% |
| 1/5/2006 | $14.98 | 1,796,373 | 1.97% | 1.95% |
| 1/6/2006 | $15.05 | 880,285 | 0.47% | 0.47% |
| 1/9/2006 | $15.45 | 866,755 | 2.66% | 2.62% |
| 1/10/2006 | $15.55 | 712,339 | 0.65% | 0.65% |
| 1/11/2006 | $16.01 | 2,622,769 | 2.96% | 2.92% |
| 1/12/2006 | $15.90 | 1,376,552 | -0.69% | -0.69% |
| 1/13/2006 | $15.91 | 765,660 | 0.06% | 0.06% |
| 1/17/2006 | $15.75 | 737,424 | -1.01% | -1.01% |
| 1/18/2006 | $15.76 | 379,401 | 0.06% | 0.06% |
| 1/19/2006 | $16.10 | 732,184 | 2.16% | 2.13% |
| 1/20/2006 | $15.86 | 656,262 | -1.49% | -1.50% |
| 1/23/2006 | $15.79 | 757,503 | -0.44% | -0.44% |
| 1/24/2006 | $16.11 | 845,855 | 2.03% | 2.01% |
| 1/25/2006 | $16.21 | 1,052,342 | 0.62% | 0.62% |
| 1/26/2006 | $16.28 | 1,309,340 | 0.43% | 0.43% |
| 1/27/2006 | $16.63 | 1,287,440 | 2.15% | 2.13% |
| 1/30/2006 | $16.27 | 675,437 | -2.16% | -2.19% |
| 1/31/2006 | $15.84 | 723,960 | -2.64% | -2.68% |
| 2/1/2006 | $16.11 | 1,350,731 | 1.70% | 1.69% |
| 2/2/2006 | $15.59 | 1,081,606 | -3.23% | -3.28% |
| 2/3/2006 | $15.80 | 753,640 | 1.35% | 1.34% |
| 2/6/2006 | $15.67 | 573,656 | -0.82% | -0.83% |
| 2/7/2006 | $15.69 | 525,583 | 0.13% | 0.13% |

164

EXHIBIT E PAGE 272

## Exhibit 4, continued

## Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 2/8/2006 | $15.50 | 1,309,643 | -1.21% | -1.22% |
| 2/9/2006 | $15.20 | 2,080,207 | -1.94% | -1.95% |
| 2/10/2006 | $14.97 | 1,230,216 | -1.51% | -1.52% |
| 2/13/2006 | $14.74 | 1,236,353 | -1.54% | -1.55% |
| 2/14/2006 | $15.00 | 740,397 | 1.76% | 1.75% |
| 2/15/2006 | $15.43 | 969,999 | 2.87% | 2.83% |
| 2/16/2006 | $15.56 | 962,849 | 0.84% | 0.84% |
| 2/17/2006 | $15.20 | 798,177 | -2.31% | -2.34% |
| 2/21/2006 | $14.90 | 449,400 | -1.97% | -1.99% |
| 2/22/2006 | $15.14 | 1,035,470 | 1.61% | 1.60% |
| 2/23/2006 | $15.07 | 1,093,898 | -0.46% | -0.46% |
| 2/24/2006 | $14.70 | 1,242,475 | -2.46% | -2.49% |
| 2/27/2006 | $14.90 | 1,177,337 | 1.36% | 1.35% |
| 2/28/2006 | $14.57 | 1,295,198 | -2.21% | -2.24% |
| 3/1/2006 | $15.13 | 1,379,233 | 3.84% | 3.77% |
| 3/2/2006 | $15.52 | 1,779,834 | 2.58% | 2.54% |
| 3/3/2006 | $15.51 | 987,750 | -0.06% | -0.06% |
| 3/6/2006 | $15.50 | 1,109,304 | -0.06% | -0.06% |
| 3/7/2006 | $15.30 | 981,090 | -1.29% | -1.30% |
| 3/8/2006 | $15.70 | 1,466,825 | 2.61% | 2.58% |
| 3/9/2006 | $15.22 | 788,396 | -3.06% | -3.11% |
| 3/10/2006 | $15.54 | 534,462 | 2.10% | 2.08% |
| 3/13/2006 | $15.44 | 1,007,814 | -0.64% | -0.65% |
| 3/14/2006 | $15.77 | 1,001,953 | 2.14% | 2.11% |
| 3/15/2006 | $16.21 | 1,461,342 | 2.79% | 2.75% |
| 3/16/2006 | $16.08 | 1,099,027 | -0.80% | -0.81% |
| 3/17/2006 | $16.23 | 1,327,737 | 0.93% | 0.93% |
| 3/20/2006 | $16.35 | 705,925 | 0.74% | 0.74% |
| 3/21/2006 | $15.94 | 841,732 | -2.51% | -2.54% |
| 3/22/2006 | $16.03 | 600,933 | 0.56% | 0.56% |
| 3/23/2006 | $16.11 | 436,023 | 0.50% | 0.50% |
| 3/24/2006 | $16.41 | 596,643 | 1.86% | 1.85% |
| 3/27/2006 | $16.40 | 966,787 | -0.06% | -0.06% |
| 3/28/2006 | $16.09 | 589,400 | -1.89% | -1.91% |
| 3/29/2006 | $16.55 | 737,121 | 2.86% | 2.82% |
| 3/30/2006 | $16.67 | 1,022,825 | 0.73% | 0.72% |
| 3/31/2006 | $16.70 | 1,059,937 | 0.18% | 0.18% |
| 4/3/2006 | $16.66 | 934,124 | -0.24% | -0.24% |
| 4/4/2006 | $16.25 | 848,439 | -2.46% | -2.49% |
| 4/5/2006 | $16.52 | 798,408 | 1.66% | 1.65% |
| 4/6/2006 | $16.37 | 730,309 | -0.94% | -0.94% |
| 4/7/2006 | $16.04 | 544,233 | -1.99% | -2.01% |
| 4/10/2006 | $15.93 | 412,523 | -0.69% | -0.69% |
| 4/11/2006 | $15.63 | 1,086,500 | -1.88% | -1.90% |
| 4/12/2006 | $15.79 | 579,385 | 1.02% | 1.02% |
| 4/13/2006 | $16.08 | 371,787 | 1.84% | 1.82% |
| 4/17/2006 | $16.05 | 828,459 | -0.19% | -0.19% |

165

## Exhibit 4, continued

## Quest Software Inc., Stock Price, Volume, and Return

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|---|---|---|---|---|
| 4/18/2006 | $16.56 | 663,526 | 3.18% | 3.13% |
| 4/19/2006 | $16.75 | 429,691 | 1.15% | 1.14% |
| 4/20/2006 | $16.82 | 649,052 | 0.42% | 0.42% |
| 4/21/2006 | $16.66 | 919,367 | -0.95% | -0.96% |
| 4/24/2006 | $16.60 | 521,281 | -0.36% | -0.36% |
| 4/25/2006 | $16.51 | 886,831 | -0.54% | -0.54% |
| 4/26/2006 | $16.52 | 1,083,023 | 0.06% | 0.06% |
| 4/27/2006 | $16.65 | 705,039 | 0.79% | 0.78% |
| 4/28/2006 | $17.21 | 1,586,774 | 3.36% | 3.31% |
| 5/1/2006 | $17.00 | 1,059,916 | -1.22% | -1.23% |
| 5/2/2006 | $17.20 | 1,083,284 | 1.18% | 1.17% |
| 5/3/2006 | $17.23 | 657,170 | 0.17% | 0.17% |
| 5/4/2006 | $17.45 | 2,254,037 | 1.28% | 1.27% |
| 5/5/2006 | $17.72 | 2,290,330 | 1.55% | 1.54% |
| 5/8/2006 | $17.82 | 733,049 | 0.56% | 0.56% |
| 5/9/2006 | $17.86 | 1,002,586 | 0.22% | 0.22% |
| 5/10/2006 | $17.83 | 788,217 | -0.17% | -0.17% |
| 5/11/2006 | $17.41 | 737,026 | -2.36% | -2.38% |
| 5/12/2006 | $16.98 | 578,583 | -2.47% | -2.50% |
| 5/15/2006 | $16.90 | 530,431 | -0.47% | -0.47% |
| 5/16/2006 | $16.70 | 529,212 | -1.18% | -1.19% |
| 5/17/2006 | $15.50 | 4,185,440 | -7.19% | -7.46% |
| 5/18/2006 | $15.98 | 2,142,896 | 3.10% | 3.05% |
| 5/19/2006 | $14.16 | 9,035,041 | -11.39% | -12.09% |
| 5/22/2006 | $13.72 | 2,371,451 | -3.11% | -3.16% |
| 5/23/2006 | $13.32 | 2,450,780 | -2.92% | -2.96% |
| 5/24/2006 | $13.77 | 2,046,265 | 3.38% | 3.32% |
| 5/25/2006 | $14.08 | 954,647 | 2.25% | 2.23% |
| 5/26/2006 | $14.08 | 660,227 | 0.00% | 0.00% |
| 5/30/2006 | $13.60 | 985,117 | -3.41% | -3.47% |
| 5/31/2006 | $13.88 | 1,144,522 | 2.06% | 2.04% |
| 6/1/2006 | $14.00 | 834,983 | 0.86% | 0.86% |
| 6/2/2006 | $13.80 | 1,019,281 | -1.43% | -1.44% |
| 6/5/2006 | $13.46 | 880,707 | -2.46% | -2.49% |
| 6/6/2006 | $13.67 | 1,147,194 | 1.56% | 1.55% |
| 6/7/2006 | $13.50 | 1,010,145 | -1.24% | -1.25% |
| 6/8/2006 | $13.51 | 1,175,787 | 0.07% | 0.07% |
| 6/9/2006 | $13.28 | 477,078 | -1 70% | -1.72% |
| 6/12/2006 | $12.97 | 812,116 | -2.33% | -2.36% |
| 6/13/2006 | $12.64 | 1,071,177 | -2.54% | -2.58% |
| 6/14/2006 | $12.91 | 788,107 | 2.14% | 2.11% |
| 6/15/2006 | $13.41 | 749,698 | 3.87% | 3.80% |
| 6/16/2006 | $13.48 | 1,786,748 | 0.52% | 0.52% |
| 6/19/2006 | $13.47 | 916,047 | -0.07% | -0.07% |
| 6/20/2006 | $13.20 | 408,403 | -2.00% | -2.02% |
| 6/21/2006 | $13.48 | 966,996 | 2.12% | 2.10% |
| 6/22/2006 | $13.58 | 430,538 | 0.74% | 0.74% |

166

EXHIBIT E PAGE 274

**Exhibit 4, continued**

**Quest Software Inc., Stock Price, Volume, and Return**

9 November 2000 - 5 July 2006

| Date | QSFT Stock Price | QSFT Stock Volume | QSFT Stock Percentage Price Change Return | QSFT Stock Logarithmic Return |
|------|------|------|------|------|
| 6/23/2006 | $13.74 | 590,194 | 1.18% | 1.17% |
| 6/26/2006 | $13.76 | 445,631 | 0.15% | 0.15% |
| 6/27/2006 | $13.56 | 432,618 | -1.45% | -1.46% |
| 6/28/2006 | $13.57 | 568,608 | 0.07% | 0.07% |
| 6/29/2006 | $14.25 | 869,313 | 5.01% | -4.89% |
| 6/30/2006 | $14.00 | 692,339 | -1.75% | -1.77% |
| 7/3/2006 | $14.18 | 340,084 | 1.29% | 1.28% |
| 7/5/2006 | $12.78 | 3,816,774 | -9.87% | -10.40% |

SOURCE: Capital IQ

167

## Exhibit 5

### Standard and Poor's 500 Total Return Index and
### Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 11/9/2000 | 1,945.24 | -0.63% | 599.07 | -3.54% |
| 11/10/2000 | 1,897.78 | -2.47% | 570.45 | -4.90% |
| 11/13/2000 | 1,877.51 | -1.07% | 567.52 | -0.51% |
| 11/14/2000 | 1,921.67 | 2.32% | 587.84 | 3.52% |
| 11/15/2000 | 1,931.44 | 0.51% | 609.29 | 3.58% |
| 11/16/2000 | 1,907.20 | -1.26% | 588.17 | -3.53% |
| 11/17/2000 | 1,900.88 | -0.33% | 603.73 | 2.61% |
| 11/20/2000 | 1,866.01 | -1.85% | 598.77 | -0.82% |
| 11/21/2000 | 1,872.72 | 0.36% | 602.42 | 0.61% |
| 11/22/2000 | 1,838.00 | -1.87% | 593.91 | -1.42% |
| 11/24/2000 | 1,865.00 | 1.46% | 623.36 | 4.84% |
| 11/27/2000 | 1,875.01 | 0.54% | 632.20 | 1.41% |
| 11/28/2000 | 1,857.30 | -0.95% | 598.18 | -5.53% |
| 11/29/2000 | 1,865.89 | 0.46% | 594.66 | -0.59% |
| 11/30/2000 | 1,828.42 | -2.03% | 607.23 | 2.09% |
| 12/1/2000 | 1,828.81 | 0.02% | 607.34 | 0.02% |
| 12/4/2000 | 1,842.36 | 0.74% | 589.90 | -2.91% |
| 12/5/2000 | 1,914.09 | 3.82% | 599.86 | 1.67% |
| 12/6/2000 | 1,879.58 | -1.82% | 603.10 | 0.54% |
| 12/7/2000 | 1,868.64 | -0.58% | 598.91 | -0.70% |
| 12/8/2000 | 1,905.29 | 1.94% | 649.15 | 8.06% |
| 12/11/2000 | 1,919.65 | 0.75% | 657.65 | 1.30% |
| 12/12/2000 | 1,907.10 | -0.66% | 648.31 | -1.43% |
| 12/13/2000 | 1,891.93 | -0.80% | 630.63 | -2.76% |
| 12/14/2000 | 1,865.45 | -1.41% | 618.43 | -1.95% |
| 12/15/2000 | 1,825.42 | -2.17% | 594.87 | -3.88% |
| 12/18/2000 | 1,840.18 | 0.81% | 600.65 | 0.97% |
| 12/19/2000 | 1,816.36 | -1.30% | 574.55 | -4.44% |
| 12/20/2000 | 1,759.62 | -3.17% | 531.90 | -7.71% |
| 12/21/2000 | 1,773.71 | 0.80% | 511.13 | -3.98% |
| 12/22/2000 | 1,817.00 | 2.41% | 551.68 | 7.63% |
| 12/26/2000 | 1,829.83 | 0.70% | 541.36 | -1.89% |
| 12/27/2000 | 1,849.34 | 1.06% | 518.15 | -4.38% |
| 12/28/2000 | 1,856.76 | 0.40% | 544.38 | 4.94% |
| 12/29/2000 | 1,837.37 | -1.05% | 523.18 | -3.97% |
| 1/2/2001 | 1,785.86 | -2.84% | 496.68 | -5.20% |
| 1/3/2001 | 1,875.56 | 4.90% | 544.47 | 9.19% |
| 1/4/2001 | 1,855.82 | -1.06% | 546.84 | 0.43% |
| 1/5/2001 | 1,807.13 | -2.66% | 531.86 | -2.78% |
| 1/8/2001 | 1,804.04 | -0.17% | 540.38 | 1.59% |
| 1/9/2001 | 1,810.98 | 0.38% | 553.06 | 2.32% |
| 1/10/2001 | 1,828.50 | 0.96% | 571.39 | 3.26% |

168

EXHIBIT E PAGE 276

## Exhibit 5, continued

### Standard and Poor's 500 Total Return Index and
### Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 1/11/2001 | 1,847.37 | 1.03% | 585.84 | 2.50% |
| 1/12/2001 | 1,835.54 | -0.64% | 595.22 | 1.59% |
| 1/16/2001 | 1,847.13 | 0.63% | 596.16 | 0.16% |
| 1/17/2001 | 1,851.16 | 0.22% | 603.96 | 1.30% |
| 1/18/2001 | 1,876.94 | 1.38% | 601.89 | -0.34% |
| 1/19/2001 | 1,869.38 | -0.40% | 604.48 | 0.43% |
| 1/22/2001 | 1,869.89 | 0.03% | 601.41 | -0.51% |
| 1/23/2001 | 1,894.25 | 1.29% | 620.83 | 3.18% |
| 1/24/2001 | 1,899.71 | 0.29% | 629.97 | 1.46% |
| 1/25/2001 | 1,890.27 | -0.50% | 627.64 | -0.37% |
| 1/26/2001 | 1,886.80 | -0.18% | 622.87 | -0.76% |
| 1/29/2001 | 1,899.75 | 0.68% | 638.98 | 2.55% |
| 1/30/2001 | 1,913.13 | 0.70% | 643.02 | 0.63% |
| 1/31/2001 | 1,902.55 | -0.55% | 640.89 | -0.33% |
| 2/1/2001 | 1,913.11 | 0.55% | 628.86 | -1.89% |
| 2/2/2001 | 1,879.69 | -1.76% | 604.55 | -3.94% |
| 2/5/2001 | 1,886.48 | 0.36% | 601.25 | -0.55% |
| 2/6/2001 | 1,883.72 | -0.15% | 627.85 | 4.33% |
| 2/7/2001 | 1,868.29 | -0.82% | 615.91 | -1.92% |
| 2/8/2001 | 1,856.65 | -0.62% | 625.15 | 1.49% |
| 2/9/2001 | 1,831.96 | -1.34% | 611.30 | -2.24% |
| 2/12/2001 | 1,853.65 | 1.18% | 603.95 | -1.21% |
| 2/13/2001 | 1,837.77 | -0.86% | 604.65 | 0.12% |
| 2/14/2001 | 1,834.10 | -0.20% | 615.07 | 1.71% |
| 2/15/2001 | 1,849.15 | 0.82% | 628.08 | 2.09% |
| 2/16/2001 | 1,814.22 | -1.91% | 620.02 | -1.29% |
| 2/20/2001 | 1,782.75 | -1.75% | 610.56 | -1.54% |
| 2/21/2001 | 1,749.86 | -1.86% | 584.04 | -4.44% |
| 2/22/2001 | 1,746.50 | -0.19% | 584.08 | 0.01% |
| 2/23/2001 | 1,736.82 | -0.56% | 579.88 | -0.72% |
| 2/26/2001 | 1,767.29 | 1.74% | 588.46 | 1.47% |
| 2/27/2001 | 1,753.88 | -0.76% | 576.27 | -2.09% |
| 2/28/2001 | 1,729.08 | -1.42% | 563.53 | -2.24% |
| 3/1/2001 | 1,730.92 | 0.11% | 562.43 | -0.20% |
| 3/2/2001 | 1,721.09 | -0.57% | 564.96 | 0.45% |
| 3/5/2001 | 1,731.42 | 0.60% | 562.12 | -0.50% |
| 3/6/2001 | 1,748.74 | 0.99% | 576.66 | 2.55% |
| 3/7/2001 | 1,760.36 | 0.66% | 592.20 | 2.66% |
| 3/8/2001 | 1,764.39 | 0.23% | 573.00 | -3.30% |
| 3/9/2001 | 1,720.71 | -2.51% | 547.07 | -4.63% |
| 3/12/2001 | 1,646.42 | -4.41% | 519.19 | -5.23% |
| 3/13/2001 | 1,671.19 | 1.49% | 529.55 | 1.98% |

169

EXHIBIT E PAGE 277

**Exhibit 5, continued**

**Standard and Poor's 500 Total Return Index and**
**Standard and Poor's MidCap 400 Systems Software Sub-Industry Index**

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 3/14/2001 | 1,628.02 | -2.62% | 516.98 | -2.40% |
| 3/15/2001 | 1,637.61 | 0.59% | 510.85 | -1.19% |
| 3/16/2001 | 1,605.48 | -1.98% | 481.14 | -5.99% |
| 3/19/2001 | 1,633.81 | 1.75% | 483.25 | 0.44% |
| 3/20/2001 | 1,594.50 | -2.44% | 480.16 | -0.64% |
| 3/21/2001 | 1,565.98 | -1.80% | 464.98 | -3.21% |
| 3/22/2001 | 1,559.65 | -0.41% | 471.25 | 1.34% |
| 3/23/2001 | 1,590.70 | 1.97% | 494.74 | 4.86% |
| 3/26/2001 | 1,608.64 | 1.12% | 494.69 | -0.01% |
| 3/27/2001 | 1,649.79 | 2.53% | 498.89 | 0.85% |
| 3/28/2001 | 1,609.67 | -2.46% | 473.15 | -5.30% |
| 3/29/2001 | 1,602.26 | -0.46% | 461.13 | -2.57% |
| 3/30/2001 | 1,619.54 | 1.07% | 485.52 | 5.15% |
| 4/2/2001 | 1,599.36 | -1.25% | 458.92 | -5.63% |
| 4/3/2001 | 1,544.35 | -3.50% | 423.08 | -8.13% |
| 4/4/2001 | 1,540.17 | -0.27% | 416.66 | -1.53% |
| 4/5/2001 | 1,607.46 | 4.28% | 462.19 | 10.37% |
| 4/6/2001 | 1,575.71 | -1.99% | 453.10 | -1.99% |
| 4/9/2001 | 1,588.50 | 0.81% | 466.95 | 3.01% |
| 4/10/2001 | 1,631.69 | 2.68% | 490.62 | 4.94% |
| 4/11/2001 | 1,628.23 | -0.21% | 499.13 | 1.72% |
| 4/12/2001 | 1,652.83 | 1.50% | 504.34 | 1.04% |
| 4/16/2001 | 1,647.50 | -0.32% | 496.05 | -1.66% |
| 4/17/2001 | 1,664.44 | 1.02% | 510.52 | 2.88% |
| 4/18/2001 | 1,729.26 | 3.82% | 536.84 | 5.03% |
| 4/19/2001 | 1,750.98 | 1.25% | 572.35 | 6.41% |
| 4/20/2001 | 1,736.02 | -0.86% | 559.98 | -2.18% |
| 4/23/2001 | 1,710.01 | -1.51% | 550.52 | -1.70% |
| 4/24/2001 | 1,689.23 | -1.22% | 521.94 | -5.33% |
| 4/25/2001 | 1,716.17 | 1.58% | 523.76 | 0.35% |
| 4/26/2001 | 1,724.38 | 0.48% | 544.77 | 3.93% |
| 4/27/2001 | 1,750.32 | 1.49% | 555.01 | 1.86% |
| 4/30/2001 | 1,745.39 | -0.28% | 565.11 | 1.80% |
| 5/1/2001 | 1,769.12 | 1.35% | 574.31 | 1.61% |
| 5/2/2001 | 1,770.66 | 0.09% | 588.59 | 2.46% |
| 5/3/2001 | 1,744.54 | -1.49% | 565.81 | -3.95% |
| 5/4/2001 | 1,769.78 | 1.44% | 589.30 | 4.07% |
| 5/7/2001 | 1,765.49 | -0.24% | 572.76 | -2.85% |
| 5/8/2001 | 1,762.41 | -0.17% | 579.36 | 1.15% |
| 5/9/2001 | 1,754.72 | -0.44% | 582.28 | 0.50% |
| 5/10/2001 | 1,754.46 | -0.01% | 574.77 | -1.30% |
| 5/11/2001 | 1,741.33 | -0.75% | 565.00 | -1.71% |

EXHIBIT E PAGE 278

## Exhibit 5, continued

### Standard and Poor's 500 Total Return Index and
### Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 – 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 5/14/2001 | 1,746.01 | 0.27% | 557.54 | -1.33% |
| 5/15/2001 | 1,746.75 | 0.04% | 561.99 | 0.79% |
| 5/16/2001 | 1,796.72 | 2.82% | 583.69 | 3.79% |
| 5/17/2001 | 1,801.63 | 0.27% | 596.93 | 2.24% |
| 5/18/2001 | 1,806.83 | 0.29% | 594.49 | -0.41% |
| 5/21/2001 | 1,836.02 | 1.60% | 640.17 | 7.40% |
| 5/22/2001 | 1,831.20 | -0.26% | 639.23 | -0.15% |
| 5/23/2001 | 1,802.84 | -1.56% | 618.21 | -3.34% |
| 5/24/2001 | 1,808.64 | 0.32% | 632.38 | 2.27% |
| 5/25/2001 | 1,787.28 | -1.19% | 628.53 | -0.61% |
| 5/29/2001 | 1,773.46 | -0.78% | 600.48 | -4.57% |
| 5/30/2001 | 1,746.11 | -1.55% | 567.68 | -5.62% |
| 5/31/2001 | 1,757.09 | 0.63% | 589.80 | 3.82% |
| 6/1/2001 | 1,763.87 | 0.39% | 586.77 | -0.52% |
| 6/4/2001 | 1,772.92 | 0.51% | 576.66 | -1.74% |
| 6/5/2001 | 1,795.96 | 1.29% | 599.98 | 3.96% |
| 6/6/2001 | 1,777.25 | -1.05% | 601.25 | 0.21% |
| 6/7/2001 | 1,786.99 | 0.55% | 610.30 | 1.49% |
| 6/8/2001 | 1,770.21 | -0.94% | 598.80 | -1.90% |
| 6/11/2001 | 1,755.43 | -0.84% | 581.44 | -2.94% |
| 6/12/2001 | 1,757.48 | 0.12% | 582.54 | 0.19% |
| 6/13/2001 | 1,737.94 | -1.12% | 557.25 | -4.44% |
| 6/14/2001 | 1,707.56 | -1.76% | 521.11 | -6.71% |
| 6/15/2001 | 1,699.85 | -0.45% | 502.25 | -3.69% |
| 6/18/2001 | 1,691.59 | -0.49% | 493.67 | -1.72% |
| 6/19/2001 | 1,697.41 | 0.34% | 506.07 | 2.48% |
| 6/20/2001 | 1,712.26 | 0.87% | 529.29 | 4.49% |
| 6/21/2001 | 1,731.75 | 1.13% | 549.73 | 3.79% |
| 6/22/2001 | 1,715.39 | -0.95% | 454.01 | -19.13% |
| 6/25/2001 | 1,705.94 | -0.55% | 458.89 | 1.07% |
| 6/26/2001 | 1,703.37 | -0.15% | 457.83 | -0.23% |
| 6/27/2001 | 1,695.61 | -0.46% | 461.22 | 0.74% |
| 6/28/2001 | 1,716.81 | 1.24% | 470.28 | 1.95% |
| 6/29/2001 | 1,714.32 | -0.15% | 491.70 | 4.45% |
| 7/2/2001 | 1,731.53 | 1.00% | 487.45 | -0.87% |
| 7/3/2001 | 1,728.65 | -0.17% | 480.32 | -1.47% |
| 7/5/2001 | 1,707.68 | -1.22% | 474.33 | -1.25% |
| 7/6/2001 | 1,667.90 | -2.36% | 445.25 | -6.33% |
| 7/9/2001 | 1,679.40 | 0.69% | 451.66 | 1.43% |
| 7/10/2001 | 1,655.31 | -1.45% | 435.93 | -3.54% |
| 7/11/2001 | 1,653.54 | -0.11% | 430.24 | -1.31% |
| 7/12/2001 | 1,692.73 | 2.34% | 459.39 | 6.56% |

171

EXHIBIT E PAGE 279

Exhibit 5, continued

Standard and Poor's 500 Total Return Index and
Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 7/13/2001 | 1,703.31 | 0.62% | 454.38 | -1.10% |
| 7/16/2001 | 1,684.77 | -1.09% | 437.33 | -3.82% |
| 7/17/2001 | 1,701.57 | 0.99% | 441.69 | 0.99% |
| 7/18/2001 | 1,692.27 | -0.55% | 421.85 | -4.60% |
| 7/19/2001 | 1,702.52 | 0.60% | 451.68 | 6.83% |
| 7/20/2001 | 1,696.67 | -0.34% | 464.62 | 2.82% |
| 7/23/2001 | 1,668.90 | -1.65% | 474.25 | 2.05% |
| 7/24/2001 | 1,641.76 | -1.64% | 461.64 | -2.69% |
| 7/25/2001 | 1,668.16 | 1.60% | 466.53 | 1.05% |
| 7/26/2001 | 1,685.62 | 1.04% | 473.33 | 1.45% |
| 7/27/2001 | 1,689.79 | 0.25% | 475.21 | 0.40% |
| 7/30/2001 | 1,688.03 | -0.10% | 474.28 | -0.20% |
| 7/31/2001 | 1,697.45 | 0.56% | 481.12 | 1.43% |
| 8/1/2001 | 1,704.24 | 0.40% | 478.63 | -0.52% |
| 8/2/2001 | 1,711.17 | 0.41% | 490.01 | 2.35% |
| 8/3/2001 | 1,702.43 | -0.51% | 489.48 | -0.11% |
| 8/6/2001 | 1,683.03 | -1.15% | 474.38 | -3.13% |
| 8/7/2001 | 1,688.60 | 0.33% | 467.51 | -1.46% |
| 8/8/2001 | 1,659.58 | -1.73% | 452.53 | -3.26% |
| 8/9/2001 | 1,659.76 | 0.01% | 460.87 | 1.83% |
| 8/10/2001 | 1,669.21 | 0.57% | 451.20 | -2.12% |
| 8/13/2001 | 1,670.95 | 0.10% | 454.82 | 0.80% |
| 8/14/2001 | 1,664.61 | -0.38% | 462.07 | 1.58% |
| 8/15/2001 | 1,652.71 | -0.72% | 448.84 | -2.90% |
| 8/16/2001 | 1,657.88 | 0.31% | 455.60 | 1.49% |
| 8/17/2001 | 1,630.35 | -1.67% | 442.92 | -2.82% |
| 8/20/2001 | 1,643.59 | 0.81% | 441.38 | -0.35% |
| 8/21/2001 | 1,623.74 | -1.22% | 430.29 | -2.54% |
| 8/22/2001 | 1,635.16 | 0.70% | 441.41 | 2.55% |
| 8/23/2001 | 1,630.67 | -0.28% | 426.84 | -3.36% |
| 8/24/2001 | 1,662.74 | 1.95% | 443.71 | 3.88% |
| 8/27/2001 | 1,654.72 | -0.48% | 451.40 | 1.72% |
| 8/28/2001 | 1,629.91 | -1.51% | 448.54 | -0.64% |
| 8/29/2001 | 1,612.05 | -1.10% | 444.43 | -0.92% |
| 8/30/2001 | 1,584.77 | -1.71% | 438.83 | -1.26% |
| 8/31/2001 | 1,591.18 | 0.40% | 446.53 | 1.73% |
| 9/4/2001 | 1,590.29 | -0.06% | 427.32 | -4.40% |
| 9/5/2001 | 1,588.93 | -0.09% | 427.31 | 0.00% |
| 9/6/2001 | 1,553.41 | -2.26% | 409.26 | -4.32% |
| 9/7/2001 | 1,524.47 | -1.88% | 404.48 | -1.17% |
| 9/10/2001 | 1,533.98 | 0.62% | 407.55 | 0.76% |
| 9/17/2001 | 1,459.00 | -5.01% | 376.83 | -7.84% |

172

**Exhibit 5, continued**

**Standard and Poor's 500 Total Return Index and**
**Standard and Poor's MidCap 400 Systems Software Sub-Industry Index**

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 9/18/2001 | 1,450.54 | -0.58% | 359.33 | -4.76% |
| 9/19/2001 | 1,427.25 | -1.62% | 356.68 | -0.74% |
| 9/20/2001 | 1,382.93 | -3.15% | 344.99 | -3.33% |
| 9/21/2001 | 1,356.61 | -1.92% | 337.54 | -2.18% |
| 9/24/2001 | 1,409.50 | 3.82% | 356.17 | 5.37% |
| 9/25/2001 | 1,421.91 | 0.88% | 361.05 | 1.36% |
| 9/26/2001 | 1,415.01 | -0.49% | 335.89 | -7.22% |
| 9/27/2001 | 1,431.29 | 1.14% | 329.15 | -2.03% |
| 9/28/2001 | 1,462.69 | 2.17% | 334.78 | 1.70% |
| 10/1/2001 | 1,459.33 | -0.23% | 331.57 | -0.96% |
| 10/2/2001 | 1,477.29 | 1.22% | 346.09 | 4.29% |
| 10/3/2001 | 1,507.29 | 2.01% | 381.71 | 9.80% |
| 10/4/2001 | 1,503.31 | -0.26% | 394.42 | 3.28% |
| 10/5/2001 | 1,506.11 | 0.19% | 399.40 | 1.25% |
| 10/8/2001 | 1,493.54 | -0.84% | 411.39 | 2.96% |
| 10/9/2001 | 1,485.63 | -0.53% | 398.56 | -3.17% |
| 10/10/2001 | 1,519.77 | 2.27% | 416.19 | 4.32% |
| 10/11/2001 | 1,542.98 | 1.52% | 438.49 | 5.22% |
| 10/12/2001 | 1,534.86 | -0.53% | 448.34 | 2.22% |
| 10/15/2001 | 1,532.52 | -0.15% | 462.19 | 3.04% |
| 10/16/2001 | 1,543.15 | 0.69% | 465.93 | 0.81% |
| 10/17/2001 | 1,514.50 | -1.87% | 444.73 | -4.66% |
| 10/18/2001 | 1,502.61 | -0.79% | 464.27 | 4.30% |
| 10/19/2001 | 1,509.46 | 0.45% | 471.47 | 1.54% |
| 10/22/2001 | 1,532.55 | 1.52% | 485.09 | 2.85% |
| 10/23/2001 | 1,525.35 | -0.47% | 487.08 | 0.41% |
| 10/24/2001 | 1,525.96 | 0.04% | 501.75 | 2.97% |
| 10/25/2001 | 1,546.90 | 1.36% | 518.45 | 3.27% |
| 10/26/2001 | 1,553.26 | 0.41% | 520.57 | 0.41% |
| 10/29/2001 | 1,516.39 | -2.40% | 495.69 | -4.90% |
| 10/30/2001 | 1,490.44 | -1.73% | 486.11 | -1.95% |
| 10/31/2001 | 1,490.58 | 0.01% | 490.66 | 0.93% |
| 11/1/2001 | 1,524.96 | 2.28% | 510.96 | 4.05% |
| 11/2/2001 | 1,529.35 | 0.29% | 500.66 | -2.04% |
| 11/5/2001 | 1,551.39 | 1.43% | 518.53 | 3.51% |
| 11/6/2001 | 1,573.93 | 1.44% | 543.30 | 4.67% |
| 11/7/2001 | 1,570.16 | -0.24% | 543.46 | 0.03% |
| 11/8/2001 | 1,574.09 | 0.25% | 529.84 | -2.54% |
| 11/9/2001 | 1,576.61 | 0.16% | 526.92 | -0.55% |
| 11/12/2001 | 1,573.82 | -0.18% | 532.02 | 0.96% |
| 11/13/2001 | 1,603.28 | 1.85% | 562.17 | 5.51% |
| 11/14/2001 | 1,606.64 | 0.21% | 559.04 | -0.56% |

173

EXHIBIT E PAGE 281

## Exhibit 5, continued

### Standard and Poor's 500 Total Return Index and
### Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 11/15/2001 | 1,608.09 | 0.09% | 558.11 | -0.17% |
| 11/16/2001 | 1,603.17 | -0.31% | 553.09 | -0.90% |
| 11/19/2001 | 1,620.66 | 1.09% | 576.75 | 4.19% |
| 11/20/2001 | 1,608.90 | -0.73% | 557.76 | -3.35% |
| 11/21/2001 | 1,601.02 | -0.49% | 557.63 | -0.02% |
| 11/23/2001 | 1,619.78 | 1.17% | 562.46 | 0.86% |
| 11/26/2001 | 1,629.76 | 0.61% | 577.74 | 2.68% |
| 11/27/2001 | 1,618.62 | -0.69% | 574.69 | -0.53% |
| 11/28/2001 | 1,589.38 | -1.82% | 564.51 | -1.79% |
| 11/29/2001 | 1,605.99 | 1.04% | 579.88 | 2.69% |
| 11/30/2001 | 1,604.92 | -0.07% | 569.89 | -1.74% |
| 12/3/2001 | 1,591.48 | -0.84% | 556.35 | -2.40% |
| 12/4/2001 | 1,612.47 | 1.31% | 581.05 | 4.34% |
| 12/5/2001 | 1,649.00 | 2.24% | 613.16 | 5.38% |
| 12/6/2001 | 1,644.48 | -0.27% | 619.64 | 1.05% |
| 12/7/2001 | 1,632.10 | -0.76% | 603.22 | -2.69% |
| 12/10/2001 | 1,606.23 | -1.60% | 604.18 | 0.16% |
| 12/11/2001 | 1,601.77 | -0.28% | 613.64 | 1.55% |
| 12/12/2001 | 1,602.46 | 0.04% | 612.61 | -0.17% |
| 12/13/2001 | 1,577.58 | -1.56% | 597.60 | -2.48% |
| 12/14/2001 | 1,582.81 | 0.33% | 608.03 | 1.73% |
| 12/17/2001 | 1,598.74 | 1.00% | 626.08 | 2.93% |
| 12/18/2001 | 1,610.83 | 0.75% | 643.34 | 2.72% |
| 12/19/2001 | 1,620.27 | 0.58% | 638.76 | -0.71% |
| 12/20/2001 | 1,606.92 | -0.83% | 616.58 | -3.53% |
| 12/21/2001 | 1,613.94 | 0.44% | 616.45 | -0.02% |
| 12/24/2001 | 1,613.60 | -0.02% | 608.39 | -1.32% |
| 12/26/2001 | 1,620.26 | 0.41% | 613.92 | 0.90% |
| 12/27/2001 | 1,631.69 | 0.70% | 606.44 | -1.23% |
| 12/28/2001 | 1,637.23 | 0.34% | 616.40 | 1.63% |
| 12/31/2001 | 1,618.22 | -1.17% | 611.59 | -0.78% |
| 1/2/2002 | 1,628.51 | 0.63% | 612.44 | 0.14% |
| 1/3/2002 | 1,643.48 | 0.92% | 641.43 | 4.62% |
| 1/4/2002 | 1,653.69 | 0.62% | 662.89 | 3.29% |
| 1/7/2002 | 1,642.95 | -0.65% | 662.21 | -0.10% |
| 1/8/2002 | 1,637.10 | -0.36% | 672.02 | 1.47% |
| 1/9/2002 | 1,629.70 | -0.45% | 687.80 | 2.32% |
| 1/10/2002 | 1,631.72 | 0.12% | 682.63 | -0.75% |
| 1/11/2002 | 1,616.35 | -0.95% | 682.89 | 0.04% |
| 1/14/2002 | 1,606.20 | -0.63% | 669.46 | -1.99% |
| 1/15/2002 | 1,617.18 | 0.68% | 666.49 | -0.44% |
| 1/16/2002 | 1,591.04 | -1.63% | 639.84 | -4.08% |

174

EXHIBIT E PAGE 282

**Exhibit 5, continued**

**Standard and Poor's 500 Total Return Index and**
**Standard and Poor's MidCap 400 Systems Software Sub-Industry Index**

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 1/17/2002 | 1,607.02 | 1.00% | 680.82 | 6.21% |
| 1/18/2002 | 1,591.08 | -1.00% | 689.35 | 1.25% |
| 1/22/2002 | 1,579.41 | -0.74% | 663.57 | -3.81% |
| 1/23/2002 | 1,591.94 | 0.79% | 672.43 | 1.33% |
| 1/24/2002 | 1,597.55 | 0.35% | 694.51 | 3.23% |
| 1/25/2002 | 1,599.14 | 0.10% | 686.95 | -1.09% |
| 1/28/2002 | 1,598.86 | -0.02% | 697.10 | 1.47% |
| 1/29/2002 | 1,553.23 | -2.90% | 680.46 | -2.42% |
| 1/30/2002 | 1,571.69 | 1.18% | 685.04 | 0.67% |
| 1/31/2002 | 1,595.35 | 1.49% | 698.10 | 1.89% |
| 2/1/2002 | 1,584.06 | -0.71% | 688.01 | -1.46% |
| 2/4/2002 | 1,544.89 | -2.50% | 659.17 | -4.28% |
| 2/5/2002 | 1,538.70 | -0.40% | 649.75 | -1.44% |
| 2/6/2002 | 1,529.68 | -0.59% | 639.98 | -1.52% |
| 2/7/2002 | 1,525.26 | -0.29% | 606.99 | -5.29% |
| 2/8/2002 | 1,547.94 | 1.48% | 634.18 | 4.38% |
| 2/11/2002 | 1,570.21 | 1.43% | 648.76 | 2.27% |
| 2/12/2002 | 1,563.95 | -0.40% | 650.76 | 0.31% |
| 2/13/2002 | 1,580.03 | 1.02% | 659.31 | 1.31% |
| 2/14/2002 | 1,577.29 | -0.17% | 648.69 | -1.62% |
| 2/15/2002 | 1,559.98 | -1.10% | 574.53 | -12.14% |
| 2/19/2002 | 1,530.58 | -1.90% | 593.72 | 3.29% |
| 2/20/2002 | 1,551.37 | 1.35% | 574.53 | -3.29% |
| 2/21/2002 | 1,527.34 | -1.56% | 566.79 | -1.36% |
| 2/22/2002 | 1,539.91 | 0.82% | 564.36 | -0.43% |
| 2/25/2002 | 1,567.59 | 1.78% | 585.26 | 3.64% |
| 2/26/2002 | 1,567.65 | 0.00% | 589.38 | 0.70% |
| 2/27/2002 | 1,569.01 | 0.09% | 597.27 | 1.33% |
| 2/28/2002 | 1,564.59 | -0.28% | 583.72 | -2.29% |
| 3/1/2002 | 1,600.02 | 2.24% | 613.54 | 4.98% |
| 3/4/2002 | 1,631.25 | 1.93% | 667.14 | 8.38% |
| 3/5/2002 | 1,620.37 | -0.67% | 658.97 | -1.23% |
| 3/6/2002 | 1,644.20 | 1.46% | 661.61 | 0.40% |
| 3/7/2002 | 1,636.86 | -0.45% | 648.75 | -1.96% |
| 3/8/2002 | 1,646.44 | 0.58% | 687.08 | 5.74% |
| 3/11/2002 | 1,652.04 | 0.34% | 694.34 | 1.05% |
| 3/12/2002 | 1,648.28 | -0.23% | 689.58 | -0.69% |
| 3/13/2002 | 1,632.46 | -0.96% | 680.55 | -1.32% |
| 3/14/2002 | 1,631.00 | -0.09% | 673.11 | -1.10% |
| 3/15/2002 | 1,649.56 | 1.13% | 662.36 | -1.61% |
| 3/18/2002 | 1,648.73 | -0.05% | 665.10 | 0.41% |
| 3/19/2002 | 1,655.44 | 0.41% | 662.28 | -0.42% |

EXHIBIT E PAGE 283

Exhibit 5, continued

Standard and Poor's 500 Total Return Index and
Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|------|------|------|------|------|
| 3/20/2002 | 1,629.43 | -1.58% | 642.87 | -2.97% |
| 3/21/2002 | 1,631.93 | 0.15% | 648.38 | 0.85% |
| 3/22/2002 | 1,625.02 | -0.42% | 642.87 | -0.85% |
| 3/25/2002 | 1,601.21 | -1.48% | 620.77 | -3.50% |
| 3/26/2002 | 1,610.81 | 0.60% | 601.41 | -3.17% |
| 3/27/2002 | 1,619.45 | 0.53% | 618.11 | 2.74% |
| 3/28/2002 | 1,623.43 | 0.25% | 626.31 | 1.32% |
| 4/1/2002 | 1,622.23 | -0.07% | 626.15 | -0.03% |
| 4/2/2002 | 1,608.39 | -0.86% | 610.10 | -2.60% |
| 4/3/2002 | 1,592.60 | -0.99% | 594.27 | -2.63% |
| 4/4/2002 | 1,593.96 | 0.09% | 577.23 | -2.91% |
| 4/5/2002 | 1,588.88 | -0.32% | 563.31 | -2.44% |
| 4/8/2002 | 1,592.88 | 0.25% | 586.91 | 4.10% |
| 4/9/2002 | 1,582.36 | -0.66% | 563.81 | -4.02% |
| 4/10/2002 | 1,600.36 | 1.13% | 565.16 | 0.24% |
| 4/11/2002 | 1,562.52 | -2.39% | 547.59 | -3.16% |
| 4/12/2002 | 1,572.89 | 0.66% | 578.88 | 5.56% |
| 4/15/2002 | 1,560.92 | -0.76% | 572.10 | -1.18% |
| 4/16/2002 | 1,597.48 | 2.31% | 592.39 | 3.49% |
| 4/17/2002 | 1,594.32 | -0.20% | 590.00 | -0.40% |
| 4/18/2002 | 1,592.08 | -0.14% | 587.47 | -0.43% |
| 4/19/2002 | 1,593.07 | 0.06% | 587.04 | -0.07% |
| 4/22/2002 | 1,568.52 | -1.55% | 575.18 | -2.04% |
| 4/23/2002 | 1,558.79 | -0.62% | 550.31 | 4.42% |
| 4/24/2002 | 1,547.74 | -0.71% | 545.20 | -0.93% |
| 4/25/2002 | 1,545.40 | -0.15% | 522.37 | -4.28% |
| 4/26/2002 | 1,524.08 | -1.39% | 502.94 | -3.79% |
| 4/29/2002 | 1,508.75 | -1.01% | 494.50 | -1.67% |
| 4/30/2002 | 1,525.00 | 1.07% | 509.92 | 3.05% |
| 5/1/2002 | 1,538.65 | 0.89% | 505.95 | -0.78% |
| 5/2/2002 | 1,536.16 | -0.16% | 474.47 | -6.42% |
| 5/3/2002 | 1,520.44 | -1.03% | 469.42 | -1.07% |
| 5/6/2002 | 1,491.05 | -1.95% | 449.69 | -4.29% |
| 5/7/2002 | 1,486.57 | -0.30% | 470.67 | 4.56% |
| 5/8/2002 | 1,542.53 | 3.70% | 522.74 | 10.49% |
| 5/9/2002 | 1,520.39 | -1.45% | 495.09 | -5.43% |
| 5/10/2002 | 1,494.87 | -1.69% | 471.30 | -4.92% |
| 5/13/2002 | 1,522.80 | 1.85% | 491.03 | 4.10% |
| 5/14/2002 | 1,555.04 | 2.10% | 512.61 | 8.13% |
| 5/15/2002 | 1,546.73 | -0.54% | 512.21 | -0.08% |
| 5/16/2002 | 1,556.93 | 0.66% | 526.90 | -1.00% |
| 5/17/2002 | 1,569.17 | 0.78% | 544.51 | 3.29% |

176

**Exhibit 5, continued**

**Standard and Poor's 500 Total Return Index and**
**Standard and Poor's MidCap 400 Systems Software Sub-Industry Index**

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|------|------|------|------|------|
| 5/20/2002 | 1,548.31 | -1.34% | 521.06 | -4.41% |
| 5/21/2002 | 1,531.32 | -1.10% | 510.59 | -2.03% |
| 5/22/2002 | 1,540.12 | 0.57% | 491.70 | -3.77% |
| 5/23/2002 | 1,555.82 | 1.01% | 508.23 | 3.31% |
| 5/24/2002 | 1,537.02 | -1.22% | 498.62 | -1.91% |
| 5/28/2002 | 1,523.89 | -0.86% | 496.95 | -0.34% |
| 5/29/2002 | 1,514.33 | -0.63% | 486.80 | -2.06% |
| 5/30/2002 | 1,510.25 | -0.27% | 492.53 | 1.17% |
| 5/31/2002 | 1,513.77 | 0.23% | 488.25 | -0.87% |
| 6/3/2002 | 1,476.26 | -2.51% | 466.85 | -4.48% |
| 6/4/2002 | 1,476.28 | 0.00% | 483.17 | 3.44% |
| 6/5/2002 | 1,489.88 | 0.92% | 475.10 | -1.68% |
| 6/6/2002 | 1,460.50 | -1.99% | 444.23 | -6.72% |
| 6/7/2002 | 1,458.21 | -0.16% | 463.22 | 4.19% |
| 6/10/2002 | 1,462.78 | 0.31% | 457.32 | -1.28% |
| 6/11/2002 | 1,438.47 | -1.68% | 443.76 | -3.01% |
| 6/12/2002 | 1,448.16 | 0.67% | 452.96 | 2.05% |
| 6/13/2002 | 1,433.01 | -1.05% | 453.44 | 0.11% |
| 6/14/2002 | 1,429.78 | -0.23% | 452.14 | -0.29% |
| 6/17/2002 | 1,470.84 | 2.83% | 468.89 | 3.64% |
| 6/18/2002 | 1,472.25 | 0.10% | 477.60 | 1.84% |
| 6/19/2002 | 1,447.98 | -1.66% | 458.45 | -4.09% |
| 6/20/2002 | 1,428.55 | -1.35% | 445.14 | -2.95% |
| 6/21/2002 | 1,404.19 | -1.72% | 433.94 | -2.55% |
| 6/24/2002 | 1,409.30 | 0.36% | 431.69 | -0.52% |
| 6/25/2002 | 1,385.77 | -1.68% | 423.51 | -1.91% |
| 6/26/2002 | 1,382.78 | -0.22% | 419.33 | -0.99% |
| 6/27/2002 | 1,407.11 | 1.74% | 433.33 | 3.28% |
| 6/28/2002 | 1,405.94 | -0.08% | 442.90 | 2.18% |
| 7/1/2002 | 1,375.87 | -2.16% | 417.37 | -5.94% |
| 7/2/2002 | 1,346.96 | -2.12% | 417.48 | 0.03% |
| 7/3/2002 | 1,355.40 | 0.62% | 444.29 | 6.22% |
| 7/5/2002 | 1,405.20 | 3.61% | 458.38 | 3.12% |
| 7/8/2002 | 1,388.44 | -1.20% | 451.51 | -1.51% |
| 7/9/2002 | 1,354.21 | -2.49% | 438.74 | -2.87% |
| 7/10/2002 | 1,308.30 | -3.45% | 433.39 | -1.23% |
| 7/11/2002 | 1,318.18 | 0.75% | 405.32 | -6.70% |
| 7/12/2002 | 1,309.68 | -0.65% | 389.08 | -4.09% |
| 7/15/2002 | 1,304.76 | -0.38% | 387.77 | -0.34% |
| 7/16/2002 | 1,280.78 | -1.85% | 394.67 | 1.76% |
| 7/17/2002 | 1,287.98 | 0.56% | 407.92 | 3.30% |
| 7/18/2002 | 1,253.21 | -2.74% | 385.43 | -5.67% |

177

EXHIBIT E PAGE 285

## Exhibit 5, continued

### Standard and Poor's 500 Total Return Index and
### Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 7/19/2002 | 1,205.16 | -3.91% | 386.77 | 0.35% |
| 7/22/2002 | 1,165.48 | -3.35% | 379.93 | -1.78% |
| 7/23/2002 | 1,133.99 | -2.74% | 363.84 | -4.33% |
| 7/24/2002 | 1,199.01 | 5.58% | 391.10 | 7.22% |
| 7/25/2002 | 1,192.28 | -0.56% | 371.86 | -5.04% |
| 7/26/2002 | 1,212.41 | 1.67% | 379.30 | 1.98% |
| 7/29/2002 | 1,278.10 | 5.28% | 396.80 | 4.51% |
| 7/30/2002 | 1,283.62 | 0.43% | 418.76 | 5.39% |
| 7/31/2002 | 1,296.34 | 0.99% | 398.62 | -4.93% |
| 8/1/2002 | 1,258.22 | -2.99% | 379.13 | -5.01% |
| 8/2/2002 | 1,229.19 | -2.33% | 372.12 | -1.87% |
| 8/5/2002 | 1,187.07 | -3.49% | 366.89 | -1.42% |
| 8/6/2002 | 1,222.59 | 2.95% | 382.35 | 4.13% |
| 8/7/2002 | 1,247.28 | 2.00% | 382.92 | 0.15% |
| 8/8/2002 | 1,288.12 | 3.22% | 384.47 | 0.40% |
| 8/9/2002 | 1,292.94 | 0.37% | 374.55 | -2.61% |
| 8/12/2002 | 1,286.09 | -0.53% | 372.33 | -0.59% |
| 8/13/2002 | 1,258.36 | -2.18% | 360.53 | -3.22% |
| 8/14/2002 | 1,309.04 | 3.95% | 387.13 | 7.12% |
| 8/15/2002 | 1,324.32 | 1.16% | 397.25 | 2.58% |
| 8/16/2002 | 1,322.36 | -0.15% | 412.22 | 3.70% |
| 8/19/2002 | 1,353.63 | 2.34% | 428.36 | 3.84% |
| 8/20/2002 | 1,334.70 | -1.41% | 419.69 | -2.04% |
| 8/21/2002 | 1,351.82 | 1.27% | 436.19 | 3.86% |
| 8/22/2002 | 1,370.85 | 1.40% | 443.24 | 1.60% |
| 8/23/2002 | 1,339.79 | -2.29% | 413.12 | -7.04% |
| 8/26/2002 | 1,349.88 | 0.75% | 419.27 | 1.48% |
| 8/27/2002 | 1,331.20 | -1.39% | 400.52 | -4.58% |
| 8/28/2002 | 1,307.28 | -1.81% | 386.40 | -3.59% |
| 8/29/2002 | 1,307.28 | 0.00% | 400.59 | 3.61% |
| 8/30/2002 | 1,304.86 | -0.19% | 380.70 | -5.09% |
| 9/3/2002 | 1,250.68 | -4.24% | 371.74 | -2.38% |
| 9/4/2002 | 1,273.03 | 1.77% | 399.63 | 7.23% |
| 9/5/2002 | 1,252.77 | -1.60% | 383.59 | -4.10% |
| 9/6/2002 | 1,273.88 | 1.67% | 410.68 | 6.82% |
| 9/9/2002 | 1,286.79 | 1.01% | 412.43 | 0.43% |
| 9/10/2002 | 1,296.23 | 0.71% | 422.05 | 2.31% |
| 9/11/2002 | 1,296.26 | 0.00% | 419.23 | -0.67% |
| 9/12/2002 | 1,264.42 | -1.49% | 413.91 | -1.28% |
| 9/13/2002 | 1,268.57 | 0.33% | 423.92 | 2.39% |
| 9/16/2002 | 1,270.45 | 0.15% | 417.77 | -1.46% |
| 9/17/2002 | 1,245.39 | -1.99% | 411.15 | -1.60% |

178

EXHIBIT E PAGE 286

Exhibit 5, continued

## Standard and Poor's 500 Total Return Index and
## Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 9/18/2002 | 1,239.70 | -0.46% | 411.38 | 0.06% |
| 9/19/2002 | 1,202.47 | -3.05% | 390.43 | -5.23% |
| 9/20/2002 | 1,205.42 | 0.25% | 396.16 | 1.46% |
| 9/23/2002 | 1,188.76 | -1.39% | 376.60 | -5.06% |
| 9/24/2002 | 1,168.22 | -1.74% | 381.80 | 1.37% |
| 9/25/2002 | 1,197.56 | 2.48% | 397.01 | 3.91% |
| 9/26/2002 | 1,219.60 | 1.82% | 388.59 | -2.14% |
| 9/27/2002 | 1,180.28 | -3.28% | 389.57 | 0.25% |
| 9/30/2002 | 1,163.04 | -1.47% | 375.26 | -3.74% |
| 10/1/2002 | 1,209.59 | 3.92% | 367.81 | -2.01% |
| 10/2/2002 | 1,181.32 | -2.36% | 353.24 | -4.04% |
| 10/3/2002 | 1,168.57 | -1.09% | 338.15 | -4.37% |
| 10/4/2002 | 1,142.36 | -2.27% | 339.90 | 0.52% |
| 10/7/2002 | 1,120.52 | -1.93% | 336.77 | -0.93% |
| 10/8/2002 | 1,139.90 | 1.72% | 340.00 | 0.95% |
| 10/9/2002 | 1,108.91 | -2.76% | 342.79 | 0.82% |
| 10/10/2002 | 1,147.80 | 3.45% | 370.30 | 7.72% |
| 10/11/2002 | 1,192.63 | 3.83% | 387.65 | 4.58% |
| 10/14/2002 | 1,201.37 | 0.73% | 402.92 | 3.86% |
| 10/15/2002 | 1,258.24 | 4.63% | 420.65 | 4.31% |
| 10/16/2002 | 1,228.01 | -2.43% | 403.20 | -4.24% |
| 10/17/2002 | 1,255.42 | 2.21% | 436.74 | 7.99% |
| 10/18/2002 | 1,262.84 | 0.59% | 432.25 | -1.03% |
| 10/21/2002 | 1,284.73 | 1.72% | 439.88 | 1.75% |
| 10/22/2002 | 1,271.08 | -1.07% | 430.16 | -2.23% |
| 10/23/2002 | 1,279.63 | 0.67% | 443.34 | 3.02% |
| 10/24/2002 | 1,260.17 | -1.53% | 433.81 | -2.17% |
| 10/25/2002 | 1,281.81 | 1.70% | 450.24 | 3.72% |
| 10/28/2002 | 1,271.20 | -0.83% | 456.26 | 1.33% |
| 10/29/2002 | 1,259.79 | -0.90% | 446.55 | -2.15% |
| 10/30/2002 | 1,272.25 | 0.98% | 465.92 | 4.25% |
| 10/31/2002 | 1,266.41 | -0.54% | 467.26 | 0.29% |
| 11/1/2002 | 1,287.13 | 1.70% | 481.00 | 2.90% |
| 11/4/2002 | 1,297.69 | 0.82% | 502.08 | 4.29% |
| 11/5/2002 | 1,307.80 | 0.78% | 504.86 | 0.55% |
| 11/6/2002 | 1,320.04 | 0.93% | 504.51 | -0.07% |
| 11/7/2002 | 1,290.15 | -2.29% | 486.39 | -3.66% |
| 11/8/2002 | 1,278.94 | -0.87% | 478.70 | -1.59% |
| 11/11/2002 | 1,252.42 | -2.10% | 465.23 | -2.85% |
| 11/12/2002 | 1,262.14 | 0.77% | 482.73 | 3.69% |
| 11/13/2002 | 1,261.97 | -0.01% | 496.87 | 2.89% |
| 11/14/2002 | 1,293.21 | 2.45% | 516.53 | 3.88% |

179

EXHIBIT E PAGE 287

Exhibit 5, continued

## Standard and Poor's 500 Total Return Index and
## Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 11/15/2002 | 1,301.28 | 0.62% | 524.83 | 1.59% |
| 11/18/2002 | 1,287.79 | -1.04% | 516.62 | -1.58% |
| 11/19/2002 | 1,282.61 | -0.40% | 497.23 | -3.83% |
| 11/20/2002 | 1,307.61 | 1.93% | 520.68 | 4.61% |
| 11/21/2002 | 1,335.75 | 2.13% | 539.40 | 3.53% |
| 11/22/2002 | 1,331.17 | -0.34% | 535.74 | -0.68% |
| 11/25/2002 | 1,334.52 | 0.25% | 537.97 | 0.42% |
| 11/26/2002 | 1,306.79 | -2.10% | 519.40 | -3.51% |
| 11/27/2002 | 1,343.47 | 2.77% | 539.33 | 3.77% |
| 11/29/2002 | 1,339.89 | -0.27% | 532.20 | -1.33% |
| 12/2/2002 | 1,337.35 | -0.19% | 535.79 | 0.67% |
| 12/3/2002 | 1,317.65 | -1.48% | 530.20 | -1.05% |
| 12/4/2002 | 1,313.54 | -0.31% | 524.06 | -3.09% |
| 12/5/2002 | 1,297.80 | -1.21% | 501.11 | -2.55% |
| 12/6/2002 | 1,305.99 | 0.63% | 499.18 | -0.39% |
| 12/9/2002 | 1,277.05 | -2.24% | 476.67 | -4.61% |
| 12/10/2002 | 1,294.91 | 1.39% | 491.18 | 3.05% |
| 12/11/2002 | 1,295.91 | 0.08% | 504.13 | 2.60% |
| 12/12/2002 | 1,291.16 | -0.37% | 498.30 | -1.16% |
| 12/13/2002 | 1,273.83 | -1.35% | 479.92 | -3.76% |
| 12/16/2002 | 1,303.85 | 2.33% | 504.05 | 4.91% |
| 12/17/2002 | 1,293.26 | -0.82% | 502.84 | -0.24% |
| 12/18/2002 | 1,276.36 | -1.32% | 504.92 | 0.41% |
| 12/19/2002 | 1,266.79 | -0.75% | 489.49 | -3.10% |
| 12/20/2002 | 1,283.26 | 1.29% | 497.52 | 1.63% |
| 12/23/2002 | 1,285.60 | 0.18% | 508.87 | 2.26% |
| 12/24/2002 | 1,278.58 | -0.55% | 504.53 | -0.86% |
| 12/26/2002 | 1,274.56 | -0.31% | 503.80 | -0.14% |
| 12/27/2002 | 1,254.66 | -1.57% | 492.52 | -2.26% |
| 12/30/2002 | 1,260.42 | 0.46% | 482.35 | -2.09% |
| 12/31/2002 | 1,261.18 | 0.06% | 482.54 | 0.04% |
| 1/2/2003 | 1,303.17 | 3.28% | 506.20 | 4.79% |
| 1/3/2003 | 1,302.55 | -0.05% | 512.88 | 1.31% |
| 1/6/2003 | 1,331.82 | 2.22% | 534.38 | 4.11% |
| 1/7/2003 | 1,323.17 | -0.65% | 538.22 | 0.72% |
| 1/8/2003 | 1,304.95 | -1.39% | 522.65 | -2.94% |
| 1/9/2003 | 1,330.31 | 1.92% | 546.49 | 4.46% |
| 1/10/2003 | 1,330.29 | 0.00% | 558.18 | 2.12% |
| 1/13/2003 | 1,328.50 | -0.13% | 561.87 | 0.66% |
| 1/14/2003 | 1,336.25 | 0.58% | 567.36 | 0.97% |
| 1/15/2003 | 1,317.18 | -1.44% | 559.05 | -1.48% |
| 1/16/2003 | 1,312.01 | -0.39% | 562.58 | 0.63% |

EXHIBIT E PAGE _288_

## Exhibit 5, continued

### Standard and Poor's 500 Total Return Index and
### Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 1/17/2003 | 1,293.63 | -1.41% | 534.01 | -5.21% |
| 1/21/2003 | 1,273.31 | -1.58% | 533.18 | -0.16% |
| 1/22/2003 | 1,260.16 | -1.04% | 532.96 | -0.05% |
| 1/23/2003 | 1,273.04 | 1.02% | 517.72 | -2.89% |
| 1/24/2003 | 1,235.84 | -2.97% | 501.85 | -3.11% |
| 1/27/2003 | 1,215.86 | -1.63% | 500.16 | -0.34% |
| 1/28/2003 | 1,231.76 | 1.30% | 517.04 | 3.32% |
| 1/29/2003 | 1,240.31 | 0.69% | 523.50 | 1.24% |
| 1/30/2003 | 1,212.23 | -2.29% | 518.21 | -1.02% |
| 1/31/2003 | 1,228.14 | 1.30% | 524.54 | 1.21% |
| 2/3/2003 | 1,234.79 | 0.54% | 529.57 | 0.95% |
| 2/4/2003 | 1,217.40 | -1.42% | 526.08 | -0.66% |
| 2/5/2003 | 1,211.04 | -0.52% | 526.42 | 0.06% |
| 2/6/2003 | 1,203.58 | -0.62% | 522.62 | -0.72% |
| 2/7/2003 | 1,191.46 | -1.01% | 516.36 | -1.21% |
| 2/10/2003 | 1,200.51 | 0.76% | 508.24 | -1.59% |
| 2/11/2003 | 1,190.83 | -0.81% | 515.65 | 1.45% |
| 2/12/2003 | 1,176.15 | -1.24% | 513.35 | -0.45% |
| 2/13/2003 | 1,174.43 | -0.15% | 506.27 | -1.39% |
| 2/14/2003 | 1,199.61 | 2.12% | 506.80 | 0.10% |
| 2/18/2003 | 1,223.11 | 1.94% | 527.97 | 4.09% |
| 2/19/2003 | 1,214.66 | -0.69% | 523.22 | -0.90% |
| 2/20/2003 | 1,203.18 | -0.95% | 531.70 | 1.61% |
| 2/21/2003 | 1,219.10 | 1.31% | 541.42 | 1.81% |
| 2/24/2003 | 1,196.71 | -1.85% | 534.26 | -1.33% |
| 2/25/2003 | 1,205.32 | 0.72% | 540.03 | 1.07% |
| 2/26/2003 | 1,189.98 | -1.28% | 535.15 | -0.91% |
| 2/27/2003 | 1,204.11 | 1.18% | 532.18 | -0.56% |
| 2/28/2003 | 1,209.71 | 0.46% | 488.20 | -8.63% |
| 3/3/2003 | 1,200.60 | -0.76% | 496.96 | 1.78% |
| 3/4/2003 | 1,182.17 | -1.55% | 493.39 | -0.72% |
| 3/5/2003 | 1,193.87 | 0.98% | 492.73 | -0.13% |
| 3/6/2003 | 1,182.82 | -0.93% | 504.38 | 2.34% |
| 3/7/2003 | 1,192.62 | 0.83% | 508.44 | 0.80% |
| 3/10/2003 | 1,161.85 | -2.61% | 504.12 | -0.85% |
| 3/11/2003 | 1,152.15 | -0.84% | 491.44 | -2.55% |
| 3/12/2003 | 1,157.61 | 0.47% | 494.61 | 0.64% |
| 3/13/2003 | 1,197.56 | 3.39% | 517.79 | 4.58% |
| 3/14/2003 | 1,199.55 | 0.17% | 518.75 | 0.19% |
| 3/17/2003 | 1,242.09 | 3.48% | 545.67 | 5.06% |
| 3/18/2003 | 1,247.40 | 0.43% | 540.18 | -1.01% |
| 3/19/2003 | 1,258.37 | 0.88% | 510.03 | -5.74% |

181

EXHIBIT E PAGE 281

Exhibit 5, continued

Standard and Poor's 500 Total Return Index and
Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 3/20/2003 | 1,260.77 | 0.19% | 516.86 | 1.33% |
| 3/21/2003 | 1,289.74 | 2.27% | 506.92 | -1.94% |
| 3/24/2003 | 1,244.31 | -3.59% | 473.90 | -6.74% |
| 3/25/2003 | 1,259.44 | 1.21% | 487.91 | 2.91% |
| 3/26/2003 | 1,252.59 | -0.55% | 491.82 | 0.80% |
| 3/27/2003 | 1,250.71 | -0.15% | 485.44 | -1.31% |
| 3/28/2003 | 1,243.51 | -0.58% | 472.76 | -2.65% |
| 3/31/2003 | 1,221.46 | -1.79% | 455.08 | -3.81% |
| 4/1/2003 | 1,236.30 | 1.21% | 461.06 | 1.31% |
| 4/2/2003 | 1,268.82 | 2.60% | 478.66 | 3.75% |
| 4/3/2003 | 1,262.43 | -0.50% | 469.68 | -1.89% |
| 4/4/2003 | 1,265.90 | 0.27% | 454.00 | -3.40% |
| 4/7/2003 | 1,267.49 | 0.13% | 458.21 | 0.92% |
| 4/8/2003 | 1,265.57 | -0.15% | 452.67 | -1.22% |
| 4/9/2003 | 1,247.99 | -1.40% | 444.01 | -1.93% |
| 4/10/2003 | 1256.04 | 0.64% | 404.12 | -9.41% |
| 4/11/2003 | 1251.41 | -0.37% | 407.30 | 0.78% |
| 4/14/2003 | 1275.82 | 1.93% | 411.33 | 0.98% |
| 4/15/2003 | 1283.96 | 0.64% | 419.39 | 1.94% |
| 4/16/2003 | 1268.28 | -1.23% | 414.20 | -1.25% |
| 4/17/2003 | 1287.99 | 1.54% | 433.67 | 4.59% |
| 4/21/2003 | 1285.72 | -0.18% | 438.67 | 1.15% |
| 4/22/2003 | 1313.63 | 2.15% | 451.22 | 2.82% |
| 4/23/2003 | 1324.68 | 0.84% | 452.63 | 0.31% |
| 4/24/2003 | 1313.75 | -0.83% | 448.97 | -0.81% |
| 4/25/2003 | 1295.57 | -1.39% | 438.80 | -2.29% |
| 4/28/2003 | 1318.85 | 1.78% | 448.66 | 2.22% |
| 4/29/2003 | 1323.26 | 0.33% | 445.56 | -0.69% |
| 4/30/2003 | 1322.07 | -0.09% | 453.42 | 1.75% |
| 5/1/2003 | 1321.39 | -0.05% | 459.71 | 1.38% |
| 5/2/2003 | 1341.28 | 1.49% | 470.25 | 2.27% |
| 5/5/2003 | 1336.24 | -0.38% | 486.19 | 3.33% |
| 5/6/2003 | 1347.54 | 0.84% | 480.73 | -1.13% |
| 5/7/2003 | 1340.87 | -0.50% | 470.85 | -2.08% |
| 5/8/2003 | 1327.42 | -1.01% | 460.27 | -2.27% |
| 5/9/2003 | 1346.68 | 1.44% | 472.79 | 2.68% |
| 5/12/2003 | 1363.61 | 1.25% | 475.34 | 0.54% |
| 5/13/2003 | 1359.74 | -0.28% | 477.11 | 0.37% |
| 5/14/2003 | 1355.76 | -0.29% | 480.40 | 0.69% |
| 5/15/2003 | 1366.59 | 0.80% | 484.93 | 0.94% |
| 5/16/2003 | 1363.32 | -0.24% | 472.12 | 2.68% |
| 5/19/2003 | 1329.38 | -2.52% | 449.79 | -4.85% |

182

## Exhibit 5, continued

### Standard and Poor's 500 Total Return Index and
### Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 5/20/2003 | 1327.87 | -0.11% | 449.65 | -0.03% |
| 5/21/2003 | 1333.33 | 0.41% | 453.42 | 0.83% |
| 5/22/2003 | 1345.53 | 0.91% | 464.35 | 2.38% |
| 5/23/2003 | 1347.49 | 0.15% | 468.07 | 0.80% |
| 5/27/2003 | 1373.86 | 1.94% | 482.24 | 2.98% |
| 5/28/2003 | 1376.58 | 0.20% | 481.61 | -0.13% |
| 5/29/2003 | 1371.51 | -0.37% | 482.88 | 0.26% |
| 5/30/2003 | 1391.72 | 1.46% | 486.86 | 0.82% |
| 6/2/2003 | 1396.7 | 0.36% | 486.76 | -0.02% |
| 6/3/2003 | 1403.29 | 0.47% | 502.77 | 3.24% |
| 6/4/2003 | 1424.91 | 1.53% | 523.85 | 4.11% |
| 6/5/2003 | 1430.64 | 0.40% | 533.67 | 1.86% |
| 6/6/2003 | 1427.28 | -0.24% | 532.64 | -0.19% |
| 6/9/2003 | 1410.21 | -1.20% | 519.60 | -2.48% |
| 6/10/2003 | 1423.11 | 0.91% | 526.38 | 1.30% |
| 6/11/2003 | 1441.86 | 1.31% | 522.91 | -0.66% |
| 6/12/2003 | 1443.41 | 0.11% | 529.69 | 1.29% |
| 6/13/2003 | 1429.11 | -1.00% | 521.37 | -1.58% |
| 6/16/2003 | 1461.146 | 2.22% | 534.22 | 2.43% |
| 6/17/2003 | 1462.48 | 0.09% | 538.30 | 0.76% |
| 6/18/2003 | 1460.32 | -0.15% | 544.60 | 1.16% |
| 6/19/2003 | 1438.09 | -1.53% | 521.75 | -4.29% |
| 6/20/2003 | 1439.54 | 0.10% | 517.37 | -0.84% |
| 6/23/2003 | 1419.24 | -1.42% | 509.92 | -1.45% |
| 6/24/2003 | 1421.86 | 0.18% | 517.65 | 1.50% |
| 6/25/2003 | 1410.1 | -0.83% | 517.86 | 0.04% |
| 6/26/2003 | 1425.82 | 1.11% | 525.24 | 1.42% |
| 6/27/2003 | 1411.97 | -0.98% | 529.10 | 0.73% |
| 6/30/2003 | 1409.48 | -0.18% | 515.89 | -2.53% |
| 7/1/2003 | 1421.03 | 0.82% | 521.54 | 1.09% |
| 7/2/2003 | 1437.61 | 1.16% | 534.97 | 2.54% |
| 7/3/2003 | 1425.97 | -0.81% | 530.08 | -0.92% |
| 7/7/2003 | 1453.07 | 1.88% | 547.52 | 3.24% |
| 7/8/2003 | 1458.51 | 0.37% | 572.15 | 4.40% |
| 7/9/2003 | 1450.51 | -0.55% | 575.89 | 0.65% |
| 7/10/2003 | 1430.96 | -1.36% | 566.67 | -1.61% |
| 7/11/2003 | 1444.7 | 0.96% | 572.03 | 0.94% |
| 7/14/2003 | 1453 | 0.57% | 590.40 | 3.16% |
| 7/15/2003 | 1448.02 | -0.34% | 589.12 | -0.22% |
| 7/16/2003 | 1438.86 | -0.63% | 551.40 | -6.62% |
| 7/17/2003 | 1421.11 | -1.24% | 532.14 | -3.56% |
| 7/18/2003 | 1437.89 | 1.17% | 542.44 | 1.92% |

183

EXHIBIT E PAGE 291

## Exhibit 5, continued

### Standard and Poor's 500 Total Return Index and
### Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|------|------|------|------|------|
| 7/21/2003 | 1416.88 | -1.47% | 525.73 | -3.13% |
| 7/22/2003 | 1430.35 | 0.95% | 535.38 | 1.82% |
| 7/23/2003 | 1431.1 | 0.05% | 542.51 | 1.32% |
| 7/24/2003 | 1420.96 | -0.71% | 533.61 | -1.65% |
| 7/25/2003 | 1445.7 | 1.73% | 543.55 | 1.85% |
| 7/28/2003 | 1442.58 | -0.22% | 543.22 | -0.06% |
| 7/29/2003 | 1432.31 | -0.71% | 540.68 | -0.47% |
| 7/30/2003 | 1429.91 | -0.17% | 540.78 | 0.02% |
| 7/31/2003 | 1434.33 | 0.31% | 549.88 | 1.67% |
| 8/1/2003 | 1415.26 | -1.34% | 541.50 | -1.54% |
| 8/4/2003 | 1423.51 | 0.58% | 540.68 | -0.15% |
| 8/5/2003 | 1398.42 | -1.78% | 531.78 | -1.66% |
| 8/6/2003 | 1401.01 | 0.19% | 519.39 | -2.36% |
| 8/7/2003 | 1411.27 | 0.73% | 516.88 | -0.48% |
| 8/8/2003 | 1416.3 | 0.36% | 515.88 | -0.19% |
| 8/11/2003 | 1421.01 | 0.33% | 518.07 | 0.42% |
| 8/12/2003 | 1435.17 | 0.99% | 530.57 | 2.38% |
| 8/13/2003 | 1426.55 | -0.60% | 531.32 | 0.14% |
| 8/14/2003 | 1435.955 | 0.66% | 533.80 | 0.47% |
| 8/15/2003 | 1436.43 | 0.03% | 535.31 | 0.28% |
| 8/18/2003 | 1449.65 | 0.92% | 548.58 | 2.45% |
| 8/19/2003 | 1453.45 | 0.26% | 560.96 | 2.23% |
| 8/20/2003 | 1450.61 | -0.20% | 574.14 | 2.32% |
| 8/21/2003 | 1454.98 | 0.30% | 590.87 | 2.87% |
| 8/22/2003 | 1440.17 | -1.02% | 583.30 | -1.29% |
| 8/25/2003 | 1441.11 | 0.07% | 587.20 | 0.67% |
| 8/26/2003 | 1445.51 | 0.30% | 586.84 | -0.06% |
| 8/27/2003 | 1445.84 | 0.02% | 594.95 | 1.37% |
| 8/28/2003 | 1454.7 | 0.61% | 599.90 | 0.83% |
| 8/29/2003 | 1462.3 | 0.52% | 603.73 | 0.64% |
| 9/2/2003 | 1482.61 | 1.38% | 623.10 | 3.16% |
| 9/3/2003 | 1489.25 | 0.45% | 629.62 | 1.04% |
| 9/4/2003 | 1491.77 | 0.17% | 643.49 | 2.18% |
| 9/5/2003 | 1482.24 | -0.64% | 631.89 | -1.82% |
| 9/8/2003 | 1497.22 | 1.01% | 638.28 | 1.01% |
| 9/9/2003 | 1484.93 | -0.82% | 631.11 | -1.13% |
| 9/10/2003 | 1467.29 | -1.20% | 600.37 | -4.99% |
| 9/11/2003 | 1475.72 | 0.57% | 616.20 | 2.60% |
| 9/12/2003 | 1478.94 | 0.22% | 618.61 | 0.39% |
| 9/15/2003 | 1473.43 | -0.37% | 608.05 | -1.72% |
| 9/16/2003 | 1494.51 | 1.42% | 620.38 | 2.01% |
| 9/17/2003 | 1489.7 | -0.32% | 623.96 | 0.58% |

184

EXHIBIT E PAGE 292

## Exhibit 5, continued

### Standard and Poor's 500 Total Return Index and
### Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 9/18/2003 | 1509.47 | 1.32% | 640.27 | 2.58% |
| 9/19/2003 | 1504.74 | -0.31% | 638.86 | -0.22% |
| 9/22/2003 | 1485.16 | -1.31% | 628.27 | -1.67% |
| 9/23/2003 | 1494.19 | 0.61% | 639.26 | 1.73% |
| 9/24/2003 | 1465.66 | -1.93% | 618.72 | -3.27% |
| 9/25/2003 | 1457.09 | -0.59% | 606.08 | -2.06% |
| 9/26/2003 | 1448.03 | -0.62% | 596.25 | -1.64% |
| 9/29/2003 | 1462.2 | 0.97% | 604.06 | 1.30% |
| 9/30/2003 | 1446.77 | -1.06% | 594.45 | -1.60% |
| 10/1/2003 | 1479.23 | 2.22% | 607.57 | 2.18% |
| 10/2/2003 | 1482.36 | 0.21% | 607.26 | -0.05% |
| 10/3/2003 | 1496.32 | 0.94% | 633.81 | 4.28% |
| 10/6/2003 | 1502.86 | 0.44% | 637.67 | 0.61% |
| 10/7/2003 | 1510.048 | 0.48% | 647.20 | 1.48% |
| 10/8/2003 | 1502.65 | -0.49% | 649.07 | 0.29% |
| 10/9/2003 | 1509.86 | 0.48% | 655.50 | 0.99% |
| 10/10/2003 | 1509 | -0.06% | 653.91 | -0.24% |
| 10/13/2003 | 1519.6 | 0.70% | 666.20 | 1.86% |
| 10/14/2003 | 1525.6 | 0.39% | 661.92 | -0.64% |
| 10/15/2003 | 1521.95 | -0.24% | 656.01 | -0.90% |
| 10/16/2003 | 1526.8 | 0.32% | 658.79 | 0.42% |
| 10/17/2003 | 1511.18 | -1.03% | 647.10 | -1.79% |
| 10/20/2003 | 1518.97 | 0.51% | 655.74 | 1.33% |
| 10/21/2003 | 1520.93 | 0.13% | 669.34 | 2.05% |
| 10/22/2003 | 1498.28 | -1.50% | 650.53 | -2.85% |
| 10/23/2003 | 1503.26 | 0.33% | 603.39 | -7.52% |
| 10/24/2003 | 1496.2 | -0.47% | 613.31 | 1.63% |
| 10/27/2003 | 1499.43 | 0.22% | 621.83 | 1.38% |
| 10/28/2003 | 1522.21 | 1.51% | 645.30 | 3.70% |
| 10/29/2003 | 1524.41 | 0.14% | 660.43 | 2.32% |
| 10/30/2003 | 1523.12 | -0.08% | 646.90 | -2.07% |
| 10/31/2003 | 1528.62 | 0.36% | 640.71 | -0.96% |
| 11/3/2003 | 1540.71 | 0.79% | 665.32 | 3.77% |
| 11/4/2003 | 1532.34 | -0.54% | 663.01 | -0.35% |
| 11/5/2003 | 1530.54 | -0.12% | 676.67 | 2.04% |
| 11/6/2003 | 1539.75 | 0.60% | 685.06 | 1.23% |
| 11/7/2003 | 1533.02 | -0.44% | 685.32 | 0.04% |
| 11/10/2003 | 1524.26 | -0.57% | 665.84 | -2.88% |
| 11/11/2003 | 1523.47 | -0.05% | 677.47 | 1.73% |
| 11/12/2003 | 1541.49 | 1.18% | 693.25 | 2.30% |
| 11/13/2003 | 1541.3 | -0.01% | 690.32 | -0.42% |
| 11/14/2003 | 1529.84 | -0.75% | 677.64 | -1.85% |

185

**Exhibit 5, continued**

**Standard and Poor's 500 Total Return Index and**
**Standard and Poor's MidCap 400 Systems Software Sub-Industry Index**

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 11/17/2003 | 1520.07 | -0.64% | 663.71 | -2.08% |
| 11/18/2003 | 1506.32 | -0.91% | 643.47 | -3.10% |
| 11/19/2003 | 1518.51 | 0.81% | 653.29 | 1.51% |
| 11/20/2003 | 1505.76 | -0.84% | 644.78 | -1.31% |
| 11/21/2003 | 1508.21 | 0.16% | 647.26 | 0.38% |
| 11/24/2003 | 1532.69 | 1.61% | 665.35 | 2.76% |
| 11/25/2003 | 1535.49 | 0.18% | 671.32 | 0.89% |
| 11/26/2003 | 1542.4 | 0.45% | 669.95 | -0.20% |
| 11/28/2003 | 1542.07 | -0.02% | 675.28 | 0.79% |
| 12/1/2003 | 1559.5 | 1.12% | 675.10 | -0.03% |
| 12/2/2003 | 1554.42 | -0.33% | 685.53 | 1.53% |
| 12/3/2003 | 1552.09 | -0.15% | 678.55 | -1.02% |
| 12/4/2003 | 1559.47 | 0.47% | 673.44 | -0.76% |
| 12/5/2003 | 1547.52 | -0.77% | 666.69 | -1.01% |
| 12/8/2003 | 1558.96 | 0.74% | 669.74 | 0.46% |
| 12/9/2003 | 1545.68 | -0.86% | 649.06 | -3.14% |
| 12/10/2003 | 1544.31 | -0.09% | 652.53 | 0.53% |
| 12/11/2003 | 1562.23 | 1.15% | 670.29 | 2.69% |
| 12/12/2003 | 1566.5 | 0.27% | 688.88 | 2.74% |
| 12/15/2003 | 1557.66 | -0.57% | 672.05 | -2.47% |
| 12/16/2003 | 1568.02 | 0.66% | 672.22 | 0.03% |
| 12/17/2003 | 1570.15 | 0.14% | 669.95 | -0.34% |
| 12/18/2003 | 1588.9 | 1.19% | 700.72 | 4.49% |
| 12/19/2003 | 1588.19 | -0.04% | 700.37 | -0.05% |
| 12/22/2003 | 1594.43 | 0.39% | 709.47 | 1.29% |
| 12/23/2003 | 1598.93 | 0.28% | 722.31 | 1.79% |
| 12/24/2003 | 1596.05 | -0.18% | 719.99 | -0.32% |
| 12/26/2003 | 1598.75 | 0.17% | 721.52 | 0.21% |
| 12/29/2003 | 1619.158 | 1.27% | 735.29 | 1.89% |
| 12/30/2003 | 1619.59 | 0.03% | 725.78 | -1.30% |
| 12/31/2003 | 1622.94 | 0.21% | 720.41 | -0.74% |
| 1/2/2004 | 1618.05 | -0.30% | 725.43 | 0.69% |
| 1/5/2004 | 1638.1 | 1.23% | 758.20 | 4.42% |
| 1/6/2004 | 1640.31 | 0.13% | 776.35 | 2.37% |
| 1/7/2004 | 1644.6 | 0.26% | 778.41 | 0.26% |
| 1/8/2004 | 1652.83 | 0.50% | 784.43 | 0.77% |
| 1/9/2004 | 1638.14 | -0.89% | 774.07 | -1.33% |
| 1/12/2004 | 1646.03 | 0.48% | 791.90 | 2.28% |
| 1/13/2004 | 1637.33 | -0.53% | 778.29 | -1.73% |
| 1/14/2004 | 1650.96 | 0.83% | 789.60 | 1.44% |
| 1/15/2004 | 1653.21 | 0.14% | 775.65 | -1.78% |
| 1/16/2004 | 1664.57 | 0.68% | 787.89 | 1.57% |

186

Exhibit 5, continued

## Standard and Poor's 500 Total Return Index and
## Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 1/20/2004 | 1663.29 | -0.08% | 793.47 | 0.71% |
| 1/21/2004 | 1676.07 | 0.77% | 783.05 | -1.32% |
| 1/22/2004 | 1670.73 | -0.32% | 762.25 | -2.69% |
| 1/23/2004 | 1667.26 | -0.21% | 765.57 | 0.43% |
| 1/26/2004 | 1687.44 | 1.20% | 773.26 | 1.00% |
| 1/27/2004 | 1670.91 | -0.98% | 758.11 | -1.98% |
| 1/28/2004 | 1648.44 | -1.35% | 773.86 | 2.06% |
| 1/29/2004 | 1657.09 | 0.52% | 753.79 | -2.63% |
| 1/30/2004 | 1652.73 | -0.26% | 758.97 | 0.68% |
| 2/2/2004 | 1658.79 | 0.37% | 756.52 | -0.32% |
| 2/3/2004 | 1659.92 | 0.07% | 758.73 | 0.29% |
| 2/4/2004 | 1646.29 | -0.82% | 731.02 | -3.72% |
| 2/5/2004 | 1649.35 | 0.19% | 738.99 | 1.08% |
| 2/6/2004 | 1670.14 | 1.25% | 755.78 | 2.25% |
| 2/9/2004 | 1666.16 | -0.24% | 763.22 | 0.98% |
| 2/10/2004 | 1674.55 | 0.50% | 772.18 | 1.17% |
| 2/11/2004 | 1693.03 | 1.10% | 770.24 | -0.25% |
| 2/12/2004 | 1684.92 | -0.48% | 763.12 | -0.93% |
| 2/13/2004 | 1675.86 | -0.54% | 752.04 | -1.46% |
| 2/17/2004 | 1692.22 | 0.97% | 778.19 | 3.42% |
| 2/18/2004 | 1684.9 | -0.43% | 767.19 | -1.42% |
| 2/19/2004 | 1678.01 | -0.41% | 740.39 | -3.56% |
| 2/20/2004 | 1673.71 | -0.26% | 729.49 | -1.48% |
| 2/23/2004 | 1669.2 | -0.27% | 711.00 | -2.57% |
| 2/24/2004 | 1666.42 | -0.17% | 719.66 | 1.21% |
| 2/25/2004 | 1673.34 | 0.41% | 733.83 | 1.95% |
| 2/26/2004 | 1675.63 | 0.14% | 739.41 | 0.76% |
| 2/27/2004 | 1675.7 | 0.00% | 741.63 | 0.30% |
| 3/1/2004 | 1691.9 | 0.96% | 749.28 | 1.03% |
| 3/2/2004 | 1681.88 | -0.59% | 737.16 | -1.63% |
| 3/3/2004 | 1685.17 | 0.20% | 749.18 | 1.62% |
| 3/4/2004 | 1690.83 | 0.34% | 757.77 | 1.14% |
| 3/5/2004 | 1693.76 | 0.17% | 755.98 | -0.24% |
| 3/8/2004 | 1679.74 | -0.83% | 754.12 | -0.25% |
| 3/9/2004 | 1670.07 | -0.58% | 736.25 | -2.40% |
| 3/10/2004 | 1645.79 | -1.46% | 717.47 | -2.58% |
| 3/11/2004 | 1621.22 | -1.50% | 707.63 | -1.38% |
| 3/12/2004 | 1641.42 | 1.24% | 734.79 | 3.77% |
| 3/15/2004 | 1617.91 | -1.44% | 703.83 | -4.30% |
| 3/16/2004 | 1627.03 | 0.56% | 704.89 | 0.15% |
| 3/17/2004 | 1646.29 | 1.18% | 723.21 | 2.57% |
| 3/18/2004 | 1644.21 | -0.13% | 713.82 | -1.31% |

187

EXHIBIT E PAGE 295

## Exhibit 5, continued

### Standard and Poor's 500 Total Return Index and
### Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 3/19/2004 | 1625.84 | -1.12% | 711.03 | -0.39% |
| 3/22/2004 | 1604.8 | -1.30% | 692.92 | -2.58% |
| 3/23/2004 | 1602.67 | -0.13% | 696.46 | 0.51% |
| 3/24/2004 | 1598.85 | -0.24% | 696.11 | -0.05% |
| 3/25/2004 | 1625.01 | 1.62% | 723.39 | 3.84% |
| 3/26/2004 | 1623.36 | -0.10% | 725.02 | 0.23% |
| 3/29/2004 | 1644.75 | 1.31% | 741.53 | 2.25% |
| 3/30/2004 | 1651.43 | 0.41% | 751.65 | 1.36% |
| 3/31/2004 | 1650.42 | -0.06% | 746.48 | -0.69% |
| 4/1/2004 | 1659.17 | 0.53% | 759.59 | 1.74% |
| 4/2/2004 | 1673.41 | 0.85% | 756.39 | -0.42% |
| 4/5/2004 | 1686.24 | 0.76% | 772.28 | 2.08% |
| 4/6/2004 | 1683.23 | -0.18% | 766.40 | -0.76% |
| 4/7/2004 | 1672.14 | -0.66% | 764.42 | -0.26% |
| 4/8/2004 | 1670.36 | -0.11% | 767.75 | 0.43% |
| 4/12/2004 | 1679.02 | 0.52% | 773.64 | 0.76% |
| 4/13/2004 | 1655.99 | -1.38% | 754.36 | -2.52% |
| 4/14/2004 | 1654.17 | -0.11% | 750.80 | -0.47% |
| 4/15/2004 | 1655.15 | 0.06% | 739.77 | -1.48% |
| 4/16/2004 | 1663.62 | 0.51% | 739.35 | -0.06% |
| 4/19/2004 | 1665.4 | 0.11% | 749.97 | 1.43% |
| 4/20/2004 | 1639.49 | -1.57% | 738.89 | -1.49% |
| 4/21/2004 | 1648.32 | 0.54% | 750.21 | 1.52% |
| 4/22/2004 | 1671.63 | 1.40% | 734.84 | -2.07% |
| 4/23/2004 | 1672.62 | 0.06% | 717.71 | -2.36% |
| 4/26/2004 | 1665.2 | -0.44% | 696.60 | -2.99% |
| 4/27/2004 | 1668.99 | 0.23% | 693.45 | -0.45% |
| 4/28/2004 | 1646.2 | -1.37% | 653.52 | -5.93% |
| 4/29/2004 | 1634.16 | -0.73% | 637.69 | -2.45% |
| 4/30/2004 | 1624.51 | -0.59% | 628.54 | -1.45% |
| 5/3/2004 | 1639.46 | 0.92% | 635.74 | 1.14% |
| 5/4/2004 | 1642.5 | 0.19% | 674.81 | 5.96% |
| 5/5/2004 | 1645.65 | 0.19% | 679.77 | 0.73% |
| 5/6/2004 | 1634.75 | -0.66% | 676.92 | -0.42% |
| 5/7/2004 | 1612.31 | -1.38% | 668.95 | -1.18% |
| 5/10/2004 | 1595.38 | -1.06% | 666.24 | -0.41% |
| 5/11/2004 | 1607.94 | 0.78% | 684.88 | 2.76% |
| 5/12/2004 | 1611.15 | 0.20% | 680.19 | -0.69% |
| 5/13/2004 | 1610.05 | -0.07% | 683.35 | 0.46% |
| 5/14/2004 | 1609.12 | -0.06% | 666.44 | -2.51% |
| 5/17/2004 | 1592.23 | -1.06% | 650.77 | -2.38% |
| 5/18/2004 | 1603.14 | 0.68% | 667.93 | 2.60% |

188

EXHIBIT E PAGE 296

**Exhibit 5, continued**

**Standard and Poor's 500 Total Return Index and**
**Standard and Poor's MidCap 400 Systems Software Sub-Industry Index**

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 5/19/2004 | 1599.29 | -0.24% | 662.65 | -0.79% |
| 5/20/2004 | 1600.06 | 0.05% | 658.47 | -0.63% |
| 5/21/2004 | 1606.49 | 0.40% | 661.00 | 0.38% |
| 5/24/2004 | 1609.22 | 0.17% | 663.32 | 0.35% |
| 5/25/2004 | 1635.14 | 1.60% | 675.14 | 1.77% |
| 5/26/2004 | 1638.16 | 0.18% | 672.48 | -0.39% |
| 5/27/2004 | 1647.65 | 0.58% | 677.24 | 0.71% |
| 5/28/2004 | 1646.8 | -0.05% | 676.77 | -0.07% |
| 6/1/2004 | 1647.57 | 0.05% | 677.49 | 0.11% |
| 6/2/2004 | 1653.67 | 0.37% | 676.87 | -0.09% |
| 6/3/2004 | 1641.43 | -0.74% | 672.13 | -0.70% |
| 6/4/2004 | 1650.08 | 0.53% | 684.45 | 1.82% |
| 6/7/2004 | 1676.48 | 1.59% | 693.32 | 1.29% |
| 6/8/2004 | 1679.21 | 0.16% | 686.68 | -0.96% |
| 6/9/2004 | 1663.38 | -0.95% | 678.19 | -1.24% |
| 6/10/2004 | 1671.02 | 0.46% | 676.59 | -0.24% |
| 6/14/2004 | 1655 | -0.96% | 661.22 | -2.30% |
| 6/15/2004 | 1664.92 | 0.60% | 676.66 | 2.31% |
| 6/16/2004 | 1667.23 | 0.14% | 673.59 | -0.45% |
| 6/17/2004 | 1665.02 | -0.13% | 668.99 | -0.69% |
| 6/18/2004 | 1669.39 | 0.26% | 676.91 | 1.18% |
| 6/21/2004 | 1662.46 | -0.42% | 673.88 | -0.45% |
| 6/22/2004 | 1668.55 | 0.37% | 689.74 | 2.33% |
| 6/23/2004 | 1682.75 | 0.85% | 704.59 | 2.13% |
| 6/24/2004 | 1678.07 | -0.28% | 700.79 | -0.54% |
| 6/25/2004 | 1668.93 | -0.55% | 717.12 | 2.30% |
| 6/28/2004 | 1667.61 | -0.08% | 713.69 | -0.48% |
| 6/29/2004 | 1671.84 | 0.25% | 716.67 | 0.42% |
| 6/30/2004 | 1678.83 | 0.42% | 722.99 | 0.88% |
| 7/1/2004 | 1661.526 | -1.04% | 707.32 | -2.19% |
| 7/2/2004 | 1656.331 | -0.31% | 680.47 | -3.87% |
| 7/6/2004 | 1642.835 | -0.82% | 656.92 | -3.52% |
| 7/7/2004 | 1646.361 | 0.21% | 644.68 | -1.88% |
| 7/8/2004 | 1632.885 | -0.82% | 636.29 | -1.31% |
| 7/9/2004 | 1638.419 | 0.34% | 642.34 | 0.95% |
| 7/12/2004 | 1640.73 | 0.14% | 643.18 | 0.13% |
| 7/13/2004 | 1641.965 | 0.08% | 642.14 | -0.16% |
| 7/14/2004 | 1636.62 | -0.33% | 629.27 | -2.02% |
| 7/15/2004 | 1629.58 | -0.43% | 633.98 | 0.75% |
| 7/16/2004 | 1621.81 | -0.48% | 624.14 | -1.56% |
| 7/19/2004 | 1621.09 | -0.04% | 625.70 | 0.25% |
| 7/20/2004 | 1632.52 | 0.70% | 635.38 | 1.54% |

189

## Exhibit 5, continued

### Standard and Poor's 500 Total Return Index and
### Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 7/21/2004 | 1610.89 | -1.33% | 618.31 | -2.72% |
| 7/22/2004 | 1615.28 | 0.27% | 617.17 | -0.18% |
| 7/23/2004 | 1599.62 | -0.97% | 605.40 | -1.93% |
| 7/26/2004 | 1596.49 | -0.20% | 592.63 | -2.13% |
| 7/27/2004 | 1612.33 | 0.99% | 605.22 | 2.10% |
| 7/28/2004 | 1613.5 | 0.07% | 619.27 | 2.29% |
| 7/29/2004 | 1621.35 | 0.49% | 640.07 | 3.30% |
| 7/30/2004 | 1623.26 | 0.12% | 640.05 | 0.00% |
| 8/2/2004 | 1630.48 | 0.44% | 634.58 | -0.86% |
| 8/3/2004 | 1620.28 | -0.63% | 630.20 | -0.69% |
| 8/4/2004 | 1619 | -0.08% | 634.15 | 0.62% |
| 8/5/2004 | 1592.64 | -1.64% | 621.45 | -2.02% |
| 8/6/2004 | 1568.07 | -1.55% | 607.51 | -2.27% |
| 8/9/2004 | 1569.96 | 0.12% | 608.36 | 0.14% |
| 8/10/2004 | 1590.35 | 1.29% | 618.94 | 1.72% |
| 8/11/2004 | 1586.43 | -0.25% | 607.76 | -1.82% |
| • 8/12/2004 | 1567.95 | -1.17% | 598.84 | -1.48% |
| 8/13/2004 | 1570.45 | 0.16% | 596.90 | -0.32% |
| 8/16/2004 | 1591.94 | 1.36% | 612.08 | 2.51% |
| 8/17/2004 | 1595.57 | 0.23% | 633.21 | 3.39% |
| 8/18/2004 | 1615.72 | 1.25% | 647.93 | 2.30% |
| 8/19/2004 | 1609.97 | -0.36% | 655.09 | 1.10% |
| 8/20/2004 | 1620.47 | 0.65% | 662.47 | 1.12% |
| 8/23/2004 | 1616.68 | -0.23% | 667.77 | 0.80% |
| 8/24/2004 | 1617.46 | 0.05% | 667.46 | -0.05% |
| 8/25/2004 | 1630.49 | 0.80% | 672.54 | 0.76% |
| 8/26/2004 | 1630.68 | 0.01% | 671.42 | -0.17% |
| 8/27/2004 | 1634.83 | 0.25% | 678.19 | 1.00% |
| 8/30/2004 | 1622.28 | -0.77% | 670.65 | -1.12% |
| 8/31/2004 | 1629.83 | 0.46% | 676.56 | 0.88% |
| 9/1/2004 | 1632.82 | 0.18% | 676.91 | 0.05% |
| 9/2/2004 | 1651.14 | 1.12% | 674.11 | -0.41% |
| 9/3/2004 | 1644.25 | -0.42% | 664.87 | -1.38% |
| 9/7/2004 | 1655.65 | 0.69% | 655.45 | -1.43% |
| 9/8/2004 | 1648.52 | -0.43% | 659.34 | 0.59% |
| 9/9/2004 | 1651.65 | 0.19% | 674.76 | 2.31% |
| 9/10/2004 | 1659.84 | 0.49% | 698.99 | 3.53% |
| 9/13/2004 | 1663.1 | 0.20% | 705.82 | 0.97% |
| 9/14/2004 | 1666.82 | 0.22% | 700.29 | -0.79% |
| 9/15/2004 | 1655.1 | -0.71% | 690.27 | -1.44% |
| 9/16/2004 | 1659.78 | 0.28% | 692.56 | 0.33% |
| 9/17/2004 | 1667.25 | 0.45% | 688.06 | -0.65% |

190

EXHIBIT E PAGE 298

Exhibit 5, continued

### Standard and Poor's 500 Total Return Index and
### Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 9/20/2004 | 1657.88 | -0.56% | 679.62 | -1.23% |
| 9/21/2004 | 1668.39 | 0.63% | 682.33 | 0.40% |
| 9/22/2004 | 1645.17 | -1.40% | 671.47 | -1.60% |
| 9/23/2004 | 1637.82 | -0.45% | 677.67 | 0.92% |
| 9/24/2004 | 1640.4 | 0.16% | 673.87 | -0.56% |
| 9/27/2004 | 1630.67 | -0.59% | 673.48 | -0.06% |
| 9/28/2004 | 1640.62 | 0.61% | 677.53 | 0.60% |
| 9/29/2004 | 1647.79 | 0.44% | 685.93 | 1.23% |
| 9/30/2004 | 1647.48 | -0.02% | 700.76 | 2.14% |
| 10/1/2004 | 1672.49 | 1.51% | 720.34 | 2.76% |
| 10/4/2004 | 1678.1 | 0.33% | 737.64 | 2.37% |
| 10/5/2004 | 1677.09 | -0.06% | 749.08 | 1.54% |
| 10/6/2004 | 1688.83 | 0.70% | 761.81 | 1.69% |
| 10/7/2004 | 1672.08 | -1.00% | 748.18 | -1.81% |
| 10/8/2004 | 1659.51 | -0.75% | 726.99 | -2.87% |
| 10/11/2004 | 1662.84 | 0.20% | 733.48 | 0.89% |
| 10/12/2004 | 1659.07 | -0.23% | 725.43 | -1.10% |
| 10/13/2004 | 1647.13 | -0.72% | 721.94 | -0.48% |
| 10/14/2004 | 1631.81 | -0.93% | 724.88 | 0.41% |
| 10/15/2004 | 1639.08 | 0.44% | 725.22 | 0.05% |
| 10/18/2004 | 1647.7 | 0.52% | 748.18 | 3.12% |
| 10/19/2004 | 1631.74 | -0.97% | 759.86 | 1.55% |
| 10/20/2004 | 1632.49 | 0.05% | 751.09 | -1.16% |
| 10/21/2004 | 1636.76 | 0.26% | 794.62 | 5.63% |
| 10/22/2004 | 1620.85 | -0.98% | 779.03 | -1.98% |
| 10/25/2004 | 1619.48 | -0.08% | 782.59 | 0.46% |
| 10/26/2004 | 1643.57 | 1.48% | 777.56 | -0.64% |
| 10/27/2004 | 1665.01 | 1.30% | 807.59 | 3.79% |
| 10/28/2004 | 1668.55 | 0.21% | 801.77 | -0.72% |
| 10/29/2004 | 1672.65 | 0.25% | 805.87 | 0.51% |
| 11/1/2004 | 1673.11 | 0.03% | 818.59 | 1.57% |
| 11/2/2004 | 1673.16 | 0.00% | 800.71 | -2.21% |
| 11/3/2004 | 1692.22 | 1.13% | 811.61 | 1.35% |
| 11/4/2004 | 1719.64 | 1.61% | 831.69 | 2.44% |
| 11/5/2004 | 1726.34 | 0.39% | 825.08 | -0.80% |
| 11/8/2004 | 1724.59 | -0.10% | 822.73 | -0.29% |
| 11/9/2004 | 1724.07 | -0.03% | 840.06 | 2.08% |
| 11/10/2004 | 1722.67 | -0.08% | 834.60 | -0.65% |
| 11/11/2004 | 1738.32 | 0.90% | 849.03 | 1.71% |
| 11/12/2004 | 1754.33 | 0.92% | 855.51 | 0.76% |
| 11/15/2004 | 1753.99 | -0.02% | 866.41 | 1.27% |
| 11/16/2004 | 1741.72 | -0.70% | 863.66 | -0.32% |

191

EXHIBIT E PAGE 299

Exhibit 5, continued

Standard and Poor's 500 Total Return Index and
Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 11/17/2004 | 1751.57 | 0.56% | 880.59 | 1.94% |
| 11/18/2004 | 1753.97 | 0.14% | 877.18 | -0.39% |
| 11/19/2004 | 1734.45 | -1.12% | 853.55 | -2.73% |
| 11/22/2004 | 1744.71 | 0.59% | 862.59 | 1.05% |
| 11/23/2004 | 1744.31 | -0.02% | 847.17 | -1.80% |
| 11/24/2004 | 1751.55 | 0.41% | 851.72 | 0.54% |
| 11/26/2004 | 1753.09 | 0.09% | 857.20 | 0.64% |
| 11/29/2004 | 1747.34 | -0.33% | 874.27 | 1.97% |
| 11/30/2004 | 1740.327 | -0.40% | 873.10 | -0.13% |
| 12/1/2004 | 1766.9 | 1.52% | 884.31 | 1.28% |
| 12/2/2004 | 1765.37 | -0.09% | 892.28 | 0.90% |
| 12/3/2004 | 1766.63 | 0.07% | 915.75 | 2.60% |
| 12/6/2004 | 1765.33 | -0.07% | 937.31 | 2.33% |
| 12/7/2004 | 1745.84 | -1.11% | 928.59 | -0.93% |
| 12/8/2004 | 1754.75 | 0.51% | 933.38 | 0.51% |
| 12/9/2004 | 1764.35 | 0.55% | 927.72 | -0.61% |
| 12/10/2004 | 1762.51 | -0.10% | 941.02 | 1.42% |
| 12/13/2004 | 1778.54 | 0.91% | 956.10 | 1.59% |
| 12/14/2004 | 1785.51 | 0.39% | 975.60 | 2.02% |
| 12/15/2004 | 1789.14 | 0.20% | 966.60 | -0.93% |
| 12/16/2004 | 1785.51 | -0.20% | 909.56 | -6.08% |
| 12/17/2004 | 1772.19 | -0.75% | 901.28 | -0.91% |
| 12/20/2004 | 1772.87 | 0.04% | 865.88 | -4.01% |
| 12/21/2004 | 1788.93 | 0.90% | 900.68 | 3.94% |
| 12/22/2004 | 1795.66 | 0.38% | 893.23 | -0.83% |
| 12/23/2004 | 1796.49 | 0.05% | 893.69 | 0.05% |
| 12/27/2004 | 1788.76 | -0.43% | 901.89 | 0.91% |
| 12/28/2004 | 1801.58 | 0.71% | 915.34 | 1.48% |
| 12/29/2004 | 1801.71 | 0.01% | 913.44 | -0.21% |
| 12/30/2004 | 1801.98 | 0.01% | 917.31 | 0.42% |
| 12/31/2004 | 1799.55 | -0.13% | 919.63 | 0.25% |
| 1/3/2005 | 1784.96 | -0.81% | 898.86 | -2.28% |
| 1/4/2005 | 1764.3 | -1.16% | 856.90 | -4.78% |
| 1/5/2005 | 1758.07 | -0.35% | 847.36 | -1.12% |
| 1/6/2005 | 1764.63 | 0.37% | 821.03 | -3.16% |
| 1/7/2005 | 1762.12 | -0.14% | 808.87 | -1.49% |
| 1/10/2005 | 1768.17 | 0.34% | 801.40 | -0.93% |
| 1/11/2005 | 1757.51 | -0.60% | 795.77 | -0.70% |
| 1/12/2005 | 1764.72 | 0.41% | 802.38 | 0.83% |
| 1/13/2005 | 1749.48 | -0.87% | 805.27 | 0.36% |
| 1/14/2005 | 1759.98 | 0.60% | 820.26 | 1.84% |
| 1/18/2005 | 1777.04 | 0.96% | 830.50 | 1.24% |

192

EXHIBIT E PAGE 300

Exhibit 5, continued

Standard and Poor's 500 Total Return Index and
Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 1/19/2005 | 1760.28 | -0.95% | 812.25 | -2.22% |
| 1/20/2005 | 1746.61 | -0.78% | 820.73 | 1.04% |
| 1/21/2005 | 1735.43 | -0.64% | 809.48 | -1.38% |
| 1/24/2005 | 1729.33 | -0.35% | 785.98 | -2.95% |
| 1/25/2005 | 1736.29 | 0.40% | 812.71 | 3.34% |
| 1/26/2005 | 1744.72 | 0.48% | 825.28 | 1.53% |
| 1/27/2005 | 1745.58 | 0.05% | 820.82 | -0.54% |
| 1/28/2005 | 1740.96 | -0.27% | 816.54 | -0.52% |
| 1/31/2005 | 1755.68 | 0.84% | 839.83 | 2.81% |
| 2/1/2005 | 1767.79 | 0.69% | 854.42 | 1.72% |
| 2/2/2005 | 1773.63 | 0.33% | 851.00 | -0.40% |
| 2/3/2005 | 1769.26 | -0.25% | 853.73 | 0.32% |
| 2/4/2005 | 1788.82 | 1.10% | 883.24 | 3.40% |
| 2/7/2005 | 1786.92 | -0.11% | 876.28 | -0.79% |
| 2/8/2005 | 1788.16 | 0.07% | 850.83 | -2.95% |
| 2/9/2005 | 1773.276 | -0.84% | 830.70 | -2.39% |
| 2/10/2005 | 1780.804 | 0.42% | 816.38 | -1.74% |
| 2/11/2005 | 1793.54 | 0.71% | 839.35 | 2.77% |
| 2/14/2005 | 1794.98 | 0.08% | 851.64 | 1.45% |
| 2/15/2005 | 1801.06 | 0.34% | 852.16 | 0.06% |
| 2/16/2005 | 1801.59 | 0.03% | 858.44 | 0.73% |
| 2/17/2005 | 1787.41 | -0.79% | 838.41 | -2.36% |
| 2/18/2005 | 1788.65 | 0.07% | 831.65 | -0.81% |
| 2/22/2005 | 1762.76 | -1.46% | 825.69 | -0.72% |
| 2/23/2005 | 1772.76 | 0.57% | 832.76 | 0.85% |
| 2/24/2005 | 1787.34 | 0.82% | 837.58 | 0.58% |
| 2/25/2005 | 1804.17 | 0.94% | 819.67 | -2.16% |
| 2/28/2005 | 1792.63 | -0.64% | 811.49 | -1.00% |
| 3/1/2005 | 1802.79 | 0.57% | 842.85 | 3.79% |
| 3/2/2005 | 1802.92 | 0.01% | 839.49 | -0.40% |
| 3/3/2005 | 1803.51 | 0.03% | 831.36 | -0.97% |
| 3/4/2005 | 1820.88 | 0.96% | 839.87 | 1.02% |
| 3/7/2005 | 1825.7 | 0.26% | 852.31 | 1.47% |
| 3/8/2005 | 1817.12 | -0.47% | 850.22 | -0.25% |
| 3/9/2005 | 1798.79 | -1.01% | 839.78 | -1.24% |
| 3/10/2005 | 1802.2 | 0.19% | 842.32 | 0.30% |
| 3/11/2005 | 1789.01 | -0.73% | 841.03 | -0.15% |
| 3/14/2005 | 1799.14 | 0.56% | 855.02 | 1.65% |
| 3/15/2005 | 1785.61 | -0.75% | 846.52 | -1.00% |
| 3/16/2005 | 1771.35 | -0.80% | 830.52 | -1.91% |
| 3/17/2005 | 1774.55 | 0.18% | 838.02 | 0.90% |
| 3/18/2005 | 1773.72 | -0.05% | 836.06 | -0.23% |

193

EXHIBIT E PAGE 301

**Exhibit 5, continued**

**Standard and Poor's 500 Total Return Index and**
**Standard and Poor's MidCap 400 Systems Software Sub-Industry Index**

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 3/21/2005 | 1764.98 | -0.49% | 832.55 | -0.42% |
| 3/22/2005 | 1747.03 | -1.02% | 829.53 | -0.36% |
| 3/23/2005 | 1748.28 | 0.07% | 822.70 | -0.83% |
| 3/24/2005 | 1746.62 | -0.09% | 824.58 | 0.23% |
| 3/28/2005 | 1750.89 | 0.24% | 826.92 | 0.28% |
| 3/29/2005 | 1737.94 | -0.74% | 811.57 | -1.87% |
| 3/30/2005 | 1762.09 | 1.38% | 818.57 | 0.86% |
| 3/31/2005 | 1760.89 | -0.07% | 817.53 | -0.13% |
| 4/1/2005 | 1749.45 | -0.65% | 824.35 | 0.83% |
| 4/4/2005 | 1754.43 | 0.28% | 821.09 | -0.40% |
| 4/5/2005 | 1762.32 | 0.45% | 786.12 | -4.35% |
| 4/6/2005 | 1766.693 | 0.25% | 789.61 | 0.44% |
| 4/7/2005 | 1777.35 | 0.60% | 796.04 | 0.81% |
| 4/8/2005 | 1762.52 | -0.84% | 783.45 | -1.59% |
| 4/11/2005 | 1762.56 | 0.00% | 781.07 | -0.30% |
| 4/12/2005 | 1772.44 | 0.56% | 782.79 | 0.22% |
| 4/13/2005 | 1751.77 | -1.17% | 774.85 | -1.02% |
| 4/14/2005 | 1734.25 | -1.01% | 770.15 | -0.61% |
| 4/15/2005 | 1705.26 | -1.69% | 748.46 | -2.86% |
| 4/18/2005 | 1710.27 | 0.29% | 751.29 | 0.38% |
| 4/19/2005 | 1720.43 | 0.59% | 766.09 | 1.95% |
| 4/20/2005 | 1697.74 | -1.33% | 758.34 | -1.02% |
| 4/21/2005 | 1731.27 | 1.96% | 770.12 | 1.54% |
| 4/22/2005 | 1719.66 | -0.67% | 761.09 | -1.18% |
| 4/25/2005 | 1734.56 | 0.86% | 764.18 | 0.41% |
| 4/26/2005 | 1719.09 | -0.90% | 742.94 | -2.82% |
| 4/27/2005 | 1726.21 | 0.41% | 745.31 | 0.32% |
| 4/28/2005 | 1707.13 | -1.11% | 733.44 | -1.61% |
| 4/29/2005 | 1727.49 | 1.19% | 745.86 | 1.68% |
| 5/2/2005 | 1735.43 | 0.46% | 756.67 | 1.44% |
| 5/3/2005 | 1733.95 | -0.09% | 772.50 | 2.07% |
| 5/4/2005 | 1755.52 | 1.24% | 783.26 | 1.38% |
| 5/5/2005 | 1751.47 | -0.23% | 774.44 | -1.13% |
| 5/6/2005 | 1749.65 | -0.10% | 823.57 | 6.15% |
| 5/9/2005 | 1760.87 | 0.64% | 814.42 | -1.12% |
| 5/10/2005 | 1742.06 | -1.07% | 805.52 | -1.10% |
| 5/11/2005 | 1750.26 | 0.47% | 817.58 | 1.49% |
| 5/12/2005 | 1732.89 | -1.00% | 816.46 | -0.14% |
| 5/13/2005 | 1725.15 | -0.45% | 813.33 | -0.38% |
| 5/16/2005 | 1742.74 | 1.01% | 825.05 | 1.43% |
| 5/17/2005 | 1755.1 | 0.71% | 832.31 | 0.88% |
| 5/18/2005 | 1773.01 | 1.02% | 848.43 | 1.92% |

194

EXHIBIT E PAGE 302

Exhibit 5, continued

Standard and Poor's 500 Total Return Index and
Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 5/19/2005 | 1781.28 | 0.47% | 858.36 | 1.16% |
| 5/20/2005 | 1778.59 | -0.15% | 855.23 | -0.37% |
| 5/23/2005 | 1785.46 | 0.39% | 866.92 | 1.36% |
| 5/24/2005 | 1785.8 | 0.02% | 883.88 | 1.94% |
| 5/25/2005 | 1779.81 | -0.34% | 864.81 | -2.18% |
| 5/26/2005 | 1791.41 | 0.65% | 904.98 | 4.54% |
| 5/27/2005 | 1793.34 | 0.11% | 902.37 | -0.29% |
| 5/31/2005 | 1782.46 | -0.61% | 915.59 | 1.45% |
| 6/1/2005 | 1799.147 | 0.93% | 912.62 | -0.32% |
| 6/2/2005 | 1802.19 | 0.17% | 903.10 | -1.05% |
| 6/3/2005 | 1789.83 | -0.69% | 892.26 | -1.21% |
| 6/6/2005 | 1792.14 | 0.13% | 881.57 | -1.21% |
| 6/7/2005 | 1791.89 | -0.01% | 877.37 | -0.48% |
| 6/8/2005 | 1788.3 | -0.20% | 872.67 | -0.54% |
| 6/9/2005 | 1797.72 | 0.53% | 881.04 | 0.95% |
| 6/10/2005 | 1793.51 | -0.23% | 873.30 | -0.88% |
| 6/13/2005 | 1798.07 | 0.25% | 876.54 | 0.37% |
| 6/14/2005 | 1802.73 | 0.26% | 874.63 | -0.22% |
| 6/15/2005 | 1806.78 | 0.22% | 886.28 | 1.32% |
| 6/16/2005 | 1813.35 | 0.36% | 889.67 | 0.38% |
| 6/17/2005 | 1822.35 | 0.50% | 891.12 | 0.16% |
| 6/20/2005 | 1821.06 | -0.07% | 890.85 | -0.03% |
| 6/21/2005 | 1817.36 | -0.20% | 893.57 | 0.30% |
| 6/22/2005 | 1817.8 | 0.02% | 895.96 | 0.27% |
| 6/23/2005 | 1798.49 | -1.07% | 890.08 | -0.66% |
| 6/24/2005 | 1784.77 | -0.77% | 860.38 | -3.39% |
| 6/27/2005 | 1783.45 | -0.07% | 862.76 | 0.28% |
| 6/28/2005 | 1800.07 | 0.93% | 889.16 | 3.01% |
| 6/29/2005 | 1797.73 | -0.13% | 870.87 | -2.08% |
| 6/30/2005 | 1784.99 | -0.71% | 856.43 | -1.67% |
| 7/1/2005 | 1789.85 | 0.27% | 858.88 | 0.29% |
| 7/5/2005 | 1805.68 | 0.88% | 867.54 | 1.00% |
| 7/6/2005 | 1791.05 | -0.81% | 883.04 | 1.77% |
| 7/7/2005 | 1795.55 | 0.25% | 892.22 | 1.03% |
| 7/8/2005 | 1816.52 | 1.16% | 909.91 | 1.96% |
| 7/11/2005 | 1827.91 | 0.63% | 924.44 | 1.58% |
| 7/12/2005 | 1832.15 | 0.23% | 931.51 | 0.76% |
| 7/13/2005 | 1833.98 | 0.10% | 931.02 | -0.05% |
| 7/14/2005 | 1838.8 | 0.26% | 927.29 | -0.40% |
| 7/15/2005 | 1840.93 | 0.12% | 925.05 | -0.24% |
| 7/18/2005 | 1830.75 | -0.55% | 914.31 | -1.17% |
| 7/19/2005 | 1843.07 | 0.67% | 925.33 | 1.20% |

195

EXHIBIT PAGE 303

Exhibit 5, continued

Standard and Poor's 500 Total Return Index and
Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 7/20/2005 | 1852.02 | 0.48% | 938.64 | 1.42% |
| 7/21/2005 | 1839.8 | -0.66% | 933.46 | -0.55% |
| 7/22/2005 | 1849.81 | 0.54% | 933.94 | 0.05% |
| 7/25/2005 | 1842.85 | -0.38% | 924.01 | -1.07% |
| 7/26/2005 | 1846.04 | 0.17% | 933.43 | 1.01% |
| 7/27/2005 | 1854.72 | 0.47% | 938.85 | 0.58% |
| 7/28/2005 | 1865.64 | 0.59% | 951.55 | 1.34% |
| 7/29/2005 | 1851.37 | -0.77% | 978.08 | 2.75% |
| 8/1/2005 | 1853.13 | 0.10% | 959.06 | -1.96% |
| 8/2/2005 | 1866.28 | 0.71% | 949.13 | -1.04% |
| 8/3/2005 | 1868.06 | 0.10% | 934.59 | -1.54% |
| 8/4/2005 | 1854.3 | -0.74% | 920.44 | -1.53% |
| 8/5/2005 | 1840.19 | -0.76% | 912.87 | -0.83% |
| 8/8/2005 | 1835.37 | -0.26% | 908.29 | -0.50% |
| 8/9/2005 | 1847.76 | 0.67% | 924.03 | 1.72% |
| 8/10/2005 | 1845.16 | -0.14% | 908.67 | -1.68% |
| 8/11/2005 | 1858.43 | 0.72% | 923.28 | 1.60%  • |
| 8/12/2005 | 1847.31 | -0.60% | 914.24 | -0.98% |
| 8/15/2005 | 1852.78 | 0.30% | 926.54 | 1.34% |
| 8/16/2005 | 1830.99 | -1.18% | 934.54 | 0.86% |
| 8/17/2005 | 1832.82 | 0.10% | 941.33 | 0.72% |
| 8/18/2005 | 1831.09 | -0.09% | 941.37 | 0.00% |
| 8/19/2005 | 1832.29 | 0.07% | 931.75 | -1.03% |
| 8/22/2005 | 1835.32 | 0.17% | 945.96 | 1.51% |
| 8/23/2005 | 1829.11 | -0.34% | 946.09 | 0.01% |
| 8/24/2005 | 1817.22 | -0.65% | 937.74 | -0.89% |
| 8/25/2005 | 1821.455 | 0.23% | 926.31 | -1.23% |
| 8/26/2005 | 1810.52 | -0.60% | 914.60 | -1.27% |
| 8/29/2005 | 1821.56 | 0.61% | 918.05 | 0.38% |
| 8/30/2005 | 1815.97 | -0.31% | 919.84 | 0.19% |
| 8/31/2005 | 1834.48 | 1.01% | 931.55 | 1.27% |
| 9/1/2005 | 1836.37 | 0.10% | 932.01 | 0.05% |
| 9/2/2005 | 1831.06 | -0.29% | 920.53 | -1.24% |
| 9/6/2005 | 1854.23 | 1.26% | 941.36 | 2.24% |
| 9/7/2005 | 1859 | 0.26% | 966.18 | 2.60% |
| 9/8/2005 | 1852 | -0.38% | 968.22 | 0.21% |
| 9/9/2005 | 1866.74 | 0.79% | 976.86 | 0.89% |
| 9/12/2005 | 1865.45 | -0.07% | 982.67 | 0.59% |
| 9/13/2005 | 1851.87 | -0.73% | 977.19 | -0.56% |
| 9/14/2005 | 1845.84 | -0.33% | 980.88 | 0.38% |
| 9/15/2005 | 1846.76 | 0.05% | 947.83 | -3.43% |
| 9/16/2005 | 1862.11 | 0.83% | 954.57 | 0.71% |

196

EXHIBIT E PAGE 304

Exhibit 5, continued

Standard and Poor's 500 Total Return Index and
Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 9/19/2005 | 1851.74 | -0.56% | 940.94 | -1.44% |
| 9/20/2005 | 1837.2 | -0.79% | 944.98 | 0.43% |
| 9/21/2005 | 1820.49 | -0.91% | 930.26 | -1.57% |
| 9/22/2005 | 1827.54 | 0.39% | 928.61 | -0.18% |
| 9/23/2005 | 1828.54 | 0.05% | 934.00 | 0.58% |
| 9/26/2005 | 1829.05 | 0.03% | 927.39 | -0.71% |
| 9/27/2005 | 1829.13 | 0.00% | 924.02 | -0.36% |
| 9/28/2005 | 1831.32 | 0.12% | 929.75 | 0.62% |
| 9/29/2005 | 1847.62 | 0.89% | 934.58 | 0.52% |
| 9/30/2005 | 1849.33 | 0.09% | 951.19 | 1.76% |
| 10/3/2005 | 1846.17 | -0.17% | 957.51 | 0.66% |
| 10/4/2005 | 1827.96 | -0.99% | 948.37 | -0.96% |
| 10/5/2005 | 1801.4 | -1.46% | 933.86 | -1.54% |
| 10/6/2005 | 1794.04 | -0.41% | 924.57 | -1.00% |
| 10/7/2005 | 1800.71 | 0.37% | 930.23 | 0.61% |
| 10/10/2005 | 1787.8 | -0.72% | 926.86 | -0.36% |
| 10/11/2005 | 1784.22 | -0.20% | 926.32 | -0.06% |
| 10/12/2005 | 1775.6 | -0.60% | 907.01 | -2.11% |
| 10/13/2005 | 1772.36 | -0.07% | 908.84 | 0.20% |
| 10/14/2005 | 1787.01 | 0.82% | 918.06 | 1.01% |
| 10/17/2005 | 1792.33 | 0.30% | 927.76 | 1.05% |
| 10/18/2005 | 1774.32 | -1.01% | 912.34 | -1.68% |
| 10/19/2005 | 1801.01 | 1.49% | 917.79 | 0.60% |
| 10/20/2005 | 1774.02 | -1.51% | 918.09 | 0.03% |
| 10/21/2005 | 1776.73 | 0.15% | 909.49 | -0.94% |
| 10/24/2005 | 1806.58 | 1.67% | 940.30 | 3.35% |
| 10/25/2005 | 1802.3 | -0.24% | 942.23 | 0.21% |
| 10/26/2005 | 1794.56 | -0.43% | 932.42 | -1.05% |
| 10/27/2005 | 1776.01 | -1.04% | 912.65 | -2.14% |
| 10/28/2005 | 1805.56 | 1.65% | 896.15 | -1.82% |
| 10/31/2005 | 1818.5 | 0.71% | 910.99 | 1.64% |
| 11/1/2005 | 1812.11 | -0.35% | 908.43 | -0.28% |
| 11/2/2005 | 1830.43 | 1.01% | 856.95 | -5.83% |
| 11/3/2005 | 1838.86 | 0.46% | 860.17 | 0.38% |
| 11/4/2005 | 1839.16 | 0.02% | 868.18 | 0.93% |
| 11/7/2005 | 1843.27 | 0.22% | 881.63 | 1.54% |
| 11/8/2005 | 1837.8 | -0.30% | 876.74 | -0.56% |
| 11/9/2005 | 1841 | 0.17% | 895.22 | 2.09% |
| 11/10/2005 | 1856.9 | 0.86% | 903.62 | 0.93% |
| 11/11/2005 | 1862.56 | 0.30% | 897.26 | -0.71% |
| 11/14/2005 | 1861.25 | -0.07% | 899.23 | 0.22% |
| 11/15/2005 | 1854.28 | -0.38% | 892.84 | -0.71% |

197

EXHIBIT E  PAGE 305

**Exhibit 5, continued**

**Standard and Poor's 500 Total Return Index and**
**Standard and Poor's MidCap 400 Systems Software Sub-Industry Index**

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 11/16/2005 | 1857.97 | 0.20% | 898.68 | 0.65% |
| 11/17/2005 | 1875.49 | 0.94% | 904.02 | 0.59% |
| 11/18/2005 | 1883.99 | 0.45% | 911.78 | 0.85% |
| 11/21/2005 | 1893.93 | 0.53% | 907.67 | -0.45% |
| 11/22/2005 | 1903.66 | 0.51% | 898.21 | -1.05% |
| 11/23/2005 | 1910.39 | 0.35% | 891.14 | -0.79% |
| 11/25/2005 | 1914.41 | 0.21% | 887.90 | -0.36% |
| 11/28/2005 | 1898.37 | -0.84% | 870.68 | -1.96% |
| 11/29/2005 | 1898.74 | 0.02% | 874.22 | 0.41% |
| 11/30/2005 | 1887.28 | -0.61% | 878.04 | 0.44% |
| 12/1/2005 | 1910.23 | 1.21% | 884.35 | 0.72% |
| 12/2/2005 | 1910.86 | 0.03% | 888.28 | 0.44% |
| 12/5/2005 | 1906.42 | -0.23% | 874.36 | -1.58% |
| 12/6/2005 | 1908.89 | 0.13% | 869.95 | -0.51% |
| 12/7/2005 | 1899.69 | -0.48% | 881.27 | 1.29% |
| 12/8/2005 | 1897.57 | -0.11% | 886.41 | 0.58% |
| 12/9/2005 | 1902.92 | 0.28% | 891.01 | 0.52% |
| 12/12/2005 | 1904.59 | 0.09% | 889.35 | -0.19% |
| 12/13/2005 | 1915.3 | 0.56% | 877.32 | -1.36% |
| 12/14/2005 | 1923.43 | 0.42% | 874.94 | -0.27% |
| 12/15/2005 | 1920.85 | -0.13% | 864.17 | -1.24% |
| 12/16/2005 | 1915.402 | -0.28% | 862.09 | -0.24% |
| 12/19/2005 | 1904.214 | -0.59% | 850.41 | -1.36% |
| 12/20/2005 | 1903.81 | -0.02% | 855.50 | 0.60% |
| 12/21/2005 | 1908.65 | 0.25% | 871.44 | 1.85% |
| 12/22/2005 | 1917.16 | 0.44% | 877.60 | 0.70% |
| 12/23/2005 | 1918.25 | 0.06% | 882.27 | 0.53% |
| 12/27/2005 | 1899.93 | -0.96% | 865.09 | -1.97% |
| 12/28/2005 | 1902.73 | 0.15% | 871.75 | 0.77% |
| 12/29/2005 | 1897.19 | -0.29% | 865.35 | -0.74% |
| 12/30/2005 | 1887.941 | -0.49% | 863.30 | -0.24% |
| 1/3/2006 | 1918.95 | 1.63% | 865.83 | 0.29% |
| 1/4/2006 | 1926.38 | 0.39% | 881.73 | 1.82% |
| 1/5/2006 | 1926.43 | 0.00% | 899.09 | 1.95% |
| 1/6/2006 | 1945 | 0.96% | 910.65 | 1.28% |
| 1/9/2006 | 1952.13 | 0.37% | 920.64 | 1.09% |
| 1/10/2006 | 1951.53 | -0.03% | 928.02 | 0.80% |
| 1/11/2006 | 1958.56 | 0.36% | 923.69 | -0.47% |
| 1/12/2006 | 1946.28 | -0.63% | 912.31 | -1.24% |
| 1/13/2006 | 1948.64 | 0.12% | 898.54 | -1.52% |
| 1/17/2006 | 1941.57 | -0.36% | 887.09 | -1.28% |
| 1/18/2006 | 1934.21 | -0.38% | 883.61 | -0.39% |

198

### Exhibit 5, continued

#### Standard and Poor's 500 Total Return Index and
#### Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 1/19/2006 | 1944.98 | 0.56% | 899.54 | 1.79% |
| 1/20/2006 | 1909.35 | -1.85% | 871.12 | -3.21% |
| 1/23/2006 | 1912.91 | 0.19% | 882.59 | 1.31% |
| 1/24/2006 | 1917.54 | 0.24% | 809.07 | -8.70% |
| 1/25/2006 | 1914.28 | -0.17% | 807.41 | -0.21% |
| 1/26/2006 | 1928.17 | 0.72% | 815.05 | 0.94% |
| 1/27/2006 | 1943.34 | 0.78% | 815.23 | 0.02% |
| 1/30/2006 | 1945.66 | 0.12% | 819.61 | 0.54% |
| 1/31/2006 | 1937.93 | -0.40% | 826.06 | 0.78% |
| 2/1/2006 | 1941.75 | 0.20% | 840.58 | 1.74% |
| 2/2/2006 | 1924.67 | -0.88% | 824.08 | -1.98% |
| 2/3/2006 | 1914.5 | -0.53% | 817.68 | -0.78% |
| 2/6/2006 | 1916.04 | 0.08% | 810.72 | -0.85% |
| 2/7/2006 | 1900.58 | -0.81% | 806.24 | -0.55% |
| 2/8/2006 | 1917.84 | 0.90% | 807.11 | 0.11% |
| 2/9/2006 | 1915.1 | -0.14% | 800.76 | -0.79% |
| 2/10/2006 | 1920 | 0.26% | 861.96 | 7.36% |
| 2/13/2006 | 1914.02 | -0.31% | 838.58 | -2.75% |
| 2/14/2006 | 1933.46 | 1.01% | 835.35 | -0.39% |
| 2/15/2006 | 1940.69 | 0.37% | 837.98 | 0.31% |
| 2/16/2006 | 1955.06 | 0.74% | 835.86 | -0.25% |
| 2/17/2006 | 1951.83 | -0.17% | 828.10 | -0.93% |
| 2/21/2006 | 1945.45 | -0.33% | 812.54 | -1.90% |
| 2/22/2006 | 1960.26 | 0.76% | 830.12 | 2.14% |
| 2/23/2006 | 1953.37 | -0.35% | 828.09 | -0.24% |
| 2/24/2006 | 1956.14 | 0.14% | 826.80 | -0.16% |
| 2/27/2006 | 1963.58 | 0.38% | 844.69 | 2.14% |
| 2/28/2006 | 1943.19 | -1.04% | 842.57 | -0.25% |
| 3/1/2006 | 1959.77 | 0.85% | 850.41 | 0.91% |
| 3/2/2006 | 1956.6 | -0.16% | 861.08 | 1.25% |
| 3/3/2006 | 1953.74 | -0.15% | 863.92 | 0.33% |
| 3/6/2006 | 1940.2 | -0.70% | 865.94 | 0.23% |
| 3/7/2006 | 1936.68 | -0.18% | 859.51 | -0.75% |
| 3/8/2006 | 1941.17 | 0.23% | 862.96 | 0.40% |
| 3/9/2006 | 1931.73 | -0.49% | 850.07 | -1.50% |
| 3/10/2006 | 1945.93 | 0.73% | 860.98 | 1.28% |
| 3/13/2006 | 1950.19 | 0.23% | 859.37 | -0.39% |
| 3/14/2006 | 1970.66 | 1.03% | 862.04 | 0.31% |
| 3/15/2006 | 1979.21 | 0.43% | 865.63 | 0.42% |
| 3/16/2006 | 1982.76 | 0.18% | 866.38 | 0.09% |
| 3/17/2006 | 1985.688 | 0.15% | 885.89 | 2.23% |
| 3/20/2006 | 1982.4 | -0.17% | 890.65 | 0.54% |

EXHIBIT E  PAGE  307

Exhibit 5, continued

Standard and Poor's 500 Total Return Index and
Standard and Poor's MidCap 400 Systems Software Sub-Industry Index

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 3/21/2006 | 1970.5 | -0.60% | 879.54 | -1.26% |
| 3/22/2006 | 1982.4 | 0.60% | 876.44 | -0.35% |
| 3/23/2006 | 1977.29 | -0.26% | 870.31 | -0.70% |
| 3/24/2006 | 1979.24 | 0.10% | 871.51 | 0.14% |
| 3/27/2006 | 1977.19 | -0.10% | 870.46 | -0.12% |
| 3/28/2006 | 1964.47 | -0.65% | 861.72 | -1.01% |
| 3/29/2006 | 1979.51 | 0.76% | 867.19 | 0.63% |
| 3/30/2006 | 1975.6 | -0.20% | 869.30 | 0.24% |
| 3/31/2006 | 1967.38 | -0.42% | 867.33 | -0.23% |
| 4/3/2006 | 1971.92 | 0.23% | 866.57 | -0.09% |
| 4/4/2006 | 1984.47 | 0.63% | 871.13 | 0.52% |
| 4/5/2006 | 1993.21 | 0.44% | 880.06 | 1.02% |
| 4/6/2006 | 1989.87 | -0.17% | 873.65 | -0.73% |
| 4/7/2006 | 1969.3 | -1.04% | 861.45 | -1.41% |
| 4/10/2006 | 1971.03 | 0.09% | 861.70 | 0.03% |
| 4/11/2006 | 1956.11 | -0.76% | 853.98 | -0.90% |
| 4/12/2006 | 1958.49 | 0.12% | 856.11 · | 0.25% |
| 4/13/2006 | 1960.01 | 0.08% | 861.49 | 0.63% |
| 4/17/2006 | 1954.25 | -0.29% | 856.40 | -0.59% |
| 4/18/2006 | 1988.18 | 1.72% | 898.99 | 4.85% |
| 4/19/2006 | 1991.84 | 0.18% | 895.16 | -0.43% |
| 4/20/2006 | 1994.23 | 0.12% | 889.86 | -0.59% |
| 4/21/2006 | 1993.99 | -0.01% | 889.33 | -0.06% |
| 4/24/2006 | 1989.2 | -0.24% | 877.23 | -1.37% |
| 4/25/2006 | 1979.51 | -0.49% | 868.51 | -1.00% |
| 4/26/2006 | 1985.28 | 0.29% | 872.03 | 0.40% |
| 4/27/2006 | 1992.39 | 0.36% | 887.74 | 1.79% |
| 4/28/2006 | 1993.79 | 0.07% | 916.29 | 3.17% |
| 5/1/2006 | 1985.55 | -0.41% | 919.95 | 0.40% |
| 5/2/2006 | 1997.75 | 0.61% | 911.21 | -0.95% |
| 5/3/2006 | 1989.97 | -0.39% | 925.04 | 1.51% |
| 5/4/2006 | 1996.74 | 0.34% | 931.64 | 0.71% |
| 5/5/2006 | 2017.34 | 1.03% | 934.88 | 0.35% |
| 5/8/2006 | 2015.84 | -0.07% | 927.36 | -0.81% |
| 5/9/2006 | 2016.59 | 0.04% | 919.79 | -0.82% |
| 5/10/2006 | 2013.99 | -0.13% | 920.49 | 0.08% |
| 5/11/2006 | 1988.56 | -1.27% | 901.37 | -2.10% |
| 5/12/2006 | 1966.27 | -1.13% | 889.40 | -1.34% |
| 5/15/2006 | 1971.45 | 0.26% | 881.68 | -0.87% |
| 5/16/2006 | 1967.79 | -0.19% | 883.34 | 0.19% |
| 5/17/2006 | 1935.18 | -1.67% | 863.28 | -2.30% |
| 5/18/2006 | 1922.32 | -0.67% | 856.83 | -0.75% |

200

EXHIBIT E PAGE 308

Exhibit 5, continued

**Standard and Poor's 500 Total Return Index and**
**Standard and Poor's MidCap 400 Systems Software Sub-Industry Index**

9 November 2000 - 5 July 2006

| Date | S&P 500 Total Return Index | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | S&P MidCap 400 Systems Software Sub-Industry Index Logarithmic Return |
|---|---|---|---|---|
| 5/19/2006 | 1930.27 | 0.41% | 829.86 | -3.20% |
| 5/22/2006 | 1922.72 | -0.39% | 812.85 | -2.07% |
| 5/23/2006 | 1914.38 | -0.43% | 812.61 | -0.03% |
| 5/24/2006 | 1917.48 | 0.16% | 824.65 | 1.47% |
| 5/25/2006 | 1939.52 | 1.14% | 827.33 | 0.32% |
| 5/26/2006 | 1950.87 | 0.58% | 824.33 | -0.36% |
| 5/30/2006 | 1920.09 | -1.59% | 807.50 | -2.05% |
| 5/31/2006 | 1936.41 | 0.85% | 812.18 | 0.58% |
| 6/1/2006 | 1960.28 | 1.23% | 824.81 | 1.54% |
| 6/2/2006 | 1964.11 | 0.20% | 821.95 | -0.35% |
| 6/5/2006 | 1929.23 | -1.79% | 809.51 | -1.53% |
| 6/6/2006 | 1927.13 | -0.11% | 808.15 | -0.17% |
| 6/7/2006 | 1915.77 | -0.59% | 815.53 | 0.91% |
| 6/8/2006 | 1918.59 | 0.15% | 812.64 | -0.36% |
| 6/9/2006 | 1910.01 | -0.45% | 814.51 | 0.23% |
| 6/12/2006 | 1885.81 | -1.28% | 794.75 | -2.46% |
| 6/13/2006 | 1866.92 | -1.01% | 778.71 | -2.04% |
| 6/14/2006 | 1876.67 | 0.52% | 785.11 | 0.82% |
| 6/15/2006 | 1916.56 | 2.10% | 802.82 | 2.23% |
| 6/16/2006 | 1909.52 | -0.37% | 802.61 | -0.03% |
| 6/19/2006 | 1892.12 | -0.92% | 799.42 | -0.40% |
| 6/20/2006 | 1892.13 | 0.00% | 792.20 | -0.91% |
| 6/21/2006 | 1910.62 | 0.97% | 803.85 | 1.46% |
| 6/22/2006 | 1900.98 | -0.51% | 803.06 | -0.10% |
| 6/23/2006 | 1899.32 | -0.09% | 809.92 | 0.85% |
| 6/26/2006 | 1908.56 | 0.49% | 828.16 | 2.23% |
| 6/27/2006 | 1891.24 | -0.91% | 826.59 | -0.19% |
| 6/28/2006 | 1901.98 | 0.57% | 826.89 | 0.04% |
| 6/29/2006 | 1943.08 | 2.14% | 865.75 | 4.59% |
| 6/30/2006 | 1939.03 | -0.21% | 888.86 | 2.63% |
| 7/3/2006 | 1954.49 | 0.79% | 897.68 | 0.99% |
| 7/5/2006 | 1940.55 | -0.72% | 884.20 | -1.51% |

SOURCE: Capital IQ

201

EXHIBIT E PAGE 309

# Exhibit 6

## Regression Results

Estimation Period: 17 May 2005 to 16 May 2006

| Regression Statistics | |
|---|---|
| Multiple R | 0.453 |
| R Square | 0.205 |
| Adjusted R Square | 0.199 |
| Standard Error | 1.54% |
| Observations | 252 |
| F-Statistic | 32.106 |
| Significance level of F-Statistic | -0.00% |

| | Coefficient | Standard Error | t-statistic |
|---|---|---|---|
| Intercept | 0.06% | 0.10% | 0.625 |
| S&P 500 Total Return Index Log Return | 1.141 | 0.180 | 6.341 |
| S&P MidCap 400 Systems Software Sub-Industry Index Log Return | 0.136 | 0.072 | 1.886 |

202

EXHIBIT E PAGE 310

Exhibit 7

Event Study Results

| Date | Closing QSFT Stock Price | Closing QSFT Stock Price of Previous Trading Day | QSFT Stock Trading Volume | QSFT Stock Logarithmic Return | S&P 500 Total Return Index Logarithmic Return | S&P MidCap 400 Systems Software Sub-Industry Index | QSFT Explained Return | QSFT Residual Return | t-statistic | Statistically Significant | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 May 2006 | $15.50 | $16.70 | 4,185,905 | -7.46% | -1.67% | -1.30% | -2.16% | -5.30% | -3.43 | Yes | ($0.86) |
| 19 May 2006 | $14.16 | $15.98 | 9,066,491 | -12.09% | 0.41% | 5.10% | 0.10% | -12.19% | -7.89 | Yes | ($1.83) |
| 23 May 2006 | $13.72 | $14.05 | 2,650,980 | -2.96% | -0.43% | 0.01% | -0.44% | -2.52% | -1.65 |  | ($0.34) |
| 5 July 2006 | $12.75 | $14.18 | 3,821,207 | -10.40% | -0.72% | 1.51% | -0.96% | -9.43% | -6.11 | Yes | ($1.28) |

203

EXHIBIT E PAGE 311