COOLEY GODWARD KRONISH LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
MEGHAN O. SPIEKER (197239)
(mspieker@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:(858) 550-6000
Facsimile:(858) 550-6420

Attorneys for Quest Software, Inc. and Michael J. Lambert and on behalf of all Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MIDDLESEX RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUEST SOFTWARE, INC., VINCENT C. SMITH, M. BRINKLEY MORSE, MICHAEL J. LAMBERT, DAVID M. DOYLE, JERRY MURDOCK, JR., and KEVIN BROOKS,<br><br>Defendants. | Case No. CV06-6863 DOC (RNB)<br><br>**DECLARATION OF RYAN E. BLAIR IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: August 31, 2009<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. David O. Carter |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

DECL. OF RYAN E. BLAIR ISO DEFS.' OPP. TO
PLTF'S MOT. FOR CLASS CERTIFICATION
CV06-6863 DOC (RNB)

I, Ryan E. Blair, hereby declare as follows:

1. I am an attorney with the law firm of Cooley Godward Kronish LLP, counsel of record for Defendants Quest Software, Inc. ("Quest") and Michael J. Lambert. I have knowledge of the following and if called to testify as a witness I could and would testify competently to this declaration's contents.

2. Attached hereto as Exhibit A is a true and correct copy of a document entitled "Plaintiff Certification," dated October 19, 2006, with bates numbers MIDDLESEX-001 – 002 produced by Lead Plaintiff Middlesex Retirement System ("Middlesex").

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition of Thomas Gibson, Middlesex's Chairman of the Middlesex Retirement Board ("Board"), which occurred on July 14, 2009 in Boston, MA.

4. Attached hereto as Exhibit C is a true and correct copy of letter correspondence between J&W Seligman & Co. ("Seligman") and Middlesex enclosing the "Investment Management Agreement and Guidelines," dated July 24, 2001, August 8, 2001 and August 24, 2001, with bates numbers MIDDLESEX-020 – 041 produced by Middlesex.

5. Attached hereto as Exhibit D is a true and correct copy of Middlesex's Responses to Quest's First Set of Interrogatories dated July 10, 2009 and received by Quest.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from Thomas Gibson at Middlesex to Dorothy Buckley at Seligman regarding Seligman, dated November 29, 2005, with bates number MIDDLESEX-714 produced by Middlesex.

7. Attached hereto as Exhibit F is a true and correct copy a letter from Thomas Gibson at Middlesex to Dorothy Buckley at Seligman regarding Seligman, dated March 4, 2004, with bates number MIDDLESEX-712 produced by Middlesex.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

DECL. OF RYAN E. BLAIR ISO DEFS.' OPP. TO
PLTF'S MOT. FOR CLASS CERTIFICATION
CV06-6863 DOC (RNB)

8. Attached hereto as Exhibit G is a true and correct copy of all Board minutes provided to Quest dated between January 2005 and September 2006, with bates numbers MIDDLESEX-493 – 507 produced by Middlesex.

9. Attached hereto as Exhibit H is a true and correct copy a letter from Thomas Gibson at Middlesex to Dorothy Buckley at Seligman regarding Seligman, dated August 25, 2006, with bates number MIDDLESEX-042 produced by Middlesex.

10. Attached hereto as Exhibit I is a true and correct copy of a document entitled "Interim Investigative Report: The Middlesex Retirement System and Cambridge Financial Management" issued by the Commonwealth of Massachusetts Public Employment Retirement Administration Commission ("PERAC"), dated October 2005, with bates numbers MIDDLESEX-047 – 155 produced by Middlesex.

11. Attached hereto as Exhibit J is a true and correct copy of a document entitled "Fiduciary Audit Narrative Report on the Middlesex Retirement System's Investment Operations" issued by the Independent Fiduciary Services, Inc., dated August 2006, with bates numbers MIDDLESEX-258 – 492 produced by Middlesex.

12. Attached hereto as Exhibit K is a true and correct copy of a letter from Gregory Sullivan of the Commonwealth of Massachusetts Office of the Inspector General ("Inspector General") to Joseph E. Connarton, Executive Director at PERAC regarding Middlesex, dated April 25, 2006, which is also publicly available on the Inspector General and PERAC websites. *See* http://www.mass.gov/perac/ & http://www.mass.gov/ig/ (last visited August 3, 2009).

13. Attached hereto as Exhibit L is a true and correct copy of a newspaper articled entitled "State may remove pension fund board," published in The Boston Globe on April 28, 2006, which is also publicly available at http://www.boston.com/news/local/massachusetts/articles/2006/04/28/state_may_re

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

DECL. OF RYAN E. BLAIR ISO DEFS.' OPP. TO
PLTF'S MOT. FOR CLASS CERTIFICATION
CV06-6863 DOC (RNB)

move_pension_fund_board (last visited August 3, 2009).

14. Attached hereto as Exhibit M is a true and correct copy of a letter from Chet Waldman at Wolf Popper LLP to James Fahey, Jr. at Middlesex, dated January 16, 2001, with bates numbers MIDDLESEX-005 – 006 produced by Middlesex.

15. Attached hereto as Exhibit N is a true and correct copy of a document entitled "Commonwealth of Massachusetts Middlesex Retirement Board: Securities Class Action Litigation Policy," with bates numbers MIDDLESEX-007 – 009 produced by Middlesex.

16. Attached hereto as Exhibit O is a true and correct copy of a letter from Gregory Sullivan of the Commonwealth of Massachusetts Office of the Inspector General ("Inspector General") to Joseph E. Connarton, Executive Director at PERAC regarding Middlesex, dated January 6, 2006, which is also publicly available on the Inspector General and PERAC websites. *See* http://www.mass.gov/perac/ & http://www.mass.gov/ig/ (last visited August 3, 2009).

17. Attached hereto as Exhibit P is a true and correct copy of a newspaper article entitled "Clueless in Billerica," published in The Boston Globe on January 13, 2006, which is also available at http://www.boston.com/business/globe/articles/2006/01/13/clueless_in_billerica (last visited August 3, 2009).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 4, 2009

Respectfully submitted,

_____
RYAN E. BLAIR (246724)

641260 v1/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

DECL. OF RYAN E. BLAIR ISO DEFS.' OPP. TO
PLTF'S MOT. FOR CLASS CERTIFICATION
CV06-6863 DOC (RNB)

# CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2009, I electronically filed the foregoing **DECLARATION OF RYAN E. BLAIR IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record.

Maritza E. DeJesus
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
E-mail: mdejesus@cooley.com

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

4.