BLAKE MUIR HARPER, SBN: 115756
e-mail: bmh@hulettharper.com
SARAH P. WEBER, SBN: 239979
e-mail: sweber@hulettharper.com
HULETT HARPER STEWART LLP
525 B Street, Suite 760
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

MARIAN P. ROSNER (admitted *pro hac vice*)
e-mail: mrosner@wolfpopper.com
PATRICIA I. AVERY (admitted *pro hac vice*)
e-mail: pavery@wolfpopper.com
CHET B. WALDMAN (admitted *pro hac vice*)
e-mail: cwaldman@wolfpopper.com
ANTHONY D. GREEN (admitted *pro hac vice*)
e-mail: agreen@wolfpopper.com
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
Firm E-mail:       IRRep@wolfpopper.com

Attorneys for Lead Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MIDDLESEX RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUEST SOFTWARE, INC., VINCENT C. SMITH, M. BRINKLEY MORSE, MICHAEL J. LAMBERT, DAVID M. DOYLE, JERRY MURDOCK, JR., AND KEVIN BROOKS,<br><br>Defendants. | Case No. 06-06863-DOC(RNBx)<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**<br><br><u>Proposed Hearing Date:</u><br>Date:   December 7, 2009<br>Time:   8:30 a.m.<br>Judge:  Hon. David O. Carter<br>Ctrm:   9D |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on December 7, 2009 at 8:30 a.m., before the Honorable David O. Carter, District Court Judge, United States District Court for the Central District of California, 411 West Fourth Street, Santa Ana, California, Plaintiff, Middlesex Retirement System, will, and hereby does, move pursuant to Rule 23 of the Federal Rules of Civil Procedure for the entry of the accompanying order preliminarily approving the proposed settlement of this securities class action and the plan of allocation thereof, and establishing the notice procedures directing the distribution of notice of the Proposed Settlement to the members of the Class. Plaintiff's Motion is based on the Stipulation of Settlement filed on November 19, 2009 (Docket No. 262), the accompanying Memorandum of Points and Authorities, and the Declaration of Marian P. Rosner in Support of Motion for Entry of Order Preliminarily Approving Settlement of Class Action and Establishing Notice Procedures (the "Rosner Declaration"), filed concurrently herewith; all other pleadings and matters of record; and such additional evidence or argument as may be presented at the hearing.

Defendants consent to the entry of the accompanying Order Preliminarily Approving Settlement of Class Action and Establishing Notice Procedures.

Dated: November 19, 2009

Respectfully submitted,

_____
MARIAN P. ROSNER
PATRICIA I. AVERY
CHET B. WALDMAN
ANTHONY D. GREEN
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
E mail:        IRRep@wolfpopper.com

Doc. 165912

PLTF'S NTC OF MTN & MTN FOR ORDER PRELIM.
APPRVG STLMNT & ESTAB. NOTICE PROCEDURES
Case No. 06-06863-DOC(RNBx)   -1-

| | |
|---|---|
| 1 | |
| 2 | HULETT HARPER STEWART LLP<br>BLAKE MUIR HARPER<br>SARAH P. WEBER |
| 3 | 525 B Street, Suite 760<br>San Diego, CA  92101 |
| 4 | Telephone:  (619) 338-1133<br>Facsimile:   (619) 338-1139 |
| 5 | e-mail: bmh@hulettharper.com |
| 6 | Attorneys for Plaintiff |

**PROOF OF SERVICE**

*Middlesex Retirement Sys. v. Quest Software Inc., Case No.06-06863-DOC(RNBx)*

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed with Wolf Popper LLP, whose offices are located in the City and State of New York. My business address is: 845 Third Avenue, New York, NY 10022.

That on November 19, 2009, I served the foregoing document(s) entitled: **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** in this action on counsel of record for the Defendants.

BY ELECTRONIC MEANS: I caused the above-referenced document to be uploaded onto the ECF system for the United States District Court, Central District of California, Southern Division.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on November 19, 2009, at New York, New York.

_____
Anthony D. Green